IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENUS LIFESCIENCES, INC.,<br>514 N. 12th Street,<br>Allentown, PA 18102<br><br>       Plaintiff,<br><br>  v.<br><br>ALEX AZAR, Secretary of Health and<br>Human Services<br>200 Independence Avenue, SW<br>Washington, DC 20201;<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES<br>200 Independence Avenue, SW<br>Washington, DC 20201;<br><br>STEPHEN HAHN, Commissioner of Food<br>and Drugs<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993; and<br><br>U.S. FOOD AND DRUG<br>ADMINISTRATION<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993,<br><br>       Defendants. | Case No. 1:20-cv-00211-TNM |

**JOINT MOTION FOR THE COURT TO ADOPT EXPEDITED ADMINISTRATIVE
RECORD PRODUCTION AND SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiff Genus Lifesciences, Inc. (Genus) brings this suit under the Administrative Procedure Act, 5 U.S.C. § 701 et seq. Genus is challenging Defendant the Food and Drug Administration's January 10, 2020 approval of Lannett Company, Inc.'s (Lannett's) New Drug Application for its cocaine hydrochloride product Numbrino. FDA previously approved Genus's

cocaine hydrochloride product Goprelto® and recognized that Goprelto was eligible for 5-year New Chemical Entity (NCE) Exclusivity under the Federal Food, Drug, and Cosmetic Act, ending December 14, 2022.  21 U.S.C. § 355(c)(3)(E)(ii).  Genus asserts that FDA's approval of Numbrino violated Genus's 5-year NCE exclusivity and is causing Genus irreparable harm. Defendants dispute that FDA's approval of Numbrino violated Genus's 5-year NCE exclusivity and dispute that Genus has suffered or will suffer irreparable harm.

Without conceding their respective positions on irreparable harm and the other elements of preliminary injunctive relief, Plaintiff and Defendants jointly request that the Court expedite a decision on the merits.  The parties have conferred and respectfully move this Court to enter the expedited production and summary judgment briefing schedule set forth below.[1]

- **February 28, 2020**:  By this date, Defendants shall produce the Administrative Record to Plaintiff.

- **March 18, 2020**:  By this date, Plaintiff shall file its Motion for Summary Judgment.

- **April 7, 2020**:  By this date, Defendants shall file their Combined Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment, and Defendants shall file a certified list of the contents of the administrative record.

- **April 17, 2020**:  By this date, Plaintiff shall file its Combined Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment.

- **April 27, 2020**:  By this date, Defendants shall file their Reply in Support of Cross-Motion for Summary Judgment.

- **May 4, 2020**:  By this date, the parties shall file a Joint Appendix containing copies of those portions of the Administrative Record that are cited or otherwise relied upon in the parties' motions.

---

[1] Genus reserves its right to seek preliminary injunctive relief in the event of a currently unforeseen change in circumstances.  Defendants do not concede that such relief would be appropriate.

The parties submit that this schedule serves judicial economy because it will expeditiously bring this matter to resolution and avoid a contest regarding the appropriateness of a provisional remedy. The parties respectfully request that the Court calendar this case for a hearing on the cross-motions for summary judgment as soon as is practicable after the parties file the Joint Appendix. The parties further request that the deadline for Defendants to answer the Complaint be stayed pending the Court's resolution of the parties' motions for summary judgment.

Dated: February 5, 2020

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br><br>GUSTAV W. EYLER<br>Director<br>Consumer Protection Branch<br><br>/s/ Kathleen B. Gilchrist<br>Kathleen B. Gilchrist<br>Trial Attorney<br>Consumer Protection Branch<br>Department of Justice, Civil Division<br>P.O. Box 386<br>Washington, D.C. 20044<br>(202) 305-0489<br>kathleen.b.gilchrist@usdoj.gov<br><br>*Attorneys for Defendants* | /s/ Andrew D. Prins<br>Philip J. Perry<br>John R. Manthei<br>Andrew D. Prins<br>Ryan S. Baasch<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW<br>Suite 1000<br>Washington, DC 20004<br>Tel: (202) 637-2200<br>philip.perry@lw.com<br><br>*Attorneys for Plaintiff* |