# Index

## Joint Appendix

## Genus Lifesciences, Inc. v. Azar et al.

## Case No. 1:20-cv-211-TNM (D.D.C.)

| Page | Description | Date | Bates Number |
|---|---|---|---|
| I. Documents Relating to Goprelto ||||
| JA-7 | Letter re PIND 118527 Meeting Request-Written Responses | 2013-08-20 | FDA000007-21 |
| JA-22 | Letter from Bob Rappaporton IND 118527 Advising and Requesting Information | 2014-06-25 | FDA000029-32 |
| JA-26 | Pre-NDA Meeting Minutes IND 118527 | 2015-07-14 | FDA000193-226 |
| JA-60 | Letter re Meeting Minutes for IND 118527 Jul 14, 2015 Meeting | 2015-08-14 | FDA000227-259 |
| JA-93 | Letter Advising Receipt of NDA | 2016-11-29 | FDA000361-363 |
| JA-96 | Email from Diana Walker to Melissa Goodhead re NDA 209963 Maternal Health Information Request 08Dec16 | 2017-01-05 | FDA000374-375 |
| JA-98 | Email from Diana Walker to Melissa Goodhead re NDA 209963 Clinical Information Request 06Jan17 | 2017-01-10 | FDA000376-377 |
| JA-100 | Clinical Pharmacology Filing Form - Application Information | 2017-01-18 | FDA000383-388 |
| JA-106 | Clinical Filing Checklist for NDA BLA or Supplement for NDA 209963 | 2017-01-19 | FDA000389-398 |
| JA-116 | Pharmacology Toxicology Filing Checklist for NDA BLA or Supplement | 2017-01-20 | FDA000410-413 |
| JA-120 | Email from Diana Walker to Melissa Goodhead re NDA 209963 Clinical Pharmacology Information Request 13Jan17 | 2017-01-25 | FDA000418-419 |
| JA-122 | Letter Advising Filing Review Issues Identified | 2017-02-06 | FDA000441-447 |
| JA-129 | Email from Steven Kinsley to Melissa re NDA 209963 CMC Information Request Feb 13, 2017 | 2017-02-13 | FDA000451-453 |
| JA-132 | Email from Steven Kinsley to Melissa re NDA 209963 CMC Information Request Mar 2, 2017 | 2017-03-02 | FDA000454-457 |
| JA-136 | Interdisciplinary Review Team for QT Studies Consultation Thorough QT Study Review | 2017-04-24 | FDA000513-546 |
| JA-169 | Controlled Substance Staff Filing Checklist | 2017-01-25 | FDA000546-548 |
| JA-172 | Clinical Pharmacology Review on NDA 209963 for Goprelto | 2017-08-18 | FDA000651-718 |
| JA-240 | Pharmacology Toxicology NDA Review and Evaluation of NDA 209963 | 2017-12-07 | FDA000938-1154 |

| JA-457 | Clinical Review of Goprelto (Partially red boxed) | 2017-12-13 | FDA001155-1252 |
|---|---|---|---|
| JA-555 | Combined Cross-Discipline Team Leader Review and Summary Review for Reg. Action | 2017-12-14 | FDA001275-1296 |
| JA-577 | Approval Letter and Labeling for Goprelto | 2017-12-14 | FDA001315-1340 |
| | II. Documents Relating to Numbrino | | |
| JA-604 | Letter from Cody Labs re Pre-IND 106499 Application | 2009-30-10 | FDA001414-1415 |
| JA-606 | Letter to Lanett Pre-IND Meeting Minutes for Dec 15, 2009 Meeting | 2010-26-01 | FDA001426-1437 |
| JA-618 | Letter to Kristie Stephens from Diana Walker re Jan 6, 2015 Meeting Minutes | 2015-29-01 | FDA001438-1449 |
| JA-630 | Letter from Lannett re Type B Meeting Request for IND 106499 | 2017-12-01 | FDA001450-1453 |
| JA-634 | Letter from Diana Walker to Lannett Holdings re Apr 18, 2017 Preliminary | 2017-13-04 | FDA001462-1492 |
| JA-665 | Letter to Katy Rudnick from Diana Walker re Apr 18, 2017 Pre-NDA | 2017-09-05 | FDA001494-1524 |
| JA-696 | Cody Laboratories Extractable Leachable Summary Report for Cocaine Hydrochloride Topical Solution | 2017-25-07 | FDA001525-1544 |
| JA-716 | Clinical Pharmacology Review on Numbrino IND 106499 Sep 21, 2017 | 2017-21-09 | FDA001851-1907 |
| JA-773 | Consult Request to QT-IRT Team for NDA 209575 | 2017-20-10 | FDA001908-1910 |
| JA-776 | Clinical Pharmacology Filing Form on NDA 209575 for Numbrino | 2017-13-11 | FDA001911-1938 |
| JA-804 | Office of Pharmaceutical Quality NDA Filing Review Form Lannett | 2017-13-11 | FDA001939-1942 |
| JA-808 | Clinical Pharmacology Filing Form Lannett | 2017-20-11 | FDA001943-1970 |
| JA-836 | Pharmacology/Toxicology Filing Checklist for NDA/BLA of Supplement for NDA 209575 | 2017-28-11 | FDA001971-1974 |
| JA-840 | Letter from Sharon Hertz to Lannett Holdings Filing Communication Filing Review Issues Identified | 2017-29-11 | FDA001976-1983 |
| JA-848 | Lannett Response Letter from Katy Rudnick to Office of New Drugs on Renal Hepatic Impairment Data | 2018-19-01 | FDA001989-1996 |
| JA-856 | Memorandum from CDER DCRP QT Interdisciplinary Review Team re QT IRT Consult to NDA 209575 | 2018-21-02 | FDA001997-2007 |
| JA-867 | Label and Labeling Review on NDA 209575 Numbrino | 2018-19-03 | FDA002025-2038 |
| JA-881 | Clinical Study Report LNT-P6-733 | 2018-06-20 | FDA002149-2173 |
| JA-906 | Numbrino Label Prescribing Information | 2018-06-20 | FDA002174-2193 |
| JA-926 | Pharmacology Toxicology NDA Review and | 2018-21-06 | FDA002194-2327 |

|  | | | |
|---|---|---|---|
|  | Evaluation of NDA 209575 Numbrino | | |
| JA-1060 | Clinical Inspection Summary of NDA 209575 Numbrino | 2018-28-06 | FDA002374-2378 |
| JA-1065 | Clinical Review on NDA 209575 Numbrino | 2018-19-07 | FDA002385-2501 |
| JA-1182 | 2018-07-20 Letter to Katy Rudnick from Rigoberto advising non-approval of NDA and possible resolutions of non-approval | 2018-20-07 | FDA002502-2507 |
| JA-1188 | Summary Review for Regulatory Action for Numbrino NDA 209575 | 2018-20-07 | FDA002508-2536 |
| JA-1217 | Interdisciplinary Review Team for QT Studies Consultation Review on NDA 209575 Numbrino | 2019-19-8 | FDA002537-2552 |
| JA-1233 | Memorandum Review of Revised Label and Labeling on NDA 209575 Numbrino | 2019-23-08 | FDA002553-2560 |
| JA-1241 | Pharmacology Toxicology NDA Review and Evaluation of NDA 209575 Numbrino | 2019-15-11 | FDA002581-2643 |
| JA-1304 | Quality Assessment of 209575 Review Cycle 2 Oct 15, 2017 | 2019-11-12 | FDA002664-2682 |
| JA-1323 | Letter to Kristie Stephens from Rigoberto Roca advising Approval of Numbrino and Labeling | 2020-10-01 | FDA002717-2745 |
| JA-1352 | Summary Review for Regulatory Action of NDA 209575 | 2020-10-01 | FDA002746-2759 |
| JA-1366 | Articles submitted or referenced by Lannett in support of NDA 209575 (Hepatic and Renal Impairment Sections) | 2017-09-21 | FDASUPP001466-1587 |
| JA-1488 | Introduction to Quality Overall Summary | 2017-09-21 | FDASUPP011641-11642 |
| JA-1490 | Nonclinical Overview | 2017-09-21 | FDASUPP011643-11655 |
| JA-1503 | Quality Overall Summary - Drug Product | 2017-09-21 | FDASUPP011656-11661 FDASUPP011684-11689 |
| JA-1515 | Quality Overall Summary - Drug Substance | 2017-09-21 | FDASUPP011723-11752 |
| JA-1545 | Summary of Biopharmaceutic Studies and Associated Analytical Methods | 2017-09-21 | FDASUPP011753-11777 |
| JA-1570 | Clinical Pharmacology Summary | 2017-09-21 | FDASUPP011807-11856 |
| JA-1620 | Summary of Clinical Safety | 2017-09-21 | FDASUPP011857-11879 |
| JA-1643 | Statistical Review and Evaluation | 2017-11-15 | FDASUPP011886-11890 |
| JA-1648 | Clinical Pharmacology Review | 2018-06-20 | FDASUPP011934-11961 |

| JA-1676 | Memorandum Labeling Consult Review | 2018-06-27 | FDASUPP012036-12079 |
|---|---|---|---|
| JA-1720 | Email from Shelly Kapoor to Katy Rudnick re: NDA 209575 Label - 12.24.2019 | 2019-12-24 | FDASUPP012080-12118 |
| JA-1759 | Email from Shelly Kapoor to Katy Rudnick re: NDA 209575 - Label Information Request 1.9.20 | 2017-04-24 | FDASUPP012125-12147 |
| JA-1782 | 505(b)(2) Assessment | 2020-01-10 | FDASUPP012167-12175 |
| III. Other Documents | | | |
| JA-1792 | Article Cocaine What is the Crack A History of the Use of Cocaine as an Anesthetic | 2011-22-7 | FDA002761-2763 |
| JA-1795 | Classifying Resubmissions of Original NDAs BLAs and Efficacy Supplements in Response to Complete Response Letters (Resubmission-MAPP) | 2015-26-2 | FDA002773-2777 |
| JA-1800 | Genus First Citizen Petition FDA-2019-P-0538 | 2019-01-02 | FDA002814-2831 |
| JA-1818 | Ex. 05_1984-08-10_Congressional Record 23764-774 | 2019-02-01 | FDA002876-2886 |
| JA-1829 | Ex. 05_1984-08-10 Congressional Record 15846-853 | 2019-01-02 | FDA002887-2894 |
| JA-1837 | Ex. 18_1989-07-10 Fed. Reg. 28872-913 | 2019-01-02 | FDA003053-3095 |
| JA-1880 | Ex. 19_1992-04-28 Fed. Reg. 17950-979 | 2019-01-02 | FDA003096-3126 |
| JA-1911 | FDA Letter to Michael J. Freno on FDA-2019-P-0538 | 2019-01-07 | FDA003140-3156 |
| JA-1928 | Genus Second Citizen Petition FDA-2019-P-3855 | 2019-14-08 | FDA003157-3173 |
| JA-1945 | Ex. 13_2019-05-19_undated_DailyMed Cocaine Hydrochloride unapproved labeling (Lannett) (FDA-2019-P-3855-0015) | 2019-14-08 | FDA003240-3249 |
| JA-1955 | Ex. 14_2019-08-05_US SEC Form 10-Q Quarter ending March 31, 2019 for Lannett Company Inc. (FDA-2019-P-3855-0016) | 2019-14-08 | FDA003250-3252 FDA003311-3312 |
| JA-1960 | 2019-12-02 Genus Amendment 1 to Second CP | 2019-02-12 | FDA003552-3571 |
| JA-1980 | 2019-12-04 Genus Amendment 2 to Second CP | 2019-04-12 | FDA003574-3575 |
| JA-1982 | Finalized DAAP OPQ Consultation Response on CP Concerning Lannett's NDA for Cocaine Hydrochloride Topical Solution | 2020-07-01 | FDA003580-3600 |
| JA-2003 | Finalized OCP Memorandum Response to Request for Consultation on CP Concerning Lannett's NDA for Cocaine Hydrochloride Topical Solution | 2020-07-01 | FDA003601-3616 |

| JA-2019 | Memorandum Clarification on Regulatory Issue for NDA 209575 | 2020-07-01 | FDA003617-3622 |
| JA-2025 | 2020-01-10 FDA Response to Second CP and Amendments | 2020-10-01 | FDA003623-3644 |