Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

time of mucosal contact recorded (range 10 to 30 minutes; median 15 minutes, and mean 17.2 minutes). Once removed from the nose, all 4 pledgets were stored frozen. Blood was drawn for cocaine analysis 45 minutes after placement of the pledgets, processed, and stored frozen. Pledgets were processed and analyzed for cocaine by GC, while serum cocaine concentrations were determined by radioimmunoassay. Total exposure was approximately 35% of the dose administered (applied to the nasal mucosa) with a maximum observed cocaine plasma concentration achieved within 10 minutes of removal of the pledgets from the nasal cavity.

**Distribution**

Cocaine is extensively distributed to tissues and crosses the blood brain barrier.  Its volume of distribution is approximately 2 L/kg, indicating moderate binding to tissue (Inaba, 1989; Jatlow, 1988; Chow, 1985).  Cocaine and its metabolites are excreted in breast milk (Winecker, 2001); they cross the placenta by simple diffusion, and accumulate in the fetus after repeated use (Olsen, 1995). Cocaine is highly bound to serum proteins (92-96%), primarily albumin and alpha-1-acid glycoprotein, in a concentration-dependent fashion after therapeutic doses are administered (Edwards, 1988).

**Metabolism**

Cocaine is primarily eliminated by hydrolysis to benzoylecgonine (BE) and ecgonine methyl ester (EME), its two major (inactive) metabolites, with subsequent renal elimination (Brim, 2011; Kolbrich, 2006; Laizure, 2003; Klingmann, 2001; Fleming, 1990; Inaba, 1989; Ambre 1984; Wilkinson, 1980). Carboxylesterases are located in the endoplasmic reticulum and catalyze the hydrolysis of lipophilic esters (cocaine) to their more water-soluble alcohol and acyl substituents. hCE1 and hCE2 are low affinity, high capacity enzymes able to hydrolyze a wide variety of structurally dissimilar esters. There is evidence for the involvement of carboxylesterases in the metabolism of endogenous substrates such as lipids and steroids, but their primary function is to protect the body from foreign substances encountered through the diet and other routes (Laizure, 2003).

Metabolism of cocaine to its two major and minor metabolites is shown in Figure 2.7.2.1.2-2 (Kolbrich, 2006). BE is one of the major metabolites in plasma after all routes of administration. BE is formed from spontaneous chemical hydrolytic conversion and hepatic carboxylesterase-1 (hCE-1) (Laizure, 2003). Specifically, hCE-1 demethylates 40-45% of cocaine to BE (Brim, 2011). BE is further oxidized to minor metabolites m- and p-hydroxylbenzoylecgonine (mOHBE and pOHBE) (Kolbrich, 2006). hCE-1 also catalyzes the conversion of cocaine into the more potent metabolite cocaethylene when alcohol is present.

Enzymatic hydrolysis of cocaine by butyrylcholinesterase (hBChE) in plasma (and other tissues), and by hepatic esterases (carboxylesterase-2 (hCE-2) (Laizure, 2003), forms the other major, but pharmacologically inactive metabolite, EME. Serum hBChE hydrolyzes 40-45% of cocaine into ecgonine methyl ester and benzoic acid (Brim, 2011). EME is present in plasma concentrations considerably lower than those of BE (Kolbrich, 2006).

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

Ecgonine (E), another inactive metabolite, is produced by hepatic esterase hydrolysis with subsequent renal elimination (Fleming, 1990). Plasma concentrations of E are less than 5% of those observed with cocaine (Fleming, 1990).

Hepatic P450 CYP3A4 N-demethylates approximately 5-10% of cocaine, a minor pathway, to norcocaine (NCOC), an active metabolite (Brim, 2011; Kolbrich, 2006). NCOC may be metabolized to N-hydroxynorcocaine, norcocaine nitroxide, and finally, to the hepatotoxic norcocaine nitrosonium ion (in certain animal species) (Fleming, 1990).

**Figure 2.7.2.1.2-2: Systemic Metabolic Pathways of Cocaine**



**Figure 1.** Metabolic pathways of cocaine to major metabolites, BE and EME, and minor metabolites, pOHCOC, mOHCOC, pOHBE, mOHBE, and NCOC, assayed in this study.

Source: Kolbrich, 2006

A second minor pathway of cocaine metabolism is the hydroxylation of cocaine to p- and m-hydroxycocaine (pOHCOC and mOHCOC) (Kolbrich, 2006).

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

Cocaine and its metabolite plasma concentrations were evaluated (N=18, healthy subjects) after receiving low (75 mg/70 kg) and high (150 mg/70 kg) subcutaneous cocaine hydrochloride doses (Kolbrich, 2006). Plasma specimens were collected prior to and up to 48 h after dosing and analyzed by gas chromatography-mass spectrometry (2.5 ng/mL limit of quantification). Cocaine was detected within 5 min, with mean $\pm$ SE peak concentrations of 300.4 $\pm$ 24.6 ng/mL (low) and 639.1 $\pm$ 56.8 ng/mL (high) 30-40 min after dosing. BE and EME generally were first detected in plasma 5-15 min post-dose. Two to four hours after dosing, BE and EME reached mean maximum concentrations of 321.3 $\pm$ 18.4 (low) and 614.7 $\pm$ 46.0 ng/mL (high) and 47.4 $\pm$ 3.0 (low) and 124.4 $\pm$ 18.2 ng/mL (high), respectively. Times of last detection were BE > EME > cocaine. Minor metabolites were detected much less frequently for up to 32 h, with peak concentrations 18 ng/mL for all analytes except pOHBE (up to 57.7 ng/mL). Peak plasma concentrations, time to achieve peak levels and the area under the concentration curve for cocaine and its major metabolites is presented in Table 2.7.2.1.2-2.

### Table 2.7.2.1.2-2: Cocaine, Benzoylecgonine, and Ecgonine Methyl Ester Pharmacokinetic Parameters

Table I. Mean plus or minus the Standard Error of Peak Plasma Concentrations ($C_{max}$), Time to Achieve Peak Concentrations ($T_{max}$), and Areas Under the Curve from 0 to $\infty$ ($AUC_{0-\infty}$) for Cocaine, Benzoylecgonine, and Ecgonine Methyl Ester following Controlled Subcutaneous Cocaine Hydrochloride Administration to Cocaine Users

| | Cocaine | | | | Benzoylecgonine | | | | Ecgonine Methyl Ester | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N* | 75 mg/70 kg | N | 150 mg/70 kg | N | 75 mg/70 kg | N | 150 mg/70 kg | N | 75 mg/70 kg | N | 150 mg/70 kg |
| $C_{max}$ (ng/mL) | 16 | 300.4 $\pm$ 24.6 | 13 | 639.1 $\pm$ 56.8 | 15 | 321.3 $\pm$ 18.4 | 13 | 614.7 $\pm$ 46.0 | 15 | 47.4 $\pm$ 3.0 | 14 | 124.4 $\pm$ 18.2 |
| $T_{max}$ (h) | 16 | 0.53 $\pm$ 0.05 | 14 | 0.63 $\pm$ 0.08 | 15 | 3.34 $\pm$ 0.42 | 13 | 4.57 $\pm$ 0.70 | 15 | 3.07 $\pm$ 0.46 | 14 | 2.43 $\pm$ 0.29 |
| $AUC_{0-\infty}$ (h $\cdot$ ng/mL) | 14 | 863.1 $\pm$ 63.2 | 11 | 2040.5 $\pm$ 124.6 | 13 | 5309.4 $\pm$ 226.0 | 11 | 9736.6 $\pm$ 627.3 | 10 | 703.1 $\pm$ 66.1 | 9 | 1535.9 $\pm$ 134.1 |

* Number of participants included in mean calculations.

Source: Kolbrich, 2006

### Elimination

Cocaine has a reported biologic half-life of 0.5-1.5h, associated with a systemic clearance of 2 L/min (Fleming, 1990; Jatlow, 1988). Only a fraction of cocaine is eliminated unchanged in the urine (1-5%)(Fleming, 1990). Cocaine is excreted almost exclusively in the urine as metabolites, with BE and EME constituting at least 80% of cocaine's metabolites, detected in the urine for 14-60 hours after cocaine administration (Fleming, 1990).

### 2.7.2.1.2.1   Pharmacokinetics of Cocaine HCl Topical Solution, 4% and 10%

A limited amount of systemic absorption of cocaine is observed when Cocaine HCl Topical Solution, 4% and 10%, was administered by pledgets (23.44% after 160 mg dose and 33.34% after 400 mg dose, Study LNT-P6-733; Section 2.7.1.2.1). The rate and extent of exposure of cocaine during the pledget insertion and immediately after removal is shown in Figure 2.7.1.2.1.2-1.

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

Plasma concentrations of cocaine are minimal and increase gradually over the administration period when applied to the nasal mucosa via pledgets (over 20 minutes), are maximal at 30 minutes (10 minutes after the removal of the pledgets) and declined quickly (based on the short half-life of cocaine, $t_{1/2}$ 1.5-2.0 hours) (Study LNT-P6-733). The complete PK of cocaine and its metabolites are described in Section 2.7.2.2.1.

### 2.7.2.1.2.2    Pharmacokinetics with Respect to Special Populations and Drug-Drug Interactions

No special-population or drug-interaction studies have been conducted as part of the Cocaine HCl Topical Solution, 4% and 10%, development program.  The drug interaction and special population information provided in this clinical pharmacology summary were taken from the medical literature. Special populations and drug interactions are detailed in Section 2.7.2.4.

### 2.7.2.2    Summary of Results of Individual Studies

### 2.7.2.2.1    Pharmacokinetic Studies

The Sponsor completed one PK trial in adults (Study LNT-P6-733) with its Cocaine HCl Topical Solution, 4% and 10%, using the pledget administration technique to evaluate the pharmacokinetics of cocaine and its major metabolites, and absorption of cocaine from pledgets, as used in the phase 3 clinical program. A tabular summary of the PK parameters from the study, including mean $AUC_{0-\infty}$, $C_{max}$, $T_{max}$, and $t_{1/2}$ (cocaine and its metabolites (i.e., benzoylecgonine, ecgonine methyl ester, ecgonine and norcocaine)) is presented in Table 2.7.2.2.1-1 A summary of this PK study is provided in Section 2.7.2.2.1.1.

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

**Table 2.7.2.2.1-1:** **Tabular Summary of Pharmacology Studies**

| Study/ Protocol # (USA) | Product ID / Lot # / Dose / Pledgets* | Study Objective | Study Design | # Subjects Entered/ Completed (M/F) | HV/P Age: Mean, Range[a] | Treatments Dose, Form, Route | Mean Parameters (SD) | | | | | eCTD[e] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | % F[b] | $AUC_{0-\infty}$ (ng·h/mL)[c] | $C_{max}$ (ng/mL)[c] | $T_{max}$ (h)[d] | $T_{half}$ (h) | |
| LNT-P6-733 | **Cocaine HCl 4%** (2016139654) **160 mg** (Test-1) | Evaluate absorption and pharma-cokinetics of cocaine and its major metabolites and vaso-constriction following topical application of the two investiga-tional test products to the nasal cavity | Phase I, Two-period cross-over, Randomized, Double-blind, Placebo-controlled for the Vaso-constriction Measurement | 36/31 (18M/18F) | HV Age: 29 (20 to 40 y) | 160 mg per 4 mL Intranasal | Cocaine | | | | | Section 5.3.3.1 |
| | | | | | | | 23.44 (8.876) | 286.68 (45.6) | 142.68 (44.9) | 0.50 (0.17-1.00) | 1.54 (13.5) | |
| | | | | | | | Benzoylecgonine | | | | | |
| | | | | | | | n/a | 2235.31 (52.5) | 180.52 (53.9) | 2.50 (1.00-4.03) | 7.06 (21.3) | |
| | | | | | | | Ecgonine Methyl Ester | | | | | |
| | | | | | | | n/a | 182.10 (51.8) | 21.29 (54.8) | 2.50 (1.00-3.50) | 4.30 (18.2) | |
| | | | | | | | Ecgonine | | | | | |
| | | | | | | | n/a | 66.278 (31.3) | 3.782 (45.7) | 8.00 (4.00-12.0) | 10.11 (11.0) | |
| | | | | | | | Norcocaine | | | | | |
| | | | | | | | n/a | 2.873 (79.1) | 0.517 (95.7) | 1.50 (0.75-2.00) | 2.26 (11.6) | |

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cocaine HCl 10%** (2016119525) **400 mg** (Test-2) | | | | | | **Cocaine** | | | | |
| | | | | | | 33.34 (10.710) | 960.09 (43.1) | 433.53 (49.3) | 0.50 (0.33-1.00) | 2.01 (36.8) |
| | | | | | 400 mg per 4 mL Intranasal | **Benzoylecgonine** | | | | |
| | | | | | | n/a | 7214.53 (44.5) | 601.78 (51.8) | 3.00 (1.50-4.00) | 6.91 (20.6) |
| | | | | | | **Ecgonine Methyl Ester** | | | | |
| | | | | | | n/a | 620.87 (39.5) | 83.07 (55.6) | 2.50 (1.50-4.00) | 4.30 (17.4) |
| | | | | | | **Ecgonine** | | | | |
| | | | | | | n/a | 264.24 (38.7) | 12.190 (43.8) | 6.00 (4.00-8.07) | 10.52 (12.6) |
| | | | | | | **Norcocaine** | | | | |
| | | | | | | n/a | 10.766 (92.0) | 2.648 (103.3) | 1.50 (1.00-2.50) | 2.69 (61.7) |

*By intranasal application, Pledget Brand: DeRoyal No. 30-057, Size: 0.5" x 3''. The study treatments (160 mg cocaine HCl, 400 mg cocaine HCl, and placebo) were administered topically, in the nasal cavity as follows: For each administration, four pledgets were treated with 4 mL of the assigned solution (160 mg cocaine HCl, 400 mg cocaine HCl or placebo). The 4 mL treatment of the 4% cocaine HCl solution corresponded to a 160 mg dose of cocaine HCl. The 4 mL treatment of the 10% cocaine HCl solution corresponded to a 400 mg dose of cocaine HCl. Two pledgets were placed into each nostril (one pledget on the inner left side and one pledget on the inner right side of each nostril). The pledgets were retained in the nasal cavity for 20 minutes prior to being removed. Subjects remained seated for at least 1 hour following placement of the pledgets into the nasal cavity. The pledgets were kept in place for 20 minutes prior to being withdrawn.

[a] HV=healthy volunteer, P=patent, in years of age [b] %F=amount (%) of cocaine absorbed [c] C.V. (%) [d] Median (range) [e] NDA Location Source: Study LNT-P6-733 CSR; Table 1

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

### 2.7.2.2.1.1 Pharmacokinetic Single-Dose Study Study LNT-P6-733 of Cocaine HCl Topical Solution, 4% and 10%

Study LNT-P6-733 was a single center, randomized, single dose, double blind (investigator- and subject-blinded to Test-1 versus Test-2), laboratory-blinded, 2-period, 6-sequence, crossover design in healthy male and female subjects. The following investigational products and doses were administered: Test-1 (single 160 mg dose, using Cocaine HCl topical solution 4%); Test-2 (single 400 mg dose, using Cocaine HCl topical solution 10%); and placebo (topical solution).

Subjects arrived at the clinical site at least 10 hours prior to placing the pledgets into the nasal cavity. Subjects followed a supervised overnight fast, after which a saline IV (not more than 30 mL/hour) was installed to allow for prompt peripheral intravenous (IV) access, in case treatment of cardiac AEs was required. Thereafter, a single cocaine topical dose (or placebo solution) was administered via treated pledgets placed into the nasal cavity.

Thirty-six subjects entered the study and 31 subjects completed the study. Study subjects were randomized to 1 of 6 treatment sequences. The randomization was stratified by gender to ensure inclusion of both males and females into each of the placebo and non-placebo sequences.

All study personnel and subjects were blinded as to the active drug treatments (Test-1 or Test-2). The randomization code was not available to the personnel of the bioanalytical facility until the bioanalytical tables had been finalized and audited by the Quality Assurance (QA) department. Study participants were aware that they were to receive different formulations of the same drug, without being informed which product (Test-1 or Test-2) was being administered.

In each study period, in order to have a placebo control for vasoconstriction measurements, one third (1/3) of the study subjects were randomized to receive the placebo treatment first, followed by one of the Test treatments 60 minutes later. For those subjects assigned to receive treatment with placebo followed with treatment with one of the two Test products, all clinical activities (blood sampling, ECG, vital signs, etc.) were timed relative to treatment with the Test product (2nd pledget wear of the study period).

The study treatments (placebo, 160 mg cocaine HCl, and 400 mg cocaine HCl) were administered topically, in the nasal cavity, i.e., four pledgets were treated with 4 mL of the assigned solution (160 mg cocaine HCl 4%, 400 mg cocaine HCl 10%, or placebo).

Two pledgets were placed into each nostril (one pledget on the inner left side and one pledget on the inner right side of each nostril). The pledgets were retained in the nasal cavity for 20 minutes prior to being removed. Subjects remained seated for at least 1 hour following placement of the pledgets into the nasal cavity. Subjects were allowed to leave the clinical site 24 hours following pledget removal. The drug administrations (last pledget placement in each study period) were separated by 7 calendar days.

Safety assessments included 12-lead ECG and vital signs monitoring (blood pressure, pulse rate, respiration rate, body temperature and oxygen saturation of blood) were measured and recorded prior to pledget placement.

Confidential Proprietary Information

FDASUPP011831

ECG and vital sings (blood pressure, pulse rate, respiration rate, body temperature and oxygen saturation of blood) were also recorded approximately 1, 2, 4 and 6.5 hours after pledget removal. Vital signs were monitored subsequently, if judged necessary by the physician in charge or designee.

A nasal cavity examination was performed before each period of the study, and at the end of the study.

Vasoconstriction measurements were performed by assessing capillary blood flow in the nasal mucosa, quantified using the moorVMS-LDF Laser Doppler Flow Monitor. Capillary blood flow was measured in the nasal mucosa of each nostril at the following time points for each treatment administration (including placebo treatment): prior to pledget placement and approximately 5, 10, 20 and 30 minutes after removal of the pledgets, in each study period.

A total of 36 subjects were randomized to receive Test-1 and Test-2, and 24 (67%) subjects were randomized to receive Placebo in one of the 6 treatment sequences (6 subjects per sequence). Of the 36 subjects randomized to receive Test-1 (Cocaine HCl topical solution 4%) and Test-2 (Cocaine HCl topical solution 10%), 34 subjects (94%) were dosed with Test-1 (160 mg) and 32 subjects (89%) with Test-2 (400 mg). Twenty-two of the 24 (92%) subjects randomized to receive Placebo (Cocaine HCl Topical Solution Placebo) were dosed.

Five subjects (14%) discontinued the study; 3 withdrew their consent, and 2 due to protocol deviations; 31 (86%) subjects completed the study.

### 2.7.2.2.1.1.1 Overall Relative Peak and Total Systemic Exposure Comparison- Cocaine vs. Metabolites of Cocaine After Pledget Administration

Cocaine exhibits plasma peak and total systemic exposure which is comparable to that reported in the medical literature, being approximately dose-proportional, with <35% absorption of cocaine from the pledgets. Table 2.7.2.2.1.1.1-1 summarizes the relative comparison of the plasma cocaine PK parameters to its major and minor metabolites.

Study LNT-P6-733 CSR has a complete summary of PK parameter comparison data.

Overall, cocaine exhibits plasma peak systemic exposure that is less than 435 ng/mL, with plasma total systemic exposure that is less than 965 ng-h/mL, and cleared from the plasma compartment within 6 hours.

Benzoylecgonine is a pharmacologically inactive metabolite of cocaine, which exhibits plasma peak systemic exposure that is comparable to cocaine (1.3 fold), with plasma total systemic exposure that is 7.5 fold that achieved with cocaine, and cleared from the plasma compartment within 21 hours.

Ecgonine Methyl Ester is a pharmacologically inactive metabolite of cocaine which exhibits plasma peak systemic exposure that is less than or equal to 0.20 fold that achieved with cocaine, with plasma total systemic exposure that is 0.65 fold that achieved with cocaine, and cleared from the plasma compartment within 13 hours.

Ecgonine is a pharmacologically inactive metabolite of cocaine, which exhibits plasma peak systemic exposure that is less than 0.03 fold that achieved with cocaine, with plasma total

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

systemic exposure that is 0.25 fold that achieved with cocaine, and cleared from the plasma compartment within 32 hours.

Norcocaine, a minor metabolite, that in some subjects was undetectable, is the only pharmacologically active metabolite of cocaine among the detectable metabolites, which exhibits plasma peak and total systemic exposure that is less than 0.01 fold that achieved with cocaine, and cleared from the plasma compartment/systemic circulation within 8 hours.

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

**Table 2.7.2.2.1.1.1-1: Comparison of Cocaine and its Major and Minor Metabolites – Peak and Total Systemic Exposure relative to Cocaine**

|  | Cocaine | | Norcocaine (NORC) | | Benzoylecgonine (BE) (major metabolite) | | Ecgonine Methyl Ester (EME) (major metabolite) | | Ecgonine (E) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Plasma | 4% | 10% | 4% | 10% | 4% | 10% | 4% | 10% | 4% | 10% |
| Cmax (ng/mL) | 142.68 | 433.53 | 0.517 | 2.648 | 180.52 | 601.78 | 21.29 | 83.07 | 3.782 | 12.19 |
| % relative to Cocaine | | | 0.36% | 0.61% | 126.52% | 138.81% | 14.92% | 19.16% | 2.65% | 2.81% |
| Tmax (h) | 0.5 | 0.5 | 1.5 | 1.5 | 2.5 | 3 | 2.5 | 2.5 | 8 | 6 |
| AUC 0 to inf (ng-h/mL) | 286.68 | 960.09 | 2.873 | 10.766 | 2235.31 | 7214.53 | 182.1 | 620.87 | 66.278 | 264.239 |
| % relative to Cocaine | | | 1.00% | 1.12% | 779.72% | 751.44% | 63.52% | 64.67% | 23.12% | 27.52% |
| Half-life (h) | 1.54 | 2.01 | 2.26 | 2.69 | 7.06 | 6.91 | 4.3 | 4.3 | 10.11 | 10.52 |
| Time (h) for Cp to decline < 87.5% of max | 4.62 | 6.03 | 6.78 | 8.07 | 21.18 | 20.73 | 12.9 | 12.9 | 30.33 | 31.56 |

Source: Study LNT-P6-733 CSR; Table 1

Confidential Proprietary Information

### 2.7.2.2.1.1.2        Cocaine Plasma and Urine Pharmacokinetics

Cocaine HCl demonstrates PK characteristics consistent with a slow and consistent delivery of drug product over the retention time of the pledget delivery system, and a subsequent rapid elimination (mean 1.5-2.1h half-life, 4% and 10%, respectively) wherein the drug product provides an acceptable extended duration of therapeutic drug concentrations generally for the duration of most minor diagnostic procedures or surgeries (Section 2.7.1).

Plasma pharmacokinetic parameter values by treatment for cocaine are presented in Table 2.7.2.2.1.1.2-1. A summary of the statistical analysis of $C_{max}$ and AUC for cocaine is given in Table 2.7.2.2.1.1.2-2. The mean plasma concentration-time profiles are displayed by treatment in Figure 2.7.2.2.1.1.2 (linear scale); the logarithmic scale is displayed in Study LNT-P6-733 CSR, Figure 2.

Overall, the mean peak cocaine concentration in plasma was approximately 3 times greater for the 10% solution, with respect to the 4% solution. Similarly, the total exposure (AUC) was about 3-3.5 times greater for the higher strength. The median time to peak concentration was similar between the two strengths (0.5 hours), as was the half-life (approximately 1.5 to 2 hours). The intra-subject coefficients of variation were 28.4%, 26.6% and 26.4% for $C_{max}$, $AUC_{0-T}$, and $AUC_{0-\infty}$, respectively (Table 2.7.2.2.1.1.2-2), which indicates that the drug products are not highly variable.

**Table 2.7.2.2.1.1.2-1: Summary of Plasma Cocaine Pharmacokinetic Parameters
(160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

| Parameter (Units) | Test-1 (n=33) | | Test-2 (n=30) | |
|---|---|---|---|---|
| | Mean | (C.V. %) | Mean | (C.V. %) |
| $C_{max}$ (ng/mL) | 142.68 | (44.9) | 433.53 | (49.3) |
| $\ln (C_{max})$ | 4.8668 | (9.0) | 5.9804 | (7.0) |
| $T_{max}$ (hours)[a] | 0.50 | (0.17-1.00) | 0.50 | (0.33-1.00) |
| $AUC_{0-T}$ (ng·h/mL) | 279.01 | (46.6) | 950.54 | (43.5) |
| $\ln (AUC_{0-T})$ | 5.5528 | (6.8) | 6.7761 | (5.9) |
| $AUC_{0-\infty}$ (ng·h/mL) | 286.68 | (45.6) | 960.09 | (43.1) |
| $\ln (AUC_{0-\infty})$ | 5.5828 | (6.7) | 6.7874 | (5.9) |
| $AUC_{0-T/0-\infty}$ (%) | 97.05 | (1.2) | 98.88 | (0.7) |
| $\lambda_Z$ (hours$^{-1}$) | 0.4576 | (13.7) | 0.3757 | (26.1) |
| $T_{half}$ (hours) | 1.54 | (13.5) | 2.01 | (36.8) |

[a] Median (range) Source: Study LNT-P6-733 CSR, Table 9.

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

**Table 2.7.2.2.1.1.2-2: Summary of the Statistical Analysis of Plasma Cocaine (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

| Parameter | Intra-Subject C.V. (%) | Geometric Lsmeans[a] | | Ratio (%) | 90% Confidence Limits (%) | |
|---|---|---|---|---|---|---|
| | | Test-1 (n=33) | Test-2 (n=30) | | Lower | Upper |
| $C_{max}$ | 28.4 | 129.48 | 389.99 | 33.20 | 29.41 | 37.49 |
| $AUC_{0-T}$ | 26.6 | 257.35 | 869.29 | 29.61 | 26.42 | 33.17 |
| $AUC_{0-\infty}$ | 26.4 | 265.22 | 879.71 | 30.15 | 26.93 | 33.75 |

[a] units are ng/mL for $C_{max}$ and ng·h/mL for $AUC_{0-T}$ and $AUC_{0-\infty}$ Source: Study LNT-P6-733 CSR, Table 10.

**Figure 2.7.2.2.1.1.2: Plasma Linear Profile of the Mean for Cocaine (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**



Source: Study LNT-P6-733 CSR, Figure 1.

Confidential Proprietary Information

FDASUPP011836

Urine cocaine pharmacokinetic parameter values by treatment are presented in Table 2.7.2.2.1.1.2-3.

The mean amount of cocaine excreted in urine was approximately 3 times greater for the 10% solution, with respect to the 4% solution.  The fraction excreted for the higher strength was about 19% greater than that for the lower strength.

**Table 2.7.2.2.1.1.2-3:  Summary of Urine Cocaine Pharmacokinetic Parameters (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

| Parameter (Units) | Test-1 (n=34) | | Test-2 (n=31) | |
|---|---|---|---|---|
| | Mean | (C.V. %) | Mean | (C.V. %) |
| Ae (mg) | 0.293 | (72.0) | 0.895 | (116.7) |
| Fe (%) | 0.18 | (72.0) | 0.22 | (116.7) |

Source: Study LNT-P6-733 CSR, Table 11.

### 2.7.2.2.1.1.3        Benzoylecgonine Plasma and Urine Pharmacokinetics

Plasma pharmacokinetic parameter values by treatment for benzoylecgonine are presented in Table 2.7.2.2.1.1.3-1. A summary of the statistical analysis of $C_{max}$ and AUC for benzoylecgonine is given in Table 2.7.2.2.1.1.3-2. The mean plasma concentration-time profiles are displayed by treatment in Figure 2.7.2.2.1.1.3 (linear scale), the logarithmic scale is displayed in Study LNT-P6-733 CSR, Figure 4.

Overall, the mean peak benzoylecgonine concentration in plasma was approximately 3.5 times greater for the 10% solution, with respect to the 4% solution.  Similarly, the total exposure (AUC) was about 3-3.3 times greater for the higher strength. The median time to peak concentration was similar between the two strengths (2.5 hours and 3 hours for the 4% and 10% solutions, respectively), as was the half-life (approximately 7 hours for both strengths). The intra-subject coefficients of variation were 30.1%, 28.2% and 27.9% for $C_{max}$, $AUC_{0-T}$, and $AUC_{0-\infty}$, respectively (Table 2.7.2.2.1.1.3-2).

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

**Table 2.7.2.2.1.1.3-1:  Summary of Plasma Benzoylecgonine Pharmacokinetic Parameters (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

| Parameter (Units) | Test-1 (n=33) | | Test-2 (n=30) | |
|---|---|---|---|---|
| | Mean | (C.V. %) | Mean | (C.V. %) |
| $C_{max}$ (ng/mL) | 180.52 | (53.9) | 601.78 | (51.8) |
| $\ln(C_{max})$ | 5.0585 | (10.6) | 6.2520 | (9.3) |
| $T_{max}$ (hours)[a] | 2.50 | (1.00-4.03) | 3.00 | (1.50-4.00) |
| $AUC_{0-T}$ (ng·h/mL) | 1995.24 | (52.7) | 6499.52 | (45.6) |
| $\ln(AUC_{0-T})$ | 7.4761 | (6.7) | 8.6598 | (6.1) |
| $AUC_{0-\infty}$ (ng·h/mL) | 2235.31 | (52.5) | 7214.53 | (44.5) |
| $\ln(AUC_{0-\infty})$ | 7.5895 | (6.6) | 8.7690 | (5.9) |
| $AUC_{0-T/0-\infty}$ (%) | 89.40 | (5.2) | 89.77 | (5.0) |
| $\lambda_Z$ (hours$^{-1}$) | 0.1027 | (22.6) | 0.1047 | (21.6) |
| $T_{half}$ (hours) | 7.06 | (21.3) | 6.91 | (20.6) |

[a] Median (range) Source: Study LNT-P6-733 CSR, Table 12

**Table 2.7.2.2.1.1.3-2:  Summary of the Statistical Analysis of Benzoylecgonine (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

| Parameter | Intra-Subject C.V. (%) | Geometric Lsmeans[a] | | Ratio (%) | 90% Confidence Limits (%) | |
|---|---|---|---|---|---|---|
| | | Test-1 (n=33) | Test-2 (n=30) | | Lower | Upper |
| $C_{max}$ | 30.1 | 156.68 | 519.64 | 30.15 | 26.51 | 34.30 |
| $AUC_{0-T}$ | 28.2 | 1758.99 | 5789.74 | 30.38 | 26.92 | 34.29 |
| $AUC_{0-\infty}$ | 27.9 | 1970.19 | 6456.13 | 30.52 | 27.08 | 34.40 |

[a] units are ng/mL for $C_{max}$ and ng·h/mL for $AUC_{0-T}$ and $AUC_{0-\infty}$  Source: Study LNT-P6-733 CSR, Table 13

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

**Figure 2.7.2.2.1.1.3:   Plasma Linear Profile of the Mean for Benzoylecgonine (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**



Source: Study LNT-P6-733 CSR, Figure 4

Urine pharmacokinetic parameter values by treatment for benzoylecgonine are presented in Table 2.7.2.2.1.1.3-3.

The mean amount of benzoylecgonine excreted in urine was approximately 3 times greater for the 10% solution, with respect to the 4% solution.  The fraction excreted for the higher strength was about 19% greater than that for the lower strength.

**Table 2.7.2.2.1.1.3-3:  Summary of Urine Benzoylecgonine Pharmacokinetic Parameters (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

| Parameter (Units) | Test-1 (n=29) | | Test-2 (n=26) | |
|---|---|---|---|---|
| | **Mean** | **(C.V. %)** | **Mean** | **(C.V. %)** |
| Ae (mg) | 8.809 | (41.0) | 28.507 | (46.9) |

Source: Study LNT-P6-733 CSR, Table 14

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

#### 2.7.2.2.1.1.4        Ecgonine Methyl Ester Plasma and Urine Pharmacokinetics

Plasma pharmacokinetic parameter values by treatment for ecgonine methyl ester are
presented in Table 2.7.2.2.1.1.4-1. A summary of the statistical analysis of $C_{max}$ and AUC for
ecgonine methyl ester is given in Table 2.7.2.2.1.1.4-2. The mean plasma concentration-time
profiles are displayed by treatment in Figure 2.7.2.2.1.1.4 (linear scale), the logarithmic scale
is displayed in Study LNT-P6-733 CSR, Figure 6.

Overall, the mean peak ecgonine methyl ester concentration in plasma was approximately 4
times greater for the 10% solution, with respect to the 4% solution.  Similarly, the total
exposure (AUC) was about 3.5 times greater for the higher strength. The median time to peak
concentration was similar between the two strengths (2.5 hours), as was the half-life (4.3
hours).

**Table 2.7.2.2.1.1.4-1:  Summary of Plasma Ecgonine Methyl Ester Pharmacokinetic
Parameters (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

| Parameter (Units) | Test-1 (n=33) | | Test-2 (n=30) | |
|---|---|---|---|---|
| | Mean | (C.V. %) | Mean | (C.V. %) |
| $C_{max}$ (ng/mL) | 21.29 | (54.8) | 83.07 | (55.6) |
| ln ($C_{max}$) | 2.9292 | (17.3) | 4.2766 | (13.0) |
| $T_{max}$ (hours)[a] | 2.50 | (1.00-3.50) | 2.50 | (1.50-4.00) |
| $AUC_{0-T}$ (ng·h/mL) | 171.79 | (54.5) | 605.69 | (40.2) |
| ln ($AUC_{0-T}$) | 5.0331 | (9.2) | 6.3271 | (6.5) |
| $AUC_{0-\infty}$ (ng·h/mL) | 182.10 | (51.8) | 620.87 | (39.5) |
| ln ($AUC_{0-\infty}$) | 5.1027 | (8.6) | 6.3554 | (6.3) |
| $AUC_{0-T/0-\infty}$ (%) | 93.32 | (3.4) | 97.22 | (1.6) |
| $\lambda_Z$ (hours$^{-1}$) | 0.1668 | (18.8) | 0.1665 | (19.7) |
| $T_{half}$ (hours) | 4.30 | (18.2) | 4.30 | (17.4) |

[a] Median (range)  Source: Study LNT-P6-733 CSR, Table 15

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

**Table 2.7.2.2.1.1.4-2:  Summary of the Statistical Analysis of Ecgonine Methyl Ester (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

| Parameter | Intra-Subject C.V. (%) | Geometric Lsmeans[a] | | Ratio (%) | 90% Confidence Limits (%) | |
|---|---|---|---|---|---|---|
| | | Test-1 (n=33) | Test-2 (n=30) | | Lower | Upper |
| $C_{max}$ | 45.6 | 18.68 | 72.13 | 25.89 | 21.45 | 31.26 |
| $AUC_{0-T}$ | 39.4 | 153.31 | 558.89 | 27.43 | 23.27 | 32.33 |
| $AUC_{0-\infty}$ | 37.6 | 164.37 | 575.07 | 28.58 | 24.42 | 33.45 |

[a] units are ng/mL for $C_{max}$ and ng·h/mL for $AUC_{0-T}$ and $AUC_{0-\infty}$  Source: Study LNT-P6-733 CSR, Table 16

**Figure 2.7.2.2.1.1.4: Plasma Linear Profile of the Mean for Ecgonine Methyl Ester (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**



Source: Study LNT-P6-733 CSR, Figure 5

Confidential Proprietary Information

FDASUPP011841

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

Urine pharmacokinetic parameter values by treatment for ecgonine methyl ester are presented in Table 2.7.2.2.1.1.4-3.

For ecgonine methyl ester, the mean amount excreted in urine was approximately 3.5 times greater for the 10% solution, with respect to the 4% solution.

**Table 2.7.2.2.1.1.4-3: Summary of Urine Ecgonine Methyl Ester Pharmacokinetic Parameters (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

| Parameter (Units) | Test-1 (n=29) | | Test-2 (n=26) | |
|---|---|---|---|---|
| | Mean | (C.V. %) | Mean | (C.V. %) |
| Ae (mg) | 3.814 | (44.3) | 12.806 | (44.0) |

Source: Study LNT-P6-733 CSR, Table 17.

## 2.7.2.2.1.1.5    Ecgonine Plasma and Urine Pharmacokinetics

Plasma pharmacokinetic parameter values by treatment for ecgonine are presented in Table 2.7.2.2.1.1.5-1. A summary of the statistical analysis of $C_{max}$ and AUC for ecgonine is given in Table 2.7.2.2.1.1.5-2. The mean plasma concentration-time profiles are displayed by treatment in Figure 2.7.2.2.1.1.5 (linear scale); the logarithmic scale is displayed in Study LNT-P6-733 CSR, Figure 8.

Overall, the mean peak ecgonine concentration in plasma was approximately 3 times greater for the 10% solution, with respect to the 4% solution.  Similarly, the total exposure (AUC) was about 3-4 times greater for the higher strength. The median time to peak concentration was 8 hours and 6 hours for the 4% and 10% solutions, respectively. The half-life was similar between the two strengths (approximately 10-10.5 hours).

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

**Table 2.7.2.2.1.1.5-1: Summary of Plasma Ecgonine Pharmacokinetic Parameters (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

| Parameter (Units) | Test-1 (n=33) [b] | | Test-2 (n=30) [c] | |
|---|---|---|---|---|
| | Mean | (C.V. %) | Mean | (C.V. %) |
| $C_{max}$ (ng/mL) | 3.782 | (45.7) | 12.190 | (43.8) |
| ln ($C_{max}$) | 1.2396 | (34.5) | 2.3951 | (20.4) |
| $T_{max}$ (hours)[a] | 8.00 | (4.00-12.00) | 6.00 | (4.00-8.07) |
| $AUC_{0-T}$ (ng·h/mL) | 63.328 | (47.3) | 195.126 | (42.0) |
| ln ($AUC_{0-T}$) | 4.0533 | (10.8) | 5.1791 | (8.9) |
| $AUC_{0-\infty}$ (ng·h/mL) | 66.278 | (31.3) | 264.239 | (38.7) |
| ln ($AUC_{0-\infty}$) | 4.1496 | (7.9) | 5.5025 | (7.8) |
| $AUC_{0-T/0-\infty}$ (%) | 75.98 | (5.7) | 75.37 | (6.4) |
| $\lambda_Z$ (hours$^{-1}$) | 0.0692 | (10.9) | 0.0669 | (13.7) |
| $T_{half}$ (hours) | 10.11 | (11.0) | 10.52 | (12.6) |

[a] Median (range) [b] n=7 for $AUC_{0-\infty}$, $AUC_{0-T/0-\infty}$, $\lambda_Z$ and $T_{half}$ [c] n=8 for $AUC_{0-\infty}$, $AUC_{0-T/0-\infty}$, $\lambda_Z$ and $T_{half}$

Source:  Study LNT-P6-733 CSR, Table 18.

**Table 2.7.2.2.1.1.5-2:  Summary of the Statistical Analysis of Ecgonine (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

| Parameter | Intra-Subject C.V. (%) | Geometric Lsmeans[a] | | Ratio (%) | 90% Confidence Limits (%) | |
|---|---|---|---|---|---|---|
| | | Test-1 (n=33) [b] | Test-2 (n=30) [c] | | Lower | Upper |
| $C_{max}$ | 30.9 | 3.452 | 11.021 | 31.32 | 27.46 | 35.72 |
| $AUC_{0-T}$ | 28.5 | 57.592 | 178.101 | 32.34 | 28.63 | 36.53 |
| $AUC_{0-\infty}$ | 34.9 | 53.347 | 233.442 | 22.85 | 11.60 | 45.00 |

[a] units are ng/mL for $C_{max}$ and ng·h/mL for $AUC_{0-T}$ and $AUC_{0-\infty}$ [b] n= 7 for $AUC_{0-\infty}$ [c] n= 8 for $AUC_{0-\infty}$

Source:  Study LNT-P6-733 CSR, Table 19.

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

**Figure 2.7.2.2.1.1.5:    Plasma Linear Profile of the Mean for Ecgonine (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**



Source: Study LNT-P6-733 CSR, Figure 7.

Urine pharmacokinetic parameter values by treatment for ecgonine are presented in Table 2.7.2.2.1.1.5-3.

For ecgonine, the mean amount excreted in urine was approximately 3 times greater for the 10% solution, with respect to the 4% solution.

**Table 2.7.2.2.1.1.5-3: Summary of Urine Ecgonine Pharmacokinetic Parameters (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

| Parameter (Units) | Test-1 (n=29) | | Test-2 (n=26) | |
|---|---|---|---|---|
| | Mean | (C.V. %) | Mean | (C.V. %) |
| Ae (mg) | 0.424 | (43.4) | 1.298 | (43.4) |

Source: Study LNT-P6-733 CSR, Table 20.

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

### 2.7.2.2.1.1.6    Norcocaine Plasma and Urine Pharmacokinetics

Plasma pharmacokinetic parameter values by treatment for norcocaine are presented in Table 2.7.2.2.1.1.6-1. A summary of the statistical analysis of $C_{max}$ and AUC for norcocaine is given in Table 2.7.2.2.1.1.6-2. The mean plasma concentration-time profiles are displayed by treatment in Figure 2.7.2.2.1.1.6 (linear scale), the logarithmic scale is displayed in Study LNT-P6-733 CSR, Figure 10.

Overall, the mean peak norcocaine concentration in plasma was approximately 5 times greater for the 10% solution, with respect to the 4% solution. Similarly, the total exposure (AUC) was about 3.5-5 times greater for the higher strength. The median time to peak concentration was similar between the two strengths (1.5 hours), as was the half-life (about 2.3-2.7 hours).

Several subjects showed non-evaluable exposure (AUC) for norcocaine, which supports it is a minor metabolite of cocaine, with only traces present in plasma and urine.

**Table 2.7.2.2.1.1.6-1:   Summary of Plasma Norcocaine Pharmacokinetic Parameters (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

| Parameter (Units) | Test-1 (n=17) [b] | | Test-2 (n=28) [c] | |
|---|---|---|---|---|
| | Mean | (C.V. %) | Mean | (C.V. %) |
| $C_{max}$ (ng/mL) | 0.517 | (95.7) | 2.648 | (103.3) |
| ln ($C_{max}$) | -0.9856 | -(77.7) | 0.4134 | (287.0) |
| $T_{max}$ (hours)[a] | 1.50 | (0.75-2.00) | 1.50 | (1.00-2.50) |
| $AUC_{0-T}$ (ng·h/mL) | 1.797 | (115.7) | 9.174 | (104.2) |
| ln ($AUC_{0-T}$) | -0.0160 | -(7019.0) | 1.5421 | (88.1) |
| $AUC_{0-\infty}$ (ng·h/mL) | 2.873 | (79.1) | 10.766 | (92.0) |
| ln ($AUC_{0-\infty}$) | 0.7767 | (100.1) | 1.9516 | (50.3) |
| $AUC_{0-T/0-\infty}$ (%) | 66.27 | (26.1) | 84.73 | (15.6) |
| $\lambda_Z$ (hours$^{-1}$) | 0.3100 | (12.2) | 0.3191 | (38.4) |
| $T_{half}$ (hours) | 2.26 | (11.6) | 2.69 | (61.7) |

[a] Median (range) [b] n= 13 for $AUC_{0-T}$, n=10 for $AUC_{0-\infty}$, $AUC_{0-T/0-\infty}$, $\lambda_Z$ and $T_{half}$ [c] n= 27 for $AUC_{0-T}$, n=25 for $AUC_{0-\infty}$, $AUC_{0-T/0-\infty}$, $\lambda_Z$ and $T_{half}$ Source Study LNT-P6-733 CSR, Table 21.

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

**Table 2.7.2.2.1.1.6-2:   Summary of the Statistical Analysis of Norcocaine (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

| Parameter | Intra-Subject C.V. (%) | Geometric Lsmeans[a] | | Ratio (%) | 90% Confidence Limits (%) | |
|---|---|---|---|---|---|---|
| | | Test-1 (n=17)[b] | Test-2 (n=28)[c] | | Lower | Upper |
| $C_{max}$ | 54.9 | 0.260 | 1.534 | 16.92 | 12.29 | 23.31 |
| $AUC_{0-T}$ | 65.4 | 0.569 | 4.541 | 12.52 | 8.02 | 19.56 |
| $AUC_{0-\infty}$ | 58.6 | 1.377 | 6.943 | 19.83 | 12.60 | 31.22 |

[a] units are ng/mL for $C_{max}$ and ng·h/mL for $AUC_{0-T}$ and $AUC_{0-\infty}$ [b] n= 10 for $AUC_{0-\infty}$[c] n= 25 for $AUC_{0-\infty}$

Source: Study LNT-P6-733 CSR, Table 22.

**Figure 2.7.2.2.1.1.6:  Plasma Linear Profile of the Mean for Norcocaine (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**



Source: Study LNT-P6-733 CSR, Figure 9.

Confidential Proprietary Information

FDASUPP011846

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

Urine pharmacokinetic parameter values by treatment for norcocaine are presented in Table 2.7.2.2.1.1.6-3.

For norcocaine, the mean amount excreted in urine was approximately 7.5-8 times greater for the 10% solution, with respect to the 4% solution.

**Table 2.7.2.2.1.1.6-3:  Summary of Urine Norcocaine Pharmacokinetic Parameters (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

| Parameter (Units) | Test-1 (n=21) | | Test-2 (n=25) | |
|---|---|---|---|---|
| | Mean | (C.V. %) | Mean | (C.V. %) |
| Ae (mg) | 0.004 | (85.5) | 0.031 | (137.9) |

Source: Study LNT-P6-733 CSR, Table 23.

## 2.7.2.2.2    Pharmacodynamic Studies

No separate PD studies measuring only PD efficacy endpoints were conducted with Cocaine HCl Topical Solution, 4% and 10% by the Sponsor. However, the Sponsor's adult PK study (Study LNT-P6-733) evaluated the PD vasoconstriction potential of nasally administered Cocaine HCl topical solution, with extensive PK and PD analyses. A summary of the PD vasoconstriction data is presented below (Section 2.7.2.2.2.1).

### 2.7.2.2.2.1    Vasoconstriction Pharmacodynamics Study LNT-P6-733

Nasal vasoconstriction was measured by capillary blood flow (Flux measurement), quantified using the moorVMS-LDF Laser Doppler Flow, measured in each nostril at the following time points: prior to pledget placement and approximately 5, 10, 20, and 30 minutes after removal of the pledgets, in each study period.

In order to determine that the Flux measurements were optimal, a secondary non-vasoconstriction supportive measurement, DC, was performed.  DC indicates the backscattered laser light intensity, and is used to check the function and proper position of the laser Doppler probes. A probe is in perfect position, when the DC value drops and remains constant between ~50 arbitrary units (AU) and ~100 AU.

Vasoconstriction measurements (capillary blood flow, as measured by Flux, and DC supportive measurement) were statistically analyzed using an Analysis of Variance (ANOVA) model. A separate repeated measures ANOVA model accounting for measurements over time was performed for each comparison of interest (160 mg versus placebo and 400 mg versus placebo). The null hypothesis that there is no difference between the test products and placebo was tested at the 5% level.

The perfusion measurement parameters to evaluate capillary blood flow were Flux (tissue perfusion units (PU)) and DC (mean intensity) and summaries of statistical analysis results Flux and DC are given in Table 2.7.2.2.2.1-1 and Table 2.7.2.2.2.1-2, respectively.

Overall, related to vasoconstriction, by capillary blood flow assessed using Flux measurements, the 160 mg and 400 mg Cocaine HCl topical solution doses were significantly

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

different from placebo (each comparison p<0.0001), suggesting a reduced blood flow and increased vasoconstriction compared to placebo.

**Table 2.7.2.2.2.1-1: Summary of Flux Measurement Statistical Analysis (PU) (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

|  | LSMean | LSMean difference | SE | P value | 95%CI | |
|---|---|---|---|---|---|---|
| Test-1 vs Placebo | 392.15 vs 502.94 | -110.79 | 15.5036 | <0.0001 | -143.13 | -78.4536 |
| Test-2 vs Placebo | 377.35 vs 493.75 | -116.39 | 14.2620 | <0.0001 | -146.14 | -86.6450 |

Source: Study LNT-P6-733 CSR, Table 30.

The mean value for the 160 mg Cocaine HCl dose was found to be statistically significantly different from placebo (p= 0.0075) by DC assessment, whereas the mean value for the 400 mg Cocaine HCl dose was not (p = 0.4209). It should be noted that DC measurement, which is an indication only of optimal probe placement, was shown by the data to be appropriate and optimally placed during the study (probe range readings between 50 arbitrary units (AU) and 100 AU).

**Table 2.7.2.2.2.1-2: Summary of DC Measurement Statistical Analysis (AU) (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

|  | LSMean | LSMean difference | SE | P value | 95% CI | |
|---|---|---|---|---|---|---|
| Test-1 vs Placebo | 58.6109 vs 63.9576 | -5.3467 | 1.7975 | 0.0075 | -9.0961 | -1.5973 |
| Test-2 vs Placebo | 61.5609 vs 63.0232 | -1.4622 | 1.7795 | 0.4209 | -5.1743 | 2.2498 |

Source: Study LNT-P6-733 CSR, Table 31.

Vasoconstriction measurements by subject are presented in Study LNT-P6-733 CSR, Listing 16.2.9.7.

### 2.7.2.2.3   Overall Safety Observations from the Pharmacokinetic/ Pharmacodynamic Study LNT-P6-733

Based on the results of this adult PK/PD Phase I study, the following safety conclusions can be made:

- Single dose administration of 160 mg cocaine HCl, 400 mg cocaine HCl, and placebo products to healthy subjects in this study was safe even though a high incidence of TEAEs, possibly related to the study drugs, was observed during the study.

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

- No SAEs and no deaths were reported for any of the subjects enrolled in this study. No subject was withdrawn by the investigator for a safety reason.

- A total of 280 TEAEs were reported by 34 (94%) of the 36 subjects who participated in this study. Of these events, 101 occurred after administration of 160 mg cocaine HCl, 171 after dosing with 400 mg cocaine HCl, and the other 8 after administration of placebo. Most TEAEs were considered related (93%) to drug administration.

- The TEAEs experienced most commonly in this study were dysgeusia (taste distortion) and hypoesthesia (reduced sense of touch or sensation) as would be expected with an anesthetic agent to the nasal mucosa in normal healthy subjects. Dysgeusia was reported by 16 subjects (44%) after administration of 160 mg cocaine HCl, 18 subjects (50%) after administration of 400 mg cocaine HCl, and 2 subjects (8%) after administration of Placebo. Hypoesthesia was reported by 11 subjects (31%) after administration of 160 mg cocaine HCl, and 17 subjects (47%) after administration of 400 mg cocaine HCl.

- The incidence of TEAEs was similar for subjects dosed with 160 mg cocaine HCl and 400 mg cocaine HCl (81% and 86%, respectively) and higher than the one reported for subjects dosed with placebo (17%). Drug-related TEAEs were also reported with a similar incidence for subjects dosed with 160 mg cocaine HCl and 400 mg cocaine HCl (81% and 83%, respectively).

- The TEAEs experienced during the study were deemed mild (266/280, 95%), moderate (13/280, 5%), and severe (1/280; 0%) in intensity. One subject (Subject 008) experienced somnolence of severe intensity following dosing with 400 mg cocaine HCl, which was considered related to drug administration and was resolved by the end of the study. All TEAEs were considered not clinically significant and reversible.

- Overall, the mean values from baseline to end-of-study of general biochemistry, hematology, urinalysis, vital signs, and ECGs were comparable.

- All the abnormal clinical laboratory values were only marginally higher or lower than their reference ranges and none were considered clinically significant by the investigator. Furthermore, there were no clinically significant abnormalities in the vital signs, ECGs, general and nasal cavity physical examinations of the subjects in this study.

### 2.7.2.3 Comparison and Analyses of Results across Studies

### 2.7.2.3.1 In Vitro Drug Metabolism and In Vitro Drug-Drug Interaction Studies and Their Clinical Implications

No *in vitro* drug metabolism or drug-drug interaction studies were conducted during clinical development.

Confidential Proprietary Information

### 2.7.2.3.2   Human PK Studies

The Sponsor completed one (Phase I) adult healthy human single-dose PK/PD clinical study with Cocaine HCl Topical Solution, 4% and 10%, applied to the nasal mucosa, which was the same method of dosing using pledgets as was used in the Phase III clinical studies, but at maximum doses of both the 4% (160 mg) and 10% (400 mg) concentrations.

The study demonstrated that minimal amounts of cocaine are absorbed when Cocaine HCl Topical Solution, 4% and 10%, was applied by pledget administration. The maximum doses that could be applied to the nasal mucosa were administered, i.e., a 160 mg dose from the Cocaine HCl Topical Solution, 4%, and a 400 mg dose from the Cocaine HCl Topical Solution, 10%.

Tabular summaries of the mean plasma absorption (% Fraction) and PK parameters ($AUC_{0-\infty}$, $C_{max}$, $T_{max}$, and $T_{half}$) for cocaine are provided in Table 2.7.1.2-1. A written summary of the absorption (% Fraction) and specific cocaine PK parameters from Cocaine HCl Topical Solution, 4% and 10%, is located in Section 2.7.1.2.1. The complete PK (plasma and urine) study results are described in Section 2.7.2.2.1.1.2.

The study did not include a plasma protein binding assessment. There were no intense PK assessments conducted in patients during clinical development.

### 2.7.2.3.3   Population PK Analyses

No population PK analyses were conducted during clinical development.

### 2.7.2.3.4   Dose-Response or Concentration-Response Relationships

Studies that assessed dose-response or concentration response comparing the anesthetic efficacy or effectiveness to plasma concentrations were not conducted as part of this clinical program. An analysis of clinical information relevant to dosing, including a general discussion of the Cocaine HCl Topical Solution, 4% and 10%, its minimal systemic absorption via pledget administration, its PD/PK performance, and how it may relate to its anesthesia of the nasal mucosa, is provided in Section 2.7.3.4.

### 2.7.2.3.5   Major Inconsistencies in the Human Biomaterial, PK, or PD Database

There were no major inconsistencies in the databases for the PK/PD studies.

### 2.7.2.3.6   Pharmacokinetic Studies to Determine Foreign Clinical Data Extrapolation

No studies were conducted to extrapolate with foreign clinical data, that is, outside the North American continent, e.g. UK, Japan, etc. The Cocaine HCl Topical Solution, 4% and 10%, clinical development program was conducted in the US (both PhaseIII3 trials), and Canada (Phase I adult PK study).

### 2.7.2.4   Special Studies

No special-population studies have been conducted as part of this 505(b)(2) submission. A number of pharmacokinetic studies appear in the medical literature, but none of those studies have shown any pharmacokinetic differences related to age, sex, or race for cocaine HCl.

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

The plasma pharmacokinetics and limited absorption from pledgets of cocaine after Cocaine HCl Topical Solution, 4% and 10%, administration has not rigorously been compared between healthy subjects and patients or special populations likely to use this product. There is no reason to expect that these factors would have any significant effect on the (minimal) absorption or PK profile of cocaine from Cocaine HCl Topical Solution, 4% and 10%.

Information about special populations is described below in Section 2.7.2.4.1 and drug interaction information is described in Section 2.7.2.4.2.

### 2.7.2.4.1        Special Populations

**Gender**

Plasma cocaine concentrations are not expected to be affected by gender. Although, population PK analyses have not been conducted to support the lack of gender effect on the pharmacokinetics of cocaine, the Phase III trials did not indicate a significant difference existed between the genders.

**Race**

Plasma cocaine concentrations are not expected to be affected by race. Although, population PK analyses have not been conducted to support the lack of race effect on pharmacokinetics of cocaine, the Phase III trials did not indicate a significant difference existed between races.

**Geriatric**

Plasma cocaine concentrations are not expected to be affected by age. The clearance of cocaine has not been evaluated in this patient population when compared to younger patients (Section 2.7.4.5.1.1). However, Cocaine HCl Topical Solution, 4% and 10%, should be used with caution in elderly patients (65 years and older), since they are more likely to exhibit vascular side effects associated with the drug product (Section 2.7.4).

**Pediatric**

The PK of cocaine and its metabolites from Cocaine HCl Topical Solutions, 4% and 10%, have not been studied in pediatric patients. A pediatric study plan for Cocaine HCl Topical Solution, 4%, is included in Section 1.9.4. The 10% concentration of cocaine HCl is not recommended for use in children due to the increased risk and severity of systemic toxicities (Taketomo, 2013).

**Renal Impairment**

The pharmacokinetics of Cocaine HCl Topical Solution, 4% and 10%, in patients with renal impairment has not been studied. In the Sponsor's clinical trials, subjects with decreased renal function were ineligible for inclusion, which prevents an evaluation of the influence of renal insufficiency on the drug product.

Based on information available on the metabolism and excretion of cocaine, dose initiation in patients with renal impairment should follow a conservative approach. Dosages should be adjusted according to the clinical situation.

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

**Hepatic Impairment**

The pharmacokinetics of Cocaine HCl Topical Solution, 4% and 10%, in patients with impaired hepatic function has not been studied. Plasma cocaine concentrations are not expected to be affected in patients with hepatic impairment due to the primarily, non-renal and non-oxidative, non-CYP450 esterases metabolic pathway of cocaine HCl.

NCOC exhibits plasma peak and total systemic exposure that is less than 1% of that achieved with cocaine, and is cleared from the plasma compartment/systemic circulation within 8 hours, which minimizes its potential pharmacologic activity (Section 2.7.2.1.2). However, Cocaine HCl Topical Solution, 4% and 10%, should be used with caution in patients with hepatic impairment, since the clearance of cocaine has not been evaluated in these patient populations when compared to patients with normal hepatic function (Section 2.7.4.5.1.1).

Dose initiation in patients with hepatic impairment should follow a conservative approach. Dosages should be adjusted according to the clinical situation.

### 2.7.2.4.2    Drug Interactions

Neither the API (i.e., synthetic cocaine HCl) in the Cocaine HCl Topical Solution, 4% and 10% formulation, nor the pledget administration technique are expected to present any novel or unique drug-drug interactions. No drug interaction studies with Cocaine HCl Topical Solution, 4% and 10%, were planned or conducted based on the clinical knowledge, experience and expectations of this API, which has been used therapeutically for decades.

A search of the medical literature, which is summarized, revealed no new or additional PK information on the use of cocaine HCl in conjunction with drugs or products than previously known. Cocaine HCl Topical Solution, 4% and 10%, should not be concomitantly administered in patients taking cholinesterase inhibitors. Inhibition of carboxylesterase activity by cholinesterase inhibitors (echothiophate iodide ophthalmic solution), antimyasthenics (neostigmine), cyclophosphamide, and possibly thiotepa, may reduce or slow cocaine's metabolism. If these patients are given cocaine hydrochloride, higher blood levels result, with a greater risk of drug toxicity, since cocaine hydrochloride is largely (≥80%) metabolized by carboxylesterases (cholinesterases)(Section 2.7.2.4.2.2).

No clinically significant CYP3A4 interactions are expected, or noted in the medical literature, because <10% of cocaine is eliminated via this metabolic route (Brim, 2011; Kolbrich, 2006).

Cocaine has been reported to be a competitive inhibitor of CYP2D6-mediated sparteine 2-dehydrogenation, and was studied *in vitro* in its ability to influence the elimination of CYP2D6 metabolized drug products in three functionally active human CYP2D6 allelic variants, CYP2D6.1, CYP2D6.10 (Asian population prevalent), and CYP2D6.17 (African American population prevalent). Cocaine was one of the least potent inhibitors with high $K_i$ values for dextromethorphan O-demethylase, and low potency with mid-range $K_i$ values for atomoxetine 4-hydroxylase. There was little difference between the CYP2D6.1 and CYP2D6.10 alleles, with the least influence observed for CYP2D6.17 variant allele (Shen, 2007). These results are expected to have no clinical significance or drug-drug interactions impact based on the drug products eliminated via this pathway or ethnic variability.

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

The remainder of the potential drug-drug interactions with Cocaine HCl Topical Solution, 4% and 10%, are primarily pharmacodynamic in nature.

### 2.7.2.4.2.1        CNS Stimulants

Concurrent use of other CNS stimulation-producing medications with cocaine may result in excessive CNS stimulation, leading to nervousness, irritability, insomnia, or possibly convulsions or cardiac arrhythmias (Fleming 1990).

### 2.7.2.4.2.2        Cholinesterase Inhibitors

Inhibition of carboxylesterase activity by cholinesterase inhibitors (echothiophate iodide ophthalmic solution), antimyasthenics (neostigmine), cyclophosphamide, and possibly thiotepa, reduces or slows cocaine metabolism, thereby increasing and/or prolonging its effects and increasing the risk of toxicity (Soni, 1987; Fleming, 1990).

### 2.7.2.4.2.3        Sympathomimetics

Use of other sympathomimetics (epinephrine) may enhance the cardiovascular effects of either or both medications and the risk of adverse effects by increasing the levels of circulating catecholamines (Kalsner, 1969; Van Dyke, 1982; Fleming 1990). Patients receiving ADHD/stimulants, or anorexiants (amphetamine, dextroamphetamine, lisdexamfetamine, methylphenidate, phentermine) should be closely observed and the lowest dose of cocaine applied.

### 2.7.2.4.2.4        Alpha-modifying Agents

Postganglionic blocking agents (reserpine) potentiate cocaine-induced sympathetic stimulation; concurrent use may increase the risk of hypertension and cardiac arrhythmias (Ellenhorn, 1988).

### 2.7.2.4.2.5        Monoamine-Oxidase Inhibitors

Cocaine potentiates the effects and toxicity of MAO inhibitors (isocarboxazid, phenelzine, selegiline, tranylcypromine (Fairbanks, 1983; Ellenhorn, 1988). Cocaine should not be administered during, or with 14 days following, administration of an MAO inhibitor.

### 2.7.2.4.2.6        Tricyclic Antidepressants

Tricyclic antidepressants (amitriptyline, imipramine), increase the activity of the Sympathetic Nervous System, which is also increased by administration of cocaine HCl (Jones, 1986; Fleming 1990).

### 2.7.2.4.2.7        Halothane Anesthesia

Maintenance of anesthesia with halothane, a volatile anaesthetic agent, may augment any interaction between cocaine and catecholamines by sensitizing the myocardium (Andersen, 1963; Fleming 1990). However, deeper levels of general anesthesia inhibit adrenal release of catecholamines and may conversely decrease the potential arrhythmogenic effects (Koehntop, 1977; Fleming 1990).

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

### 2.7.2.4.3    Abuse Potential

The abuse potential of cocaine from Cocaine HCl Topical Solution, 4% and 10%, was not assessed in any sponsor conducted in vitro or in vivo studies, e.g., specific human abuse PD/PK liability studies.

### 2.7.2.5    APPENDIX

No additional Tables or Figures are provided or included in the section.

### REFERENCES

Ambre J, Fischman M, Ruo T. Urinary excretion of ecgonine methyl ester, a major metabolite of cocaine in humans. J Analyt Tox 1984;8:23-25.

Andersen N, Johansen S. Incidence of catechol-amine-induced arrhythmias during halothane anesthesia. Anesthesiology 1963;24:51-56.

Anderton J, Nassar W. Topical cocaine and general anaesthesia, an investigation of the efficacy and side effects of cocaine on the nasal mucosae. Anaesthesia 1975;30:809-817.

Brim R, Noon K, Gregory C, et al. The ability of bacterial cocaine esterase to hydrolyze cocaine metabolites and their simultaneous quantification using high-performance liquid chromatography-tandem mass spectrometry. Mol Pharmacol 2011;80:1119-1127.

Brower K, Hierholzer R, Maddahian E. Recent trends in cocaine abuse in a VA psychiatric population. Hosp Community Psychiatry 1986;37:1229-1234.

Catterall, W. Mackie, K. Local Anesthetics. Goodman and Gilman's The Pharmacological Basis of Therapeutics, 10th edition, edited by Gilman A, 2001:367-384.

Chow M, Ambre J, Ruo T, et al. Kinetics of cocaine distribution, elimination, and chronotropic effects. Clin Pharmacol Ther 1986;38:318-324.

Collins S, Evans S, Foltin R, et al. Intranasal cocaine in humans: effects of sex and menstrual cycle. Pharm Biochem Behav 2007;86:117-124.

Cregler L, Mark H. Medical complications of cocaine abuse. N Engl J Med 1986;315:1495-1500.

Davis S, Granner D. Insulin, oral hypoglycemic agents, and the pharmacology of the endocrine pancreas. Goodman and Gilman's The Pharmacological Basis of Therapeutics, 10th edition, edited by Gilman A, 2001:1679-1714.

Ellenhorn M, Barceloux D. Medical toxicology - diagnosis and treatment of human poisoning. New York, NY. Elsevier Science Publishing Co., Inc. 1988., 646.

Evans S, Cone E, Henningfield J. Arterial and venous cocaine plasma concentrations in humans: relationship to route of administration, cardiovascular, effects and subjective effects. J Pharmacol Exp Ther 1996; 279:1345-1356.

Fairbanks D, Fairbanks G. Cocaine use and abuses. Ann Plast Surg 1983;10:452-457.

Fischman M, Schuster C, Resnekov l, et al. Cariovascular an subjective effects of intravenous cocaine administration in humans. Arch Gen Psychiatry 1976;33:983-989.

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

Fleming J, Byck R, Barash P. Pharmacology and therapeutic applications of cocaine. Review Article. Anesthesiology 1990;73:518-531.

Foltin R, Haney M. Intranasal cocaine in humans: acute tolerance, cardiovascular and subjective effects. Pharm Biochem Behav 2004;78:93-101.

Gawin F, Ellinwood E. Cocaine and other stimulants. Actions, abuse and treatment. N Engl J Med 1988;318:1173-1182.

Greinwald J, Holtel M. Absorption of topical cocaine in rhinologic procedures. Laryngoscope 1996;106:1223-1225.

Herzog D, Franko D, Dorer D, et al. Drug abuse in women witn eating disorders. Int J Eat Disord 2006;39:364-368.

Inaba t. Cocaine: pharmacokinetics and biotransformation in man. Can J Physiol Pharmacol 1989;67:1154-1157

Jatlow P. Cocaine: analysis, pharmacokinetics, and metabolic disposition. Yale J Bio Med 1988;61:105-113.

Javaid J, Fischman M, Schuster C, et al. Cocaine plasma concentration, relation to physiological and subjective effects in humans. Science 1978;202:227-228.

John W, Banala A, Newman A, et al. Effects of buspirone and the dopamine D3 receptor compound PG619 on cocaine and methamphetamine self-administration in rhesus monkeys using a food-drug choice paradigm. Psychopharmacology 2015;232:1279-1289.

Jones R. Cocaine and other drug inteactions. Strategy considerations, strategies for research on the interactions of drugs of abuse. NIDA Res Monogr 1986;68:142-153.

Kalant H, LeBlanc A, Gibbins R. Tolerance to, and dependence on, some non-opiate psychotropic drugs. Pharmacol Rev 1971;23:136-191.

Kalsner S, Nickerson M. Mechanism of cocaine potentiation of responses to amines. Br J Pharmacol 1969;35:428-439.

Klingmann A, Skopp G, Aderjan R. Analysis of cocaine, benzoylecgonine, ecgonine methyl ester, and ecgonine by high-pressure liquid chromatography-API mass spectrometry and application to a short-term degradation study of cocaine in plasma. J Analyt Tox 2001;25:425-430.

Koehntop E, Liao J, Van Bergen F. Effects of pharmacologic alterations of adrenergic mechanisms by cocaine, tropolone, aminophylline and ketamine on epinephrine-induced arrhythmias during halothane-nitrous oxide anesthesia. Anesthesiology 1977;46:83-93.

Kolbrich E, Barnes A, Gorelick D, et al. Major and minor metabolites of cocaine in human plasma following controlled subcutaneous cocaine administration. J Anal Tox 2006;30:501-510.

Laizure S, Mandrell T, Gades N, et al. Cocaethylene metabolism and interaction with cocaine and ethanol. Role of carboxylesterases. Drug Met Dispos 2003;31:16-20.

Confidential Proprietary Information

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.2 Clinical Pharmacology Summary

Liao B, Hilsinger R, Rasgon B, et al. A preliminary study of cocaine absorption from the nasal mucosa. Laryngoscope 1999;109:98-102.

O'Brien, C. Drug Addiction and Drug Abuse. Goodman and Gilman's The Pharmacological Basis of Therapeutics, 10th edition, edited by Gilman A, 2001:621-642.

Pearman K. Cocaine: A review. J Laryn Otology 1979;93:1191-1199.

Quiney R. Intranasal topical cocaine: moffett's method or topical cocaine paste? J Laryngol Otol 1986;100:279-283.

Resnick R, Kestenbaum R, Schwartz L. Actue systemic effects of cocaine in man, a controlled study by intranasal and intravenous routes. Science 1977;195:696-698.

Shen H, He M, Liu H, et al. Comparative metabolic capabilities and inhibitory profiles of CYP2D6.1, CYP2D6.10, and CYP2D617. Drug Metabol Disp 2007;35:1292-1300.

Soni N. Mechanisms of drug interactions, drugs in anesthesia, mechanism of action. Editor Feldman S. London, England 1987;408-427.

Taketomo C, Hodding J, Kraus D. Cocaine. In: Pediatric and Neonatal Dosage Handbook. 20th Edition. Lexicomp. American Pharmacists Association; 2013:480-481.

Umpierrez G, Kelly J, Navarrette J, et al. Hyperglycemic crises in urban blacks. Arch Intern Med 1997;157:669-675.

Van Dyke C, Byck R. Cocaine. Sci Am 1982;246:128-141.

Verlander J, Johns M. The clinical use of cocaine. Otolaryngol Clin North Am 1981;14:521-531.

Villaplana A, Andres C, Collado R, et al. Hyperglycemia secondary to consumption of cocaine and atypical antipsychotic drugs. Endocrinol Nutr 2008;55:372-375.

Wang G. Cocaine-induced closures of single batrchotoxin-activate Na+ channels in planar lipid bilayers. J Gen Physiol 1988;92:747-765.

Wilkinson P, Van Dyke C, Jatlow P, et al. Intranasal and oral cocaine kinetics. Clin Pharmacol Ther 1980;27:386-394.

Winecker R, Goldberger B, Tebbett I, et al. Detection of cocaine and its metabolites in breast milk. J Forensic Sci 2001;46:1221-1223.

Confidential Proprietary Information

Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 33 of 203

Cody Laboratories, Inc.                                      JA-1620
Cocaine Hydrochloride Topical Solution, 4% and 10%          Page 1 of 23
2.7.4 Summary of Clinical Safety                            NDA 209575

# TABLE OF CONTENTS

LIST OF ABBREVIATIONS ............................................................................3
2.7.4. SUMMARY OF CLINICAL SAFETY ....................................................5
2.7.4.1 Exposure to the Drug ............................................................................5
2.7.4.1.1 Overall Safety Evaluation Plan and Narratives of Safety Studies .........5
2.7.4.1.2 Overall Extent of Exposure ................................................................7
2.7.4.1.3 Demographics and Other Characteristics of Study Population ...............9
2.7.4.1.3.1 Prior and Concomitant Medications ................................................10
2.7.4.2 Adverse Events ....................................................................................11
2.7.4.2.1 Analysis of Adverse Events ...............................................................12
2.7.4.2.1.1 Common Adverse Events ................................................................13
2.7.4.2.1.2 Death .............................................................................................16
2.7.4.2.1.3 Other Serious Adverse Events .........................................................16
2.7.4.2.1.4 Other Significant Adverse Events ....................................................16
2.7.4.2.1.5 Analysis of Adverse Events by Organ System or Syndrome ...............16
2.7.4.2.2 Narratives .........................................................................................16
2.7.4.3 Clinical Laboratory Evaluations ...........................................................16
2.7.4.4 Vital Signs, Physical Findings, and Other Observations Related to Safety ...17
2.7.4.4.1 Vital Signs .......................................................................................17
2.7.4.4.2 ECGs ..............................................................................................18
2.7.4.5 Safety in Special Groups and Situations ...............................................20
2.7.4.5.1 Intrinsic Factors ...............................................................................20
2.7.4.5.2 Extrinsic Factors ..............................................................................20
2.7.4.5.3 Drug Interactions ..............................................................................20
2.7.4.5.4 Use in Pregnancy and Lactation ........................................................20
2.7.4.5.5 Overdose .........................................................................................20
2.7.4.5.6 Drug Abuse ......................................................................................21
2.7.4.5.7 Withdrawal and Rebound ..................................................................21
2.7.4.5.8 Effects on Ability to Drive or Operate Machinery or Impairment of Mental
             Ability .............................................................................................21
2.7.4.6 Postmarketing Data .............................................................................21
2.7.4.7 Appendix ............................................................................................22
2.7.4.8 References ...........................................................................................23

## LIST OF IN-TEXT TABLES

Table 2.7.4.1.1-1 Tabular Summary of Studies Relevant to Safety .............................6
Table 2.7.4.1.2-1 – Summary of Study Drug Administration by Study and
             Treatment .........................................................................................7
Table 2.7.4.1.2-2 – Summary of Study Drug Administration by Subject Type and
             Treatment .........................................................................................8
Table 2.7.4.1.3-1 - Demographics and Baseline Characteristics by Treatment and
             Study for Phase III Study Subjects – Continuous Variables ....................9

FDASUPP011857

Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 34 of 203

JA-1621

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%                                    Page 2 of 23
2.7.4 Summary of Clinical Safety                                                      NDA 209575

**Table 2.7.4.1.3-2 - Demographics and Baseline Characteristics by Treatment and Study for Phase III Study Subjects – Categorical Variables..................................10**

**Table 2.7.4.1.3.1-1 - Summary of Prior and Concomitant Medications Used by at Least 5% of Subjects by Treatment and Subject Type........................................10**

**Table 2.7.4.2.1-1 - Adverse Events Summary.....................................................12**

**Table 2.7.4.2.1.1-1 - Number and Percentage of Subjects with Adverse Events by Subject Type[a], by Most Frequent SOCs ($\geq$ 5%) ....................................13**

**Table 2.7.4.2.1.1-2 - Number and Percentage of Subjects with Adverse Events by Subject Type[a], by PTs Occurring More Frequently in Cocaine HCl Treatment Groups Than in Placebo ($\geq$ 1% Frequency in Cocaine HCl Treatment) ............15**

FDASUPP011858

Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 35 of 203   JA-1622

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%                          Page 3 of 23
2.7.4 Summary of Clinical Safety                                             NDA 209575

## LIST OF ABBREVIATIONS

| **Abbreviation** | **Term** |
|---|---|
| **(TE)AE** | (Treatment Emergent) Adverse Event |
| **ANOVA** | Analysis of Variance |
| **BMI** | Body Mass Index |
| **CAD** | Coronary Artery Disease |
| **CFR** | Code of Federal Regulations |
| **CI** | Confidence Interval |
| **cm** | Centimeter |
| **CRF** | Case Report Form |
| **CRO** | Contract Research Organization |
| **CSR** | Clinical Study Report |
| **ECG** | Electrocardiogram |
| **ENT** | Ear, Nose, and Throat |
| **FDA** | Food and Drug Administration |
| **GCP** | Good Clinical Practices |
| **HCl** | Hydrochloride |
| **HIPAA** | Health Insurance Portability and Accountability Act of 1996 |
| **I/E** | Inclusion/Exclusion |
| **ICF** | Informed Consent Form |
| **ICH** | International Conference on Harmonization |
| **IND** | Investigational New Drug application |
| **IRB** | Institutional Review Board |
| **ISE** | Integrated Summary of Effectiveness |
| **ISS** | Integrated Summary of Safety |
| **ITT** | Intent-to-Treat |
| **kg** | Kilogram |
| **m** | Meter |
| **mcg** | Microgram |
| **mg** | Milligram |
| **mL** | Milliliter |
| **mmHg** | Millimeter of Mercury |
| **n** | Number of non-missing observations |
| **N** | Analysis population count |
| **NDA** | New Drug Application |
| **NSAID** | Nonsteroidal Anti-Inflammatory Drug |

FDASUPP011859

| **Abbreviation** | **Term** |
| --- | --- |
| PK | Pharmacokinetic(s) |
| PP | Per Protocol |
| PR interval | Portion of the ECG between the onset of the P wave and the onset of the QRS complex |
| QRS interval | Interval from the beginning of the Q wave to the termination of the S wave |
| QT Interval | Time from beginning of the Q wave to the end of the T wave |
| RR interval | Interval from successive peaks of the QRS complex |
| pu | Perfusion Units |
| SAP | Statistical Analysis Plan |
| SD | Standard Deviation |
| TLFs | Tables, Listings, and Figures |
| UK | United Kingdom |
| ULN | Upper limit of normal |
| US or U.S. | United States |
| VAS | Visual Analog Scale |
| vs. | Versus |
| WHO | World Health Organization |

FDASUPP011860

Cody Laboratories, Inc.
Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 37 of 203
JA-1624
Cocaine Hydrochloride Topical Solution, 4% and 10%
Page 5 of 23
2.7.4 Summary of Clinical Safety
NDA 209575

## 2.7.4. SUMMARY OF CLINICAL SAFETY

Cocaine HCl Topical Solution, 4% and 10%, is indicated for the introduction of topical anesthesia for diagnostic procedures and surgeries on or through the accessible mucous membranes of the nasal cavities.  The safety of Cocaine HCl Topical Solution was assessed in non-healthy subjects in two pivotal Phase III, prospective, double-blind, multicenter, randomized studies of Cocaine HCl Topical Solution, 4% and 10%, (COCA4vs10-001 and COCA4vs10-002), as well as in healthy subjects in a single Phase I PK, prospective, double-blind, single center, randomized, crossover study of Cocaine HCl Topical Solution 4% and 10% (LNT-P6-733).  The clinical study reports for these three studies are provided in Section 5.3.5.1.1, Section 5.3.5.1.2, and Section 5.3.3.1, respectively.

### 2.7.4.1 Exposure to the Drug

### 2.7.4.1.1 Overall Safety Evaluation Plan and Narratives of Safety Studies

The safety profile of Cocaine HCl Topical Solution was evaluated in three prospective clinical studies via treatment emergent adverse events (TEAEs), electrocardiogram (ECG) recordings, and vital signs (blood pressure, heart rate, respiration rate, temperature, and pulse oxygen).  Safety data will be presented from all three studies, but the primary focus will be the safety analysis of non-healthy subjects in the two Phase III studies.  As such, selected safety results will be presented for the pooled Phase III study subjects.  The safety population is the primary analysis population for all safety variables and is defined as all subjects enrolled in the studies.  A total of 841 subjects were enrolled across all three studies.  Of these, 3 subjects from the COCA4vs10-001 study withdrew prior to randomization, and therefore, the total number of safety population subjects assigned to a particular treatment group is 838.

Narrative descriptions of the Phase III studies can be found in the Summary of Clinical Efficacy, Section 2.7.3.2.1.1.  A narrative description of the Phase I study can be found in the Summary of Clinical Efficacy, Section 2.7.3.2.1.2.

A tabular listing of all clinical studies that provided safety data is provided in Table 2.7.4.1.1-1.

FDASUPP011861

Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 38 of 203

JA-1625

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.4 Summary of Clinical Safety

Page 6 of 23
NDA 209575

## Table 2.7.4.1.1-1 Tabular Summary of Studies Relevant to Safety

| Study Identifier | Study Design / Type of Control | Study Drugs: Dose, Route, Regimen | Study Objectives | # Subjects Enrolled / Completed | Duration of Treatment | Gender (M/F) Mean Age (Range) | Healthy Subjects or Diagnosis of Patients |
|---|---|---|---|---|---|---|---|
| COCA4vs10-001 | Phase III, Multi-Center, Randomized, Double-blind, Placebo-controlled | Single topical application of Cocaine HCl Topical Solution 4% at a maximum of 160 mg or Cocaine HCl Topical Solution 10% at a maximum of 400 mg | Compare efficacy to placebo and characterize risk profile following topical pledget application of investigational test products to the nasal cavity | 159 Enrolled / 156 Completed | Single topical application | 68 M / 91 F<br><br>39.0 (18, 70) years | Patients with need for diagnostic procedure or surgery on or through the nasal membranes that merits use of anesthesia |
| COCA4vs10-002 | Phase III, Multi-Center, Randomized, Double-blind, Placebo-controlled | Single topical application of Cocaine HCl Topical Solution 4% at a maximum of 160 mg or Cocaine HCl Topical Solution 10% at a maximum of 400 mg | Compare efficacy to placebo and characterize risk profile following topical pledget application of investigational test products to the nasal cavity | 646 Enrolled / 637 Completed | Single topical application | 253 M / 393 F<br><br>37.6 (18, 76) years | Patients with need for diagnostic procedure or surgery on or through the nasal membranes that merits use of anesthesia |
| LNT-P6-733 | Phase I, Two-period cross-over, Randomized, Double-blind, Placebo-controlled | Single topical application of Cocaine HCl Topical Solution 4% at 160 mg and Cocaine HCl Topical Solution 10% at 400 mg | Evaluate absorption and pharmacokinetics of cocaine and its major metabolites and vasoconstriction following topical pledget application of investigational test products to the nasal cavity | 36 Enrolled / 31 Completed | Single topical application per treatment period | 18 M / 18 F<br><br>29.4 (20, 40) years | Healthy subjects |

FDASUPP011862

Cody Laboratories, Inc.
Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 39 of 203
JA-1626
Cocaine Hydrochloride Topical Solution, 4% and 10%                                  Page 7 of 23
2.7.4 Summary of Clinical Safety                                                    NDA 209575

## 2.7.4.1.2 Overall Extent of Exposure

Summaries of study drug administration by study and overall for each treatment are displayed in
Table 2.7.4.1.2-1.  Overall, a mean of 3.17 mL (range: 1.04 to 4.16 mL) was administered to the
Cocaine HCl Topical Solution 4% treated subjects (n=347), a mean of 3.17 mL (range: 1.19 to
5.25 mL) was administered to the Cocaine HCl Topical Solution 10% treated subjects (n=341),
and a mean of 3.27 mL (range: 1.60 to 4.71 mL) was administered to the placebo treated subjects
(n=187).  For the cocaine-treated subjects, this equates to a mean of 126.7 mg cocaine (range:
41.6 to 166.4 mg) administered to the Cocaine HCl Topical Solution 4% treated subjects (n=347)
and a mean of 317.0 mg cocaine (range: 119.0 to 525.0 mg) administered to the Cocaine HCl
Topical Solution 10% treated subjects (n=341) (Table 2.7.4.1.2-1).

Across all studies, the number of dosed subjects with missing values for volume of study drug
administered are: 2 missing from Cocaine HCl Topical Solution 4% treatment group; 4 missing
from Cocaine HCl 10% treatment group; and 2 missing from placebo treatment group.

Overall, the mean total number of pledgets per subject was 3.16 in the Cocaine HCl Topical
Solution 4% treatment group, 3.18 in the Cocaine HCl Topical Solution 10% treatment group,
and 3.31 in the placebo treatment group.  The majority of exposure durations were 20 minutes,
with a range of 5 minutes to 27 minutes (ISS, in-text Table 3-1).  Overall, 8 subjects received
less than 20 minutes exposure to the study drug, and 30 subjects received more than 20 minutes
exposure to the study drug (ISS Listing 20).

As to the non-healthy subjects enrolled in the Phase III studies (Table 2.7.4.1.2-2), a mean of
3.08 mL (range: 1.04 to 4.16 mL) was administered to the Cocaine HCl Topical Solution 4%
treated subjects (n=313), a mean of 3.08 mL (range: 1.19 to 5.25 mL) was administered to the
Cocaine HCl Topical Solution 10% treated subjects (n=309), and a mean of 3.18 mL (range: 1.60
to 4.71 mL) was administered to the placebo treated subjects (n=165).  For the cocaine-treated
non-healthy subjects, this equates to a mean of 123.06 mg cocaine (range: 41.6 to 166.4 mg)
administered to the Cocaine HCl Topical Solution 4% treated subjects and a mean of 308.4 mg
cocaine (range: 119.0 to 525.0 mg) was to the Cocaine HCl Topical Solution 10% treated
subjects (n=309) (Table 2.7.4.1.2-2).

**Table 2.7.4.1.2-1 – Summary of Study Drug Administration by Study and Treatment**

| | | | Safety Population (N=841) | | | |
|---|---|---|---|---|---|---|
| | **Study** | **Treatment** | **Mean (SD)** | **n** | **Min, Max** | **Median** |
| Total mL per Subject | COCA4vs10-001 | Cocaine HCl 4% | 2.74 (0.883) | 55 | 1.0, 4.2 | 2.40 |
| | COCA4vs10-002 | Cocaine HCl 4% | 3.15 (0.967) | 258 | 2.0, 4.0 | 4.00 |
| | LNT-P6-733 | Cocaine HCl 4% | 4.00 (0.000) | 34 | 4.0, 4.0 | 4.00 |
| | Overall | Cocaine HCl 4% | 3.17 (0.956) | 347 | 1.0, 4.2 | 4.00 |
| | COCA4vs10-001 | Cocaine HCl 10% | 2.59 (0.896) | 56 | 1.2, 5.3 | 2.28 |
| | COCA4vs10-002 | Cocaine HCl 10% | 3.19 (0.971) | 253 | 2.0, 4.0 | 4.00 |
| | LNT-P6-733 | Cocaine HCl 10% | 4.00 (0.000) | 32 | 4.0, 4.0 | 4.00 |
| | Overall | Cocaine HCl 10% | 3.17 (0.974) | 341 | 1.2, 5.3 | 4.00 |
| | COCA4vs10-001 | Placebo | 3.03 (0.880) | 38 | 1.6, 4.7 | 3.21 |

FDASUPP011863

Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 40 of 203
Cody Laboratories, Inc.                                                      JA-1627
Cocaine Hydrochloride Topical Solution, 4% and 10%                    Page 8 of 23
2.7.4 Summary of Clinical Safety                                        NDA 209575

### Table 2.7.4.1.2-1 – Summary of Study Drug Administration by Study and Treatment

| | Study | Treatment | Mean (SD) | n | Min, Max | Median |
|---|---|---|---|---|---|---|
| | | | **Safety Population (N=841)** | | | |
| | COCA4vs10-002 | Placebo | 3.22 (0.967) | 127 | 2.0, 4.0 | 4.00 |
| | LNT-P6-733 | Placebo | 4.00 (0.000) | 22 | 4.0, 4.0 | 4.00 |
| | Overall | Placebo | 3.27 (0.930) | 187 | 1.6, 4.7 | 4.00 |
| Total mg per Subject | COCA4vs10-001 | Cocaine HCl 4% | 109.78 (35.331) | 55 | 41.6, 166.4 | 96.00 |
| | COCA4vs10-002 | Cocaine HCl 4% | 125.89 (38.687) | 258 | 80.0, 160.0 | 160.00 |
| | LNT-P6-733 | Cocaine HCl 4% | 160.00 (0.000) | 34 | 160.0, 160.0 | 160.00 |
| | Overall | Cocaine HCl 4% | 126.68 (38.229) | 347 | 41.6, 166.4 | 160.00 |
| | COCA4vs10-001 | Cocaine HCl 10% | 258.93 (89.556) | 56 | 119.0, 525.0 | 228.00 |
| | COCA4vs10-002 | Cocaine HCl 10% | 319.37 (97.082) | 253 | 200.0, 400.0 | 400.00 |
| | LNT-P6-733 | Cocaine HCl 10% | 400.00 (0.000) | 32 | 400.0, 400.0 | 400.00 |
| | Overall | Cocaine HCl 10% | 317.01 (97.422) | 341 | 119.0, 525.0 | 400.00 |

Abbreviations: Min, minimum; max, maximum; n, number of subject; SD, standard deviation.
Source: ISS, in-text Table 3-1

### Table 2.7.4.1.2-2 – Summary of Study Drug Administration by Subject Type and Treatment

| | Subject Type[a] | Treatment | Mean (SD) | n | Min, Max | Median |
|---|---|---|---|---|---|---|
| | | | **Safety Population (N=841)** | | | |
| Total mL per Subject | Healthy | Cocaine HCl 4% | 4.00 (0.000) | 34 | 4.00, 4.00 | 4.00 |
| | Non-Healthy | Cocaine HCl 4% | 3.08 (0.964) | 313 | 1.04, 4.16 | 3.64 |
| | Healthy | Cocaine HCl 10% | 4.00 (0.000) | 32 | 4.00, 4.00 | 4.00 |
| | Non-Healthy | Cocaine HCl 10% | 3.08 (0.984) | 309 | 1.19, 5.25 | 3.84 |
| | Healthy | Placebo | 4.00 (0.000) | 22 | 4.00, 4.00 | 4.00 |
| | Non-Healthy | Placebo | 3.18 (0.949) | 165 | 1.60, 4.71 | 3.85 |
| Total mg per Subject | Healthy | Cocaine HCl 4% | 160.00 (0.000) | 34 | 160.00, 160.00 | 160.00 |
| | Non-Healthy | Cocaine HCl 4% | 123.06 (38.556) | 313 | 41.60, 166.40 | 145.60 |
| | Healthy | Cocaine HCl 10% | 400.00 (0.000) | 32 | 400.00, 400.00 | 400.00 |
| | Non-Healthy | Cocaine HCl 10% | 308.41 (98.424) | 309 | 119.00, 525.00 | 384.00 |

Abbreviations: Min, minimum; max, maximum; n, number of subject; SD, standard deviation.
Source: ISS, in-text Table 3-2
[a] Subjects enrolled in the LNT-P6-733 Phase I study were healthy volunteers, while subjects enrolled in the two Phase III studies were non-heathy subjects with a predetermined need from a physician for a diagnostic procedure or surgery on or through the nasal mucous membranes of either one or two nostrils that merited the use of anesthesia.

FDASUPP011864

Cody Laboratories, Inc.
Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 41 of 203
JA-1628
Cocaine Hydrochloride Topical Solution, 4% and 10%                    Page 9 of 23
2.7.4 Summary of Clinical Safety                                      NDA 209575

## 2.7.4.1.3 Demographics and Other Characteristics of Study Population

Subject demographics were similar across the two Phase III studies.

In the COCA4vs10-001 study, 42.8% of subjects were male, and 57.2% of subjects were female. Mean subject age was 39.0 years, with a median age of 39.0 years (range = 18 to 70 years). The majority of subjects were white (80.5%), not Hispanic or Latino (81.1%), and non-smokers (88.1%), with a mean weight of 187.9 lbs.

In the COCA4vs10-002 study, 39.2% of subjects were male, and 60.8% of subjects were female. Mean subject age was 37.6 years, with a median age of 36.0 years (range = 18 to 76 years). The majority of subjects were white (80.8%), not Hispanic or Latino (85.1%), and non-smokers (79.9%), with a mean weight of 179.4 lbs.

Demographics of the Phase I study differed from the Phase III studies by trial design.  In particular, the LNT-P6-733 study enrolled a younger and healthier study population that included treatment group stratification by gender.  As such, 50% of subjects were male, and 50% of subjects were female.  Mean subject age was 29.4 years, with a median age of 29.5 years (range = 20 to 40 years).  None (0%) of the subjects were smokers (ISS, in-text Table 4-1 and in-text Table 4-3).

Demographic profiles by Phase III study and active treatment are shown in Table 2.7.4.1.3-1 (continuous variables), and Table 2.7.4.1.3-2 (categorical variables).

**Table 2.7.4.1.3-1 - Demographics and Baseline Characteristics by Treatment and Study for Phase III Study Subjects – Continuous Variables**

| | Safety Population | | | | | | |
|---|---|---|---|---|---|---|---|
| Variable | Treatment or Study[a] | Mean | SD | n | Min | Max | Median |
| Age (years) | Cocaine HCl 4% - Non-Healthy Subjects | 38.57 | 13.184 | 316 | 18 | 76 | 37.00 |
| | Cocaine HCl 10% - Non-Healthy Subjects | 38.15 | 12.753 | 318 | 18 | 71 | 37.00 |
| | COCA4vs10-001 | 38.96 | 13.140 | 159 | 18 | 70 | 39.00 |
| | COCA4vs10-002 | 37.57 | 12.923 | 646 | 18 | 76 | 36.00 |
| Weight (lb) | Cocaine HCl 4% - Non-Healthy Subjects | 178.84 | 47.374 | 316 | 102 | 365 | 174.00 |
| | Cocaine HCl 10% - Non-Healthy Subjects | 182.19 | 46.480 | 318 | 100 | 380 | 176.00 |
| | COCA4vs10-001 | 187.94 | 48.619 | 159 | 110 | 310 | 180.00 |
| | COCA4vs10-002 | 179.41 | 46.350 | 646 | 100 | 380 | 175.00 |

Abbreviations: Min, minimum; max, maximum; n, number of subject; SD, standard deviation.
Source: ISS, in-text Table 4-1.
[a] Subjects enrolled in the two Phase III studies were non-heathy subjects with a predetermined need from a physician for a diagnostic procedure or surgery on or through the nasal mucous membranes of either one or two nostrils that merited the use of anesthesia

FDASUPP011865

Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 42 of 203

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.4 Summary of Clinical Safety

JA-1629

Page 10 of 23
NDA 209575

**Table 2.7.4.1.3-2 - Demographics and Baseline Characteristics by Treatment and Study for Phase III Study Subjects – Categorical Variables**

| | | Safety Population (N=841) | | | |
|---|---|---|---|---|---|
| **Variable** | **Category** | **COCA4vs10-001 (N=159)** | **COCA4vs10-002 (N=646)** | **Cocaine HCl 4%, Non-Healthy (N=316)[a]** | **Cocaine HCl 10%, Non-Healthy (N=318)[a]** |
| Gender | Male | 68(42.8%) | 253(39.2%) | 117(37.0%) | 125(39.3%) |
| | Female | 91(57.2%) | 393(60.8%) | 199(63.0%) | 193(60.7%) |
| Race | American Indian or Alaska Native | 1(0.6%) | 2(0.3%) | 1(0.3%) | 2(0.6%) |
| | Asian | 4(2.5%) | 31(4.8%) | 11(3.5%) | 13(4.1%) |
| | Black or African American | 26(16.4%) | 85(13.2%) | 52(16.5%) | 45(14.2%) |
| | Native Hawaiian or Other Pacific Islander | 0(0.0%) | 4(0.6%) | 0(0.0%) | 3(0.9%) |
| | White | 128(80.5%) | 522(80.8%) | 250(79.1%) | 255(80.2%) |
| History of | Smoker | 19(11.9%) | 130(20.1%) | 61(19.3%) | 56(17.6%) |
| Tobacco Use | Non-Smoker | 140(88.1%) | 516(79.9%) | 255(80.7%) | 262(82.4%) |

Source: ISS, in-text Table 4-3 and in-text Table 4-4.
[a] Subjects enrolled in the two Phase III studies were non-heathy subjects with a predetermined need from a physician for a diagnostic procedure or surgery on or through the nasal mucous membranes of either one or two nostrils that merited the use of anesthesia

### 2.7.4.1.3.1 Prior and Concomitant Medications

Prior and concomitant medications were recorded and classified using the Anatomical Therapeutic Chemical (ATC) classification and preferred drug names according to World Health Organization (WHO) Drug Dictionary, December 2016, standard.

Most subjects (611 [72.7%]) in the safety population used at least 1 prior or concomitant medication (ISS Appendix Table 11, Listing 17). Table 2.7.4.1.3.1-1 summarizes the concomitant medications reported by ≥ 5% of subjects by WHO preferred drug name by treatment, excluding anesthetic or analgesic medications taken on the day of the treatment for placebo or cocaine failure Phase III subjects.

No successfully treated cocaine subject in the Phase III studies recorded any concomitant anesthetic or analgesic medication use on the day of study drug administration (ISS, Appendix Table 17).

**Table 2.7.4.1.3.1-1 - Summary of Prior and Concomitant Medications Used by at Least 5% of Subjects by Treatment and Subject Type**

| | Safety Population (N=841) | | |
|---|---|---|---|
| | **Cocaine HCl 4%, Non-Healthy[a] (N=316)** | **Cocaine HCl 10%, Non-Healthy[a] (N=318)** | **Placebo, Non-Healthy[a] (N=168)** |
| ANTIHISTAMINES FOR SYSTEMIC USE | 35(11.1%) | 56(17.6%) | 21(12.5%) |
| ZYRTEC | 8(2.5%) | 16(5.0%) | 9(5.4%) |

FDASUPP011866

Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 43 of 203
JA-1630

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%                                    Page 11 of 23
2.7.4 Summary of Clinical Safety                                                       NDA 209575

**Table 2.7.4.1.3.1-1 - Summary of Prior and Concomitant Medications Used by at Least 5% of Subjects by Treatment and Subject Type**

| Safety Population (N=841) | | |
| --- | --- | --- |
| | Cocaine HCl 4%, Non-Healthy[a] (N=316) | Cocaine HCl 10%, Non-Healthy[a] (N=318) | Placebo, Non-Healthy[a] (N=168) |
| ANTIINFLAMMATORY AND ANTIRHEUMATIC PRODUCTS, NON-STEROIDS | 29(9.2%) | 39(12.3%) | 16(9.5%) |
| IBUPROFEN | 15(4.7%) | 21(6.6%) | 11(6.5%) |
| DRUGS FOR PEPTIC ULCER AND GASTRO-OESOPHAGEAL REFLUX DISEASE (GORD) | 42(13.3%) | 48(15.1%) | 19(11.3%) |
| OMEPRAZOLE | 21(6.6%) | 23(7.2%) | 6(3.6%) |
| HORMONAL CONTRACEPTIVES FOR SYSTEMIC USE | 35(11.1%) | 26(8.2%) | 12(7.1%) |
| EUGYNON | 0(0.0%) | 0(0.0%) | 0(0.0%) |
| MULTIVITAMINS, PLAIN | 30(9.5%) | 38(11.9%) | 23(13.7%) |
| MULTIVITAMINS, PLAIN | 15(4.7%) | 22(6.9%) | 13(7.7%) |
| OTHER ANALGESICS AND ANTIPYRETICS | 30(9.5%) | 33(10.4%) | 15(8.9%) |
| PARACETAMOL | 0(0.0%) | 0(0.0%) | 1(0.6%) |
| OTHER NUTRIENTS | 8(2.5%) | 13(4.1%) | 10(6.0%) |
| FISH OIL | 6(1.9%) | 12(3.8%) | 10(6.0%) |

Source: ISS, in-text Table 4.1-1
[a] Subjects enrolled in the LNT-P6-733 Phase I study were healthy volunteers, which subjects enrolled in the two Phase III studies were non-heathy subjects with a predetermined need from a physician for a diagnostic procedure or surgery on or through the nasal mucous membranes of either one or two nostrils that merited the use of anesthesia.

Across both Phase III studies, 41 (24.4%) placebo subjects recorded use of concomitant anesthetic or analgesic medications (ISS, Listing 18). It is worth noting that the surgical or diagnostic procedure was a non-study procedure, which was delayed in COCA4vs10-001 study a minimum of 24 hours and in the COCA4vs10-002 study a minimum of 90 minutes after study drug application, and generally could be up to 24 hours or more, and therefore not all of the concomitant medications taken for the secondary procedure were recorded in the study databases. Consequently, the counts of placebo subjects not recording any use of anesthetic or analgesic medications will be higher than the actual counts.

Refer to ISS Section 4.1 for a detailed review of the anesthetic and analgesic medications used by Phase III study subjects.

## 2.7.4.2 Adverse Events

Adverse events (AEs) from each individual study were coded using Version 17.0 of the Medical Dictionary for Regulatory Activities (MedDRA). Analysis tables provided in this section include AEs that occurred on or after the first exposure to study drug (i.e., treatment emergent AEs [TEAEs]), while the data listings provided in the ISS include all AEs recorded during each study, regardless of their temporal relationship to study drug administration.

FDASUPP011867

Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 44 of 203   JA-1631

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%                          Page 12 of 23
2.7.4 Summary of Clinical Safety                                           NDA 209575

## 2.7.4.2.1 Analysis of Adverse Events

A summary of the counts and percentages of Phase III study subjects reporting TEAEs is presented by treatment group in Table 2.7.4.2.1-1.  The number and percentage of subjects reporting at least one TEAE by treatment is as follows: 271 (85.8%) Cocaine HCl Topical Solution 4% subjects (N=316), 292 (91.8%) Cocaine HCl Topical Solution 10% subjects (N=318), and 129 (76.8%) placebo subjects (N=168).

TEAEs were generally mild in severity, with no subjects reporting life threatening or disabling TEAEs.

By treatment, the following was observed when analyzing the TEAE relationship to study drug:

- Subjects experiencing at least one TEAE that was at least probably or definitely related to study drug: 59 (18.7%) Cocaine HCl Topical Solution 4% subjects, 82 (25.7%) Cocaine HCl Topical Solution 10% subjects, and 1 (0.6%) placebo subject.

- Subjects experiencing a maximum TEAE study drug relationship of possibly related to study drug: 234 (86.3%) Cocaine HCl Topical Solution 4% subjects, 260 (81.8%) Cocaine HCl Topical Solution 10% subjects, and 25 (14.9%) placebo subjects.

- Subjects whose TEAEs were considered not related to study drug: 37 (11.7%) Cocaine HCl Topical Solution 4% subjects, 32 (10.1%) Cocaine HCl Topical Solution 10% subjects, and 104 (61.9%) placebo subjects.

Only 1 subject reported an AE that met the FDA regulatory definition of a serious AE (SAE), and only 1 subject withdrew from the study due to an AE.  No deaths occurred on study.  AE severity grade number standards were defined in the trial protocols for hypertension, tachycardia, and temperature.

### Table 2.7.4.2.1-1 - Adverse Events Summary

| Safety Population (N=841) | | | |
|---|---|---|---|
| | Cocaine HCl 4%, Non-Healthy (N=316) | Cocaine HCl 10%, Non-Healthy (N=318) | Placebo, Non-Healthy (N=168) |
| Subjects with at Least One AE | 271(85.8%) | 292(91.8%) | 129(76.8%) |
| Maximum AE Severity Grade | | | |
| 1-Mild | 238(75.3%) | 257(80.8%) | 118(70.2%) |
| 2-Moderate | 18(5.7%) | 24(7.5%) | 4(2.4%) |
| 3-Severe | 15(4.7%) | 11(3.5%) | 7(4.2%) |
| 4-Life Threatening or Disabling | 0(0.0%) | 0(0.0%) | 0(0.0%) |
| 5-Death Related to AE | 0(0.0%) | 0(0.0%) | 0(0.0%) |
| Highest Relationship of AE to Study Drug | | | |
| Not Related | 37(11.7%) | 32(10.1%) | 104(61.9%) |
| Possibly | 175(55.4%) | 178(56.0%) | 24(14.3%) |
| Probably | 48(15.2%) | 65(20.4%) | 1(0.6%) |
| Definitely | 11(3.5%) | 17(5.3%) | 0(0.0%) |
| Subjects Experiencing at Least One SAE | 0(0.0%) | 1(0.3%) | 0(0.0%) |

FDASUPP011868

Cody Laboratories, Inc.
Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 45 of 203   JA-1632
Cocaine Hydrochloride Topical Solution, 4% and 10%                                    Page 13 of 23
2.7.4 Summary of Clinical Safety                                                      NDA 209575

**Table 2.7.4.2.1-1 - Adverse Events Summary**

| Safety Population (N=841) | | | |
|---|---|---|---|
| | Cocaine HCl 4%, Non-Healthy (N=316) | Cocaine HCl 10%, Non-Healthy (N=318) | Placebo, Non-Healthy (N=168) |
| Subjects Withdrawn Due to an AE | 1 (0.3%) | 0(0.0%) | 0(0.0%) |
| Deaths | 0(0.0%) | 0(0.0%) | 0(0.0%) |

Source: ISS, Appendix Table 41
[a] Subjects enrolled in the LNT-P6-733 Phase I study were healthy volunteers, which subjects enrolled in the two Phase III studies were non-heathy subjects with a predetermined need from a physician for a diagnostic procedure or surgery on or through the nasal mucous membranes of either one or two nostrils that merited the use of anesthesia.

### 2.7.4.2.1.1 Common Adverse Events

In Phase III study subjects, the system organ classes (SOCs) that had TEAEs reported in at least 5% of any treatment group were Vascular Disorders, Cardiac Disorders, Investigations, and Respiratory, Thoracic and Mediastinal Disorders (Table 2.7.4.2.1.1-1), with Vascular Disorders being the most commonly report SOC across all three treatment groups.

Within the Vascular Disorders SOC, the most commonly reported TEAE was Hypertension, which occurred in 78.5% of Cocaine HCl Topical Solution 4% subjects, 85.5% of Cocaine HCl Topical Solution 10% subjects, and 67.3% of placebo subjects.

**Table 2.7.4.2.1.1-1 - Number and Percentage of Subjects with Adverse Events by Subject Type[a], by Most Frequent SOCs (≥ 5%)**

| Safety Population (N=841) | | | |
|---|---|---|---|
| | Cocaine HCl 4% Non-Healthy[a] (N=316) | Cocaine HCl 10% Non-Healthy[a] (N=318) | Placebo Non-Healthy[a] (N=168) |
| Total Number of TEAEs | 386 | 472 | 182 |
| Subjects with at Least One TEAE | 271(85.8%) | 292(91.8%) | 129(76.8%) |
| Cardiac Disorders | 34(10.8%) | 51(16.0%) | 12(7.1%) |
| Atrioventricular block first degree | 1(0.3%) | 2(0.6%) | 3(1.8%) |
| Bradycardia | 10(3.2%) | 2(0.6%) | 5(3.0%) |
| Bundle branch block left | 0(0.0%) | 1(0.3%) | 0(0.0%) |
| Bundle branch block right | 0(0.0%) | 0(0.0%) | 1(0.6%) |
| Conduction disorder | 1(0.3%) | 0(0.0%) | 0(0.0%) |
| Myocardial ischaemia | 0(0.0%) | 1(0.3%) | 0(0.0%) |
| Sinus tachycardia | 6(1.9%) | 9(2.8%) | 0(0.0%) |
| Tachycardia | 13(4.1%) | 30(9.4%) | 2(1.2%) |
| Tachycardia paroxysmal | 2(0.6%) | 6(1.9%) | 1(0.6%) |
| Ventricular extrasystoles | 1(0.3%) | 0(0.0%) | 0(0.0%) |
| Investigations | 32(10.1%) | 50(15.7%) | 20(11.9%) |
| Blood pressure diastolic decreased | 0(0.0%) | 0(0.0%) | 1(0.6%) |
| Blood pressure diastolic increased | 0(0.0%) | 2(0.6%) | 0(0.0%) |
| Blood pressure increased | 2(0.6%) | 1(0.3%) | 2(1.2%) |

FDASUPP011869

Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 46 of 203

JA-1633

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.4 Summary of Clinical Safety

Page 14 of 23
NDA 209575

**Table 2.7.4.2.1.1-1 - Number and Percentage of Subjects with Adverse Events by Subject Type[a], by Most Frequent SOCs (≥ 5%)**

| Safety Population (N=841) | | | |
|---|---|---|---|
| | Cocaine HCl 4% Non-Healthy[a] (N=316) | Cocaine HCl 10% Non-Healthy[a] (N=318) | Placebo Non-Healthy[a] (N=168) |
| Blood pressure systolic increased | 0(0.0%) | 2(0.6%) | 0(0.0%) |
| Electrocardiogram QRS complex prolonged | 4(1.3%) | 8(2.5%) | 3(1.8%) |
| Electrocardiogram QT prolonged | 7(2.2%) | 10(3.1%) | 3(1.8%) |
| Electrocardiogram ST segment elevation | 0(0.0%) | 2(0.6%) | 0(0.0%) |
| Electrocardiogram T wave amplitude decreased | 0(0.0%) | 1(0.3%) | 0(0.0%) |
| Electrocardiogram T wave inversion | 1(0.3%) | 1(0.3%) | 0(0.0%) |
| Electrocardiogram abnormal | 0(0.0%) | 0(0.0%) | 1(0.6%) |
| Heart rate decreased | 3(0.9%) | 9(2.8%) | 5(3.0%) |
| Heart rate increased | 18(5.7%) | 21(6.6%) | 8(4.8%) |
| Respiratory rate decreased | 0(0.0%) | 1(0.3%) | 1(0.6%) |
| Respiratory rate increased | 0(0.0%) | 1(0.3%) | 0(0.0%) |
| Respiratory, Thoracic and Mediastinal Disorders | 21(6.6%) | 26(8.2%) | 8(4.8%) |
| Cough | 1(0.3%) | 0(0.0%) | 0(0.0%) |
| Epistaxis | 1(0.3%) | 1(0.3%) | 0(0.0%) |
| Hyperventilation | 2(0.6%) | 1(0.3%) | 2(1.2%) |
| Hypoxia | 0(0.0%) | 0(0.0%) | 1(0.6%) |
| Intranasal paraesthesia | 0(0.0%) | 1(0.3%) | 0(0.0%) |
| Nasal congestion | 0(0.0%) | 1(0.3%) | 0(0.0%) |
| Nasal discomfort | 1(0.3%) | 0(0.0%) | 0(0.0%) |
| Nasal polyps | 1(0.3%) | 0(0.0%) | 0(0.0%) |
| Nasal septum deviation | 11(3.5%) | 18(5.7%) | 2(1.2%) |
| Nasal turbinate hypertrophy | 3(0.9%) | 1(0.3%) | 3(1.8%) |
| Reflux laryngitis | 2(0.6%) | 2(0.6%) | 0(0.0%) |
| Rhinalgia | 1(0.3%) | 1(0.3%) | 0(0.0%) |
| Rhinorrhoea | 0(0.0%) | 1(0.3%) | 0(0.0%) |
| Tachypnoea | 0(0.0%) | 0(0.0%) | 1(0.6%) |
| Tonsillar disorder | 0(0.0%) | 1(0.3%) | 0(0.0%) |
| Upper-airway cough syndrome | 0(0.0%) | 1(0.3%) | 0(0.0%) |
| Vascular Disorders | 253(80.1%) | 276(86.8%) | 115(68.5%) |
| Diastolic hypertension | 6(1.9%) | 6(1.9%) | 3(1.8%) |
| Haemorrhage | 0(0.0%) | 1(0.3%) | 0(0.0%) |
| Hot flush | 1(0.3%) | 0(0.0%) | 0(0.0%) |
| Hypertension | 248(78.5%) | 272(85.5%) | 113(67.3%) |
| Hypotension | 5(1.6%) | 1(0.3%) | 5(3.0%) |
| Systolic hypertension | 0(0.0%) | 2(0.6%) | 0(0.0%) |

Source: ISS, in-text Table 5.4.1-2
[a] Subjects enrolled in the LNT-P6-733 Phase I study were healthy volunteers, while subjects enrolled in the two Phase III studies were non-heathy subjects with a predetermined need from a physician for a diagnostic procedure or surgery on or through the nasal mucous membranes of either one or two nostrils that merited the use of anesthesia.

FDASUPP011870

Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 47 of 203

Cody Laboratories, Inc.                                                                    JA-1634
Cocaine Hydrochloride Topical Solution, 4% and 10%                              Page 15 of 23
2.7.4 Summary of Clinical Safety                                               NDA 209575

Some of the findings that were identified after study drug administration were pre-existing conditions that are more appropriately classified as medical history events rather than TEAEs. These were reported in the Phase III study subjects and were findings related to the underlying nasal conditions required for study eligibility. These events include the following: exostosis, nasal polyps, nasal septum deviation, and nasal turbinate hypertrophy. Although recorded in the database as TEAEs, these events were deemed unrelated to study drug, pledget, and procedure.

In Phase III study subjects, TEAEs by preferred terms (PTs) that occurred in at least 1% of subjects and at a higher incidence rate in one of the Cocaine HCl Topical Solution treatment groups as compared to placebo are shown in Table 2.7.4.2.1.1-2. Of the 13 PTs meeting this criterion, 2 PTs would be more appropriately classified as pre-existing conditions (exostosis and nasal septum deviation). The largest gap in frequencies was observed for hypertension, in which an incidence rate difference of approximately 18% exists between the Cocaine HCl Topical Solution 10% treatment group and the placebo treatment group.

**Table 2.7.4.2.1.1-2 – Number and Percentage of Subjects with Adverse Events by Subject Type[a], by PTs Occurring More Frequently in Cocaine HCl Treatment Groups Than in Placebo (≥ 1% Frequency in Cocaine HCl Treatment)**

| Safety Population (N=841) | | | |
|---|---|---|---|
| | Cocaine HCl 4% Non-Healthy[a] (N=316) | Cocaine HCl 10% Non-Healthy[a] (N=318) | Placebo Non-Healthy[a] (N=168) |
| Cardiac disorders | 34(10.8%) | 51(16.0%) | 12(7.1%) |
| Bradycardia | 10(3.2%) | 2(0.6%) | 5(3.0%) |
| Sinus tachycardia | 6(1.9%) | 9(2.8%) | 0(0.0%) |
| Tachycardia | 13(4.1%) | 30(9.4%) | 2(1.2%) |
| Tachycardia paroxysmal | 2(0.6%) | 6(1.9%) | 1(0.6%) |
| Investigations | 32(10.1%) | 50(15.7%) | 20(11.9%) |
| Electrocardiogram QRS complex prolonged | 4(1.3%) | 8(2.5%) | 3(1.8%) |
| Electrocardiogram QT prolonged | 7(2.2%) | 10(3.1%) | 3(1.8%) |
| Heart rate increased | 18(5.7%) | 21(6.6%) | 8(4.8%) |
| Respiratory rate decreased | 0(0.0%) | 1(0.3%) | 1(0.6%) |
| Musculoskeletal and connective tissue disorders | 1(0.3%) | 9(2.8%) | 0(0.0%) |
| Exostosis | 1(0.3%) | 9(2.8%) | 0(0.0%) |
| Nervous system disorders | 8(2.5%) | 8(2.5%) | 1(0.6%) |
| Headache | 4(1.3%) | 2(0.6%) | 0(0.0%) |
| Psychiatric disorders | 4(1.3%) | 1(0.3%) | 0(0.0%) |
| Anxiety | 4(1.3%) | 1(0.3%) | 0(0.0%) |
| Respiratory, thoracic and mediastinal disorders | 21(6.6%) | 26(8.2%) | 8(4.8%) |
| Nasal septum deviation | 11(3.5%) | 18(5.7%) | 2(1.2%) |
| Vascular disorders | 253(80.1%) | 276(86.8%) | 115(68.5%) |
| Hypertension | 248(78.5%) | 272(85.5%) | 113(67.3%) |

Source: ISS, Appendix Table 39

[a] Subjects enrolled in the LNT-P6-733 Phase I study were healthy volunteers, while subjects enrolled in the two Phase III studies were non-heathy subjects with a predetermined need from a physician for a diagnostic procedure or surgery on or through the nasal mucous membranes of either one or two nostrils that merited the use of anesthesia.

Adverse events by cocaine dose (mg) are summarized in ISS, Section 5.4.6. In the most-commonly reported TEAE, Hypertension, there does not appear to be a dose-dependent relationship of the TEAE rates among the Cocaine HCl Topical Solution 4% doses. However,

FDASUPP011871

Cody Laboratories, Inc.
Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 48 of 203
Cocaine Hydrochloride Topical Solution, 4% and 10%                    Page 16 of 23
2.7.4 Summary of Clinical Safety                                      NDA 209575

JA-1635

there appears to be a slight dose-dependent relationship within the Cocaine HCl Topical Solution 10% treatment group, as the TEAE rate of Hypertension decreased with increasing doses of cocaine.

A slight dose-dependent relationship of TEAEs with increasing doses in both Cocaine HCl Topical Solution, 4% and 10%, treatment groups is apparent in subjects experiencing Tachycardia, which is the second-most prevalent TEAE.

### 2.7.4.2.1.2 Deaths

No deaths occurred during any of the clinical studies.

### 2.7.4.2.1.3 Other Serious Adverse Events

Only 1 subject reported an AE that met the FDA regulatory definition of a serious AE (SAE). This subject (subject number 11900188; study COCA4vs10-001) was a 49 year old black male who received 388 mg of cocaine (total of 3.88 mL of Cocaine HCl Topical Solution 10%, applied to both nostrils). The subject experienced an asymptomatic ST depression secondary to ischaemia. The subject was completely asymptomatic and fully recovered as measured by a repeated 12-lead ECG conducted by the Investigator. The SAE was severe in intensity, possibly related to study drug, and resolved within 3 days (ISS, Listing 5). This subject did not require any medical treatment for this SAE.

### 2.7.4.2.1.4 Other Significant Adverse Events

One subject from the COCA4vs10-002 study withdrew early due to an adverse event (ISS, Listing 2). The subject received 2 mL of Cocaine HCl Topical Solution 4%, which equates to 80 mg of Cocaine HCl. Five (5) minutes after the initiation of treatment, the subject was reported as having severe intermittent paroxysmal hypertension and mild anxiety, which resulted in early removal of the pledgets. Both events were considered possibly related to study drug.

### 2.7.4.2.1.5 Analysis of Adverse Events by Organ System or Syndrome

Adverse events by organ system are summarized and discussed in Section 2.7.4.2.1.1.

### 2.7.4.2.2 Narratives

The narrative for the SAE described in Section 2.7.4.2.1.3 is located in the COCA4vs10-001 clinical study report, Appendix 16.5.1.

### 2.7.4.3 Clinical Laboratory Evaluations

Clinical laboratory evaluations are listed by subject in ISS Listing 7 (Hematology), ISS Listing 8 (Blood Chemistry), ISS Listing 9 (Urine Drug and Pregnancy Screenings), and ISS Listing 10 (Blood Coagulation and Cardiac Enzymes). No analysis tables were generated for the ISS as neither Phase III study collected post-study drug administration labs. Phase III study laboratory tests were only done at screening. An analysis of pre- and post-study drug administration labs for the Phase I study subjects can be found in the LNT-P6-733 clinical study report.

FDASUPP011872

Cody Laboratories, Inc.
Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 49 of 203   JA-1636
Cocaine Hydrochloride Topical Solution, 4% and 10%                          Page 17 of 23
2.7.4 Summary of Clinical Safety                                            NDA 209575

## 2.7.4.4 Vital Signs, Physical Findings, and Other Observations Related to Safety

### 2.7.4.4.1 Vital Signs

Overall, few of the changes in vital signs from normal baseline values to abnormal values observed during treatment of the non-healthy subjects enrolled in the 2 Phase III studies were clinically significant. No clinically relevant trends were observed in the safety populations, except for the mean and non-clinically significant, asymptomatic heart rate (HR), systolic blood pressure (SBP), and diastolic blood pressure (DBP) increases which were rapid, transiently elevated, and returned back to baseline by the end of the recovery period which were dose-related.  The following summarizes the vital sign observations in HR, SBP, and DBP in Phase III subjects:

Heart Rate

- For both Cocaine HCl Topical Solution treatment groups, a gradual increase in mean HR occurred during pledget retention (time 0 to 20 minutes), peaked approximately 5 minutes after pledget removal (20 to 25 minutes after the start of pledget insertion), and declined gradually back to baseline. Maximal mean HR increased from baseline by 5 and 10 bpm, and returned to baseline within 45 and 60 minutes after pledget insertion for the Cocaine HCl Topical Solution 4% and 10% treatments, respectively.

- There was no HR change during placebo administration, but a subsequent mean HR reduction of 5 bpm until the subjects were released from recovery was observed.

- Although not clinically significant, the increase in HR from baseline was greater, occurred quicker, and required a longer time to return to baseline in the Cocaine HCl Topical Solution 10% treatment group compared to the Cocaine HCl Topical Solution 4% treatment group; a heart rate increase was not observed in the placebo group.

Systolic Blood Pressure

- For both Cocaine HCl Topical Solution treatment groups, a gradual mean increase in SBP occurred during pledget retention (time 0 to 20 minutes), peaked 5 minutes after pledget removal (25 minutes after the start of pledget insertion), and declined gradually back towards baseline. Maximal mean SBP increased from baseline by approximately 6 and 9 mmHg, and declined to approximately 2 mmHg above baseline within 60 minutes after pledget insertion for the Cocaine HCl Topical Solution 4% and 10% treatments, respectively.  SBP returned to baseline by the end of recovery for the Cocaine HCl 4 Topical Solution % treatment while remaining approximately 1 mmHg above baseline for the Cocaine HCl Topical Solution 10% treatments.

- In the placebo group, there was an initial elevation of SBP immediately after pledget insertion (mean 4 mmHg at time 5 minutes), declined to 2 mmHg above baseline at 20 to 25 minutes after the start of pledget retention, and was back to baseline or lower by 45 minutes and remained at these levels until the subjects were released from recovery.

- Although not clinically significant, the increase in SBP from baseline was greater, occurred quicker, and required a longer time to return to baseline in the Cocaine HCl Topical Solution 10% treatment group compared to the Cocaine HCl Topical Solution

FDASUPP011873

Cody Laboratories, Inc.
Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 50 of 203
JA-1637
Cocaine Hydrochloride Topical Solution, 4% and 10%                    Page 18 of 23
2.7.4 Summary of Clinical Safety                                     NDA 209575

4% treatment group; systolic blood pressure increased the least in the placebo treatment group.

Diastolic Blood Pressure

- For both Cocaine HCl Topical Solution treatment groups, a gradual mean increase in DBP occurred during pledget retention (time 0 to 20 minutes), peaked 5 to 10 minutes after pledget removal (25 to 30 minutes after the start of pledget insertion), and declined gradually back towards baseline. Maximal mean DBP increased from baseline by approximately 6 and 8 mmHg, and declined to approximately 3 mm Hg above baseline within 60 minutes after pledget insertion for the Cocaine HCl Topical Solution 4% and 10% treatments, respectively. DBP remained approximately 1 mm Hg above baseline for both the Cocaine HCl Topical Solution 4% and 10% treatments at the end of recovery.

- In the placebo group, there was an initial elevation of DBP immediately after pledget insertion (time 5 minutes), remained within to 2.5 to 3.5 mm Hg above baseline until 25 minutes after the start of pledget retention, and was back to baseline or lower by 50 minutes and fluctuated ± 1 mm Hg around baseline until the subjects were released from recovery.

- Although not clinically significant, the increase in DBP from baseline was greater, occurred quicker, and required a longer time to return to baseline in the Cocaine HCl Topical Solution 10% treatment group compared to the Cocaine HCl Topical Solution 4% treatment group; diastolic blood pressure was slightly elevated during pledget retention before returning to baseline in the placebo group.

### 2.7.4.4.2 ECGs

Single lead monitoring ECGs were performed in the Phase III studies at screening, immediately prior to study drug administration, and every 5 minutes until discharge from phase 1 recovery, which was a minimum of 90 minutes post study drug pledget removal. Twelve (12)-lead ECGs were performed in the Phase III studies at screening and at discharge from phase 1 recovery.

Monitoring ECGs

Overall, 2 subjects (1 in each Phase III study) in the safety population experienced an abnormal clinically significant monitoring ECG.

In COCA4vs10-001, 1 subject (11900188; Cocaine HCl Topical Solution 10% treatment group) experienced an abnormal clinically significant monitoring ECG reported as an 'other: T wave inversion' abnormality, which began prior to study drug administration and occurred intermittently throughout the study drug's application, procedure and recovery period; with a subsequent abnormal clinically significant finding approximately 1 h after the initiation of drug administration of 'other: ST depression' (ISS, Listing 15). No medical treatment was required.

In COCA4vs10-002, 1 subject (Subject 11301093; Cocaine HCl Topical Solution 4% treatment group) experienced an abnormal clinically significant monitoring ECG reported as 'tachycardia, with heart rate >20 bpm from baseline', which occurred from 10 to 40 minutes after pledget application. No medical management was required and the increased HR resolved spontaneously (ISS, Listing 15).

FDASUPP011874

Cody Laboratories, Inc.
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.4 Summary of Clinical Safety

Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 51 of 203   JA-1638

Page 19 of 23
NDA 209575

No subject in the Cocaine HCl 4% treatment, Cocaine HCl Topical Solution 10% treatment, or placebo groups experienced a monitoring ECG consistent with a finding of asystole, supraventricular tachycardia, ventricular tachycardia, arrhythmia (atrial fibrillation, ventricular fibrillation, torsades de pointes, accelerated idioventricular rhythm), complete heart block, prolongation of QRS, ST segment elevation, Q wave appearance, or development of a 0.1mV or more of a J point elevation/depression.

Central 12-lead ECGs

- No clinically significant change from baseline was observed in the safety population for the mean PR interval in the Cocaine HCl Topical Solution 4% treatment (0.57 msec), Cocaine HCl Topical Solution 10% treatment (-1.06 msec), and placebo (0.73 msec) groups (ISS, Appendix Table 55). Overall, there appears to be no significant impact of conduction through the AV node.

- There was no clinically significant change from baseline observed in the safety population for the mean QRS interval in the Cocaine HCl Topical Solution 4% treatment (0.22 msec), Cocaine HCl Topical Solution 10% treatment (0.75 msec), and placebo (0.35 msec) groups (ISS, Appendix Table 56). Overall, there appears to be no significant impact on conduction through the Bundle Branch conduction system.

- A clinically insignificant prolongation of the mean QT interval was observed in the safety population for the Cocaine HCl Topical Solution 4% treatment (5.72 msec), Cocaine HCl Topical Solution 10% treatment (3.51 msec), and placebo (7.51 msec) groups from baseline (ISS, Appendix Table 57). A slight prolongation of the mean QTcF interval was observed in the safety population for the Cocaine HCl Topical Solution 4% treatment (3.75 msec), Cocaine HCl Topical Solution 10% treatment (3.25 msec), and placebo (3.19 msec) groups from baseline (ISS, Appendix Table 58). A clinically insignificant prolongation of the mean QTcB interval was observed from baseline in the safety population for the Cocaine HCl Topical Solution 4% treatment (2.75 msec) and Cocaine HCl Topical Solution 10% treatment (3.20 msec) groups versus placebo (0.92 msec) (ISS, Appendix Table 59). Overall, there appears to be no significant clinical impact on ventricular electrical depolarization and repolarization.

- ECG results for the heart rate (HR) and RR interval change from baseline in the safety population are presented in ISS, Appendix Table 60 and ISS, Appendix Table 61, respectively. Overall, the placebo group had the greatest, but still, clinically insignificant change from baseline for these two 12-lead ECG parameters.

- ECG abnormality findings which occurred more frequently in the Cocaine HCl treatments groups versus placebo group included tachycardia, QT Interval prolongation, premature ventricular contraction (PVC), old myocardial infarction, recent myocardial infarction, and T wave inversion (ISS, Appendix Table 54). None of the old or recent myocardial infarction results were related to the clinical trials.

FDASUPP011875

Cody Laboratories, Inc.
Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 52 of 203
JA-1639
Cocaine Hydrochloride Topical Solution, 4% and 10%
2.7.4 Summary of Clinical Safety
Page 20 of 23
NDA 209575

## 2.7.4.5 Safety in Special Groups and Situations

### 2.7.4.5.1 Intrinsic Factors

Adverse events by demographic subgroups (gender, age, and race) are presented in ISS, Section 5.4.5.  Adverse events by surgery or diagnostic procedures are presented in ISS, Section 12.2. There do not appear to be any differences between TEAE rates within gender, age groups, race categories, or procedure.

### 2.7.4.5.2 Extrinsic Factors

No safety analyses with respect to extrinsic factors, such as alcohol and tobacco use, were conducted.  Literature data on potential interactions with alcohol and tobacco are presented in ISS, Section 11.1.

### 2.7.4.5.3 Drug Interactions

Literature data pertinent to potential drug-drug interactions is discussed in ISS, Section 11 and in the Summary of Clinical Pharmacology Studies, Section 2.7.2.

### 2.7.4.5.4 Use in Pregnancy and Lactation

Pregnancy

There are no adequate and well-controlled studies of Cocaine HCl Topical Solution, 4% and 10%, in pregnant women. No epidemiological data exists for Cocaine HCl 4% or 10% solutions used medically in pregnant women.

Nursing Mothers

Cocaine and its metabolites are excreted in breast milk. Infant cocaine exposures via breast milk have shown signs of intoxication and serious adverse effects including irritability, vomiting, diarrhea, tremors, seizures, and respiratory distress.

### 2.7.4.5.5 Overdose

Acute overdoses of Cocaine HCl are characterized by a severe and significant constellation of clinically overt features which includes a combination of cardiac arrhythmias, cardiovascular depression, convulsions, hypertension, hyperthermia, metabolic acidosis, and myocardial ischemia.

Management (Dittmar, 2008)

An overdose with cocaine is potentially lethal, and consultation with a regional poison control center is recommended. Immediate treatment includes support of cardiorespiratory function and measures to reduce drug absorption, i.e. removal of the pledget(s).

Respiratory support (after convulsion, or if apneic, or if Cheyne-Stokes respiration), with primary attention given to the reestablishment of adequate respiratory exchange through provision of a patent airway and the institution of assisted or controlled ventilation should be used as necessary. Oxygen, intravenous fluids, and other supportive measures should be employed as indicated. Utilize cardiac resuscitation and anti-arrhythmics for massive overdose, as required.

FDASUPP011876

Cody Laboratories, Inc.
Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 53 of 203
JA-1640
Cocaine Hydrochloride Topical Solution, 4% and 10%                          Page 21 of 23
2.7.4 Summary of Clinical Safety                                            NDA 209575

Extreme excitability and convulsion prevention is accomplished with intravenous benzodiazepine or short-acting barbiturate. Hypertension management with intravenous labetalol, phentolamine or sodium nitroprusside is advised. Propranolol has been used to treat cocaine-induced hypertension and arrhythmias but may potentiate cocaine toxicity, i.e., results in paradoxical hypertension presumably due to unopposed α-adrenergic stimulation. A beta-blocker with both α- and β-adrenergic effects such as labetalol is preferred for hypertension, but it does not ameliorate cocaine-induced coronary arterial vasoconstriction.

Psychiatric reactions, characterized by delusions may respond to neuroleptics (phenothiazine and butyrophenone). Though these agents also may increase the chance of seizures. Benzodiazepines may be useful in reducing anxiety.

None of the Phase III subjects experienced a constellation of overdose potential events.

### 2.7.4.5.6 Drug Abuse

Abuse of Cocaine HCl is primarily characterized by a constellation of euphoria, feeling high, and increased wellbeing. None of the Phase III subjects experienced a constellation of abuse potential events.

### 2.7.4.5.7 Withdrawal and Rebound

No AEs potentially related to withdrawal effects were reported during the Sponsor's clinical studies, and none were expected due to the short course of treatment.

### 2.7.4.5.8 Effects on Ability to Drive or Operate Machinery or Impairment of Mental Ability

Cocaine HCl Topical Solution, 4% and 10%, was administered to Phase III study subjects in preparation for out-patient procedures. There were no reports of any subjects experiencing transportation-related issues in the next day and 7 day phone call or office visit follow ups.

### 2.7.4.6 Postmarketing Data

Adverse events recorded in the FDA and WHO databases primarily reflect toxicities from non-therapeutic uses, misuse, abuse or overdose situations, while the minimal postmarketing therapeutic use reports are consistent with the published literature associated with its use in anesthetic applications. Cardiovascular TEAEs, including increased heart rate, tachycardia, increase blood pressure (systolic and diastolic), and transient hypertension, are the major adverse events associated with cocaine when used in anesthetic therapeutic doses. A detailed review of the FDA and WHO databases is provided in ISS, Section 8.1.

FDASUPP011877

**2.7.4.7 Appendix**

All tabular presentations are provided in-text.

Case 1:20-cv-00211-TNM   Document 52-7   Filed 06/25/20   Page 55 of 203

Cody Laboratories, Inc.                                                          JA-1642
Cocaine Hydrochloride Topical Solution, 4% and 10%                    Page 23 of 23
2.7.4 Summary of Clinical Safety                                          NDA 209575

## 2.7.4.8 References

Dittmar PK and Olmedo R (2008).  An evidence-based approach to cocaine-associated emergencies.  *Emergency Medicine Practice* 10 (1): 1-20.

FDASUPP011879

NDA 209-575
Drug Name: Topical cocaine

# STATISTICAL REVIEW AND EVALUATION
## FILING REVIEW OF AN NDA/BLA

| | |
|---|---|
| **NDA/BLA #:** | NDA 209-575 |
| **Related IND #:** | IND 106,499 |
| **Product Name:** | Cocaine hydrochloride topical solution, 4% and 10% |
| **Indication(s):** | Induction of local anesthesia for diagnostic procedures and surgeries on or through the accessible mucous membranes of the nasal cavities |
| **Applicant:** | Cody Laboratories, Inc |
| **Dates:** | Received: September 21, 2017 |
| | PDUFA: July 21, 2018 |
| **Review Priority:** | Standard |
| **Biometrics Division:** | II |
| **Statistical Reviewer:** | Feng Li, Ph.D. |
| **Concurring Reviewers:** | David, Petullo, M.S. |
| **Medical Division:** | Division of Anesthesia, Analgesia, and Addiction Products |
| **Clinical Team:** | Medical Officer: Renee Petit-Scott, M.D. |
| | Medical Team Leader:  Rigoberto Roca, M.D. |
| **Project Manager:** | Shelly Kapoor |

1

FDASUPP011886

NDA 209-575
Drug Name: Topical cocaine

# 1. Summary of Efficacy/Safety Clinical Trials to be Reviewed

**Table 1: Summary of Trials to be Assessed in the Statistical Review**

| Trial ID | Design* | Treatment/ Sample Size | Endpoint/Analysis | Preliminary Findings |
|---|---|---|---|---|
| COCA4vs10-001 | MC, R, DB, PG, PC trial | Cocaine 4%/ 39 Cocaine 10%/ 41 Placebo/ 40 | Primary: analgesic success Key Secondary: None | Cocaine 10% were superior to placebo with statistical significance. Cocaine 4% failed to efficacy. |
| COCA4vs10-002 | MC, R, DB, PG, PC trial | Cocaine 4%/ 258 Cocaine 10%/ 254 Placebo/ 127 | Primary: analgesic success Key Secondary: None | Both cocaine 4% and 10% were superior to placebo with statistical significance. |

\* MC: multi-center, R: randomized, DB: double-blind, PG: parallel group, PC: placebo controlled, AC: active controlled

# 2. Assessment of Protocols and Study Reports

**Table 2: Summary of Information Based Upon Review of the Protocol(s) and the Study Report(s)**

| Content Parameter | Response/Comments |
|---|---|
| Designs utilized are appropriate for the indications requested. | Yes. |
| Endpoints and methods of analysis are specified in the protocols/statistical analysis plans. | Yes. |
| Interim analyses (if present) were pre-specified in the protocol with appropriate adjustments in significance level.  DSMB meeting minutes and data are available. | Yes. DSMB report provided but meeting minutes not located. |
| Appropriate details and/or references for novel statistical methodology (if present) are included (e.g., codes for simulations). | Not applicable. |
| Investigation of effect of missing data and discontinued follow-up on statistical analyses appears to be adequate. | Yes. |

# 3. Electronic Data Assessment

**Table 3: Information Regarding the Data**

| Content Parameter | Response/Comments |
|---|---|
| Dataset location | \\Cdsesub1\evsprod\NDA209575\0001\m5\datasets |
| Were analysis datasets provided? | Yes. |
| Dataset structure (e.g., SDTM or ADaM) | Indicated as SDTM and ADaM. |
| Are the define files sufficiently detailed? | Yes. |

Reference ID: 4181355

FDASUPP011887

NDA 209-575
Drug Name: Topical cocaine

| Content Parameter | Response/Comments |
|---|---|
| List the dataset(s) that contains the primary endpoint(s) | ADEF |
| Are the *analysis datasets* sufficiently structured and defined to permit analysis of the primary endpoint(s) without excess data manipulation? * | Yes. |
| Are there any initial concerns about site(s) that could lead to inspection? If so, list the site(s) that you request to be inspected and the rationale. | No. |
| Safety data are organized to permit analyses across clinical trials in the NDA/BLA. | Not applicable. |

\* This might lead to the need for an information request or be a refuse to file issue depending on the ability to review the data.

# 4. Filing Issues

### Table 4: Initial Overview of the NDA/BLA for Refuse-to-file (RTF):

| Content Parameter | Yes | No | NA | Comments |
|---|---|---|---|---|
| Index is sufficient to locate necessary reports, tables, data, etc. | x | | | |
| ISS, ISE, and complete study reports are available (including original protocols, subsequent amendments, etc.) | x | | | |
| Safety and efficacy were investigated for gender, racial, and geriatric subgroups investigated. | | x | | Subgroup analyses for efficacy were not located. A corresponding information request was sent to the applicant. |
| Data sets are accessible, sufficiently documented, and of sufficient quality (e.g., no meaningful data errors). | x | | | |
| Application is free from any other deficiency that render the application unreviewable, administratively incomplete, or inconsistent with regulatory requirements | x | | | |

**IS THE APPLICATION FILEABLE FROM A STATISTICAL PERSPECTIVE?**
Yes

# 5. Comments to be Conveyed to the Applicant

### *5.1. Refuse-to-File Issues*

3

FDASUPP011888

NDA 209-575
Drug Name: Topical cocaine

Subgroup analyses were not located in the current submission.  In response to an information request sent on November 9, 2017, the applicant indicated a response would be provided by November 18, 2017.

## 5.2. Information Requests/Review Issues

The following information requests for both study COCA4vs10-001 and study COCA4vs10-002 was conveyed to the applicant.

- We could not locate subgroup analyses for efficacy by race, age, and sex in your NDA submission. Indicate the location of these subgroup analyses or submit them if not included in the original submission.
- Submit a subject level dataset that contains the date and time of the Von Frey Filament test as well as the date and time of treatment unblinding. If already submitted, indicate which datasets and variables contain such information.
- Provide the software programs such as SAS codes used to create all ADaM datasets and generate tables and figures associated with primary and secondary efficacy analyses.

4

FDASUPP011889

---------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

FENG LI
11/14/2017

DAVID M PETULLO
11/15/2017
I concur.

Reference ID: 4181355

## CLINICAL PHARMACOLOGY REVIEW

| | |
|---|---|
| **NDA:** | 209575 |
| **Submission Date:** | September 21st 2017 |
| **Relevant IND(s):** | 106499 |
| **Submission Type; Code:** | Original NDA; 505(b)(2) |
| **Brand Name:** | Numbrino |
| **Generic Name:** | Cocaine Hydrochloride Topical Solution 4% and 10% |
| **Formulation; Strength(s):** | Aqueous solution of 4% cocaine hydrochloride (40 mg/mL) and 10% cocaine hydrochloride (100 mg/mL) |
| **Clinical Pharmacology Reviewer:** | Deep Kwatra, Ph.D. |
| **Team Leader:** | Yun, Xu, Ph.D. |
| **Division Director:** | Chandrahas Shajwalla. Ph.D. |
| **OCP Division:** | Division of Clinical Pharmacology II |
| **OND Division:** | Anesthesia Analgesia and Addiction Products |
| **Sponsor:** | Cody Laboratories Inc. |
| **Proposed Indication:** | NUMBRINO is a liquid formulation of cocaine hydrochloride indicated for the introduction of local (topical) anesthesia for diagnostic procedures and surgeries on or through the accessible mucous membranes of the nasal cavities |
| **Proposed Dosage Regimen:** | One (1) mL of NUMBRINO should be applied to each pledget. One (1) or two (2) pledgets that are ½" x 3" containing anesthetic solution should be applied topically per nostril, with a maximum of 2 pledgets used per nostril; maximum of 4 pledgets per procedure. Pledgets should be retained in the nasal cavity for 20 minutes, with removal occurring immediately prior to the patient's procedure or surgery. |

Reference ID: 4280593

## TABLE OF CONTENTS

LIST OF FIGURES ............................................................................................................. 4

LIST OF TABLES .............................................................................................................. 4

1 EXECUTIVE SUMMARY ............................................................................................. 5

   *1.1 RECOMMENDATION* ................................................................................................. 5
   *1.2 PHASE 4 COMMITMENTS* ........................................................................................ 5
   *1.3 SUMMARY OF CLINICAL PHARMACOLOGY FINDINGS* ............................................. 5
      *1.3.1 Clinical Pharmacology Studies:* .................................................................. 8
         Phase 1 Study LNT-P6-733: ................................................................................. 8
      *1.3.2 Clinical Studies:* ......................................................................................... 8
         Phase 3 Study (with commercial scale formulation): ........................................... 8
      *1.3.3 Pharmacokinetic Single-Dose Study Study LNT-P6-733 of Cocaine HCl Topical Solution,*
      *4% and 10%:* ...................................................................................................... 9
      *1.3.4 Summary of DDI Information:* ................................................................... 10

2 QUESTION BASED REVIEW ..................................................................................... 12

   *2.1 GENERAL ATTRIBUTES OF THE DRUG* .................................................................... 12
      *2.1.1 What are the highlights of the chemistry and physical-chemical properties of the drug*
      *substance, and the formulation of the drug product?* ........................................ 12
      *2.1.2 What is the regulatory history of Cocaine Hydrochloride?* ....................... 12
      *2.1.3 What is the composition of the to-be-marketed formulation of Cocaine Hydrochloride*
      *Topical Solution, 4% and 10%?* ......................................................................... 13
      *2.1.4 What are the proposed mechanism(s) of action and therapeutic indication(s)?* ................. 13
      *2.1.5 What are the proposed dosage and route of administration?* .................... 13
      *2.1.6 What is the core studies submitted in this NDA?* ...................................... 14
   *2.2 GENERAL CLINICAL PHARMACOLOGY* .................................................................. 14
      *2.2.1 What efficacy and safety information (e.g., biomarkers, surrogate endpoints, and clinical*
      *endpoints) contribute to the assessment of clinical pharmacology study data? How was it measured?*
      15
      *2.2.2 What are the general PK characteristics of the drug?* .............................. 15
         Absorption: Study LNT-P6-733 ......................................................................... 15
         Absorption: Literature Summary ........................................................................ 18
         Distribution: ....................................................................................................... 21
         Metabolism: ....................................................................................................... 21
         Excretion: ........................................................................................................... 23
         Dose-proportionality of Topical cocaine: ........................................................... 24
   *2.3 INTRINSIC FACTORS* ............................................................................................ 24
         Gender ................................................................................................................ 25
         Age ..................................................................................................................... 26
         Race ................................................................................................................... 26
         Renal Impairment .............................................................................................. 26
         Hepatic Impairment ........................................................................................... 27
         Effect of a Butyrylcholinesterase Deficiency ..................................................... 27
      *2.3.1 What is the pediatric plan?* ....................................................................... 28
   *2.4 EXTRINSIC FACTORS* ........................................................................................... 29
      *2.4.1 Pharmacokinetic Drug Interactions:* ........................................................ 29
      *2.4.2 Potential Pharmacodynamic Drug-Drug Interactions:* ............................. 31
         Sympathomimetics: ............................................................................................ 32
         CNS Stimulants: ................................................................................................ 32
         Beta Blockers: ................................................................................................... 32
         Anti-Depressants ............................................................................................... 33
         Clozapine ........................................................................................................... 33
         Monoamine-Oxidase Inhibitors ......................................................................... 34

Reference ID: 4280593

Ethanol ........................................................................................................................ 34
Alpha-modifying Agents ............................................................................................. 34
Halothane Anesthesia .................................................................................................. 35
2.5 *ANALYTICAL SECTION* .................................................................................................... **35**
2.5.1     *Are the active moieties identified and measured in the plasma in the clinical pharmacology
and biopharmaceutics studies?  What is the QC sample plan?  What are the accuracy, precision and
selectivity of the method?* ............................................................................................................. *35*
Bio-analytical Facility: ............................................................................................... 35
Bio-analytical Method: ............................................................................................... 35
Bio-analytical Validation: ........................................................................................... 36

**3 DETAILED LABELING RECOMMENDATIONS** ..................................................................... **47**

*7.2 CHOLINESTERASE INHIBITORS* ..................................................................................... **47**
*7.7 DISULFIRAM* ................................................................................................................. **47**
*8.6 HEPATIC IMPAIRMENT* ................................................................................................. **48**
*8.7 RENAL IMPAIRMENT* ..................................................................................................... **48**
*8.8 PSEUDOCHOLINESTERASE DEFICIENCY* ....................................................................... **48**
*12.3 PHARMACOKINETICS* .................................................................................................. **49**

**4 APPENDICES** ......................................................................................................................... **52**

*4.1 REFERENCES* ............................................................................................................... **52**
*4.2 INDIVIDUAL STUDY SYNOPSES:* .................................................................................. **57**
4.2.1     *Study Designs* ....................................................................................................... *57*
4.2.2     *Study Synopses* ..................................................................................................... *57*
Study LNT-P6-733 ....................................................................................................... 57
*4.3 SPONSOR'S PROPOSED LABEL:* .................................................................................. **58**

FDASUPP011936

## LIST OF FIGURES

*Figure 1: Concentration-Time profile in healthy adult subjects after a single intranasal dose of topical cocaine (4%); Source studies CTS 2015016, CTS 2015013 and CTS 2015014*.................................................. 17
*Figure 2: Mean Serum Cocaine Concentrations After Pledget Application of Cocaine HCl 4% and Cocaine HCl 10%. Source: Liao, 1999*.................................................................................................. 20
*Figure 3: Systemic Metabolic Pathways of Cocaine. Source: Kolbrich, 2006*........................................ 22

## LIST OF TABLES

*Table 1: Physical-Chemical Properties of Cocaine Hydrochloride*.................................................. 12
*Table 2: Composition of Cocaine Hydrochloride Topical Solution, 4% and 10 %*.............................. 13
*Table 3: PK parameter values in healthy adult subjects after a single intranasal dose of topical cocaine (4%); Source studies CTS 2015016, CTS 2015013 and CTS 2015014*.............................................. 15
*Table 4: Cocaine,* ███████████████████████ *Pharmacokinetic Parameters.  Source: Kolbrich, 2006*.................................................................................................................... 23
*Table 5: Assay Performance for Cocaine*.............................................................................. 37
*Table 6: Assay Performance for* ████████████ ................................................................ 39
*Table 7: Assay Performance for* ██████████████ ............................................................ 41
*Table 8: Assay Performance for* █████████ .......................................................................... 43
*Table 9: Assay Performance for Norcocaine*.......................................................................... 45

Reference ID: 4280593

# 1   Executive Summary

## 1.1   Recommendation

The sponsor has not fully completed the QT evaluation requirements for the NDA 209575 as the data submitted is insufficient (Based on the review by the QT-IRT group). The sponsor submitted a new protocol during the NDA review period for a new Thorough QT (tQT) study which has been reviewed and the comments have been conveyed to the sponsor. The final study report for that study has not been submitted yet. Hence, from the Clinical Pharmacology perspective, NDA 209963 is NOT ACCEPTABLE until the sponsor fulfills the QT evaluation requirements.

Based on internal team discussion, if the sponsor submits the study report for the tQT study prior to end of the PADUFA clock (July 21, 2018), the clock can be extended for this application to give the team time to review the new tQT report. However, if the report cannot be submitted before the PADUFA date, then from a clinical pharmacology prospective, this submission is not acceptable. However, barring lack of the tQT evaluation, other aspects of the clinical pharmacology have been adequately addressed.

## 1.2   Phase 4 Commitments

None

## 1.3   Summary of Clinical Pharmacology Findings

Cody Laboratories Inc (a wholly owned subsidiary of Lannett Co Inc.) submitted a 505 (b)(2) application seeking U.S. marketing approval of Cocaine HCl Topical Solution, 4% and 10% for the for the introduction of topical anesthesia for diagnostic procedures and surgeries on or through the accessible mucous membranes of the nasal cavities. The clinical development program for Cocaine Hydrochloride Topical Solution included two Phase 3 studies Study COCA4vs10-001 and COCA4vs10-002) evaluating the safety and efficacy of Cocaine HCl Topical Solution, 4% and 10% for diagnostic procedures and surgeries on or through the mucous membranes of the nasal cavities.  The clinical development program also includes a single Phase I PK, prospective, double-blind, single center, randomized, crossover study of Cocaine HCl Topical Solution 4% and 10% (LNT-P6-733). In addition to the clinical and *in vitro* studies used to support the clinical pharmacology information in the submission, the sponsor has evaluated scientific literature for cocaine and provided a summary of the published data for the clinical and nonclinical pharmacology, PK, single- and repeated-dose toxicity, reproductive and developmental toxicology, and carcinogenicity potential of cocaine as a part of this NDA.

Prior to submission of the NDA the sponsor was informed of the need to provide full articles if literature was used to support any pertinent clinical pharmacology information. Additionally, an IR was sent to the sponsor stating "For all human PK studies, you cited and summarized from literature, we are unable to locate the bioanalytical validation/performance data and raw PK data in your NDA submission. We recommend you to contact the authors to obtain this information. Due diligence is required to acquire

such information about the studies, otherwise you must provide adequate justification that the required information is not obtainable and why the results from the literature can still be used to support your proposed product." Sponsor claimed that only two literature references discuss PK through intranasal route and were therefore considered primary supportive articles, while the remaining involved other routes of cocaine administration and were considered secondary supportive articles. The sponsor contacted the authors for these relevant articles for raw data and bioanalytical information. The sponsor stated that the raw data was no longer available and the bioanalytical information was adequately described and that both studies were before the first FDA Bioanalytical Method Validation Guidance document publication in the year 2001.

It appears that most of the information is consistent across different publication regardless which analytical methods used. Also, most of the clinical pharmacology claims the sponsor has submitted and will be populated within the label is being derived from the Phase-I studies conducted by the sponsor. The efficacy and safety information is also being derived from the pivotal Phase-III study. Hence the review team has decided that the safety and efficacy of the proposed dosing regimen has been established.

An additional IR was sent to the sponsor stating "It appears that you have not conducted dedicated studies or subpopulation analysis to study the pharmacokinetics of your product in special populations such as hepatically impaired or renal impaired patients. Your literature summary also does not provide sufficient details to guide dosing in these special populations. Summarize the available literature and provide full articles to guide dosing in these patients. Additionally, cite and summarize any articles that discuss any pharmacokinetic differences or lack there off, related to age, sex, or race for cocaine HCl." The sponsor responded with stating that Additional Literature searches were done in hepatic and renal impaired patient populations and no literature was identified to guide dosing in these populations. Sponsor also claimed that due to limited elimination of unchanged drug in Urine (1-5%) patients with significant renal impairment would not be expected to be clinically impacted by the product's elimination from the body. But since metabolism is the main mechanism of elimination for cocaine products, a decreased liver function has a potential to result in increased exposure of cocaine in hepatic impaired subjects. Additionally, there is a lack of dedicated study or literature evidence provided by the sponsor to prove otherwise, a conservative approach to labeling is warranted. Hence, the product will be labeled to not to be used in subjects with hepatic impairment and to use alternative anesthetics if there is no data available. The sponsor would be advised to conduct dedicated hepatic impairment study as even though the lack of this study is not an approvability issues, a conservative recommendation in labeling would be an only path forward. For patients with renal impairment, since renal is not the main elimination pathway for parent drug or active metabolites and the product is not for chronic use, a dedicated renal impairment study may not be required according to the renal impairment guidance. It could be handled by labeling language alone.

FDASUPP011939

For the literature related to age, sex or race, they stated that additional literature searches were done in these patient populations and no literature was identified regarding PK in different ages and race. Various PK literature was identified and summarized for cocaine, and/or its metabolites, which have been evaluated in adult patients or animals for gender differences between males and females (and over the menstrual cycle). No gender differences were identified in literature.

To address the QT prolongation evaluation of the NDA application, the sponsor did not perform a dedicated TQT study but instead decided to do subpopulation analysis using cardiac monitoring in their phase III study. This submission was reviewed by the office's QT-Internal Review Team (IRT) and the QT-IRT deemed that the data submitted was insufficient and that a dedicated tQT study was required to fulfill the QT requirements. The IRT deferred it to the Division to decide whether the study should be conducted pre- or post-approval. Based on the discussion with the clinical team it was determined that the product has effects on heart rate and potential for QT prolongation and since there has been no significant information provided to alleviate these concerns, it amounts to a safety issue and hence a TQT study would be required pre-approval. This was communicated to the sponsor and the sponsor has in turn submitted a TQT protocol to the division for review. The comments on this study protocol were sent to the sponsor on June 13th 2018. If the completed study reports for this study are not submitted within time to allow for a substantial review, then this amounts to an approvability issue and based on the discussions with the clinical team the recommendation would be not to approve the product. For details on the QT-IRTs review on the adequacy of the initially submitted data, refer to the QT-IRT review by Dr. Lars Johannesen, submitted to DARRTS on February 21st 2018. For further details on clinical team's thoughts on the QT data, refer to the clinical review by Dr. Renee Pettit Scott (medical officer). A summary of the two major deficiencies identified in the QT-IRT review are mentioned below.

1. Patient ECG data: Both phase 3 studies included collection of 12-lead ECGs at screening and after phase 1 recovery (> 90 min post-dose). The timing of the 12-lead ECGs that were collected is not adequate to permit quantification of the effects of cocaine on the QTc interval as the Tmax of cocaine is ~30 min. In addition, monitoring ECGs were collected, which appears to cover the time of peak cocaine concentration, but no QT data was submitted from these ECGs. An IR was sent to the Applicant (DARRTS 02/20/2018) requesting submission of these data. The Applicant responded to the IR stating that no quantitative ECG measurements were collected from these ECGs per the SPA-approved Case Report Forms (NDA 209575, sequence 0010).

2. Healthy volunteer ECG data: The first post-dose ECG in this study was ~1 h 20 min postdose and does therefore not capture the time of peak cocaine concentration. Additionally, the study did not include a positive control or sufficiently high exposures to waive the requirement for a positive control.

FDASUPP011940

For decades, cocaine has been used as an anesthetic and vasoconstricting agent by physicians. However, despite this prolonged usage of cocaine hydrochloride as a local anesthetic for a variety of surgical and diagnostic procedures, there was no cocaine product approved by the agency for such indications at the time of submission of this NDA.

Cocaine Hydrochloride (HCl) is an effective local anesthetic which binds to and blocks the voltage-gated sodium channels in the neuronal cell membrane. Although the compound has had a long and varied history of use, it is now primarily used in otolaryngology, as its unique properties (being both a local vasoconstrictor and a topical anesthetic, coupled with rapid onset and short duration of action) make it a suitable agent for otolaryngological procedures

For this NDA, A Pre-NDA meeting was healed on April 18th, 2017. A written response only Pre-IND meeting, and A Type-C guidance meeting were held on 08/07/2013, 01/29/2015 respectively under IND 118527. The clinical development program includes four phase 1 clinical pharmacology studies with TBM formulation (reviewed) and one pivotal phase 3 safety and efficacy study using the TBM formulation.

### 1.3.1   Clinical Pharmacology Studies:

One clinical pharmacology Study LNT-P6-733 was conducted for this application. The study was conducted with commercial scale formulation and the literature provided by the sponsor all together fulfills the clinical pharmacology information of the proposed product from regulatory requirement perspective.

**Phase 1 Study LNT-P6-733:**

- Phase 1, single dose crossover bioavailability study of Cocaine HCL 4% and 10% solutions following topical application in the nasal cavity in healthy male and female volunteers.

### 1.3.2   Clinical Studies:

Sponsor conducted two pivotal Phase 3 clinical studies. The Phase 3 study, Study 2013011 was conducted with commercial scale formulation and serves for assessing the clinical safety and efficacy for this product.

**Phase 3 Study (with commercial scale formulation):**

- **Study COCA4vs10-001** Phase III, Randomized, Double-blind, Placebo controlled, Multicenter study to compare efficacy to placebo and characterize risk profile of either single topical application of Cocaine HCl 4% at a maximum of 160 mg or Cocaine HCl 10% at a maximum of 400 mg in subjects with need for

FDASUPP011941

diagnostic procedure or surgery on or through the nasal membranes that merits use of anesthesia. The total number of subjects in this study were ██ with ██ getting the drug (██ at 10%, ██ at 4%) and ██ getting placebo.

- **Study COCA4vs10-002** Phase III, Randomized, Double-blind, Placebo controlled, Multicenter study to compare efficacy to placebo and characterize risk profile of either single topical application of Cocaine HCl 4% at a maximum of 160 mg or Cocaine HCl 10% at a maximum of 400 mg in subjects with need for diagnostic procedure or surgery on or through the nasal membranes that merits use of anesthesia. The total number of subjects in this study were ██ with ██ getting the drug (██ at 10%, ██ at 4%) and ██ getting placebo.

**Next is summary of the key findings in the Clinical Pharmacology Study.**

### 1.3.3   Pharmacokinetic Single-Dose Study LNT-P6-733 of Cocaine HCl Topical Solution, 4% and 10%:

Study LNT-P6-733 was a single center, randomized, single dose, double blind (investigator- and subject-blinded to Test-1 versus Test-2), laboratory-blinded, 2-period, 6-sequence, crossover design in healthy male and female subjects. The following investigational products and doses were administered: Test-1 (single 160 mg dose, using Cocaine HCl topical solution 4%); Test-2 (single 400 mg dose, using Cocaine HCl topical solution 10%); and placebo (topical solution). ███████ subjects entered the study and ██ subjects completed the study. Study subjects were randomized to 1 of 6 treatment sequences. The randomization was stratified by gender to ensure inclusion of both males and females into each of the placebo and non-placebo sequences.

The study treatments (placebo, 160 mg cocaine HCl, and 400 mg cocaine HCl) were administered topically, in the nasal cavity, i.e., four pledgets were treated with 4 mL of the assigned solution (160 mg cocaine HCl 4%, 400 mg cocaine HCl 10%, or placebo). Two pledgets were placed into each nostril (one pledget on the inner left side and one pledget on the inner right side of each nostril). The pledgets were retained in the nasal cavity for 20 minutes prior to being removed. Subjects remained seated for at least 1 hour following placement of the pledgets into the nasal cavity. Subjects could leave the clinical site 24 hours following pledget removal. The drug administrations (last pledget placement in each study period) were separated by 7 calendar days.

- Cocaine exhibits plasma peak and total systemic exposure which is comparable to that reported in the medical literature, being approximately dose-proportional, with <35% absorption of cocaine from the pledgets. A mean of 23.44% of the total administered cocaine HCl dose was absorbed for the 160 mg Test-1 dose (4% cocaine solution) (n=34) and a mean of 33.34 % of the total administered cocaine HCl dose was absorbed for the 400 mg Test-2 dose (10% cocaine solution) (n=32)
- In this study cocaine was rapidly absorbed during the drug exposure period. The mean Cmax for 4% solution was (142.7 ± 11.1 ng/mL) observed shortly after the

FDASUPP011942

time of pledget removal (Tmax of 0.5 hours). The mean Cmax for 10% solution was ($433.5 \pm 39.1$ ng/mL) similarly observed shortly after the time of pledget removal (Tmax of 0.6 hours)

- Plasma concentrations then fell rapidly after pledget removal, with a mean $t_{1/2}$ of 1.5 hours for the 4% solution and 2 hours for the 10% and cleared from the plasma compartment within 6 hours.
- The mean AUC0-∞ for 4% solution was ($239.1 \pm 13.5$ ng·h/mL). The mean AUC0-∞ for 10% solution was ($903.1 \pm 92.5$ ng·h/mL)
- Overall, the mean peak cocaine concentration in plasma was approximately 3 times greater for the 10% solution, with respect to the 4% solution.  Similarly, the total exposure (AUC) was about 3-3.5 times greater for the higher strength. The median time to peak concentration was similar between the two strengths (0.5 hours), as was the half-life (approximately 1.5 to 2 hours). The intra-subject coefficients of variation were 28.4%, 26.6% and 26.4% for $C_{max}$, $AUC_{0-T}$, and $AUC_{0-\infty}$, respectively which indicates that the drug products are not highly variable.

### 1.3.4   Summary of DDI Information:

No *in vitro or in vivo* PK DDI studies were conducted with the topical cocaine solution. *In vivo* cocaine DDI studies were identified in the literature with disulfiram (potential treatment for cocaine dependence). When administered by nasal insufflation, disulfiram increased the plasma concentrations of cocaine by several folds ($C_{max}$ by 2-3-fold AUC by 3-5-fold) and decreased cocaine clearance by 3-4-fold. Considering the several-fold increase for both Cmax and AUC with intranasal route of cocaine with co-administration of disulfiram, Cocaine Hydrochloride Topical Solution should be avoided in patients taking disulfiram and consider using other local anesthetic agents.
Additional possible Pharmacodynamic interactions have been reported in literature with cocaine and sympathomimetics (epinephrine), CNS Stimulants, beta-blockers, Anti-depressants including tricyclic anti-depressants and selective serotonin reuptake inhibitors (SSRIs), Clozapine, MAO inhibitors (isocarboxazid, phenelzine, selegiline and tranylcypromine), ethanol and alpha modifying agents (reserpine).


Overall, adequate information has not been provided characterizing the clinical pharmacology aspects of Cocaine Hydrochloride Topical Solution, mainly for QT prolongation evaluation. Unless the Sponsor can submit the result of the proposed tQT study in time, the current available information provided regarding the QT prolongation effects of the drug are not sufficient to make proper risk assessment with the product. The Sponsor will be recommended to conduct a hepatic impairment study, although it is not considered as an approvability issue since it can be handled by labeling recommendation. The edited labeling can be sent to the sponsor with the revised warning language in patient with hepatic impairment and other situations to inform the sponsor.

FDASUPP011943

FDASUPP011944



### 2.1.2   What is the regulatory history of Cocaine Hydrochloride?

The US Food and Drug Administration (FDA) approved GOPRELTO (cocaine hydrochloride nasal solution, 4%) on December 14th 2017 from Genus Life Sciences for the induction of local anesthesia of the mucous membranes when performing diagnostic procedures and surgeries on or through the nasal cavities in adults. This applicant did not list GOPRELTO as the listed drug for their 505(b)(2) application so they may not rely on the previous findings for GOPRELTO.

FDASUPP011945

### 2.1.3 What is the composition of the to-be-marketed formulation of Cocaine Hydrochloride Topical Solution, 4% and 10%?

The proposed cocaine hydrochloride topical solution, 40 mg/mL (4%) and 100 mg/mL (10%) are Clear, blue-green solution, no precipitate or sediment evident., packaged in a in ▮▮▮▮ USP light resistant glass bottles with white opaque caps. The fill volumes are 4 and 10 mL for the 4% and only 4mL for the 10% formulation. Table 2 provides the quantitative composition of the proposed topical solution and the function of each component.

**Table 2: Composition of Cocaine Hydrochloride Topical Solution, 4% and 10 %**

| Component | Quality Standard | Function | 40 mg/mL (4%) | | 100 mg/mL (10%) | |
|---|---|---|---|---|---|---|
| | | | (mg/mL) | (%w/v) | (mg/mL) | (mg/mL) |
| Cocaine Hydrochloride, USP | USP | Active Ingredient | 40 | 4.0 | 100 | 10.0 |
| Sodium Benzoate, NF | NF | | | | | |
| D & C Yellow #10 | N/A | | | | | |
| FD & C Green #3 | N/A | | | | | |
| Citric Acid Anhydrous, USP | USP | | | | | |
| Purified Water, USP | USP | | | | | |

NF - National Formulary, USP = United States Pharmacopeia

### 2.1.4 What are the proposed mechanism(s) of action and therapeutic indication(s)?

Cocaine HCl is a local anesthetic, which binds to and blocks the voltage-gated sodium channels in the neuronal cell membrane. Cocaine produces potent sympathomimetic effects by increasing norepinephrine concentrations in postsynaptic receptors by inhibiting presynaptic reuptake. Cocaine HCl blocks the initiation or conduction of nerve impulses following local application. When applied topically to mucous membranes, the drug produces a reversible loss of sensation and vasoconstriction. The proposed Cocaine hydrochloride topical solutions (4% and 10%) are indicated for the introduction of local (topical) anesthesia for diagnostic procedures and surgeries on or through the accessible mucous membranes of the nasal cavities.

### 2.1.5 What are the proposed dosage and route of administration?

The following are the dosage and administration recommendations for Numbrino.

- The recommended dose of NUMBRINO varies and depends upon the area to be anesthetized, vascularity of the tissues, individual tolerance, and the technique of anesthesia.
- NUMBRINO should be administered by means of cotton or rayon applicator pledgets applied to the nasal mucosa.

- One (1) mL of NUMBRINO should be applied to each pledget. One (1) or two (2) pledgets that are ½" x 3" containing anesthetic solution should be applied topically per nostril, with a maximum of 2 pledgets used per nostril; maximum of 4 pledgets per procedure.
- Pledgets should be retained in the nasal cavity for 20 minutes, with removal occurring immediately prior to the patient's procedure or surgery.
- Pledgets should be removed immediately upon any sign or symptoms of untoward adverse events.

### 2.1.6   What is the core studies submitted in this NDA?

The core clinical development program includes one phase 1 clinical pharmacology study and two Phase 3 safety and efficacy studies using the final to-be marketed formulation.

- **Study COCA4vs10-001** Phase III, Randomized, Double-blind, Placebo controlled, Multicenter study to compare efficacy to placebo and characterize risk profile of either single topical application of Cocaine HCl 4% at a maximum of 160 mg or Cocaine HCl 10% at a maximum of 400 mg in subjects with need for diagnostic procedure or surgery on or through the nasal membranes that merits use of anesthesia. The total number of subjects in this study were ▉ with getting the drug (▉ at 10%, ▉ at 4%) and ▉ getting placebo.
- **Study COCA4vs10-002** Phase III, Randomized, Double-blind, Placebo controlled, Multicenter study to compare efficacy to placebo and characterize risk profile of either single topical application of Cocaine HCl 4% at a maximum of 160 mg or Cocaine HCl 10% at a maximum of 400 mg in subjects with need for diagnostic procedure or surgery on or through the nasal membranes that merits use of anesthesia. The total number of subjects in this study were ▉ with getting the drug (▉ at 10%, ▉ at 4%) and ▉ getting placebo.
- **Study LNT-P6-733:** Phase 1, single dose crossover bioavailability study of Cocaine HCL 4% and 10% solutions following topical application in the nasal cavity in healthy male and female volunteers

### 2.2   General Clinical Pharmacology

The clinical efficacy studies, COCA4vs10-001 and COCA4vs10-002 for in subjects with need for diagnostic procedure or surgery on or through the nasal membranes that merits use of anesthesia and the clinical pharmacology study LNT-P6-733 form the basis to support the dosing for this NDA along with some information being derived from the literature.

For final assessment of the safety and efficacy findings, see Clinical review by Dr. Renee Petit-Scott (Clinical Reviewer).

### 2.2.1 What efficacy and safety information (e.g., biomarkers, surrogate endpoints, and clinical endpoints) contribute to the assessment of clinical pharmacology study data? How was it measured?

No biological biomarker was assessed in this NDA. In Phase 3 study the primary endpoint was anesthetic success immediately after application and sustained throughout the diagnostic procedure or surgery. A subject was considered a treatment success if they met the following for each nostril that received the study drug application:

- Prior to the procedure or surgery, a zero out of ten-pain score on the 11-point pain scale (0 = no pain, 10 = unbearable pain) based on the von Frey filament challenge after one application of the assigned treatment solution (placebo, Cocaine HCl Topical Solution 4% or 10%).
- During the procedure or surgery, no further anesthetic or analgesic treatment was required (only Cocaine HCl Topical Solution 4% and 10% subjects who receive a procedure or surgery).

Otherwise, the subject was considered a treatment failure

### 2.2.2 What are the general PK characteristics of the drug?

**Absorption: Study LNT-P6-733**

One PK study was performed which sought to demonstrate the minimal amount of cocaine absorbed when Cocaine HCl Topical Solution, 4% and 10%, was applied by pledget administration in adults. The maximum doses that could be applied to the nasal mucosa were administered, i.e., a 160-mg dose from the Cocaine HCl Topical Solution, 4% and a 400-mg dose from the Cocaine HCl Topical Solution, 10%. Tabular summaries of the mean plasma absorption (%) and PK parameters ($AUC_{0-\infty}$, Cmax, Tmax, and Thalf) for cocaine are provided in Table 3.

**Table 3: Percentage absorption and other PK characteristics of a single intranasal dose of topical cocaine (4% & 10%)**

| Study/ Protocol # (Canada) | Product ID / Lot # / Dose / Pledgets* | # Subjects Entered/ Completed (M/F) | Treatment Dose, Form, Route | Mean Parameters (SD) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | %F[a] | $AUC_{0-\infty}$ (ng·h/mL)[b] | $C_{max}$ (ng/mL)[b] | $T_{max}$ (h)[c] | $T_{half}$ (h)[d] |
| LNT-P6-733 | Cocaine HCl Topical Solution, 4% (2016139654) 160 mg (Test-1) | (▮▮▮▮) | 160 mg per 4 mL Intranasal | 23.44 (8.88) | 286.68 (45.6) | 142.68 (44.9) | 0.50 (0.17-1.00) | 1.54 (13.5) |
| | Cocaine HCl Topical Solution, 10% (2016119525) 400 mg (Test-2) | | 400 mg per 4 mL Intranasal | 33.34 (10.71) | 960.09 (43.1) | 433.53 (49.3) | 0.50 (0.33-1.00) | 2.01 (36.8) |

FDASUPP011948

*By intranasal application, Pledget Brand: ▮▮▮▮▮▮▮▮▮▮, Size: 0.5" x 3''. The study treatments (160 mg cocaine HCl, 400 mg cocaine HCl, and placebo) were administered topically, in the nasal cavity as follows: For each administration, four pledgets were treated with 4 mL of the assigned solution (160 mg cocaine HCl, 400 mg cocaine HCl, or placebo). The 4-mL treatment of Cocaine HCl Topical Solution, 4% corresponded to a 160-mg dose of cocaine HCl. The 4-mL treatment of the Cocaine HCl Topical Solution, 10% corresponded to a 400-mg dose of cocaine HCl. Two pledgets were placed into each nostril (one pledget on the inner left side and one pledget on the inner right side of each nostril). The pledgets were retained in the nasal cavity for 20 minutes prior to being removed. Subjects remained seated for at least 1 hour following placement of the pledgets into the nasal cavity.
[a] %F= % of cocaine absorbed
[b] C.V. (%) [c] Median (range)
[d] $T_{half}$= $t_{1/2}$

A mean of 23.44% of the total administered cocaine HCl dose was absorbed for the 160 mg Test-1 dose (4% cocaine solution) (n=34) and a mean of 33.34 % of the total administered cocaine HCl dose was absorbed for the 400 mg Test-2 dose (10% cocaine solution) (n=32). For understanding the limited amount of systemic absorption of cocaine, the rate and extent of exposure of cocaine during the pledget insertion and immediately after removal is shown in Figure 1.

The time point at which the maximum cocaine plasma concentrations (Tmax) were observed occurred within 10 minutes after the removal of the pledgets from the nasal cavity for both the Cocaine HCl Topical Solutions, 4% and 10%. The maximum cocaine plasma concentration (Cmax) observed after the 160 mg dose of Cocaine HCl Topical Solution, 4% was 142.7 ng/mL and 433.5 ng/mL after the 400 mg dose of Cocaine HCl Topical Solution, 10%; a 3.0 fold value greater than that observed after the 160 mg dose of cocaine HCl, which is approximately equivalent to the ratio of the doses administered (2.5 fold).



**Figure 1: Systemic Plasma Cocaine Concentrations (Time 0 to 45 Minutes) After Cocaine HCl Topical Solution, 4% & 10%, Applied to the Nasal Mucosa by Pledgets (For 20 minutes)**

Reference ID: 4280593

Cocaine HCl Topical Solution, 4% and 10%, demonstrate PK characteristics consistent with a slow and constant delivery of drug product over the retention time of the pledget delivery system for both concentrations, peaking 10 minutes after pledget removal, with a subsequent rapid elimination (mean half-life, 1.5-2.0 h). It is expected that if the nasal procedure commences immediately after pledget removal, adequate therapeutic drug concentrations will be maintained for the duration of the nasal procedures (at least 20-30 minutes). The mean plasma concentration-time profiles are displayed by treatment in (Figure 2). A summary of the statistical analysis of Cmax and AUC for cocaine by treatment is given in Table 4.



**Figure 2: Plasma Logarithmic Profile of the Mean for Cocaine (160 mg Cocaine HCl 4%, Test-1; 400 mg Cocaine HCl 10%, Test-2)**

Reference ID: 4280593

**Table 4: Summary of Plasma Cocaine Pharmacokinetic Parameters (160 mg Cocaine HCl 4%, and 400 mg Cocaine HCl 10%)**

| Parameter (Units) | Cocaine HCl (Test-1) 160 mg (████) | | Cocaine HCl (Test-2) 400 mg (████) | |
|---|---|---|---|---|
| | Mean | (C.V. %) | Mean | (C.V. %) |
| $C_{max}$ (ng/mL) | 142.68 | (44.9) | 433.53 | (49.3) |
| $\ln(C_{max})$ | 4.8668 | (9.0) | 5.9804 | (7.0) |
| $T_{max}$ (hours)[a] | 0.50 | (0.17-1.00) | 0.50 | (0.33-1.00) |
| $AUC_{0-T}$ (ng·h/mL) | 279.01 | (46.6) | 950.54 | (43.5) |
| $\ln(AUC_{0-T})$ | 5.5528 | (6.8) | 6.7761 | (5.9) |
| $AUC_{0-\infty}$ (ng·h/mL) | 286.68 | (45.6) | 960.09 | (43.1) |
| $\ln(AUC_{0-\infty})$ | 5.5828 | (6.7) | 6.7874 | (5.9) |
| $AUC_{0-T/0-\infty}$ (%) | 97.05 | (1.2) | 98.88 | (0.7) |
| $\lambda_Z$ (hours$^{-1}$) | 0.4576 | (13.7) | 0.3757 | (26.1) |
| $T_{half}$ (hours) | 1.54 | (13.5) | 2.01 | (36.8) |

[a] Median (range)

**Source: CSR Study LNT-P6-733,**

## Absorption: Literature Summary

Cocaine is absorbed by all routes of administration (oral, nasal, or local application). The amount of cocaine absorbed depends on the route of administration.  Two major factors which influence the rate of absorption from any site of administration are the rate of blood flow to that site and the surface area over which absorption may occur. Topical intranasal cocaine HCl (1.5 mg/kg) is rapidly absorbed, with peak plasma concentrations (120-474 ng/mL) occurring within 30-60 minutes [1]. The bioavailability of topical intranasal cocaine HCl, measured by the area under the plasma concentration-time curve, is estimated to be four to six times less than reported for an equivalent intravenous dose (0.19-2.0 mg/kg) [2]. Five clinical studies evaluating the absorption of intranasal cocaine, using non-pledget methods of administration (1976-1988), are presented in a review article [1]. Absorption following nasal dosing was faster than following oral dosing [3]. Peak absorption occurred at 30 minutes in one study [4] and between 15 to 60 minutes or 60 to 120 minutes in other studies [5, 6]. Exposure increased linearly with increasing intranasal dose [2, 7] and time of peak concentration lengthened with increasing intranasal dose [2]. Concentrations decreased gradually following Cmax [6], with cocaine persisting in the plasma for 4 to 6 hours and detectable on the nasal mucosa for 3 hours

**Cocaine Absorption through pledgets in Literature:** Cocaine HCl administration using pledgets decreases absorption of cocaine compared with its direct application to the nasal mucosa [8].

Approximately one third of the dose of cocaine HCl is absorbed systemically after its application to the nasal mucosa using pledgets at concentrations of 4% (160 mg dose/4 mL) retained for 10 or 20 minutes, and 10% (400 mg dose/4 mL) retained for 20 minutes, prior to standard procedures related to rhinologic surgery [7].

Specifically, at surgery for a septoplasty or septorhinoplasty, with patients (████) under general anesthesia, nostrils were packed with 6 standard surgical 3.5-inch pledgets, 1 each along the roof, middle turbinate, and floor of the nose (3/nostril). Group I subjects received pledgets soaked with 4 mL of 4% cocaine HCl solution (160 mg) retained for 10 minutes. Group II subjects received pledgets soaked with 4 mL of 4% cocaine HCl solution (160 mg) retained for 20 minutes, and Group III subjects received pledgets soaked with 4 mL of 10% cocaine HCl solution (400 mg) retained for 20 minutes.

Mean systemic absorption rates were 33% in Group I, 32% in Group II, and 38% in Group III (range, 28% to 42%) with a 35% mean for all groups combined. Combining the data among all groups reveals that 17% of cocaine applied to the nasal mucosa was absorbed within 5 minutes, 25% was absorbed within 10 minutes, and 32% was absorbed within 15 minutes.

With one exception, serum cocaine concentrations were linearly related to cocaine dose by using linear regression analysis and the coefficient of variability (r2=0.79). Serum cocaine concentration (y-axis) in milligrams per liter, correlated with cocaine dose (x-axis) in milligrams per kilogram through the equation $Y = 0.11X - 0.055$.  The range of cocaine serum concentrations in Group I, II and III, were 70-220 ng/mL (excluding subject 4), 100-180 ng/L and 520-720 ng/L, respectively.

FDASUPP011952



Fig. 1. Graphic comparison of mean serum cocaine concentration (milligrams per kilogram) in Groups I, II, III, and patient 4. Group I measured at 5, 10, 15, and 20 min after application of cocaine pledget.

**Figure 3: Mean Serum Cocaine Concentrations After Pledget Application of Cocaine HCl 4% and Cocaine HCl 10%. Source: Liao, 1999**

The relationship between the time of pledget mucosal contact and systemic cocaine absorption was investigated in 12 adult patients undergoing nasal surgery (septoplasty, endoscopic sinus surgery, or maxillectomies) [9]. Subjects underwent general anesthesia; a few required a local anesthesia and intravenous sedation alternative. At surgery, both nostrils were packed with two standard 0.5 by 3-inch pledgets soaked with 4 mL of 4% cocaine HCl solution (160 mg). Two pledgets were placed in each nostril and the variable time of mucosal contact recorded (range 10 to 30 minutes; median 15 minutes, and mean 17.2 minutes). Once removed from the nose, all 4 pledgets were stored frozen. Blood was drawn for cocaine analysis 45 minutes after placement of the pledgets, processed, and stored frozen. Pledgets were processed and analyzed for cocaine by GC, while serum cocaine concentrations were determined by radioimmunoassay. Total exposure was approximately 35% of the dose administered (applied to the nasal mucosa) with a maximum observed cocaine plasma concentration achieved within 10 minutes of removal of the pledgets from the nasal cavity.

Comparative analysis of literature with the result of the studies conducted by the sponsor suggests that the exposure values achieved are very similar. In literature, it has been reported that following topical intranasal administration of cocaine using cotton pledgets, approximately 64-65% of the applied cocaine dose was recovered from the pledgets after removal, suggesting that approximately 35-36% of the dose was available for systemic absorption [7, 9]. Absorption following intranasal administration was rapid with cocaine detected in plasma as early as 5 minutes following the start of administration [7] In

FDASUPP011953

surgical patients that received 160 mg of a 4% cocaine solution by application of soaked cotton pledgets to the nasal mucosa [7], mean plasma cocaine concentrations at 20 minutes after the start of administration of 4% cocaine (166 ng/mL) were only slightly higher than those in healthy subjects that received cocaine under a similar dosing paradigm in the sponsors study (142.68 ng/mL).

**Distribution:**

No studies of the distribution, metabolism, and excretion of cocaine following topical intranasal administration of cocaine were identified in the literature. However, the distribution, metabolism, and elimination of cocaine have been examined in several published clinical studies with different routes of cocaine administration, including IV, insufflation, and smoked.

After intake, cocaine was widely distributed throughout body tissues and crosses the blood brain barrier. Volume of distribution ranged between 1.5 and 2 L/kg [10-14], which exceeds total body water volume (approximately 0.6 L/kg) [15] Cocaine accumulated in the heart, kidneys, adrenals, and liver, with the rate of uptake and clearance varying among organs [16]. Cocaine and its metabolites are excreted in breast milk [17, 18]; they cross the placenta by simple diffusion, and accumulate in the fetus after repeated use [19].

The free fraction of cocaine averaged 0.083 (91.7% bound) in serum at 25 ng/mL [20] Concentration dependence in binding was observed, with free fraction remaining reasonably stable up to 100 ng/mL (free fraction of 0.084 [20] and 0.16 [21]) and increasing at higher concentrations. Increases in free fraction were most pronounced at concentrations above 5 μg/mL [20].

**Metabolism:**

Cocaine is primarily eliminated by hydrolysis to ▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮ ▮▮▮▮▮▮▮▮, its two major (inactive) metabolites, with subsequent renal elimination [1, 2, 13, 22-26]. Carboxylesterases are located in the endoplasmic reticulum and catalyze the hydrolysis of lipophilic esters (cocaine) to their more water-soluble alcohol and acyl substituents. hCE1 and hCE2 are low affinity, high capacity enzymes able to hydrolyze a wide variety of structurally dissimilar esters. There is evidence for the involvement of carboxylesterases in the metabolism of endogenous substrates such as lipids and steroids, but their primary function is to protect the body from foreign substances encountered through the diet and other routes [26].

Metabolism of cocaine to its two major and minor metabolites is shown in Figure 3 [25]. BE is one of the major metabolites in plasma after all routes of administration. BE is formed from spontaneous chemical hydrolytic conversion and hepatic carboxylesterase-1 (hCE-1) [26]. Specifically, hCE-1 demethylates 40-45% of cocaine to BE [23]. BE is further oxidized to minor metabolites m- and p-hydroxylbenzoylecgonine (mOHBE and pOHBE) [25]. An additional metabolite, cocaethylene (also known as ethylcocaine), was

Reference ID: 4280593

identified when cocaine and ethanol were co-incubated in a crude human liver homogenate [27]. Cocaethylene appears to be formed from BE by carboxylesterase via transesterification [28]. Cocaethylene was identified in the plasma, urine, and body tissue of people who used cocaine and ethanol simultaneously [29].



**Figure 4: Systemic Metabolic Pathways of Cocaine. Source: Kolbrich, 2006**

Enzymatic hydrolysis of cocaine by butyrylcholinesterase (hBChE) in plasma (and other tissues), and by hepatic esterases (carboxylesterase-2 (hCE-2) [25], forms the other major, but pharmacologically inactive metabolite, EME. Serum hBChE hydrolyzes 40-45% of cocaine into ecgonine methyl ester and benzoic acid [23]. EME is present in plasma concentrations considerably lower than those of BE [25].

████████████ another inactive metabolite, is produced by hepatic esterase hydrolysis with subsequent renal elimination [1]. Plasma concentrations of E are less than 5% of those observed with cocaine [1].

Hepatic P450 CYP3A4 N-demethylates approximately 5-10% of cocaine, a minor pathway, to norcocaine (NCOC), an active metabolite [23, 25, 30, 31]. NCOC may be

FDASUPP011955

metabolized to N-hydroxynorcocaine, norcocaine nitroxide, and finally, to the hepatotoxic norcocaine nitrosonium ion (in certain animal species) [1].

A second minor pathway of cocaine metabolism is the hydroxylation of cocaine to p- and m-hydroxycocaine (pOHCOC and mOHCOC) [23, 25]. Cocaine and its metabolite plasma concentrations were evaluated (N=18, healthy subjects) after receiving low (75 mg/70 kg) and high (150 mg/70 kg) subcutaneous cocaine hydrochloride doses [23, 25]. Plasma specimens were collected prior to and up to 48 h after dosing and analyzed by gas chromatography-mass spectrometry (2.5 ng/mL limit of quantification). Cocaine was detected within 5 min, with mean ± SE peak concentrations of 300.4 ± 24.6 ng/mL (low) and 639.1 ± 56.8 ng/mL (high) 30-40 min after dosing. BE and EME generally were first detected in plasma 5-15 min post-dose. Two to four hours after dosing, BE and EME reached mean maximum concentrations of 321.3 ± 18.4 (low) and 614.7 ± 46.0 ng/mL (high) and 47.4 ± 3.0 (low) and 124.4 ± 18.2 ng/mL (high), respectively. Times of last detection were BE > EME > cocaine. Minor metabolites were detected much less frequently for up to 32 h, with peak concentrations 18 ng/mL for all analytes except pOHBE (up to 57.7 ng/mL). Peak plasma concentrations, time to achieve peak levels and the area under the concentration curve for cocaine and its major metabolites is presented in Table 2.7.2.1.2-2.

**Table 5: Cocaine, ███████████████████ Pharmacokinetic Parameters. Source: Kolbrich, 2006**



**Excretion:**

Cocaine is rapidly excreted from the body in humans, with, half-life values reported in the literature in the range of 1 hour [1, 10, 14]. Systemic clearance of cocaine after IV administration in humans has been reported to be approximately 2 L/min [1](29 mL/min/kg, assuming a 70 kg body weight) [10, 12, 14], which exceeds estimated human plasma flow in the liver (approximately 12 mL/min/kg) and kidney (approximately 10 mL/min/kg), as well as glomerular filtration rate (GFR; 1.8 mL/min/kg) [15]. This suggests that significant routes of cocaine elimination are extrahepatic and extrarenal, which is consistent with the role of plasma esterases and non-enzymatic ester hydrolysis in cocaine elimination.

Urinary excretion was the principal route of elimination. BE and EME accounted for 80% to 90% of the urinary metabolites and had a $t_{1/2}$ of 3 to 6 h and 3 to 4 h, respectively, based

FDASUPP011956

on urinary excretion rates [11, 22, 32]. Cocaine's metabolites can be detected in the urine for 14-60 hours after cocaine administration[1]. Only a small percentage of cocaine was excreted as unchanged drug (1% to 9%) [12, 33] and norcocaine (2% to 6%) [13]. The elimination half-life for cocaine and its metabolites was generally longer when cocaine was administered following insufflation compared to the smoked and IV routes. Cocaine CLr has been reported to be 31 mL/min (approximately 0.47 mL/min/kg based on mean body weight of 67 kg), or approximately 1.4% of total CL [10]. This is similar to the mean CLr observed after administration of topical cocaine solution (47 mL/min or 0.66 mL/min/kg). These low CLr values are consistent with the minimal recovery of unchanged cocaine in urine.

**Dose-proportionality of Topical cocaine:**

The mean peak cocaine concentration in plasma was approximately █ times greater for the 10% solution, with respect to the 4% solution.  Similarly, the total exposure (AUC) was about ██████ times greater for the higher strength. Cocaine $t_{1/2}$ values were similar after the two treatments. These data suggest that the increase in cocaine exposure was approximately dose proportional from 160 mg to 400 mg. Literature also stats that peak plasma concentrations are proportional to the dose administered[2]. Overall, the plasma PK estimates for cocaine and its metabolites (Cmax and AUC) were proportional to dose. In general, these results are consistent with those from the medical literature.

## 2.3   Intrinsic factors

The effect of intrinsic factors (ie, age, gender, body weight and BMI) on the PK of cocaine following topical nasal administration of topical we not studied by the sponsor. Additionally, The Sponsor did not conduct dedicated studies (or subpopulation analyses) regarding the PK profile of a single-dose of its product in special populations, i.e., hepatic or renal impaired patients.

Literature searches were conducted from December 21, 2017 to January 11, 2018. Searches were conducted in multiple databases, including PubMed, CINAHL, EMBASE, and IPA. The following search criteria were used, in humans and animals, as combinations of 'and/or' (but not limited to), for the pharmacokinetics of cocaine HCl (including metabolites) evaluated for gender, age and/or race (human only).

- Age (adult) Assessment – young adult or old adult or geriatric or elderly, and
- Race Assessment – race, white, Caucasian, or black, African-American, or ethnic or ethnicity, and
- Gender Assessment – gender or male or female, and
- Cocaine or cocaine HCl or cocaine metabolites ████████████████ ████████████████, or norcocaine (NORC)), and
- Anesthesia, topical or anesthesia, nasal or anesthesia, IV or anesthesia, inhalation or anesthesia) and pharmacokinetics, toxicology or toxicokinetics.

No PK data was discovered for cocaine, or its metabolites, assessed in adult patients or animals over various ages. Pediatrics age categories are under evaluation as part of the

PSP. No PK data was discovered for cocaine, or its metabolites, assessed in humans for various races or ethnicities. Various PK data sets exist for cocaine, and/or its metabolites, which have been evaluated in adult patients or animals for gender differences between males and females (and over the menstrual cycle).

## Gender

Plasma cocaine concentrations are not expected to be affected by gender. Although, population PK analyses have not been conducted to support the lack of gender effect on the pharmacokinetics of cocaine, the Phase III trials did not indicate a significant difference existed between the genders.

No significant human gender difference exists in the PK profile for cocaine when misused or abused (i.e., non-anesthetic use), as summarized in a systematic review by various routes of administration (intranasal, intravenous, or smoked) for cocaine [34]. Graziani's systematic review was conducted (Medline searched, 1990 to 2014) to discover articles related to gender differences in alcohol, cocaine and cocaethylene pharmacokinetics and pharmacodynamics. No significant gender differences were found in the pharmacokinetics of cocaine (taken alone) in cocaine-dependent or cocaine-using subjects in 7 studies, ages 20-45 years of age; administered as 0.06 to 2 mg/kg single-intranasal doses (2 studies); 0.2-0.4 mg/kg single-intravenous doses (1 study); and as 0.4 mg/kg, 6 x 50 mg, and 6 x 6 mg or 12mg or 25 mg single and repeated doses smoked (as base) (3 studies). In one additional intra-nasal study, the plasma cocaine concentrations after a 0.9 mg/kg singe-dose of cocaine, were lower in women overall, with peak plasma cocaine concentrations greater in the follicular phase compared to the luteal phase.
An additional review demonstrated no significant human gender differences in the PK profile for cocaine when abused [35, 36]; which included no difference in gender for non-human primates. Six of the seven human articles in this review by Evans (2010) are included in the Graziani's (2014) review. In addition, the Evans' review suggests that peak cocaine plasma levels do not vary between the follicular and luteal phases of the menstrual cycle in women who either smoked or used cocaine intranasally. Similarly, there were no sex differences or menstrual cycle phase differences for the metabolites of cocaine plasma concentrations[34, 35]. These cocaine PK findings in humans and non-human primates are consistent with other studies in humans; i.e., including one additional intravenous (IV) cocaine investigation using 0.2-0.4 mg/kg single-doses of cocaine [37] included in the review by Evans (2010).

No significant animal gender difference exists in the PK profile for cocaine, as studied in the rhesus monkey after IV administration of cocaine [38]. No PK differences were observed in female rabbits compared to humans using cocaine at recreational doses [39]. Gender does influence the PK of cocaine in rodents. However, the rodent model (mice and rats) has been shown to not be applicable to humans [40-42], i.e., human studies demonstrate gender does not influence the PK profile of cocaine.

FDASUPP011958

**Age**

*Geriatric*

Plasma cocaine concentrations are not expected to be affected by age. The clearance of cocaine has not been evaluated in this patient population when compared to younger patients. However, Cocaine HCl Topical Solution, 4% and 10%, should be used with caution in elderly patients (65 years and older), since they are more likely to exhibit vascular side effects associated with the drug product.

*Pediatric*

The PK of cocaine and its metabolites from Cocaine HCl Topical Solutions, 4% and 10%, have not been studied in pediatric patients. A pediatric study plan for Cocaine HCl Topical Solution, 4%, is included in the NDA. ███████████████████████
███████████████

**Race**

Plasma cocaine concentrations are not expected to be affected by race. Although, population PK analyses have not been conducted to support the lack of race effect on pharmacokinetics of cocaine, the Phase III trials did not indicate a significant difference existed between races.

**Renal Impairment**

The pharmacokinetics of Cocaine HCl Topical Solution, 4% and 10%, in patients with renal impairment has not been studied. In the Sponsor's clinical trials, subjects with decreased renal function were ineligible for inclusion, which prevents an evaluation of the influence of renal insufficiency on the drug product.

No PK data was discovered for cocaine, or its metabolites, in patients with renal impairment, which would provide sufficient detail to guide the single-dose application with the Sponsor's drug product. However, according to literature, cocaine is eliminated predominantly by metabolism in humans, with little excreted unchanged in the urine. Only 1 -10% of a dose of cocaine is eliminated unmetabolized in urine [11, 12, 22, 44]. Consistent with this low urinary recovery, cocaine CLr is less than 2% of CL [10]. CLr values are less than 40% of human GFR (125 mL/min) [15]. With low amounts of (unchanged) cocaine eliminated by renal clearance, patients with significant renal impairment would
not be expected to be clinically impacted by the product's elimination from the body. Metabolites of cocaine are excreted in urine but they are inactive metabolites.

Based on information available on the metabolism and excretion of cocaine, dose initiation in patients with renal impairment should follow a conservative approach. Dosages should be adjusted per the clinical situation.

FDASUPP011959

## Hepatic Impairment

The pharmacokinetics of Cocaine HCl Topical Solution, 4% and 10%, in patients with impaired hepatic function has not been studied. No PK data was discovered for cocaine, or its metabolites, in patients with hepatic impairment, which would provide sufficient detail to guide the single-dose application with the Sponsor's drug product.

Cocaine appears to show non-renal and non-oxidative, non-CYP450 esterases metabolic pathway for elimination and NCOC exhibits plasma peak and total systemic exposure that is less than 1% of that achieved with cocaine, and is cleared from the plasma compartment/systemic circulation within 8 hours, which minimizes its potential pharmacologic activity plasma cocaine concentrations may not be expected to be affected in patients with hepatic impairment. However, based on the proprietary information that the agency is aware of regarding increased exposures of cocaine in hepatic impaired patients there is a high possibility of increased exposures and hence increased adverse events with Cocaine HCl Topical Solution, 4% and 10% in these subjects.

Hence, since the clearance of cocaine has not been evaluated in these patient populations when compared to patients with normal hepatic function and sufficient information is not available to guide dosing in these subjects it is thus not advisable to dose NUMBRINO in patients with hepatic impairment.


## Effect of a Butyrylcholinesterase Deficiency

Cocaine is rapidly metabolized in plasma by butyrylcholinesterase and thus, its metabolism may be diminished in individuals with butyrylcholinesterase deficiency; however, whether this might have clinically significant effects is not clear.
Many genotypes are possible, depending on the combination of alleles (wild type and/or at least 50 variants, four of which are most prevalent) inherited by an individual [45-47]. Based on responses of individuals to succinylcholine, a genetically-determined reduction of 30% or less in butyrylcholinesterase activity is associated with minimal clinical significance. The frequency of the homozygous, wild type genotype, which confers normal enzyme activity in an individual, is as high as 98% in the general population. Of the alternative genotypes, those that may result in moderately to extremely enhanced sensitivity to succinylcholine range in frequency from 0.0007% to 0.03% of the general population. However, cocaine is administered as a topical intranasal dose instead of IV like succinylcholine and has very low systemic exposure. Additionally there are several collateral metabolic pathways involved in the biotransformation of cocaine in vivo, and serum and liver cholinesterases have been shown to have very high capacities, with conservative maximum enzyme velocity (Vmax) estimates of approximately 10 nmol/mL (~3000 ng/mL) and 115 nmol/g (~35,000 ng/g), respectively, per 30 minutes [Stewart et al, 1979], which far exceed the observed mean Cmax in humans (142.7 ng/mL and 433.5 ng/mL) after an intranasal dose of 4% and 10% topical cocaine solutions.   With the combination of these multiple factors the likelihood of butyrylcholinesterase deficiency exerting a clinically relevant effect on the disposition cocaine is low. However, cocaine

FDASUPP011960

should still be used carefully in patients with reduced cholinesterase activity. Plasma cholinesterase activity may be diminished in the presence of genetic abnormalities of plasma cholinesterase (e.g., patients heterozygous or homozygous for atypical plasma cholinesterase gene), pregnancy, severe liver or kidney disease, malignant tumors, infections, burns, anemia, decompensated heart disease, peptic ulcer, or myxedema. Additionally, plasma cholinesterase activity may also be diminished by chronic administration of oral contraceptives, glucocorticoids, or certain monoamine oxidase inhibitors, and by irreversible inhibitors of plasma cholinesterase (e.g., organophosphate insecticides, echothiopate, and certain antineoplastic drugs). In either case. No dosage adjustment of Cocaine Hydrochloride Topical Solution is advised in patients. But patients with reduced plasma cholinesterase activity should be monitored for adverse reactions such as headache, epistaxis, and clinically-relevant increases in heart rate or blood pressure.

### 2.3.1   What is the pediatric plan?



FDASUPP011961

**FOOD AND DRUG ADMINISTRATION**
**Center for Drug Evaluation and Research**
**Office of Prescription Drug Promotion**

# ****Pre-decisional Agency Information****

## Memorandum

| | |
|---|---|
| **Date:** | June 27, 2018 |
| **To:** | Renee Petit-Scott**,** M.D.<br>Medical Officer<br>Division of Anesthesia, Analgesia, and Addiction Products (DAAAP) |
| | Shelly Kapoor, PharmD<br>Regulatory Project Manager, (DAAAP) |
| | Lisa E. Basham, MS<br>Associate Director for Labeling, (DAAAP) |
| **From:** | Koung Lee, RPh, MS<br>Regulatory Review Officer<br>Office of Prescription Drug Promotion (OPDP) |
| **CC:** | Sam Skariah, PharmD<br>Team Leader, OPDP |
| **Subject:** | OPDP Labeling Comments for Numbrino (cocaine hydrochloride) nasal solution, CII |
| **NDA**: | 209575 |

In response to DAAAP's consult request dated November 9, 2017, OPDP has reviewed the proposed prescribing information (PI), carton and container labeling for the original NDA for Numbrino (cocaine hydrochloride) nasal solution, CII.

**PI**: OPDP's comments on the proposed labeling are based on the draft PI received by electronic mail from Division of Anesthesia, Analgesia, and Addiction Products (DAAAP) on June 22, 2018, and are provided below.

**Carton and Container Labeling**: OPDP has reviewed the attached proposed carton and container labeling submitted by the sponsor to the electronic document room on May 30, 2018, and we do not have any comments.

Thank you for your consult.  If you have any questions, please contact Koung Lee at (240) 402-8686 or Koung.lee@fda.hhs.gov.

1

FDASUPP012036

**HIGHLIGHTS OF PRESCRIBING INFORMATION**

**These highlights do not include all the information needed to use NUMBRINO safely and effectively. See full prescribing information for NUMBRINO.**

**NUMBRINO™ (cocaine hydrochloride) nasal~~topical~~ solution, ~~for nasal mucosa use~~ CII**

**Initial U.S. Approval ~~XXX~~2017**

**WARNING ABUSE AND DEPENDENCE**

***See full prescribing information for complete boxed warning.***

**CNS stimulants, including cocaine hydrochloride, have a high potential for abuse and dependence. (5.1)**

---------------------INDICATIONS AND USAGE---------------------

NUMBRINO (cocaine hydrochloride) nasal solution is ~~a nasal liquid formulation of cocaine hydrochloride that is~~ an ester local anesthetic indicated for the introduction of local ~~(topical)~~ anesthesia of the mucous membranes for diagnostic procedures and surgeries on or through the ~~accessible mucous membranes of the~~ nasal cavities of adults. (1)

---------------DOSAGE AND ADMINISTRATION---------------

- For intranasal use only. (2.1)
- ~~The recommended dose of NUMBRINO ranges from 40 mg to 400 mg depending on the nasal surface area varies and depends upon the area to be anesthetized and the procedure to be performed, vascularity of the tissues, individual tolerance, and the technique of anesthesia. (2)~~
- Do not apply to damaged nasal mucosa. (2.1)
- NUMBRINO is not interchangeable with other ~~topical~~nasal cocaine products. (2.1)
- The recommended dose of NUMBRINO ranges from 40 mg to 400 mg, depending on the nasal surface area to be anesthetized and the procedure to be performed. (2.2)
- One pledget will absorb one mL of NUMBRINO nasal solution. (2.2)
- Preparation and Application
  - Draw up 4 mL NUMBRINO 4% or 10% nasal solution into a syringe calibrated in mL. Apply 2 mL NUMBRINO nasal solution to the top of four stacked pledgets. Turn the stacked pledgets over and apply 2 mL NUMBRINO nasal solution to the other side. (2.3)
  - NUMBRINO nasal solution should be evenly distributed on all pledgets. (2.3)
  - Following soaking, place a maximum of two pledgets in each nasal cavity. (2.3)
  - Leave pledgets in place for up to 20 minutes. (2.3)
  - ~~NUMBRINO should be administered by means of cotton or rayon applicator pledgets applied to the nasal mucosa. (2)~~
  - ~~One (1) mL of NUMBRINO should be applied to each pledget. One (1) or two (2) pledgets that are ½" x 3" containing anesthetic solution should be applied topically per nostril, with a maximum of 2 pledgets used per nostril; maximum of 4 pledgets per procedure. (2)~~
  - ~~Pledgets should be retained in the nasal cavity for 20 minutes, with removal occurring immediately prior to the patient's procedure or surgery. (2)~~
  - ~~Pledgets should be removed immediately upon any sign or symptoms of untoward adverse events. (2)~~

--------------DOSAGE FORMS AND STRENGTHS--------------

~~Topical~~Nasal solutions:

- 4% ~~topical~~ nasal solution (40 mg/ mL; available in both 4mL and 10mL bottles) (3) ~~(16.1)~~
- 10% ~~topical~~ nasal solution (100 mg/ mL; available in ~~a~~ 4mL bottle) (3) ~~(16.1)~~

---------------------CONTRAINDICATIONS---------------------

- Hypersensitivity to cocaine, or any component of NUMBRINO. (4)
- Epilepsy. (4)
- Hereditary pseudocholinesterase deficiency. (4)
- Concomitant use of cholinesterase inhibitors. (4)
- Concomitant use of α-modifying drugs and tricyclic antidepressants. (4)

---------------WARNINGS AND PRECAUTIONS---------------

- NUMBRINO is for TOPICAL USE ONLY. NOT FOR INJECTION OR OPHTHALMIC USE. (5)
- Seizures: NUMBRINO may lower the convulsive threshold. Monitor patients for development of seizures.
- Blood Pressure and Heart Rate Increases: Monitor vital signs including heart rate and rhythm in patients after receiving NUMBRINO. Avoid use of NUMBRINO in patients with a recent or active history of myocardial infarction, coronary artery disease, congestive heart failure, irregular heart rhythm, abnormal ECG, uncontrolled hypertension, or thyrotoxicosis.
  - ~~Risk of life threatening respiratory depression in patients acutely ill, debilitated, having excessive systemic exposure (damaged mucosa, pseudocholinesterase deficiency) or on concomitant central nervous system depressants: Monitor closely, particularly during initiation, and have resuscitative equipment and drugs immediately available. Remove pledgets if still in contact with the nasal mucosa. (5.1, 5.2, 5.3, 5.7)~~
  - ~~Risk of use in patients with hypertension, cardiovascular disease, thyrotoxicosis, or known hypersensitivity to sympathomimetic amines: Shown to increase blood pressure and heart rate in clinical trial patients. Monitor blood pressure and heart rate. Use in patients with inadequately controlled hypertension or active thyroid disease is not advised. (5.4, 5.5)~~

---------------------ADVERSE REACTIONS---------------------

The ~~M~~most common adverse reactions (>1%) occurring in patients treated with NUMBRINO were hypertension, tachycardia, bradycardia, QT interval prolongation, sinus tachycardia, QRS complex prolongation, increased heart rate, diastolic hypertension, and tachycardia, ~~bradycardia, tachycardia,~~ paroxysmal ~~heart rate~~ ~~increased, QT interval prolongation, QRS complex prolongation, headache, and anxiety.~~ (6.1)

~~Transient, asymptomatic e~~Elevations in systolic blood pressure ~~(> 25 mm Hg from baseline)~~, diastolic blood pressure ~~(> 15 mm Hg from baseline)~~, and ~~tachycardia~~ heart rate >30% of baseline ~~(> 20 beats per minute from baseline)~~ have been reported. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Cody Laboratories, Inc. at 1-844-834-0530 or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch*.**

---------------------DRUG INTERACTIONS---------------------

- Epinephrine, Phenylephrine: There have been reports of myocardial ischemia, myocardial infarction, and ventricular arrhythmias with concomitant use during nasal surgery. Avoid use of additional vasoconstrictor agents with NUMBRINO. If concomitant use is unavoidable, prolonged vital sign and ECG monitoring may be required. (5.3, 7)
- CNS stimulants: Concomitant administration may result in nervousness, irritability, or possibly convulsions. (7.1)
- Cholinesterase inhibitors: Concomitant administration may increase the risk of cocaine toxicity. (7.2)
- Sympathomimetics, alpha-modifying agents, and tricyclic antidepressants: Concomitant administration may increase the risk of cardiovascular adverse reactions. (7.3, 7.4, 7.6)
- Monoamine-oxidase inhibitors: Concomitant administration may potentiate the effects and toxicity of monoamine-oxidase inhibitors. (7.5)



Formatted
Comment [KS1]: Question for Lisa- The
Formatted
Formatted
Comment [BL2]: Beginning of D&A
Formatted
Field Code Changed
Field Code Changed
Field Code Changed
Field Code Changed
Comment [BL3]: GOPRELTO should be
Formatted
Field Code Changed
Formatted
Formatted
Formatted Table
Formatted
Formatted
Formatted
Formatted Table
Field Code Changed
Formatted
Formatted
Comment [KS4]:
Formatted
Formatted
Formatted
Field Code Changed
Formatted
Field Code Changed
Field Code Changed
Field Code Changed
Field Code Changed
Field Code Changed
Field Code Changed
Field Code Changed
Formatted
Formatted
Field Code Changed
Formatted
Formatted
Formatted
Formatted
Comment [BL5]: Need to speficy that this
Field Code Changed
Formatted
Formatted
Field Code Changed
Formatted
Formatted
Field Code Changed
Formatted
Formatted
Formatted
Field Code Changed
Formatted



120 ----------USE IN SPECIFIC POPULATIONS----------
121 • Pregnancy: May cause fetal harm. (8.1)
122 • Lactation: Breastfeeding not recommended during treatment, but
123 lactating woman can pump and discard breast milk for 48 hours after
124 treatment. (8.2) Breastfeeding not recommended within 48 hours of
125 dosing Avoid breastfeeding 48 hours after treatment. (8.2)

126 • Geriatric Patients: May be more susceptible to cardiovascular
127 adverse events (8.5)

128 See 17 for PATIENT COUNSELING INFORMATION.

129 Revised  12/2017

130
131
132

**Formatted:** Space Before: 4 pt, After: 4 pt

**Formatted:** Underline

**Formatted:** Underline

**Comment [BL11]:** GOPRELTO has Hepatic Impairment here and does not have Geriatrics

**Field Code Changed**

**Comment [LJ8]:**

**Comment [LJ9]:**

**Formatted:** Underline

**Formatted:** Justified, Indent: Left: 0", Hanging: 0.13", Space Before: 0 pt, After: 0 pt, Add space between paragraphs of the same style, Bulleted + Level: 1 + Aligned at: 0" + Indent at: 0.25"

**Field Code Changed**

**Field Code Changed**

**Comment [LJ10]:** DPMH RECOMMENDS REMOVAL OF THIS WARNING. Given the very short duration application and one time exposure it seems unlikely that fetal harm will occur for this indication. Jane

**Formatted:** Underline

**Field Code Changed**

**Formatted:** Right:  0.44", Numbering: Continuous

Page 2 of 36

133

134    **FULL PRESCRIBING INFORMATION: CONTENTS\***

135

136    **1  INDICATIONS AND USAGE**
137    **2  DOSAGE AND ADMINISTRATION**
138    **3  DOSAGE FORMS AND STRENGTHS**
139    **4  CONTRAINDICATIONS**
140    **5  WARNINGS AND PRECAUTIONS**
141       5.1   Respiratory Depression
142       5.2   Interactions with Central Nervous
143    System Depressants
144       5.3   Damaged Mucosa
145       5.4   Use in Patients with Hypertension,
146    Cardiovascular Disease or Thyrotoxicosis
147       5.5   Known Hypersensitivity or
148    Idiosyncrasy to the Sympathomimetic
149    Amines
150       5.6   Patients with Diabetes
151       5.7   Acutely Ill and Debilitated Patients
152       5.8   Ophthalmic Use
153       5.9   Abuse Potential
154    **6  ADVERSE REACTIONS**
155       6.1   Clinical Trial Experience
156       6.2   Other Adverse Reactions\* Observed
157    During the Premarketing Evaluation of
158    NUMBRINO
159    **7  DRUG INTERACTIONS**
160       7.1   Central Nervous System Stimulants
161       7.2   Cholinesterase Inhibitors
162       7.3   Sympathomimetics
163       7.4   Alpha-modifying Agents
164       7.5   Monoamine-Oxidase Inhibitors
165       7.6   Tricyclic Antidepressants
166       7.7   Halothane Anesthesia

167    **8  USE IN SPECIFIC POPULATIONS**
168       8.1   Pregnancy
169       8.2   Lactation
170       8.4   Pediatric Use
171       8.5   Geriatric Use
172       8.6   Hepatic Impairment
173       8.7   Renal Impairment
174       8.8   Pseudocholinesterase Deficiency
175    **9  DRUG ABUSE AND DEPENDENCE**
176       9.1   Controlled Substance
177       9.2   Abuse
178       9.3   Dependence
179    **10  OVERDOSAGE**
180       10.1  Signs and Symptoms
181       10.2  Treatment
182    **11  DESCRIPTION**
183    **12  CLINICAL PHARMACOLOGY**
184       12.1  Mechanism of Action
185       12.2  Pharmacodynamics
186       12.3  Pharmacokinetics
187    **13  NONCLINICAL TOXICOLOGY**
188       13.1  Carcinogenesis, Mutagenesis,
189    Impairment of Fertility
190    **14  CLINICAL STUDIES**
191    **16  HOW SUPPLIED/STORAGE AND**
192    **HANDLING**
193       16.1  How Supplied
194       16.2  Storage and Handling
195    **17  PATIENT COUNSELING INFORMATION**
196

Formatted: Numbering: Continuous

197
198    \* Sections or subsections omitted from the full prescribing information are not listed.
199
200

FDASUPP012039

201 **FULL PRESCRIBING INFORMATION**
202

> **WARNING: ABUSE AND DEPENDENCE**
> *See full prescribing information for complete boxed warning.*
>
> **CNS stimulants, including cocaine hydrochloride, have a high potential for abuse and dependence. (5.1)**

203
204

205 ~~**FOR TOPICAL USE ONLY. NOT FOR INJECTION OR OPHTHALMIC USE**~~

206 **1   INDICATIONS AND USAGE**
207
208 NUMBRINO (cocaine hydrochloride) nasal solution is ~~a liquid nasal formulation of cocaine~~
209 ~~hydrochloride~~ indicated for the ~~introduction~~ induction of local ~~(topical)~~ anesthesia of the mucous
210 membranes when performing ~~for~~ diagnostic procedures and surgeries on or through the ~~accessible~~
211 ~~mucous membrans of the~~ nasal cavities in adults.
212
213 **2   DOSAGE AND ADMINISTRATION**
214
215 **2.1  Important Dosage and Administration Instructions**
216
217 • NUMBRINO is for intranasal use only.
218 • Do not apply NUMBRINO to damaged nasal mucosa.
219 • NUMBRINO is not interchangeable with other ~~topical~~ nasal cocaine products
220
221 ~~The recommended dose of NUMBRINO varies and depends upon the area to be anesthetized,~~
222 ~~vascularity of the tissues, individual tolerance, and the technique of anesthesia.~~ **2.2   Dosing**
223 **Recommendations**
224
225 The recommended dose of NUMBRINO ranges from 40 mg to 400 mg, depending on the nasal
226 mucosal area to be anesthetized and the procedure to be performed. Each pledget absorbs one mL
227 of NUMBRINO nasal solution. A maximum of two soaked cotton or rayon pledgets may be placed in
228 each nasal cavity, for a total dose of 160 mg for NUMBRINO nasal solution 4% and 400 mg for
229 NUMBRINO nasal solution 10% for four pledgets.
230
231 The total dose for any one procedure or surgery should not exceed 3 mg/kg cocaine hydrochloride.
232
233 The recommended size of the cotton or rayon pledgets for use with NUMBRINO measure ½ inch x 3
234 inch (sold separately).
235
236 **2.3  Preparation and Administration of NUMBRINO Pledgets**
237 I
238 ~~should be administered by means of cotton or rayon applicator pledgets applied to the nasal~~
239 ~~mucosa. One (1) mL of NUMBRINO should be applied to each pledget (sold separately)~~ Draw up
240 ~~the entire contents of the bottle of~~ 4 mL NUMBRINO into a syringe calibrated in mL. Stack four
241 pledgets and apply 2 mL of solution to the top of the stacked pledgets. Turn the stacked pledgets
242 over and apply 2 mL of solution to the other side. NUMBRINO should be evenly distributed on all
243 pledgets.
244

Page 4 of 36

---

Comment [KS12]: Add boxed label from Goprelto

Formatted: Font: 12 pt

Formatted Table

Comment [LKU13]: Is this statement needed? Appears redundant. It is not in the Goprelto labeling.

Formatted: Font: 12 pt

Comment [KS14]: Questions for Lisa:
1) Should we keep this statement in the box?
2) Do we need to add the boxed warning from highlights here too?

Comment [BL15]: The deleted statement isn't necessary. And yup, the box goes here too.

Formatted: Normal

Formatted: Font: (Default) Arial, Bold

Formatted: Font: (Default) Arial

Formatted: List Paragraph, Space After: 10 pt, Bulleted + Level: 1 + Aligned at: 0.25" + Indent at: 0.5"

Comment [PR16]: This seems vague.

Formatted: Font: 12 pt

Formatted: Font: 12 pt, Bold

Comment [PR17]: The two Ph3 studies applied the solution to the pledgets differently. I have described the manner in which they were treated in Study COCA4vs10-002.

Formatted: Font: 12 pt, Bold

Comment [BL18]: Still so for 10 mL bottle?

FDASUPP012040

245 Following NUMBRINO application to pledgets, place Oone (1) or two (2) pledgets in each nasal
246 cavity, for a that are ½" x 3" containing anesthetic solution should be applied topically per nostril,
247 with a maximum of 2 pledgets used per nostril.
248
249 Leave ; maximum of 4 pledgets per procedure. Pledgpledgets should be retained in the nasal cavity
250 forin place for up to 20 minutes. Remove pledgets and continue with the procedure. Discard
251 pledgets and dispose of any unused pledgets and portion of solution in accordance with institutional
252 procedures for CII products, with removal occurring immediately prior to the patient's procedure or
253 surgery. Pledgets should be removed immediately for any sign or symptoms of untoward adverse
254 events.
255
256 **3   DOSAGE FORMS AND STRENGTHS**
257
258 NUMBRINO™ (cocaine hydrochloride topical solution) topicalnasal solution is provideda clear, blue-
259 green solution as , available in 4 % (160 mg/4 mL, 400mg/10mL) and 10 % (400 mg/4 mL)
260 strengthssolutions. They are clear, blue-green colored solutions in single-use bottles available as 4
261 % and 10 % solution, for single use only , once per procedure or surgery. Each 1 mL of the 4%
262 solution contains 40 mg of cocaine hydrochloride, and each 1 mL of the 10% solution contains 100
263 mg of cocaine hydrochloride, as aqueous solution, for topical nasal administration.
264
265 **4   CONTRAINDICATIONS**
266
267 NUMBRINO contains cocaine hydrochloride and is contraindicated in patients with a known history
268 of hypersensitivity to cocaine hydrochloride, other ester-based local anesthetics, or any other the
269 drug or to the components of the topical nasal solution *[see Warnings and Precautions (5.5)]*.
270
271 Cocaine hydrochloride is contraindicated in patients with epilepsy because it lowers seizure
272 threshold.
273
274 Cocaine hydrochloride is largely metabolized by butyrylcholinesterase and carboxylesterases, thus
275 those patients taking cholinesterase inhibitors such as echothiophate eye drops for the treatment of
276 glaucoma, or neostigmine for the treatment of Myasthenia Gravis, or with hereditary
277 pseudocholinesterase deficiency, should not be administered cocaine hydrochloride. If these
278 patients are given cocaine hydrochloride, higher blood levels result, with a greater risk of drug
279 toxicity.
280
281 Cocaine hydrochloride is also contraindicated in patients receiving a modifying drugs and tricyclic
282 antidepressants, as these drugs also increase the activity of the sympathetic nervous system.
283
284

**Comment [PV19]:** Aren't we considering approval of 4% 10 mL presentation?

**Comment [KS20]:** Should we include both volumes for the 4%

**Comment [PR21]:** The EU label is the reference for this statement. The risk of seizures is in Section 5 for Goprelto.

**Comment [PR22]:** From EU label

Reference ID: 4283769

FDASUPP012041

## 5   WARNINGS AND PRECAUTIONS

~~The safety and effectiveness of NUMBRINO depends on the proper dosage, correct administration technique, adequate precautions, and readiness for emergencies. NUMBRINO is for TOPICAL USE ONLY. NOT FOR INJECTION OR OPHTHALMIC USE.~~

**Comment [BL23]:** This needs to be moved under a subheader or into 2.

### 5.1   Potential for Abuse and Dependence

Central nervous system (CNS) stimulants, including cocaine hydrochloride, have a high potential for abuse and dependence [*see Drug Abuse and Dependence (9.2, 9.3)*].

**Formatted:** Normal
**Formatted:** Font: (Default) Arial, 11 pt
**Formatted:** Font: 11 pt

### 5.2   Seizures

It has been reported in the literature that cocaine hydrochloride may lower the convulsive threshold. The risk may be higher in patients with a history of seizures or in patients with prior electroencephalogram (EEG) abnormalities without seizures, but has been reported in patients with no prior history or EEG evidence of seizures. Monitor patients for development of seizures.

**Formatted:** Font: (Default) Arial, 11 pt
**Formatted:** Font: (Default) +Body (Cambria), 12 pt, Not Bold
**Formatted:** Normal
**Formatted:** Font: 11 pt
**Formatted:** Font: 11 pt
**Formatted:** Font: (Default) +Body (Cambria), Not Bold
**Formatted:** Font: 11 pt
**Formatted:** Font: 11 pt

### 5.3   Blood Pressure and Heart Rate Increases

As reported in the literature, cocaine hydrochloride causes an increase in observed blood pressure and heart rate. In the Phase 3 clinical studies with NUMBRINO, increases in blood pressure and heart rate of greater than 30% above baseline values were observed for 60 minutes or longer following pledget removal. Monitor for vital sign changes, including heart rate and rhythm, after administration of NUMBRINO.

Avoid use of NUMBRINO in patients with a history of myocardial infarction, coronary artery disease, congestive heart failure, irregular heart rhythm, abnormal ECG, or uncontrolled hypertension. Avoid use of additional vasoconstrictor agents such as epinephrine or phenylephrine with NUMBRINO. If concomitant use is unavoidable, prolonged vital sign and ECG monitoring may be required.

**Formatted:** Left

Although not reported in the NUMBRINO clinical trials, myocardial infarction has been reported in the literature, and can occur when the drug has been used as recommended [*see Adverse Reactions (6)*].

### 5.4   Toxicology Screening

**Formatted:** Normal

The cocaine hydrochloride in NUMBRINO may be detected in plasma for up to one week after administration. Cocaine hydrochloride and its metabolites may be detected in urine toxicology screening for longer than one week after administration.

**Formatted:** Font: Not Bold

~~Respiratory Depression~~

**Comment [PR24]:** Most of this language has come from the EU 10% label. While this is concern with LAST and cocaine OD, I don't think it is necessary for NUMBRINO and it is not included in GOPRELTO labeling.

~~RESUSCITATIVE EQUIPMENT AND DRUGS SHOULD BE IMMEDIATELY AVAILABLE WHEN ANY LOCAL ANESTHETIC IS USED~~

~~Although not reported in the NUMBRINO clinical trials, idiopathic or idiosyncratic medullary respiratory center stimulation followed by medullary center depression with serious, life threatening, or fatal respiratory depression, can occur even when the drug has been used as recommended and not misused or abused [see Adverse Reactions (6)].~~

FDASUPP012042

337  Application of NUMBRINO (by saturated pledgets) for a longer duration than recommended or the
338  simultaneous or sequential application of more than the recommended number of NUMBRINO
339  saturated pledgets could result in serious adverse effects.
340
341  Clinicians must know the initial signs and symptoms of cocaine toxicity and the appropriate
342  treatment required to manage toxicities. The major effects of cocaine toxicity include Central
343  Nervous System effects such as agitation, seizures and psychosis, and Cardiovascular effects such
344  as arrhythmias and rarely myocardial infarction and cardiovascular collapse.
345
346  Accidental mucous membrane application, exposure or ingestion of NUMBRINO especially in
347  children, can result in a fatal overdose of cocaine.
348
349  **5.2   Interactions with Central Nervous System Depressants**
350
351  Respiratory depression with serious, life threatening or fatal consequences may result if high doses
352  of cocaine are administered concomitantly with central nervous system depressants (e.g., alcohol,
353  long-acting barbiturates, opioids).
354
355  **5.3   Damaged Mucosa**
356
357  NUMBRINO is not recommended for application on traumatized mucous membranes because of the
358  risk of systemic toxicity.
359
360  **5.4   Use in Patients with Hypertension, Cardiovascular Disease or Thyrotoxicosis**
361
362  NUMBRINO should be used with caution in patients with hypertension, cardiovascular disease or
363  thyrotoxicosis. Cocaine is absorbed systemically and may cause systemic vasoconstriction and
364  tachycardia leading to reduced cardiac oxygenation while increasing oxygen demand.
365
366  Although not reported in the NUMBRINO clinical trials, myocardial infarction has been rarely
367  reported in the literature, and can occur even when the drug has been used as recommended and
368  not misused or abused *[see Adverse Reactions (6)]*.
369
370

> **Comment [PR25]:** Same comment for Resp Depression applies.

> **Comment [PR26]:** Same comment for Resp Depression applies.

FDASUPP012043

371 **5.5  6   Known Hypersensitivity or Idiosyncrasy to the Sympathomimetic Amines**
372

> Comment [PR27]: I do not feel this is necessary.

373 NUMBRINO should not be Used with caution in patients with a known history of hypersensitivity to
374 cocaine or to the components of the topical nasal solution. Cocaine is a sympathetic neuronal
375 catecholamine reuptake inhibitor. has sympathomimetic activity
376 (inhibition of neuronal uptake of norepinephrine)which that may potentiate the actions of
377 concomitantly administered sympathomimetic amines.
378

379 5.6   Patients with Diabetes

> Comment [PR28]: Same comment for Resp Depression applies.

380
381 Cocaine may sensitize diabetic patients to the effects of norepinephrine to mobilize glucose and may
382 result in blood glucose irregularities.
383

384 5.7   Acutely Ill and Debilitated Patients
385
386 Use with caution in patients who may be more sensitive to the systemic effects of cocaine.
387

388 5.8  12   Ophthalmic Use
389

390 NUMBRINO is NOT FOR OPHTHALMIC USE.  Cocaine can cause sloughing Avoid contact with the
391 eyes because of the risk of of the corneal epithelium and should not be used in the eyes sloughing.
392 Pitting and ulceration of the cornea has been reported in the literature.

393 5.9   Abuse Potential
394
395 NUMBRINO contains cocaine, a central nervous system stimulant and a Schedule II controlled
396 substance, with an abuse liability potential similar to other controlled CNS stimulants [see Warning
397 and Precautions (5)]. During the NUMBRINO clinical trials there were no reports of misuse or abuse.

> Formatted: Justified

> Comment [BL29]: This list is required for PLR. We (I) somehow missed it for GOPRELTO. From LRT:
>
> The beginning of the ADVERSE REACTIONS section (typically between sec ion 6 and subsection 6.1) should identify the most clinically significant AR and direct health care providers to more detailed information about those AR. For example:
>
> "The following serious adverse reactions are described elsewhere in the labeling:"
> • Serious Infections *[see Warnings and Precautions (5.1)]*
> • Myocardial Ischemia *[see Warnings and Precautions (5.2)]*
> The most clinically significant AR identified at the beginning of the ADVERSE REACTIONS section should also be included in the Clinical Trials Experience subsection or Postmark ing Experience subsection

399 **6   ADVERSE REACTIONS**
400
401 The following treatment-emergent adverse events are discussed in more detailed in other sections
402 of the labeling:
403
404 • Interactions with Central Nervous System Depressants *[see Warnings and Precautions (5.2)]*
405 • Use in Patients with Hypertension, Cardiovascular Disease or Thyrotoxicosis *[see Warnings and
406   Precautions (5.4)]*
407 • Known Hypersensitivity or Idiosyncrasy to the Sympathomimetic Amines *[see Warnings and
408   Precautions (5.5)]*
409

410 **6.1  Clinical Trial Experience**
411

> Comment [PR30]: Should we add a post-marketing subsection under Section 6? My apologies for so many errors. I followed the Goprelto label as a template for my proposed edits.

> Formatted: Normal

412 Because clinical studies trials are conducted under widely varying conditions, adverse event reaction
413 rates observed in the clinical studies trials of a drug cannot be directly compared to rates in the
414 clinical studies trials of another drug and may not reflect the rates observed in clinical practice.
415
416 NUMBRINO nasal solutions have been evaluated in one Phase 1 study and two Phase 3 studies,
417 which included A total of 670 adult subjects who received a single application of NUMBRINO nasal
418 solution 4%, NUMBRINO nasal solution 10%, or placebo.  The randomized, double-blind, placebo
419 controlled Phase in 3 clinical studies were conducted in adult patients undergoing diagnostic
420 procedures and surgeries on or through the mucous membranes of the nasal cavities, of which (two
421 Phase 3 Randomized Clinical Trials and one Pharmacokinetic study) were treated with NUMBRINO

Page 8 of 36

FDASUPP012044

422    during the clinical development program, including 3,5216 subjects treated with thereceived
423    NUMBRINO 4% nasal solution 4%, and 35418 received NUMBRINO nasal solution 10%, and
424    subjects treated with the 10% solution168 received placebo.  Safety was evaluated for up to 7 days
425    after dosing.
426
427    In the Phase 3 studies, patients received a mean dose of 123 mg (42 to 166 mg, N=313) of cocaine
428    hydrochloride using NUMBRINO nasal solution 4% and a mean dose of 308 mg (119 to 525 mg,
429    N=309) of cocaine hydrochloride nasal NUMBRINO nasal solution 10% as a single application.
430
431

**Comment [OPDP31]:** OPDP – Replace with "using"?

Reference ID: 4283769

432 In safety data from two Phase 3 trials (both placebo controlled) where a single dose of Cocaine
433 Hydrochloride Topical Solution, 4% and 10%, was administered, tThe most commonly reported
434 adverse events reactions reported (by ≥1% of subjectspatients) in Study COCA4vs10-001 , 4%
435 (N=316) and 10%are included in Table 1 (preexisting nasal conditions are not included) . (N=318),
436 were hypertension, tachycardia, increased heart rate, QT interval prolongation, sinus tachycardia,
437 diastolic hypertension, bradycardia, QRS complex prolongation, tachycardia paroxysmal, headache
438 and anxiety. There was a single patient who developed the serious adverse event of myocardial
439 ischemia after treatment with NUMBRINO nasal solution 10%. The most common reasons for
440 early discontinuation of treatment (and pledget removal) were intermittent paroxysmal hypertension
441 (0.3%), paroxysmal tachycardia (0.2%), intermittent paroxysmal tachycardia (0.2%), vasovagal
442 syncope (0.2%) and nausea (0.2%).
443
444 Subjects received a mean dose of 123 mg (42 to 166 mg, N=313) of cocaine HCl using the
445 NUMBRINO, 4%, and a mean dose of 308 mg (110 to 525 mg, N=300) of cocaine HCl using the
446 NUMBRINO, 10%, as a single one-time administered dose, applied to their nasal mucosa. Table 1
447 lists the adverse events reported by ≥1% of NUMBRINO, 4% and 10%, treated patients and more
448 frequently in NUMBRINO treated patients compared with placebo.
449
450 **Table 1.** Common Adverse Reactions in Treatment-Emergent Adverse Events[5] Reported by
451 ≥1% of NUMBRINO, 4% and 10%, Treated Patients in Study COCA4vs10-001 and More
452 Frequently than Placebo
453

| MedDRA System Organ Class and Preferred Term | NUMBRINO, 4% (N=316) % | | NUMBRINO, 10% (N=318) % | | |
|---|---|---|---|---|---|
| | 80.1 | | 86.8 | | |
| | 78.5 | | 85.5 | | |
| | 1.9 | | 1.9 | | |
| | 10.8 | | 16.0 | | |
| | 4.1 | | 9.4 | | |
| | 3.2 | | 0.6 | | |
| | 1.9 | | 2.8 | | |
| | 0.6 | | 1.9 | | |
| | 10.1 | | 15.7 | | |
| | 5.7 | | 6.6 | | |
| | 2.2 | | 3.1 | | |
| | 1.3 | | 2.5 | | |
| | 2.5 | | 2.5 | | |
| | 1.3 | | 0.6 | | |
| | 1.3 | | 0.3 | | Placebo (N=16840), % % |
| | 1.3 | | 0.3 | | |
| | Efficacy (N=39) | Safety (N=57) | Efficacy (N=41) | Safety (N=59) | |
| **Vascular Disorders** | 33 (85) | 50 (88) | 37 (90) | 52 (88) | 29 (68.573) |
| Hypertension | 32 (82) | 47 (83) | 37 (90) | 52 (88 | 28 (67.370) |
| Diastolic Hypertension | 3 (8) | 4 (7) | 2 (5) | 2 (3) | 2 (1.85) |
| Hypotension | 2 (5) | 4 (7) | 1 (2) | 1 (2) | 3 (8) |
| **Cardiac Disorders** | 0 | 3 (5) | 3 (7) | 4 (7) | 2 (7.15) |
| Tachycardia | 0 | 1 (2) | 2 (5) | 2 (3) | 1 (1.23) |
| Bradycardia | 0 | 2 (4) | 1 (2) | 1 (2) | 3.00 |
| Myocardial ischemia | 0 | 0 | 0 | 1 (2) | 0 |
| **Respiratory, Thoracic, and** | 1 (3) | 3 (5) | 3 (7) | 6 (10) | 4 (10) |

Comment [LF32]: Comments to the Applicant: As the randomization ratios of two phase 3 studies are different, it is not appropriate to pool the two studies. Either present the two studies separately or use an appropriate weighting strategy to pool the two studies.

Formatted: Left
Formatted Table

Page 10 of 36

FDASUPP012046

| Mediastinal Disorders | | | | | | |
|---|---|---|---|---|---|
| Hyperventilation | 1 (3) | 2 (4) | 0 | 1 (2) | 2 (5) |
| Sinus tachycardia | | | | | 0 |
| Tachycardia paroxysmal | | | | | 0.6 |
| **Investigations** | 9 (23) | 19 (33) | 13 (32) | 20 (34) | 12 (11.930) |
| Heart rate increased | 6 (15) | 16 (28) | 10 (24) | 14 (24) | 7 (4.818) |
| QT interval prolongationHeart rate decreased | 3 (8) | 3 (5) | 4 (10) | 8 (14) | 5 (1.813) |
| Blood pressure increased | 0 | 1 (2) | 0 | 0 | 1 (3) |
| QRS complex prolongation | | | | | 1.8 |
| Nervous System Disorders | | | | | 0.6 |
| Headache | | | | | 0 |
| Psychiatric Disorders | | | | | 0 |
| Anxiety | | | | | 0 |

*Formatted: Font: Bold*
*Formatted Table*
*Formatted Table*
*Comment [KS33]: Check this*
*Formatted Table*

454  *A treatment-emergent adverse event refers to any untoward medical event associated with the use
455  of the drug in humans, whether or not considered drug-related.
456
457
458  The most commonly reported adverse reactions (≥1% of patients) in Study COCA4vs10-002 are
459  included in Table 2 (preexisting nasal conditions are not included). There were two patients treated
460  with NUMBRINO nasal solution 4% who withdrew due to an adverse reaction. One patient
461  developed anxiety and systolic hypertension and one patient developed intermittent paroxysmal
462  tachycardia. Both patients developed symptoms within 10 minutes of nasal pledget application.
463  Three patients treated with NUMBRINO nasal solution 10% required premature removal of pledgets
464  due to nausea and diastolic hypertension; mild intermittent paroxysmal hypertension and
465  paroxysmal tachycardia; and vasovagal syncope with bradycardia
466
467  **Table 2. Common Adverse Reactions in ≥1% of Treated Patients in Study COCA4vs10-002**
468

*Formatted: Normal*

| MedDRA System Organ Class and Preferred Term | NUMBRINO, 4% (N=259), % | NUMBRINO, 10% (N=259), % | Placebo (N=128), % |
|---|---|---|---|
| **Vascular Disorders** | 203 (78) | 224 (87) | 86 (67) |
| Hypertension | 201 (78) | 220 (85) | 85 (66) |
| Diastolic hypertension | 2 (1) | 4 (2) | 1 (1) |
| **Cardiac Disorders** | 31 (12) | 47 (18) | 10 (8) |
| Tachycardia | 12 (5) | 28 (11) | 1 (1) |
| Bradycardia | 8 (3) | 1 (0.4) | 5 (4) |
| Sinus tachycardia | 6 (2) | 9 (4) | 0 |
| Tachycardia paroxysmal | 2 (1) | 6 (2) | 1 (1) |
| **Investigations** | 13 (5) | 30 (12) | 8 (6) |
| QRS prolonged | 4 (2) | 8 (3) | 3 (2) |
| QT interval prolonged | 7 (3) | 10 (4) | 3 (2) |
| ST segment elevation | 0 | 2 (1) | 0 |
| Heart rate increased | 2 (1) | 7 (3) | 1 (1) |

469
470  **6.2   Other Adverse Reactions* Observed During the Premarketing Evaluation of NUMBRINO**
471
472  Adverse reactions may be due to high plasma concentrations of cocaine as a result of excessive
473  and rapid systemic absorption. Reactions are systemic in nature and involve the Central Nervous
474  System and/or the Cardiovascular system. A small number of reactions may result from
475  hypersensitivity, idiosyncrasy or diminished tolerance on the part of the patient. Central Nervous

*Formatted: Font: Bold*
*Formatted: Normal*

Page 11 of 36

FDASUPP012047

476   ~~System reactions are excitatory and/or depressant, and may be characterized by nervousness,~~
477   ~~restlessness and excitement. Tremors and eventually tonic-clonic convulsions may result. Emesis~~
478   ~~may occur.~~
479
480

Reference ID: 4283769

481 Low doses of cocaine in humans do not change respiratory rate or depth. At high doses, Central
482 Nervous System mediated increase in respiratory rate and decrease in tidal volume may occur,
483 which is followed by depression, with death resulting from respiratory failure. Small doses of cocaine
484 slow the heart rate, but after moderate doses, the rate is increased due to central sympathetic
485 stimulation. Cocaine is pyrogenic, augmenting heat production in stimulating muscular activity and
486 causing vasoconstriction, which decreases heat loss. Cocaine is known to interfere with the uptake
487 of norepinephrine by adrenergic nerve terminals, producing sensitization to catecholamines, causing
488 vasoconstriction and mydriasis.
489
490 The following adverse drug reactions*, not listed above occurred in approximately >1% of
491 NUMBRINO treated patients in the pooled safety data from two phase 3 studies receiving a single
492 dose of NUMBRINO (followed for up to 7 days after their procedure):
493 *Cardiac disorders*: heart rate decrease.
494 *Gastrointestinal disorders*: nausea.
495 *Nervous system disorders*: dizziness.
496 *Vascular disorders*: hypotension.
497 *An adverse reaction is defined as a treatment-related adverse event that was considered related
498 (possibly, probably, or definitely) to either of the Cocaine HCl concentrations (4% or 10%).
499
500 **7   DRUG INTERACTIONS**
501
502 **7.1   Central Nervous System Stimulants**
503
504 Concurrent use of other Central Nervous System stimulants with cocaine may result in excessive
505 stimulation, leading to nervousness, irritability, or possibly convulsions, or cardiac arrhythmias.
506
507 **7.2   Cholinesterase Inhibitors**
508
509 Cocaine has been described in literature to be primarily metabolized and inactivated by non-
510 enzymatic ester hydrolysis and hepatic carboxylesterase, and also by plasma cholinesterase,
511 hepatic carboxylesterase, and CYP3A4. The pharmacokinetics of NUMBRINO in patients with
512 reduced plasma cholinesterase activity has not been studied.
513 Plasma cholinesterase activity may be decreased by chronic administration of certain monoamine
514 oxidase inhibitors, oral contraceptives, glucocorticoids, Inhibition of butyrylcholinesterase activity by
515 cholinesterase inhibitors (echothiophate iodide ophthalmic solution), antimyasthenics (neostigmine),
516 cyclophosphamide, and possibly thiotepa .
517 It may also be diminished by administration of irreversible plasma cholinesterase inhibitors such as
518 echothiophate, organophosphate insecticides, and certain antineoplastic agents. Patients with
519 reduced plasma cholinesterase (pseudocholinesterase) activity may have reduced clearance and
520 increased exposure of plasma cocaine after administration of NUMBRINO.
521 Since cocaine is metabolized by multiple enzymes, the effect of reduced plasma cholinesterase
522 activity on cocaine exposure may be limited. No dosage adjustment of NUMBRINO is needed in
523 patients with reduced plasma cholinesterase. Monitor patients with reduced plasma cholinesterase
524 activity for adverse reactions such as headache, epistaxis, and clinically-relevant increases in heart
525 rate or blood pressure can reduce or slow the metabolism of cocaine, thereby increasing and/or
526 prolonging its effects and increasing the risk of toxicity.
527
528 **7.3   Sympathomimetics Epinephrine, Phenylephrine**
529

Formatted: Font: (Default) +Body (Cambria)

Formatted: Normal

Page 13 of 36

FDASUPP012049

530 Use of other sympathomimetics may enhance the cardiovascular effects of either or both
531 medications and the risk of adverse effects by increasing the levels of circulating
532 catecholaminesThere are reports in the published literature of myocardial ischemia, myocardial
533 infarction, and ventricular arrhythmias after concomitant administration of topical intranasal cocaine
534 with epinephrine and phenylephrine during nasal and sinus surgery.
535
536 Avoid use of additional vasoconstrictor agents such as epinephrine and phenylephrine with
537 NUBMIRNO during nasal and sinus surgery.  If concomitant use is unavoidable, prolonged vital sign
538 and ECG monitoring may be required.
539
540 **7.4   Alpha-modifying Agents**
541
542 Postganglionic blocking agents potentiate cocaine-induced sympathetic stimulation; concurrent use
543 may increase the risk of hypertension and cardiac arrhythmias.
544
545 **7.5   Monoamine-Oxidase Inhibitors**
546
547 Cocaine HClhydrochloride may potentiate the effects and toxicity of MAO inhibitors.
548
549

Reference ID: 4283769

FDASUPP012050

550  **7.6  Tricyclic Antidepressants**

551

552  Tricyclic antidepressants may increase the activity of the sympathetic nervous system, which may
553  also be increased by administration of cocaine ~~HCl~~hydrochloride.

> **Comment [KS34]:** Deep and Renee will edit these items

555  **7.7    Disulfiram**

556  Published literature reported that disulfiram treatment increased plasma cocaine exposure, including
557  ~~both~~ (AUC and Cmax), by several folds after acute intranasal cocaine administration. Another
558  literature reported that co-administration of disulfiram increased AUC of plasma cocaine by several
559  folds after intravenous cocaine administration [see Clinical Pharmacology (12.3)].

560  Avoid using Cocaine Hydrochloride ~~Topical~~nasal Solution in patients taking disulfiram. Consider
561  using other local anesthesia.~~7.7~~

562                                    ~~Halothane Anesthesia~~

> **Comment [OPDP35]:** OPDP – In the GoPrelto labeling, the brand name is used rather than the established name in this sentence.  Should the brand name "Numbrino" be used here for consistency?
>
> **Formatted:** Heading 2
>
> **Formatted:** Heading 2, Centered

563  **8    USE IN SPECIFIC POPULATIONS**

564  **8.1  Pregnancy**

565  Risk Summary

566  There are no ~~adequate and well controlled studies~~ available data on the use of NUMBRINO in
567  pregnant women to identify a drug associated risk of major birth defects, miscarriage or adverse
568  maternal or fetal outcomes. Adverse maternal and fetal/neonatal outcomes have been seen in
569  women with chronic cocaine abuse during pregnancy (*see Data*). ~~Limited available data from~~
570  ~~published literature on use of cocaine in pregnant women are not sufficient to inform a drug~~
571  ~~associated risk for major birth defects and miscarriage. Adverse pregnancy outcomes, including~~
572  ~~premature delivery and low birth weight, have been seen in infants born to mothers dependent on~~
573  ~~cocaine [see Clinical Considerations].~~ NUMBRINO should only be used be used in pregnant women
574  ~~only if the potential benefit justifies the potential risk to the fetus.~~

575

576  In published animal reproduction studies, cocaine administered to pregnant females during the
577  gestational period produced hydronephrosis (0.5 times the human reference dose (HRD) of 37.5 mg
578  via the 4% solution), developmental delays in the offspring (1.5 times the HRD), cerebral
579  hemorrhage and fetal edema (2.0 times the HRD), reduced fetal body weights and brain weights
580  (2.6 times the HRD), and reduced fetal survival (3.7  times the HRD).

581  Single dose administration of cocaine intravenously during organogenesis in mice produced
582  cryptochidism, anophthalmia, exencephaly, and delayed ossification at 7.8 times the HRD.  In rats, a
583  single dose of cocaine administered by intraperitoneal injection produced edematous fetuses,
584  hemorrhages and limb defects at 12.9 times the HRD [*see Animal Data*].

585  ~~T~~he estimated background risk of major birth defects and miscarriage for the indicated population(s)
586  are unknown.  All pregnancies have a background risk of birth defect, loss, or other adverse
587  outcomes  In the U.S. general population, the estimated background risk of major birth defects and
588  miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively.

589  ~~Clinical Considerations (associated with non medical prolonged misuse and/or abuse)~~

590  ~~*Fetal/Neonatal Adverse Reactions*~~

591  ~~Babies  born  following  cocaine  abuse  by  the  mother  during  pregnancy  may  exhibit  dependency,~~
592  ~~irritability,  inconsolability,  hypertoxicity,  tremulousness,  hyperactive  motor  reflex,  sneezing  or~~
593  ~~yawning,  lethargy,  suck  reflex,  high pitched  cry,  poor  feeding,  poor  weight  gain,  fever,  diarrhea,~~
594  ~~spitting or vomiting, tachypnea, tachycardia, skin abrasions and respiratory distress.~~

595  ~~Monitor infants born to mothers who have abused cocaine for symptoms of withdrawal.~~

596  Data

FDASUPP012051

597    *Human Data*

598    There are no available data on the use of intranasal cocaine hydrochloride solution in pregnant
599    women to inform a drug-associated risk for major congenital malformations or miscarriage. There
600    are published data describing adverse developmental outcomes in women with chronic cocaine
601    abuse during pregnancy. The published case-control and observational studies examining the effect
602    of in utero cocaine exposure on fetal growth parameters, after controlling for confounding variables,
603    found exposure was associated with reduced fetal growth compared with non-drug-abuse
604    populations.

605    Published data from a large number of studies of women with chronic cocaine abuse during
606    pregnancy are inconsistent in their findings with regard to congenital malformations, prematurity,
607    miscarriage, premature rupture of membranes and gestational hypertension.  The applicability of the
608    findings from these studies of chronic abuse in pregnancy to a single topical exposure is limited.

609    ~~Prenatal cocaine exposure (associated with non medical prolonged misuse and/or abuse) is~~
610    ~~significantly associated with congenital anomalies, reported to occur in up to 40% of infants. Cocaine~~
611    ~~use during the early months of pregnancy can cause spontaneous abortion. Up to 38% of early~~
612    ~~pregnancies may result in miscarriage in cocaine abusing mothers. An increased risk of premature~~
613    ~~labor, premature preterm rupture of membranes, and preterm birth are observed in 17% to 29% of~~
614    ~~pregnancies. Placental abruption accounts for 2% to 15% of adverse effects of cocaine abuse during~~
615    ~~pregnancy; stillbirths occur at a rate 8% above the general population. Evidence of brain~~
616    ~~malformation and cardiovascular abnormalities can occur in approximately 35% and up to 40% of~~
617    ~~exposed fetuses, respectively. Intrauterine growth restriction and low birth weight are observed in~~
618    ~~22% to 34% of all infants exposed to cocaine in utero, as are, smaller head size with shorter body~~
619    ~~length for gestational age.~~

620

FDASUPP012052

*Animal Data*

~~Cocaine induced teratogenicity has been documented for a variety of congenital malformations. The major anomalies reported in animal models are ileal atresia, urogenital, cardiac, ocular, skeletal, and cerebral defects. Specifically, pregnant CF-1 mice exposed to 60 mg/kg of cocaine HCl (an equivalent NUMBRINO dose of 6.1 times and 2.4 times the maximum recommended human dose (MRHD), for cocaine HCl 4% or 10% solutions, respectively) via subcutaneous administration on gestational day 7 and 9 gave birth to fetuses with higher incidences of fetal malformations including extra-digits and dilation of the renal pelvis.~~

~~In a separate study, pregnant rats exposed to cocaine HCl via intraperitoneal injection from gestational day 0 through 19 at doses as low as 1.9 mg/kg (an equivalent NUMBRINO dose of 2.3 times and <1 times the MRHD, for cocaine HCl 4% or 10% solutions, respectively) resulted in a non-dose dependent increase in fetal resorptions and dose-dependent increases in fetal abnormalities including enlarged bladder and hydronephrosis. The inactive cocaine metabolite, benzoylecgonine, has been shown to preferentially accumulate in fetal tissue in animal studies.~~

Formal animal reproduction and development studies have not been conducted with intranasal cocaine hydrochloride. However, reproduction and development studies with cocaine have been reported in the published literature. Exposure margins below are based on body surface area comparison to the human reference dose (HRD) of 37.5 mg (estimated amount absorbed from the 160 mg (4%) cocaine-soaked pledgets).

Hydronephrosis was note embryos from pregnant rats treated wtih cocaine 2.1 mg/kg (0.5 times the HRD) and higher from Gestation Day 0-19. Cerebral hemorrhage and endematous fetuses were noted at 2.2 times the HRD and above.

> **Comment [OPDP36]:** OPDP – "noted in"

Developmental delays and altered spontaneous exploratory behavior in response to cocaine were reported in rat pups born to dams treated intravenously with 6 mg/kg cocaine (1.5 times the HRD) from Gestation Day 8-20 in the absense of maternal toxicity.

> **Comment [OPDP37]:** OPDP – "absence"?

Reduced fetal body and brain weights and alterations in fetal central neurotransmitter levels were noted following treatment of pregnant mice with 20 mg/kg cocaine from gestation days 8-12 or 12-18 (2.6 times the human reference dose).

> **Comment [OPDP38]:** OPDP – replace with "HRD" since it's already being used?

Reduced fetal survival was noted when pregnant nonhuman primates were dosed with 0.3 mg/kg/h cocaine (3.7 times the HRD on per day basis) via a subcutaneous minipump from Gestation Day 24 to birth.

Exencephaly, cryptochidism, hydronephrosis, anophthalmia, delayed ossification, limb anomalies, and cerebral and intra-abdominal hemorrhage were reported following a single subcutaneous injection of 60 mg/kg cocaine (7.8 times the HRD) to pregnant mice between Gestation Day 7 to 12. No significant maternal toxicity was reported at this dose.

Deficits in associational learning were reported when pregnant rats were treated with cocaine during gestation (10.3 times the HRD) in the absence of maternal toxicity.
Hemorrhage, fetal edema, and limb defects were reported when pregnant rats were administered a single injection of cocaine at a dose of 50 mg/kg/day or higher (12.9 times the HRD) during Gestation Day 9 to 19. Increased resorptions were noted at doses higher than 70 mg/kg/day (18.1 times the HRD) when administered on Gestation Day 16. No adverse effects were reported at a dose of 40 mg/kg (10.3 times the HRD).

FDASUPP012053

672
673  Fetal deaths, decreased fetal body weights, edematous fetuses and single incidences of cleft palate
674  and hypertrophic ventricle were observed when pregnant rats were treated with intraperitoneal
675  cocaine at 60 mg/kg (15.5 times the HRD) from Gestation Day 8 to 12.  Maternal toxicity was noted
676  at this dose (mortality).  No adverse effect level for fetal and maternal toxicity was noted at 50
677  mg/kg/day (13 times the HRD).
678
679  Decreased body weights, overall body length and crown circumference of offspring were reported
680  when pregnant Rhesus monkeys were treated with escalating doses up to 7.5 mg/kg cocaine TID
681  intramuscularly per day for 5 days per week from prior to conception to term (11.6 times the HRD).
682
683  **8.2  Lactation**
684
685  Risk Summary
686  Based on  case reports in  published literature, cocaine is present in human milk  at widely varying
687  concentrations. Based on its pharmacochemical characteristics, high concentrations of cocaine are
688  expected in breast milk with systemic exposure. The applicability of these findings to a single topical
689  exposure with limited systemic absorption is unclear. No studies have evaluated cocaine
690  concentrations in milk after topical administration of NUMBRINO.

691  Cocaine is detected in human breastmilk in chronic abuse situations and is expected to be at
692  higher concentrations in milk than in maternal blood based on its physicochemical
693  characteristics. Breastfeeding immediately after administration of NUMBRINO could result in
694  infant plasma concentrations that are approximately half the anticipated maximum maternal
695  plasma concentrations at the clinical dose of 160 mg. The effects of this cocaine plasma
696  concentration in an infant are unknown, but no level of cocaine exposure is considered safe for
697  a breastfed infant.

> **Comment [LJ39]:** Clin pharm needs to confirm that this statement is true for NDA 209575.   DPMH

698
699  Adverse reactions have occurred in infants ingesting cocaine through breastmilk, including
700  vomiting, diarrhea, convulsions, hypertension, tachycardia, agitation and irritability.  The long-
701  term effects on infants exposed to cocaine through breast milk are unknown.  There are no data
702  on the effects of NUMBRINO on milk production.

703
704  Because of the potential for serious adverse reactions in breastfed infants, advise a lactating
705  woman that breastfeeding is not recommended during treatment with NUMBRINO and to
706  pump and discard breastmilk for 48 hours after use of NUMBRINO. The literature contains
707  reports of serious adverse effects on the breastfed infant including irritability, vomiting, diarrhea,
708  tremors, seizures and respiratory distress.

> **Formatted:** Left, Space Before:  0 pt, After: 0 pt, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

709  Clinical Consideration
710  A decision should be made whether to discontinue nursing or postpone a procedure or surgery using
711  NUMBRINO. Advise breast-feeding patients to discard expressed milk for at least 48 hours after
712  treatment with NUMBRINO based on the half-life of cocaine and its inactive metabolite,
713  benzoylecgonine [see Clinical Pharmacology (12)].

714
715  The developmental and health benefits of breastfeeding should be considered along with the
716  mother's clinical need for NUMBRINO and any potential adverse effects on the breastfed child from
717  NUMBRINO or from the underlying maternal condition.
718
719  **8.3  Females and Males of Reproductive Potential**
720

721  Animal studies suggest that cocaine can alter female reproductive hormone levels, disrupt the
722  estrous cycle, and reduce ovulation at doses less than the HRD based on body surface area *[See*
723  *Nonclinical Toxicology (13.1)].*
724
725
726  **8.4  Pediatric Use**
727  Safety and effectiveness of NUMBRINO in pediatric patients under the age of 18 have not been
728  established.
729
730  In juvenile male rats, 30 mg/kg subcutaneous cocaine administration for longer than 7 days (7.8
731  times the HRD) produced testicular necrosis. Treatment of juvenile male rats with 15 mg/kg (3.9
732  times the HRD) for 100 days resulted in abnormal sperm morphology and reduced pregnancy rates.
733
734
735  **8.5  Geriatric Use**
736  Of the 802 subjects in the two Phase 3 studies with NUMBRINO 13 subjects (1.6%) were age 65
737  and older, and one subject (0.1%) was 75 years of age or older.
738
739  No untoward or unexpected adverse reactions were seen in elderly patients who received
740  NUMBRINO compared to those subjects that were under the age of 65.
741
742  However, hypertension was observed in all geriatric subjects receiving NUMBRINO. Special
743  precaution should be given when determining the dose of NUMBRINO for geriatric patients,
744  commensurate with their age and physical status.
745
746

**Comment [LJ40]:** Question to PT- Do we really think that this is relevant to a single exposure? If not, keep this just in Section 13 and delete Section 8.3  DPMH

**Comment [RDM41]:** We don't know.  I would rather leave this in here until we get a fertility study.

Reference ID: 4283769

747 **8.6  Hepatic Impairment**
748
749 According to literature, cocaine is eliminated predominantly by metabolism in humans. Since the
750 clearance of ~~Cocaine is not extensively metabolized in the liver by oxidative CYP450 enzymes.~~
751 NUMBRINO, 4% and 10%, ~~should be used with caution in patients with hepatic impairment, since~~
752 ~~the clearance of cocaine~~ has not been evaluated in hepatic impaired~~those~~ patient populations when
753 compared to patients with normal hepatic function, and since data is not available in literature to
754 guide dosing in these subjects, it is thus not recommended to dose NUMBRINO in patients with
755 hepatic impairment. ~~Dose initiation in patients with hepatic impairment should follow a conservative~~
756 ~~approach. Dosages should be adjusted according to the clinical situation~~ *[see Clinical Pharmacology*
757 *(12.3)]*.
758
759 **8.7  Renal Impairment**
760
761 According to literature, cocaine is eliminated predominantly by metabolism in humans, with little
762 excreted unchanged in the urine~~The metabolites of cocaine and <5% of cocaine are eliminated by~~
763 ~~the kidneys~~. The pharmacokinetics of NUMBRINO in patients with renal impairment has not been
764 studied. Based on information available on the metabolism and excretion of cocaine, dose initiation
765 in patients with renal impairment should follow a conservative approach. Monitor patients with renal
766 impairment for adverse reactions such as ~~such as  headache, epistaxis,~~ and clinically-relevant
767 increases in heart rate or blood pressure ~~Dosages should be adjusted according to the clinical~~
768 ~~situation~~ *[see Clinical Pharmacology (12.3)]*.

> **Comment [KS42]:** Renee will add 2 more AEs
>
> **Comment [PR43]:** The most common AEs involved changes in measured hemodynamic parameters, so this statement is sufficient.

769
770 **8.8  Pseudocholinesterase Deficiency**
771
772 Pharmacokinetics of NUMBRINO in patients with reduced plasma cholinesterase activity has not
773 been studied.
774
775 Genetic abnormalities of plasma cholinesterase (e.g., patients who are heterozygous or
776 homozygous for atypical plasma cholinesterase gene), disease conditions such as malignant
777 tumors, severe liver or kidney disease, decompensated heart disease, infections, burns, anemia,
778 peptic ulcer, or myxedema or other physiological states such as pregnancy may lead to reduced
779 plasma cholinesterase activity. Patients with reduced plasma cholinesterase (pseudocholinesterase)
780 activity may have reduced clearance and increased exposure of plasma cocaine after administration
781 of NUMBRINO.
782
783 Since cocaine is metabolized by multiple enzymes, the effect of reduced plasma cholinesterase
784 activity on cocaine exposure may be limited. No dosage adjustment of NUMBRINO is needed in
785 patients with reduced plasma cholinesterase. Monitor patients with reduced plasma cholinesterase
786 activity for adverse reactions such as ~~headache, epistaxis,~~ clinically-relevant increases in heart rate
787 or blood pressure ~~Because of an inability to metabolize local anesthetics, those patients with~~

> **Comment [KS44]:** Renee will add 2 more AEs
>
> **Comment [PR45]:** Same comment as above.

788 ~~pseudocholinesterase deficiency may be a greater risk of developing toxic plasma concentrations of~~
789 ~~cocaine. Avoid using the product in patients with pseudocholinesterase deficiency~~ *[see*
790 *Contraindications (4)]*.
791
792 **9    DRUG ABUSE AND DEPENDENCE**
793
794 **9.1  Controlled Substance**
795
796 NUMBRINO contains cocaine, a Schedule II controlled substance.
797

FDASUPP012056

798   a CNS stimulant, and is a Schedule II controlled substance. Cocaine, like other CNS stimulants, can
799   be abused and can be subject to criminal diversion *[see Warnings and Precautions (5.9)]*. Proper
800   security precautions should be taken in accordance with appropriate federal and state laws, in order
801   to help prevent diversion, misuse, or abuse. Unused product should be disposed in accordance with
802   DEA and local regulations.
803
804   **9.2  Abuse**
805
806   NUMBRINO contains cocaine, a substance with a high potential for abuse. NUMBRINO can be
807   misused and abused, which can lead to addiction. NUMBRINO may also be diverted for abuse
808   purposes *[see Warnings and Precautions (5.1)]*.
809
810   Drug abuse is the intentional non-therapeutic use of a prescription drug, even once, for its rewarding
811   psychological or physiological effects. Drug addiction is a cluster of behavioral, cognitive, and
812   physiological phenomena that develop after repeated substance use and includes: a strong desire to
813   take the drug, difficulties in controlling its use, persisting in its use despite harmful consequences, a
814   higher priority given to drug use than to other activities and obligations, increased tolerance, and
815   sometimes a physical withdrawal. Drug abuse of a substance may occur without progression to
816   drug addiction. "Drug-seeking" behavior is very common in persons with substance use disorders.
817
818   Drug abuse and addiction are conditions that are separate and distinct from physical dependence
819   and tolerance *[see Dependence (9.3)]*. Health care providers should be aware that abuse and
820   addiction may occur in the absence of symptoms indicative of physical dependence and tolerance.
821
822   Individuals who abuse stimulants may use cCocaine hHydrochloride nasalTopical sSolution for
823   abuse purposes. Adverse events associated with abuse of cocaine include euphoria, excitation,
824   irritability, restlessness, anxiety, paranoia, confusion, headache, psychosis, hypertension, stroke,
825   seizures, dilated pupils, nausea, vomiting, and abdominal pain. Intranasal abuse can produce
826   damage to the nostrils (e.g., ulceration and deviated septum). Abuse of cocaine can result in
827   overdose, convulsions, unconsciousness, coma, and death *[see Overdosage (10)]*.
828
829   NUMBRINO, like all prescription drugs with abuse potential, can be diverted for non-medical use into
830   illicit channels of distribution. In order to minimize these risks, effective accounting procedures
831   should be implemented, in addition to routine procedures for handling controlled substances.
832
833   Although NUMBRINO, 4% and 10%, is not meant for dispensing directly to patients; diversion,
834   misuse, or abuse was not reported in the clinical trials. Abuse of NUMBRINO can pose a hazard of
835   overdose and death. This risk is increased with concurrent abuse of alcohol or other substances.
836
837   Chronic cocaine abuse in cocaine dependent individuals increases the risk of cardiac and
838   cerebrovascular events, such as myocardial infarction and ischemic stroke, possibly due to platelet
839   activation and intravascular thrombus formation has been observed.
840
841   Abuse and addiction are separate and distinct from physical dependence and tolerance. Drug
842   addiction is characterized by compulsive use, use for non medical purposes, and continued use
843   despite harm or risk of harm. Drug addiction is a treatable disease, utilizing a multi disciplinary
844   approach, but relapse is common. Healthcare providers should be aware that addiction may not be
845   accompanied by concurrent tolerance and symptoms of physical dependence. The converse is also
846   true. In addition, abuse of cocaine can occur in the absence of true addiction and is characterized by
847   intentional non therapeutic use of a drug for its psychological or physiological effects, often in
848   combination with other psychoactive substances.
849

> **Comment [OPDP46]:** OPDP – In the GOPRELTO labeling, the brand name is used here. OPDP recommends replacing the established name with the brand name.

Page 21 of 36

FDASUPP012057

**9.3 Dependence**

Physical dependence is a state that develops as a result of physiological adaptation in response to repeated drug use, manifested by withdrawal signs and symptoms after abrupt discontinuation or a significant dose reduction of a drug. NUMBRINO is approved for ~~topical~~nasal single use, so physical dependence and withdrawal symptoms are unlikely to develop.  Although NUMBRINO is not indicated for chronic therapy, repeated misuse or abuse of this product may lead to physical dependence.

~~A single dose of NUMBRINO for a nasal surgery or diagnostic procedure used in accordance with this labeling is not expected to produce dependency or addiction.~~

~~Patients may exhibit tolerance to some of the effects of cocaine, both intended therapeutic effects and adverse effects.~~

~~Cocaine abstinence or withdrawal syndrome is characterized by severe psychiatric reactions: depression, and/or euphoria.  Other symptoms also may develop, including irritability, anxiety, weakness, abdominal cramps, and insomnia.~~

**10   OVERDOSAGE**

No cases of overdose with NUMBRINO were reported in clinical trials.  Blood pressure and heart rate increases were greater with ~~C~~cocaine ~~H~~hydrochloride ~~T~~nasal~~opical~~ ~~S~~solution 8% than with NUMBRINO.

In the case of an overdose, consult with a Certified Poison Control Center (1-800-222-1222) for up-to-date guidance and advice for treatment of overdosage.  Individual patient response to cocaine varies widely. Toxic symptoms may occur idiosyncratically at low doses.

Manifestations of cocaine overdose associated with illicit use of cocaine reported in literature and based on reports in FDA's Adverse Events Reporting System (AERS) database include death, cardio-respiratory arrest, cardiac arrest, respiratory arrest, tachycardia, myocardial infarction, agitation, aggression, restlessness, tremor, hyperreflexia, rapid respiration, confusion, assaultiveness, hallucinations, panic states, hyperpyrexia, and rhabdomyolysis. Fatigue and depression usually follow the central nervous system stimulation. Other reactions include arrhythmias, hypertension or hypotension, circulatory collapse, nausea, vomiting, diarrhea, and abdominal cramps. Fatal poisoning is usually preceded by convulsions and coma.

Because cocaine is significantly distributed to tissues and rapidly metabolized, dialysis and hemoperfusion are not effective.  Acidification of the urine does not significantly enhance cocaine elimination.

~~Toxicity from cocaine poisoning can develop rapidly *[see Warnings and Precautions (5.1)]*.~~

~~**10.1   Signs and Symptoms**~~

~~Serious overdose with cocaine is characterized by CNS excitation, restlessness, anxiousness and confusion. Enhanced reflexes, headache, rapid pulse, irregular respiration, chills, rise in body temperature, mydriasis, exophthalmos, nausea, vomiting and abdominal pain are noticed.~~

> **Comment [BKR47]:** This was a sentence in Goprelto, so we'd need to see if there are comparable data.
>
> **Comment [BKR48]:** THIS NUMBER IS NOT FROM NUMBRINO, so please correct and edit, if there are comparable data for this sentence to exist!
>
> **Comment [OPDP49]:** OPDP - Numbrino is approved as a 4% and 10% solution whereas Goprelto is only approved as a 4% solution.

FDASUPP012058

897   In severe overdoses, delirium, Cheyne Stokes respiration, convulsions, unconsciousness, and death
898   from respiratory arrest may result. Seizures, psychosis, cardiovascular effects such as
899   dysrhythmias, myocardial infarction and cardiovascular collapse may also occur.
900
901   **10.2   Treatment**
902
903   An overdose with cocaine is potentially lethal, and consultation with a regional poison control center
904   is recommended. Immediate treatment includes support of cardiorespiratory function and measures
905   to reduce drug absorption, i.e. removal of the pledget(s).
906
907   Respiratory support (after convulsion, or if apneic, or if Cheyne Stokes respiration), with primary
908   attention given to the reestablishment of adequate respiratory exchange through provision of a
909   patent airway and the institution of assisted or controlled ventilation should be used as necessary.
910   Oxygen, intravenous fluids, and other supportive measures should be employed as indicated. Utilize
911   cardiac resuscitation and anti arrhythmics for massive overdose, as required.
912
913   Extreme excitability and convulsion prevention is accomplished with intravenous benzodiazepine or
914   short acting barbiturate. Hypertension management with intravenous labetalol, phentolamine or
915   sodium nitroprusside is advised. Propranolol has been used to treat cocaine induced hypertension
916   and arrhythmias but may potentiate cocaine toxicity, i.e., results in paradoxical hypertension
917   presumably due to unopposed α adrenergic stimulation.   A beta blocker with both α and β
918   adrenergic effects such as labetalol is preferred for hypertension, but it does not ameliorate cocaine
919   induced coronary arterial vasoconstriction.
920
921   Psychiatric reactions, characterized by delusions may respond to neuroleptics (phenothiazine and
922   butyrophenone). Though these agents also may increase the chance of seizures. Benzodiazepines
923   may be useful in reducing anxiety.
924
925

FDASUPP012059

## 11   DESCRIPTION

~~Each mL of~~ NUMBRINO™ (cocaine hydrochloride ~~topical solution~~) ~~topical~~nasal solution is ~~a~~ clear, blue-green solution, ~~with no precipitate or sediment,~~ available ~~as~~in 4 % and 10 % strengths. Each 1 mL contains cocaine hydrochloride 40 mg (4% ~~as   available in~~ 160 mg/4 mL or 400 mg/10 mL ~~voulems~~) or 100 mg (10% ~~as~~ 400 mg/4 mL ~~volume~~) ~~as~~ aqueous solution.

Cocaine, (1R,2R,3S,5S) methyl 3-(benzoyloxy)-8-methyl-8-azabicyclo[3.2.1]octane-2-carboxylate hydrochloride, is a synthetic tropane alkaloid ester, local anesthetic, which occurs as colorless to white crystals or white crystalline powder.

The structural formula for cocaine hydrochloride is as follows:



Formula C$_{17}$H$_{21}$NO$_4$ HCl     Molecular weight 339.81

NUMBRINO also contains the following inactive ingredients: purified water, citric acid (anhydrous), sodium benzoate, D&C Yellow No. 10, and FD&C Green No. 3.

## 12   CLINICAL PHARMACOLOGY

### 12.1  Mechanism of Action

Cocaine hydrochloride is a local anesthetic of the ester type. Cocaine hydrochloride prevents conduction in nerve fibers by reversibly blocking voltage-gated sodium channels and preventing the transient rise in sodium conductance necessary for generation of an action potential.

~~Cocaine HCl is a local anesthetic, which binds to and blocks the voltage-gated sodium channels in the neuronal cell membrane. Cocaine produces potent sympathomimetic effects by increasing norepinephrine concentrations in postsynaptic receptors by inhibiting presynaptic reuptake.~~

~~Cocaine HCl blocks the initiation or conduction of nerve impulses following local application. When applied topically to mucous membranes, the drug produces a reversible loss of sensation and vasoconstriction.~~

### 12.2 Pharmacodynamics

Cocaine ~~HCl~~hydrochloride  has CNS stimulating effects. Cocaine exerts an indirect adrenergic effect by interfering with the uptake of norepinephrine by adrenergic nerve terminals, and therefore potentiates the effects of catecholamines producing vasoconstriction and mydriasis. The drug is also markedly pyrogenic, augmenting heat production by stimulating muscular activity and decreasing heat loss through vasoconstriction.

**Comment [OPDP50]:**  OPDP – Is "aqueous solution" needed here?

**Comment [PV51]:** The chemical name does not match  with the IUPAC name: methyl (1R,2R,3S,5S)-3-(benzoyloxy)-8-methyl-8-azabicyclo[3.2.1]octane-2-carboxylate hydrochloride, as compared to what the applicant has given, '(1R,2R,3S,5S)-methyl 3-(benzoyloxy)-8-methyl-8-azabicyclo[3.2.1]octane-2-carboxylate hydrochloride"

Page 24 of 36

FDASUPP012060

970   When applied topically to the mucous membranes of the nose, cocaine ~~HCl~~hydrochloride  reduces
971   the acuity of smell or taste. Local nasal vasoconstriction from topically applied cocaine shrinks the
972   nasal mucosa, enlarges the nasal passages, and minimizes the incidence and extent of bleeding
973   during nasal procedures (maintaining hemostasis).
974
975

Page 25 of 36

FDASUPP012061

*Effects on Central Nervous System*

Cocaine binds differentially to dopamine, serotonin, and norepinephrine transport proteins and directly prevents the re-uptake of dopamine, serotonin, and norepinephrine into pre-synaptic neurons. Cocaine causes CNS cortical stimulation and increased motor activity. Mydriasis and seizure threshold lowering may occur.

Low doses of cocaine in humans do not change respiratory rate or depth. At high doses, medullary CNS mediated increase in respiratory rate and decrease in tidal volume may occur, which may be followed by respiratory depression.  Overdose situations may cause respiratory failure.

Hypothalamic thermoregulatory center stimulation may cause a pyrogenic effect. Cocaine may increase body temperature by directly producing heat through stimulated muscle activity and indirectly through vasoconstriction, which may decrease heat loss.

Dopamine level alterations are primarily responsible for the addictive property of cocaine.

*Effects on Cardiovascular System*

Central and peripheral stimulatory effects may result in inotropic and chronotropic effects, increasing cardiac activity and causing tachycardia. Intense peripheral vasoconstriction may result in extremely elevated systolic and diastolic blood pressure.

Cocaine may increase myocardial oxygen demand, while simultaneously producing vasoconstriction of coronary arteries. Reversible cardiac ischemia, premature ventricular contractions, ventricular tachycardia, ventricular fibrillation, asystole, and myocardial infarction have been rarely reported.

*Effects on Endocrine System*

Cocaine may disturb glucose control because of its propensity to cause hyperglycemia.

*Effects on Gastrointestinal Tract and Other Smooth Muscle*

Cocaine has an anorexic effect, like other CNS stimulants. It does not decrease gastric, biliary, or pancreatic secretions, and does not decrease propulsive peristaltic colonic contractions. Vasoconstriction may produce ischemia of the spleen and intestines.

*Effects on Vascular System*

The relationship between local anesthetic effectiveness and toxicity of cocaine is a function of the patient's state of health, medical condition, nasal mucosa integrity and extent of systemic absorption of cocaine (from the pledgets). When applied to mucous membranes by pledget administration, topical anesthesia develops rapidly and persists for 30 minutes or longer depending on the concentration of cocaine HClhydrochloride  solution used, the dose, and on the vascularity of the tissue.

In a human adult, single-dose pharmacokinetic study, the application Cocaine cocaine Hydrochloride hydrochloride Topical topical Solutionsolution, 4% and 10%, for 20 minutes by pledgets produced nasal vasoconstriction significantly reducing capillary blood flow, assessed by laser Doppler perfusion. Statistical analysis showed that 160 mg (4 mL, 4%) and 400 mg (4 mL, 10%) cocaine HClhydrochloride  topical solution doses are significantly different from placebo (each comparison p <0.0001), suggesting reduced blood flow and increased vasoconstriction to the nasal mucous membranes.

Page 26 of 36

FDASUPP012062

1029

1030 **12.3   Pharmacokinetics**
1031 NUMBRINO is an aqueous solution of cocaine hydrochloride for topical use only.

1032 *Absorption*

1033

1034 Application of NUMBRINO for 20 minutes by pledget administration to the nasal mucosa in healthy
1035 adults significantly minimizes the systemic absorption of the applied dose of cocaine
1036 ~~HCl~~hydrochloride . The mean systemic absorption of cocaine from a single 160 mg dose (4 mL, 4%)
1037 was 23.44% of the topically applied dose. The mean systemic absorption of cocaine from a single
1038 400 mg dose (4 mL, 10%) was 33.34% of the topically applied dose (Table 2).

1039 ~~Application of NUMBRINO to broken or inflamed mucosa or more than four, simultaneous or~~
1040 ~~sequentially applied, saturated pledgets could result in higher plasma levels of local anesthetic and~~
1041 ~~systemic absorption that carries the risk of systemic toxicity.~~

1042

1043 **Table 2. Systemic Absorption of NUMBRINO in Healthy Adult Subjects Minimized by Pledget**
1044 **Administration (single nasal dose of 160 mg and 400 mg Cocaine ~~HCl~~Hydrochloride Topical**
1045 **Solution over 20 minutes)**

1046

| NUMBRINO Dose (4 mL) | Age Range (yr) | Application Time (min) | Estimated[1] Systemic Absorption | Mean $C_{max}$ (ng/mL) | Median $T_{max}$ (min) $C_{max}$ (ng/mL) |
|---|---|---|---|---|---|
| 160 mg (4%) | 20-40 | 20 | 23.44% | 142.68 n=33 | 30 142.7 |
| 400 mg (10%) | 20-40 | 20 | 33.34% | 433.53 n=30 | 30 433.5 |

1047 [1]Estimated absorbed dose was calculated by subtracting the residual amount of drug in the pledgets
1048 from the administered dose; $T_{max}$ includes time 0 (the start of pledget insertion to pledget removal
1049 (20 minutes) to the time $C_{max}$ was observed, i.e. 10 minutes after removal of the pledgets.

1050

1051 *Distribution*

1052

1053 Cocaine has been described in literature as approximately 84-92% bound to human plasma
1054 proteins. Cocaine is extensively distributed to tissues and crosses the blood brain barrier. Its volume
1055 of distribution is approximately 2 L/kg.  Cocaine crosses the placenta by simple diffusion, and
1056 accumulates in the fetus after repeated use.

1057

1058 *Metabolism*

1059

1060 Cocaine is metabolized by two major hydrolytic pathways. Cocaine ~~(40-45%)~~ is metabolized by
1061 hydrolysis to benzoylecgonine (major, but inactive metabolite) by hepatic carboxylesterase-1.
1062 Cocaine ~~(40-45%)~~ is also metabolized by hydrolysis to ecgonine methyl ester (major, but inactive
1063 metabolite) by plasma butyrylcholinesterase and hepatic carboxylesterase-2.

1064

1065 Cocaine is minimally metabolized by hydrolysis to ecgonine (minor, inactive metabolite) by
1066 carboxylesterase-2.

1067

1068 Cocaine ~~(5-10%)~~ is N-demethylated by the CYP3A4 enzyme system to produce the active
1069 metabolite, norcocaine. Total systemic exposure of norcocaine is less than one percent that
1070 observed with cocaine.

Page 27 of 36

FDASUPP012063

1071
1072

Page 28 of 36

FDASUPP012064

1073 *Excretion*
1074
1075 Cocaine is excreted almost exclusively in the urine, as metabolites. Only a minor fraction of cocaine
1076 is eliminated unchanged in the urine (<5%).
1077
1078 The apparent elimination half-life ~~(mean ± (%CV))~~ of cocaine following administration of NUMBRINO
1079 (by pledgets) was 1.54 hours ~~(±13.5)~~ for the 4% concentration, and 2.10 hours ~~(±36.8)~~ for the 10%
1080 concentration.
1081
1082 *Special Populations*
1083
1084 Elderly: The pharmacokinetics of NUMBRINO in patients over the age of 65 has not of been studied.
1085
1086 Hepatic Impairment: The pharmacokinetics of NUMBRINO in patients with hepatic impairment has
1087 not been studied.
1088
1089 Renal Impairment: The pharmacokinetics of NUMBRINO in patients with renal impairment has not
1090 been studied.
1091
1092 *Drug-drug Interactions:*
1093
1094 Disulfiram
1095
1096 It has been reported in the published literature that disulfiram treatment increased plasma cocaine
1097 exposure, including both AUC and $C_{max}$, by several folds after acute intranasal cocaine
1098 administration. Another published literature reported that co-administration of disulfiram increased
1099 AUC of plasma cocaine by several folds after intravenous cocaine administration *[see DRUG*
1100 *INTERACTIONS (7.1)].*
1101
1102
1103 **13   NONCLINICAL TOXICOLOGY**
1104
1105 **13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility**
1106
1107 *Carcinogenesis*
1108
1109 Long-term studies in animals have not been performed to evaluate the carcinogenic potential of
1110 cocaine. ~~NUMBRINO.  however, the long historical medical use of cocaine HCl and the intended~~
1111 ~~limited clinical use, for a nasal diagnostic procedure or surgery, suggests NUMBRINO is not~~
1112 ~~expected to be carcinogenic in humans~~
1113
1114 *Mutagenesis*
1115
1116 *Cocaine hydrochloride was not mutagenic in an in vitro bacterial reverse mutation assay (Ames test)*
1117 *and was not clastogenic in an in vitro chromosomal aberrations assay or in the in vivo rat*
1118 *micronucleus test.*
1119
1120 ~~Cocaine hydrochloride and its major stability and manufacturing impurities, which are also the~~           | Formatted: Font: Not Italic, No underline
1121 ~~primary metabolites, were concluded to be neither genotoxic nor clastogenic in vitro and in vivo~~
1122 ~~studies.~~
1123
1124 *Impairment of Fertility*
1125

Page 29 of 36

FDASUPP012065

1126 ~~Chronic administration of cocaine to male rats (15 mg/kg body weight or 10.5 times a human dose,~~
1127 ~~daily or twice weekly for 100 and 150 days of exposure to the drug) had an adverse effect on~~
1128 ~~spermatogenesis and fertility.~~

1130 Studies in animals to characterize the effects of cocaine on fertility have not been completed. There
1131 are published studies that provide some information on the potential impact of cocaine on fertility.
1132 Exposure margins below are based on body surface area comparison to the human reference dose
1133 (HRD) of 37.5 mg (estimated amount absorbed from the 160 mg cocaine-soaked pledgets).

1135 Suppression of estrous/menstrual cyclicity and ovulation was reported in rats at 1.3-2.6 times the
1136 HRD and in monkeys at 2 times the human daily dose.

1138 In a study in older male rats (16 weeks) 30 mg/kg cocaine SC (7.8 times the HRD) for 72 days prior
1139 to mating did not alter male fertility or alter male reproductive tissue histopathology but did increase
1140 the incidence of abnormal sperm and resulted in hyperactivity of next generation offspring.

## 14   CLINICAL STUDIES

### 14.1   ~~Study 1~~

1146 ~~A~~Study 1 was a ~~Phase 3, multicenter, randomized, double-blind, placebo controlled, parallel-groups~~
1147 ~~study designed to compareevaluated the efficacy and safety of intranasally administered cocaine~~
1148 ~~HCl topical solution, 4% and 10%, compared to placebo in adult patients undergoing a diagnostic~~
1149 ~~procedure or surgery on or through the nasal cavities.  Study drug was applied to the nasal mucosa~~
1150 ~~for 20 minutes via cotton or rayon pledgets, measuring 0.5 inches by 3 inches.  The procedures~~
1151 ~~most commonly performed included nasoendoscopy (60%), laryngoscopy (21%), and~~
1152 ~~pharyngoscopy (16%).  Nasal biopsy or turbinate reduction were not evaluated in this study.~~

1154 ~~A total of 156 patients were randomized to receive a single dose of cocaine HCl topical solution, 4%~~
1155 ~~or 10%, or placebo solution.  The efficacy phase of the study evaluated cocaine HCl topical solution,~~
1156 ~~4% (n=39) or cocaine HCl topical solution, 10% (n=41) compared to placebo (n=40).  The safety~~
1157 ~~phase included an additional 18 patients in each cocaine HCl treatment group.  Fifty-seven percent~~
1158 ~~(57.2%) of randomized patients were female and 80.5% were white, with a mean age of 38.9 years~~
1159 ~~(range 18 to 70 years).  All randomized patients completed the study.  Only those with adequate~~
1160 ~~topical anesthesia underwent a diagnostic procedure or surgery.  Patients with a history of~~
1161 ~~myocardial infarction, coronary artery disease, congestive heart failure, irregular heart rhythm,~~
1162 ~~abnormal screening ECG, or uncontrolled hypotension, defined as systolic blood pressure ≥140~~
1163 ~~mmHg or diastolic blood pressure ≥90 mmHg, were excluded from the study.~~

1165 ~~The primary efficacy endpoint was analgesic success, defined as immediate analgesia based on a~~
1166 ~~score of 0 on a numeric pain rating scale (NPRS; 0 to 10 scale) during a von Frey monofilament test~~
1167 ~~(5.18, 15 gram) 20 minutes after study drug administration, and sustained analgesia throughout the~~
1168 ~~diagnostic procedure or surgery, based on no further analgesic treatment required.~~

1170 ~~Efficacy results~~

1172 ~~The immediate and sustained analgesia success was greater for the cocaine HCl 10% treatment~~
1173 ~~group than for the placebo group, 75.6% versus 37.5% respectively, with a treatment difference of~~
1174 ~~38.1%, which was statistically significant (p=0.0005).~~

1176 ~~The proportion of subjects with immediate and sustained analgesia success was not statistically~~
1177 ~~significant between the cocaine hydrochloride 4% treatment group and placebo group, 53.0% versus~~

Formatted: Font: Arial, 11 pt
Formatted: Font: Arial, 11 pt, Not Strikethrough
Formatted: Font: Arial, 11 pt
Formatted: Font: Arial, 11 pt
Formatted: Font: Arial, 11 pt
Formatted: Font: 11 pt
Formatted: Space After:  10 pt
Formatted: Font: (Default) Arial, Bold
Formatted: Normal
Formatted: Font: Not Bold
Formatted: Font: Not Bold
Formatted: Font: Not Bold

Comment [LF52]: These percentages do not seem to be based on the 120 patients. But I also could not match the numbers exactly based on the total of 156 randomized patients.

Comment [PR53]: You are correct Feng. 159 subjects were enrolled, 156 were randomized.  91/159 = 57.2%.

Comment [LF54]: Not all randomized patients had the surgery or procedure performed.

Formatted: Left

Formatted: Justified

FDASUPP012066

Reference ID: 4283769

1178 ~~37.5% (p = 0.1088). The lack of a statistically significant difference may have been due to an~~
1179 ~~unexpectedly high placebo response and use of a 15-gram von Frey monofilament for assessment~~
1180 ~~of immediate analgesia~~
1181 ~~for providing adequate anesthesia to complete a diagnostic procedure or surgery.Nasal Procedure~~
1182 ~~Topical Anesthesia Studies~~
1183
1184 ~~Efficacy was demonstrated in two, multicenter, randomized, double-blind, placebo-controlled,~~
1185 ~~parallel arm, clinical trials comparing a single dose of 4% and 10% NUMBRINO and placebo applied~~
1186 ~~to pledgets and delivered to the nasal mucosa in patients requiring a diagnostic or surgical~~
1187 ~~procedure on or through accessible mucous membranes of the nasal cavities. One trial was~~
1188 ~~terminated early in order to update the trial to refine its operation.~~
1189
1190

**Comment [LF(55)]:** Suggest the applicant add information about the Von Frey filament test failures and the failures during procedures, like the approved label for the cocaine 4%.

**Comment [LF(56)]:** This may not be the only reason.

**Formatted:** Font: Not Bold

FDASUPP012067

1191 ~~The primary endpoint for both trials was nasal anesthesia success, defined as immediate anesthesia~~
1192 ~~based on a numeric pain rating score (NPRS) of 0 (no pain, 0 to 10 scale) 20 minutes post-~~
1193 ~~application of the nasal cavity pledget dose, and sustained anesthesia based on the lack of need for~~
1194 ~~additional anesthesia or analgesics for the remainder of the diagnostic procedure or surgery.~~

1196 ~~Study 1~~

1198 ~~Study 1 was a Phase 3, multicenter, randomized, double-blind, placebo controlled, parallel-groups~~
1199 ~~study designed to compare the efficacy and safety of intranasally administered cocaine HCl topical~~
1200 ~~solution, 4% and 10%, to placebo for providing adequate anesthesia to complete a diagnostic~~
1201 ~~procedure or surgery.~~

1203 ~~A total of 120 patients were enrolled in ten clinical centers and randomized to one dose of cocaine~~
1204 ~~HCl topical solution, 4% (n=39), cocaine HCl topical solution, 10% (n=41), or placebo (n=40) applied~~
1205 ~~to the nasal mucosa for 20 minutes. All randomized patients completed the study nasal procedure~~
1206 ~~or surgery.~~

1208 ~~Fifty seven percent (57.2%) of randomized patients were female and 80.5% were white, with a mean~~
1209 ~~age was 38.9 years (range 18 to 70 years).~~

1211 ~~The immediate and sustained analgesia success was significantly greater for the cocaine HCl 10%~~
1212 ~~treatment group (253 mg mean dose) than for the placebo group, 75.6% versus 37.5%, respectively~~
1213 ~~with a treatment difference of 38.1%, which was statistically ($p=0.0005$) and clinically significant.~~

1215 ~~The proportion of subjects with immediate and sustained analgesia success was not statistically~~
1216 ~~significant between the cocaine HCl 4% treatment group (108 mg mean dose) and placebo group,~~
1217 ~~53.9% versus 37.5% ($p = 0.1088$). Lack of a statistically significant difference was due, in part, to the~~
1218 ~~unexpectedly high placebo response and use of a suboptimal nasal pressure-generating device (von~~
1219 ~~Frey monofilament, Size 5.18, 15 gram).~~

1221 ~~All patients in both active treatment groups had adequate hemostasis, based on a subjective~~
1222 ~~assessment~~, produced by cocaine's local nasal vasoconstriction, as assessed by the investigator.

1224 **14.2  ~~Study 2~~**

> Formatted: No underline
> Formatted: Font: Bold, No underline

1226 A ~~Study 2 was a~~ Phase 3, multicenter, randomized, double-blind, placebo controlled, parallel-groups
1227 study evaluated the efficacy and safety of ~~designed to compare the efficacy and safety of~~
1228 ~~in~~intranasally administered cocaine hydroch~~HCl~~loride nasal~~topical~~ solution, 4% and 10%, compared
1229 to placebo in adult patients undergoing a diagnostic procedure or surgery on or through the nasal
1230 cavities.  Study drug was applied to the nasal mucosa for 20 minutes via cotton or rayon pledgets,
1231 measuring 0.5 inches by 3 inches~~for providing adequate anesthesia to complete a nasal procedure~~
1232 ~~or surgery~~.  The procedures most commonly performed included nasal endoscopy (62%), transnasal
1233 laryngoscopy (24%), ~~and~~ sinus endoscopy (6%), n~~. N~~asal biopsy (0.25%), and turbinate reduction (
1234 ~~made up ~~0.25%) ~~each of evaluated procedures~~.

1236 ~~Topical~~Nasal anesthesia was assessed using the visual numeric rating scale (VNRS) during a von

> Formatted: Tab stops:  0 53", Left

1237 Frey monofilament test prior to the diagnostic procedure or surgery.  After subject-reported pain
1238 scores were collected, the blind to placebo was broken and placebo patients did not have diagnostic
1239 procedure or surgery conducted.  Cocaine patients who reported a pain score of 0 proceeded to the
1240 scheduled procedure.

1242 A total of ~~646~~ 639  patients were ~~enrolled in twenty clinical centers and~~ randomized and to received
1243 a single ~~one dose~~application of either cocaine ~~HCl~~hydrochloride nasal~~topical~~ solution, 4% (n=258~~0~~),

FDASUPP012068

1244  cocaine HClhydrochloride  topical nasal solution, 10% (n=2549), or placebo (n=1278), applied to the
1245  nasal mucosa for 20 minutes. Two subjects in the cocaine HCl topical solution, 4% treatment group
1246  discontinued the study due to adverse event related drug reasons and required early removal of the
1247  pledgets from their nasal cavities. Three subjects in the cocaine HCl topical solution, 10% treatment
1248  group required early removal of the pledgets from their nasal cavities but completed the study
1249  procedure or surgery.  Sixty-one percent (60.8%61%) of randomized patients were female, and
1250  80.8%81% were white, with a mean age was 37.638 years (range 18 to 76 years).  Patients with a
1251  history of myocardial infarction, coronary artery disease, congestive heart failure, irregular heart
1252  rhythm, abnormal screening ECG, or uncontrolled hypertension, defined as systolic blood pressure
1253  ≥140 mmHg or diastolic blood pressure ≥90 mmHg, were excluded from participating in the study.
1254  Two patients in the cocaine hydrochloride, nasal solution 4% treatment group discontinued the study
1255  due to an adverse event and required early removal of the pledgets from their nasal cavities. Three
1256  patients in the cocaine hydrochloride, nasal solution 10% treatment group required early removal of
1257  the pledgets from their nasal cavities but completed the study procedure or surgery.  Patients with a
1258  history of myocardial infarction, coronary artery disease, congestive heart failure, irregular heart
1259  rhythm, abnormal screening ECG, or uncontrolled hypertension, defined as systolic blood pressure
1260  ≥140 mmHg or diastolic blood pressure ≥90 mmHg, were excluded from participating in the study.
1261
1262  The primary efficacy endpoint was anesthetic success, defined as immediate anesthesia based on a
1263  score of 0 on a NPRS during a von Frey monofilament test (5.88, 60 gram) 20 minutes after study
1264  drug administration, and sustained anesthesia throughout the diagnostic procedure or surgery based
1265  on no further anesthetic or analgesic treatment required.
1266
1267  Efficacy Results  Sixty-one percent (60.8%) of randomized patients were female, and 80.8% were
1268  white, with a mean age was 37.6 years (range 18 to 76 years).
1269
1270  Table 3 provides results for analgesicesthetic success rate by treatment group.
1271
1272  Table 3: Analgesicesthetic Success

| Event | Placebo (N=127) | Cocaine 4% (N=258) | Cocaine 10% (N=254) |
|---|---|---|---|
| Success | 25 (20%) | 183 (71%) | 210 (83%) |
| Failure | 102 (80%) | 75 (29%) | 44 (17%) |

1273
1274

**Formatted:** Highlight
**Formatted:** Highlight
**Formatted:** Highlight
**Formatted:** Highlight
**Formatted:** Highlight
**Comment [KS57]:**
**Comment [KS58]:**
**Comment [KS59]:** Double check if this should stay here or section 6
**Comment [PR60]:** Moved to section 6.
**Formatted:** Highlight
**Formatted:** Underline
**Comment [PR61]:** For COCA4vs10-002, primary efficacy endpoint was anesthetic success.
**Formatted:** Centered

Page 33 of 36

FDASUPP012069

1275 The immediate and sustained anesthe~~tsic~~tic success was ~~significantly~~ greater for the cocaine ~~HCl~~
1276 hydrochloride ~~topical~~ nasal solution, 4% treatment group ~~(126 mg mean dose)~~ than for the placebo
1277 group, ~~70.9~~71% versus ~~19.7~~20%, respectively, with a treatment difference of ~~51.2~~51%, which was
1278 statistically significant ~~(p<0.0001) and clinically significant~~.
1279

1280 A statistically ~~and clinically~~ significant difference was observed between the cocaine ~~HCl~~
1281 hydrochloride ~~topical~~ nasal solution, 10% treatment group ~~(319 mg mean dose)~~ and placebo group,
1282 with the proportion of patients demonstrating immediate and sustained anesthesia of 8~~3~~2.7% versus
1283 20~~19.7~~% ~~(p<0.0001)~~, respectively, with a treatment difference of 63.0%. ~~An exploratory analysis~~
1284 ~~demonstrated that a difference in response to the von Frey monofilament test (5.88, 60 gram) exists~~
1285 ~~between the cocaine HCl 10% and cocaine HCl 4% treatments groups (p=0.0011). The nasal~~
1286 ~~pressure-generating device was a von Frey monofilament, Size 5.88, 60 gram.~~
1287

1288 Of the 75 (29%) failures in the cocaine 4% group, 2 patients requested additional anesthetic
1289 medication. Of the 44 (17%) failures in the cocaine 10% group, 1 patient~~s~~ requested additional
1290 anesthetic medication.
1291

1292 One patient in the cocaine hydrochloride nasal solution, 10% treatment group did not have adequate
1293 hemostasis, as assessed by the investigator. ~~Patients in both active treatment groups had adequate~~
1294 ~~hemostasis, produced by cocaine's local nasal vasoconstriction, as assessed by the investigator.~~
1295

## 16   HOW SUPPLIED/STORAGE AND HANDLING

### 16.1  How Supplied

**NUMBRINO™**
NUMBRINO™ (cocaine hydrochloride ~~topical solution~~) ~~topical~~nasal solution is a clear, blue-green
solution available in two strengths as follows:

**4% ~~Topical~~ Nasal Solution**
NDC 0527-1961-74: 4mL ~~Single-dose~~ ~~Unit of Use~~ Bottles
NDC 0527-1961-73: 10mL Multi-Dose Bottles

**10% ~~Topical~~ Nasal Solution**
NDC 0527-1962-74: 4mL ~~Unit of Use~~Single-~~dose~~use Bottles

### 16.2  Storage and Handling

Store at 20 to 25°C (68 to 77°F) [see USP Controlled Room Temperature].

Keep out of reach of children.

Keep in a secure area and protect from diversion.

## 17   PATIENT COUNSELING INFORMATION

Pregnancy
Inform female patients of reproductive potential that GOPRELTO may cause fetal harm and to
inform their prescriber of a known or suspected pregnancy *[see Use in Specific Populations
(8.1)]*.

Lactation

*Comments in margin:*
- Comment [KS62]: convert to table
- Comment [KS63]: delete paragraph 738-742 if 10% isnt approved
- Comment [KS64]:
- Comment [KS65]: modified- will flip /inverse ratio or deleted 258/259
- Formatted: Highlight (×4)
- Formatted: Font: Not Bold (×2)
- Comment [OPDP66]: OPDP – Replace "GOPRELTO" with "NUMBRINO".
- Comment [DM67]: From DPMH to DAAAP: Same comment as above in Highlights. We would recommend deleting the statement about "fetal harm."

Reference ID: 4283769

FDASUPP012070

1326  Advise a woman that breastfeeding is not recommended during treatment with NUMBRINO
1327  and to pump and discard breastmilk for 48 hours after administration of NUMBRINO *[see Use in*
1328  *Specific Populations (8.2)].*
1329
1330
1331

> Formatted: Font: (Default) +Body (Cambria)

> Formatted: Normal

1332   • Inform patients of the likelihood of expected side effects, such as, a transient increase in
1333      heart rate and/or blood pressure that should resolve within the same day. Instruct patients to
1334      contact their health care professional if these symptoms persist *[see Adverse Reactions (6)].*
1335   • Advise patients to inform their health care professional if they are taking CNS stimulants,
1336      alpha-modifying agents, monoamine oxidase inhibitors, or tricyclic antidepressants *[see Drug*
1337      *Interactions (7)].*
1338   • Advise patients of the signs and symptoms of hypersensitivity reactions and to seek
1339      immediate medical attention should they occur *[see Warnings and Precautions (5.5)].*
1340   • Advise diabetic patients their blood glucose levels may be transiently elevated immediately
1341      after their procedure *[see Warnings and Precautions (5.6)].*
1342
1343

Page 35 of 36

FDASUPP012071

1344
1345
1346
1347
1348
1349
1350
1351
1352    11-211 Rev. 12/2017
1353

Distributed by:
Lannett Company, Inc.
Philadelphia, PA 19154

Manufactured by:
Cody Laboratories, Inc.
Cody, WY 82414

Page 36 of 36

FDASUPP012072



NDC 0527-1962-71
Single Use-4 mL

Each mL Contains 100 mg
Cocaine Hydrochloride.

See Package Insert for Complete
Prescribing Information.

Store at 20° to 25°C (68° to 77°F).
[See USP Controlled Room
Temperature].

KEEP OUT OF REACH OF CHILDREN.

Keep in a secure area and protect
from diversion.

Distributed by:
Lannett Company, Inc.
Philadelphia, PA 19154

JA 1713

NUMBRINO™
(cocaine hydrochloride)
topical solution

10% (100 mg/mL)

FOR TOPICAL USE
NOT FOR
OPHTHALMIC USE

Rx Only    ID204283769

Lot No.: 18123456A
Exp. Date: MM/YYYY

Lannett

DASUPP012003

Reference ID: 4283769



NDC 0527-1961-73
Multi-Dose 10 mL

J           714

Each mL contains 40 mg of
cocaine hydrochloride.

See Package Insert for Complete
P esc ibing Info ma ion.

Store at 20° to 25°C (68° to 77°F).
[See USP Cont olled Room
Tempe atu re].

KEEP OUT OF REACH OF CHILDREN.

Keep in a secu re a ea and protect
f om div sion.

Distributed by:
Lannett Company, nc.
Philadelphia, PA 19154

Rev. 05/18      11-209

NUMBRINO™
(cocaine hydrochloride) C II
topical solution

**4% (40 mg/mL)**

FOR TOPICAL USE ONLY
NOT FOR INJECTION OR
OPHTHALMIC USE

Rx Only

Lannett

8 0527 196173

18123456A
Exp Date: MM/YYYY

Lot No.:
Exp Date: MM/YYYY

DASUP      074



Each carton is 40 mg of
cocaine hydrochloride.
See Package Insert for Complete
P escribing Informa ion.
Store at 20° to 25°C (68° to 77°F).
[See USP Cont olled Room
Tempe atu e].
KEEP OUT OF REACH OF CHILDREN.
Keep in a secu e a ea and p otect
f om diversion.

Dist ibuted by:
Lennett Company, Inc.
Philadelphia, PA 191 6

Rev. 05/18        11-208

NDC 0527-1461-74
Single-Use 4 mL

NUMBRINO™
(cocaine hydrochloride)
topical solution

4% (40 mg/mL)

FOR TOPICAL USE ONLY
NOT FOR INJECTION OR
OPHTHALMIC USE

Rx Only

JA 1715

Lot No.: 18123456A
Exp Date: MM/YYYY

Lennett

Reference ID: 4283769



BACK TO BACK
GLUING
AREA

NO

COATING

Area to print
Serialization
Information
(Datalase Coating)
Lot No.:   18123456A
Exp. Date:   MM/YYYY

GLUE - NO COATING

NDC 0527-**1962**-74
Single-Use 4 mL

NUMBRINO™
(cocaine hydrochloride)
topical solution

**10% (100 mg/mL)**

FOR TOPICAL USE ONLY.
NOT FOR INJECTION OR
OPHTHALMIC USE

Rx Only        Lannett

Each mL contains 100 mg of
cocaine hydrochloride.

See Package Insert for Complete
Prescribing Information.

Store at 20° to 25°C (68° to
77°F). [See USP Controlled
Room Temperature].

**KEEP OUT OF REACH OF
CHILDREN.**

Keep in a secure area and protect
from diversion.

**DO NOT USE** if carton has been
opened.

NDC 0527-**1962**-74
Single-Use 4 mL

NUMBRINO™
(cocaine hydrochloride)
topical solution

**10% (100 mg/mL)**

FOR TOPICAL USE ONLY.
NOT FOR INJECTION OR
OPHTHALMIC USE

Rx Only        Lannett

Distributed by:
Lannett Company, Inc.
Philadelphia, PA 19154

Manufactured by:
Cody Laboratories, Inc.
Cody, WY 82414

Rev. 05/18        41-190

3  0 5271 96274  4

NO

COATING

NO

COATING

NO

COATING

BACK TO BACK
GLUING
AREA

BACK TO BACK
GLUING
AREA

FDASUPP012476

Reference ID: 4283769

SA-1717



BACK TO BACK GLUING AREA

NO COATING

NO COATING

Area to print
Serialization
Information
(Datalase Coating)
Lot No.: 181234567A
Exp. Date   MM/YYYY

GLUE - NO COATING

NDC 0527-**1961**-73
Multi-Dose 10 mL

NUMBRINO™
(cocaine hydrochloride)
topical solution

4% (40 mg/mL)

FOR TOPICAL USE ONLY.
NOT FOR INJECTION OR
OPHTHALMIC USE

Rx Only   Lannett

Each mL contains 40 mg of
cocaine hydrochloride.

See Package Insert for Complete
Prescribing Information.

Store at 20° to 25°C (68° to
77°F). [See USP Controlled
Room Temperature].

KEEP OUT OF REACH OF
CHILDREN.

Keep in a secure area and protect
from diversion.

DO NOT USE if carton has been
opened.

NDC 0527-**1961**-73
Multi-Dose 10 mL

NUMBRINO™
(cocaine hydrochloride)
topical solution

4% (40 mg/mL)

FOR TOPICAL USE ONLY.
NOT FOR INJECTION OR
OPHTHALMIC USE

Rx Only   Lannett

Return bottle to carton after
each use.

Record amount used and date.

Date Opened: _____
Amt. Used/Date: _____
Amt. Used/Date: _____
Amt. Used/Date: _____
Amt. Used/Date: _____
Amt. Used/Date: _____

Distributed by:
Lannett Company, Inc.
Philadelphia, PA 19154

Manufactured by:
Cody Laboratories, Inc.
Cody, WY 82414

Rev. 05/18     41-189

3   0 5271 96173   0

NO COATING

NO COATING

BACK TO BACK GLUING AREA

BACK TO BACK GLUING AREA



NO COATING

NO COATING

Exp. Date:   MM/YYYY
Lot No.:   18123456A
(Database Coating)
Information
Serialization
Area to print

GLUE - NO COATING

NDC 0527-**1961**-74
Single-Use 4 mL

NUMBRINO™
(cocaine hydrochloride)
topical solution

4% (40 mg/mL)

FOR TOPICAL USE ONLY.
NOT FOR INJECTION OR
OPHTHALMIC USE

Rx Only   **Lannett**

Each mL contains 40 mg of
cocaine hydrochloride.
See Package Insert for Complete
Prescribing Information.
**Store at 20° to 25°C (68° to
77°F).** [See USP Controlled
Room Temperature].
**KEEP OUT OF REACH OF
CHILDREN.**
Keep in a secure area and protect
from diversion.
**DO NOT USE** if carton has been
opened.

NDC 0527-**1961**-74
Single-Use 4 mL

NUMBRINO™
(cocaine hydrochloride)
topical solution

4% (40 mg/mL)

FOR TOPICAL USE ONLY.
NOT FOR INJECTION OR
OPHTHALMIC USE

Rx Only   **Lannett**

Distributed by:
Lannett Company, Inc.
Philadelphia, PA 19154

Manufactured by:
Cody Laboratories, Inc.
Cody, WY 82414

Rev. 05/18     41-188

N
3   0 5 2 7 1 9 6 1 7 4   7

NO COATING

NO COATING

FDASUPP012078

JA-1719

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

------------------------------------------------------------------------------------

/s/
----------------------------------------------------------

KOUNG U LEE
06/27/2018

Reference ID: 4283769

| From: | Kapoor, Shelly |
|---|---|
| To: | Kristie Stephens; Katy Rudnick |
| Cc: | RegAffairs |
| Subject: | NDA 209575 Label- 12.24.2019 |
| Date: | Tuesday, December 24, 2019 11:03:00 AM |
| Attachments: | NDA 209575 Label TO FIRM 12.24.19.docx |
| Importance: | High |

Dear Kristie,

Please find attached the package insert label for **NDA 209575** ( Topical Cocaine) with our comments.

Please review this document, as well as the additional comments below, and:

1. Accept all changes you agree with.
2. Make revisions ( in track changes) and add a rationale comment for any language with which you do not agree.
3. Please check for the accuracy of the cross references.
4. Please check for any formatting (font, spacing, etc.) or typographical errors and make those corrections.

Please return the PI document as well as the amended carton/container labels to me via email only. There is no need to submit formally to your NDA at this time, as there may be additional negotiation before the action date.

Please let us know your revisions or concurrence to both the PI and the carton/container comments (below) as soon as possible but no later than **12pm ET Friday, January 3, 2020.**

**Additional Labeling comments:**

**Carton and Container Labels:**



**Carton (4%, 4 ml and 10 mL):**

4. 

Kindly acknowledge receipt of this email.

Warm Regards,
Shelly

Shelly Kapoor, PharmD, RAC
Regulatory Project Manager
Anesthesiology, Addiction Medicine, and Pain Medicine
Division of Regulatory Operations for Neuroscience
Office of Regulatory Operations
Center for Drug Evaluation and Research
U.S. Food and Drug Administration
(P) 240.402.2787
(E) Shelly.Kapoor@fda.hhs.gov

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN
INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER LAW.  If you are
not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review disclosure,
dissemination, copying, or other action based on the content of this communication is not authorized.  If you have received this document
in error, please immediately notify us by email or telephone.

FDASUPP012081

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

------------------------------------------------------------------------------------------------

/s/
-------------------------------------------------------------


SONAM S KAPOOR
12/24/2019 11:10:51 AM

FDASUPP012082

1. **HIGHLIGHTS OF PRESCRIBING INFORMATION**

Commented [A1]  NOTE TO APPLICANT: Ensure HIGHLIGHTS are in two-column format.

These highlights do not include all the information needed to use NUMBRINO safely and effectively. See full prescribing information for NUMBRINO.

NUMBRINO™ (cocaine hydrochloride) ~~nasal~~topical solution, ~~for nasal mucosa use~~, CII

Initial U.S. Approval: ~~XXX~~2017

---

**WARNING: ABUSE AND DEPENDENCE**

*See full prescribing information for complete boxed warning.*

**CNS stimulants, including cocaine hydrochloride, have a high potential for abuse and dependence. (6.1)**

---

x

------------------INDICATIONS AND USAGE-------------------

NUMBRINO (cocaine hydrochloride) nasal solution is ~~a nasal liquid formulation of cocaine hydrochloride that is~~an ester local anesthetic indicated for the introduction of local ~~(topical)~~ anesthesia of the mucous membranes for diagnostic procedures and surgeries on or through the ~~accessible mucous membranes of the~~nasal cavities of adults. (1)

------------------DOSAGE AND ADMINISTRATION-------------------

• For intranasal use only. (2.1)
~~• The recommended dose of NUMBRINO ranges from 40 mg to 400 mg, depending on the nasal surface area varies and depends upon the area to be anesthetized and the procedure to be performed  vascularity of the tissues, individual tolerance, and the technique of anesthesia. (2)~~
• Do not apply to damaged nasal mucosa. (2.1)
• NUMBRINO is not interchangeable with other nasal cocaine products. (2.1)
• The recommended dose of NUMBR NO ranges from 40 mg to 400 mg, depending on the nasal surface area to be anesthetized and the procedure to be performed. (2.2)
• One pledget will absorb one mL of NUMBRINO nasal solution. (2.2)
• Preparation and Application:
 – Draw up 4 mL NUMBR NO 4% nasal solution into a syringe calibrated in mL.  Apply 2 mL NUMBR NO nasal solution to the top of four stacked pledgets.  Turn the stacked pledgets over and apply 2 mL NUMBRINO nasal solution to the other side. (2.3)
 – NUMBR NO nasal solution should be evenly distributed on all pledgets. (2.3)
 – Following soaking, place a maximum of two pledgets in each nasal cavity. (2.3)
 – Leave pledgets in place for up to 20 minutes. (2 3)
~~• NUMBR NO should be administered by means of cotton or rayon applicator pledgets applied to the nasal mucosa. (2)~~
~~• One (1) mL of NUMBRINO should be applied to each pledget  One (1) or two (2) pledgets that are ½" x 3" containing anesthetic solution should be applied topically per nostril, with a maximum of 2 pledgets used per nostril; maximum of 4 pledgets per procedure. (2)~~
~~• Pledgets should be retained in the nasal cavity for 20 minutes, with removal occurring immediately prior to the patient's procedure or surgery. (2)~~
~~• Pledgets should be removed immediately upon any sign or symptoms of untoward adverse events. (2)~~

------------------DOSAGE FORMS AND STRENGTHS-------------------

~~•  Topical~~nasal solution:
~~• ~~4% ~~topical~~nasal solution (40 mg/ mL; available in both 4mL and 10mL bottles) (3) ~~(16.1)~~
~~ ◊  10% topical solution (100 mg/ mL; available in a 4mL bottle) (3) (16.1)~~

------------------CONTRAINDICATIONS-------------------

• Hypersensitivity to cocaine, or any component of NUMBR NO. (4)
• Epilepsy. (4)
• Hereditary pseudocholinesterase deficiency. (4)
• Concomitant use of cholinesterase inhibitors. (4)
• Concomitant use of α-modifying drugs and tricyclic antidepressants. (4)
~~• Cocaine hydrochloride is contraindicated in patients weighing less than 40 kg  (4)~~
~~•~~

------------------WARNINGS AND PRECAUTIONS-------------------

• NUMBRINO is for TOPICAL USE ONLY. NOT FOR INJECTION OR OPHTHALMIC USE. (5)
• Seizures:  NUMBRINO may lower the convulsive threshold.  Monitor patients for development of seizures.
• Blood Pressure and Heart Rate Increases:  Monitor vital signs, including heart rate and rhythm, in patients after receiving NUMBRINO.  Avoid use of NUMBRINO in patients with a recent or active history of myocardial infarction, coronary artery disease, congestive heart failure, irregular heart rhythm, abnormal ECG, uncontrolled hypertension, or thyrotoxicosis.

FDASUPP012083

- Risk of life threatening respiratory depression in patients acutely ill  debilitated  having excessive systemic exposure (damaged mucosa  pseudocholinesterase deficiency)  or on concomitant central nervous system depressants. Monitor closely, particularly during initiation, and have resuscitative equipment and drugs immediately available  Remove pledgets if still in contact with the nasal mucosa  (5.1  5.2  5.3  5.7)
- Risk of use in patients with hypertension  cardiovascular disease  thyrotoxicosis  or known hypersensitivity to sympathomimetic amines  Shown to increase blood pressure and heart rate in clinical trial patients. Monitor blood pressure and heart rate. Use in patients with inadequately controlled hypertension or active thyroid disease is not advised  (5.4  5.5)

------------------------ADVERSE REACTIONS------------------------

The Mmost common adverse reactions (> >1%) occurring in patients treated with NUMBRINO were hypertension, tachycardia  bradycardia  QT interval prolongation  sinus tachycardia  and QRS complex prolongation  increased heart rate  diastolic hypertension  and tachycardia  bradycardia  sinus tachycardia, tachycardia paroxysmal, heart rate increased, QT interval prolongation, QRS complex prolongation, headache, and anxiety. (6.1)

Transient, asymptomatic eElevations in systolic blood pressure (≥ 25 mm Hg from baseline), diastolic blood pressure (≥ 15 mm Hg from baseline), and tachycardia  heart rate >30% of baseline (≥ 20 beats per minute from baseline) have been reported. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Cody Laboratories, Inc. at 1-844-834-0530 or FDA at 1-800-FDA-1088 or _www.fda.gov/medwatch_.**

------------------------DRUG INTERACTIONS------------------------

- Epinephrine  Phenylephrine:  There have been reports of myocardial ischemia  myocardial infarction  and ventricular arrhythmias with concomitant use during nasal surgery.  Avoid use of additional vasoconstrictor agents with NUMBRINO.  If concomitant use is unavoidable  prolonged vital sign and ECG monitoring may be required.  (5.3  7)
- Disulfiram: Disulfiram treatment increases plasma cocaine exposure. Avoid using NUMBRINO in patients taking disulfiram. (7.7)
- CNS stimulants: Concomitant administration may result in nervousness, irritability, or possibly convulsions. $(7.1)$
- Cholinesterase inhibitors: Concomitant administration may increase the risk of cocaine toxicity. $(7.2)$
- Sympathomimetics, alpha modifyingpostganglionic blocking  agents, and tricyclic antidepressants: Concomitant administration may increase the risk of cardiovascular adverse reactions. $(7.3  7.4  7.6)$
- Monoamine-oxidase inhibitors: Concomitant administration may potentiate the effects and toxicity of monoamine-oxidase inhibitors. $(7.5)$

------------------USE IN SPECIFIC POPULATIONS------------------

- Pregnancy: May cause fetal harm. $(8.1)$
- Lactation  Breastfeeding not recommended during treatment  but a lactating woman can pump and discard breast milk for 48 hours after treatment  (8.2) Breastfeeding not recommended within 48 hours of dosingAvoid breastfeeding 48 hours after treatment  $(8.2)$
- Geriatric Patientse: May be more susceptible to cardiovascular adverse events $(8.5)$
- Hepatic impairment:  t is not recommended to dose NUMBR NO in patients with hepatic impairment (8.6).
- Renal impairment: Monitor for adverse reactions such as headache  epistaxis  and clinically-relevant increases in heart rate or blood pressure (8.7).

**See 17 for PATIENT COUNSELING INFORMATION.**

06/2019Revised  12/20197

FDASUPP012084

**FULL PRESCRIBING INFORMATION: CONTENTS\***

Commented [A2]  NOTE TO APPLICANT: Please update this table.

**1 INDICATIONS AND USAGE**
**2 DOSAGE AND ADMINISTRATION**
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
  5.1  Respiratory Depression
  5.2  Interactions with Central Nervous System Depressants
  5.3  Damaged Mucosa
  5.4  Use in Patients with Hypertension, Cardiovascular Disease or Thyrotoxicosis
  5.5  Known Hypersensitivity or Idiosyncrasy to the Sympathomimetic Amines
  5.6  Patients with Diabetes
  5.7  Acutely Ill and Debilitated Patients
  5.8  Ophthalmic Use
  5.9  Abuse Potential
**6 ADVERSE REACTIONS**
  6.1  Clinical Trial Experience
  6.2  Other Adverse Reactions* Observed During the Premarketing Evaluation of NUMBRINO
**7 DRUG INTERACTIONS**
  7.1  Central Nervous System Stimulants
  7.2  Cholinesterase Inhibitors
  7.3  Sympathomimetics
  7.4  Alpha-modifying Agents
  7.5  Monoamine-Oxidase Inhibitors
  7.6  Tricyclic Antidepressants
  7.7  Halothane Anesthesia

**8 USE IN SPECIFIC POPULATIONS**
  8.1  Pregnancy
  8.2  Lactation
  8.4  Pediatric Use
  8.5  Geriatric Use
  8.6  Hepatic Impairment
  8.7  Renal Impairment
  8.8  Pseudocholinesterase Deficiency
**9 DRUG ABUSE AND DEPENDENCE**
  9.1  Controlled Substance
  9.2  Abuse
  9.3  Dependence
**10 OVERDOSAGE**
  10.1  Signs and Symptoms
  10.2  Treatment
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
  12.1  Mechanism of Action
  12.2  Pharmacodynamics
  12.3  Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
  13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility
**14 CLINICAL STUDIES**
**16 HOW SUPPLIED/STORAGE AND HANDLING**
  16.1  How Supplied
  16.2  Storage and Handling
**17 PATIENT COUNSELING INFORMATION**

\* Sections or subsections omitted from the full prescr bing information are not listed.

FDASUPP012085

**FULL PRESCRIBING INFORMATION**

<div style="border:1px solid">

**WARNING: ABUSE AND DEPENDENCE**

**CNS stimulants, including cocaine hydrochloride, have a high potential for abuse and dependence. (5.1)**

</div>

**1   INDICATIONS AND USAGE**

NUMBRINO (cocaine hydrochloride) nasal solution is ~~a liquid formulation of cocaine hydrochloride~~ indicated for the ~~introduction~~ induction of local ~~(topical)~~ anesthesia of the mucous membranes when performing for diagnostic procedures and surgeries on or through the ~~accessible mucous membranes of the~~ nasal cavities in adults.

**2   DOSAGE AND ADMINISTRATION**

**2.1  Important Dosage and Administration Instructions**

- NUMBRINO (cocaine hydrochloride) is for intranasal use only.
- Do not apply NUMBRINO to damaged nasal mucosa.
- Unless the FDA has determined that these products can be substituted, do not substitute NUMBRINO and other intranasal cocaine products because this may result in different local and/or systemic exposures.

~~The recommended dose of NUMBRINO varies and depends upon the area to be anesthetized, vascularity of the tissues, individual tolerance, and the technique of anesthesia.~~

~~NUMBRINO should be administered by means of cotton or rayon applicator pledgets applied to the nasal mucosa.  One (1) mL of NUMBRINO should be applied to each pledget.  One (1) or two (2) pledgets that are ½" x 3" containing anesthetic solution should be applied topically per nostril, with a maximum of 2 pledgets used per nostril; maximum of 4 pledgets per procedure. Pledgets should be retained in the nasal cavity for 20 minutes, with removal occurring immediately prior to the patient's procedure or surgery. Pledgets should be removed immediately for any sign or symptoms of untoward adverse events.~~

**2.2  Dosing Recommendations**

The recommended dose of NUMBRINO ranges from 40 mg to 160 mg, depending on the nasal mucosal area to be anesthetized and the procedure to be performed.  Each pledget absorbs one mL of NUMBRINO nasal solution.  A maximum of two soaked cotton or rayon pledgets may be placed in each nasal cavity, for a total dose of 160 mg for NUMBRINO nasal solution 4%.

The total dose for any one procedure or surgery should not exceed 3 mg/kg cocaine hydrochloride.

The recommended size of the cotton or rayon pledgets for use with NUMBRINO measure ½ inch x 3 inch (sold separately).

**2.3  Preparation and Administration of NUMBRINO Pledgets**

201
202 Draw up 4 mL  NUMBRINO into a syringe calibrated in mL.  Stack four pledgets and apply 2 mL of
203 solution to the top of the stacked pledgets.  Turn the stacked pledgets over and apply 2 mL of
204 solution to the other side.  NUMBRINO should be evenly distributed on all pledgets.
205
206 Following NUMBRINO application to pledgets, place one (1) or two (2) pledgets in each nasal cavity,
207 for a maximum of 2 pledgets used per nostril.
208
209 Leave pledgets in place for up to 20 minutes.  Remove pledgets and continue with the procedure.
210 Discard pledgets, and dispose of any unused pledgets and remaining solution in accordance with
211 institutional procedures for CII products.
212
213 **3   DOSAGE FORMS AND STRENGTHS**
214
215 ~~ NUMBRINO™ (cocaine hydrochloride topical solution) is for single use only, once per procedure or~~
216 ~~surgery. Each 1 mL of the 4% solution contains 40 mg of cocaine hydrochloride, and each 1 mL of~~
217 ~~the 10% solution contains 100 mg of cocaine hydrochloride, as aqueous solution, for topical nasal~~
218 ~~administration.~~
219
220 NUMBRINO (cocaine hydrochloride) nasal solution is a clear, blue-green solution provided in a
221 concentration of 4% (40 mg/mL).  The 4% nasal solution is provided in both a single-dose 4 mL (160
222 mg/4 mL) and multiple-dose 10 ml (400 mg/10 mL) bottles.  Each 1 mL of the 4% solution contains
223 40 mg of cocaine hydrochloride, equivalent to 35.6 mg of cocaine free base as aqueous solution, for
224 topical nasal administration.
225
226 **4   CONTRAINDICATIONS**
227
228 NUMBRINO ~~contains cocaine hydrochloride and~~ is contraindicated in ~~ patients with~~
229   • patients with ~~a~~ known history of hypersensitivity to cocaine hydrochloride, other ester-based
230     local anesthetics, or any other ~~the drug or to the~~ components of the ~~topical~~ nasal solution
231     [see Warnings and Precautions (5.5)].
232
233
234 ~~Cocaine hydrochloride is contraindicated in patients with epilepsy because it lowers seizure~~
235 ~~threshold.~~
236
237 ~~Cocaine hydrochloride is largely metabolized by butyrylcholinesterase and carboxylesterases, thus~~
238 ~~those patients taking cholinesterase inhibitors such as echothiophate eye drops for the treatment of~~
239 ~~glaucoma, or neostigmine for the treatment of Myasthenia Gravis, or with hereditary~~
240 ~~pseudocholinesterase deficiency, should not be administered cocaine hydrochloride. If these~~
241 ~~patients are given cocaine hydrochloride, higher blood levels result, with a greater risk of drug~~
242 ~~toxicity.~~
243
244 ~~Cocaine hydrochloride is also contraindicated in patients receiving α modifying drugs and tricyclic~~
245 ~~antidepressants, as these drugs also increase the activity of the sympathetic nervous system.~~
246
247 ~~**Cocaine hydrochloride is contraindicated in patients weighing less than 40 kg.**~~

> **Commented [A3]: NOTE TO APPLICANT:** This
> information is appropriately in 7.2.

Page 5 of 36

248 **5    WARNINGS AND PRECAUTIONS**
249
250 The safety and effectiveness of NUMBRINO depends on the proper dosage, correct administration
251 technique, adequate precautions, and readiness for emergencies. NUMBRINO is for TOPICAL USE
252 ONLY.  NOT FOR INJECTION OR OPHTHALMIC USE.
253
254 **5.1   Potential for Abuse and Dependencee**
255
256 Central nervous system (CNS) stimulants, including cocaine hydrochloride, have a high potential for
257 abuse and dependence [*see Drug Abuse and Dependence (9.2, 9.3)*].
258
259 **5.2   Seizures**
260
261 It has been reported in the literature that cocaine hydrochloride may lower the convulsive threshold.
262 The risk may be higher in patients with a history of seizures or in patients with prior
263 electroencephalogram (EEG) abnormalities without seizures, but has been reported in patients with
264 no prior history or EEG evidence of seizures.  Monitor patients for development of seizures.
265
266 **5.3   Blood Pressure and Heart Rate Increases**
267
268 As reported in the literature, cocaine hydrochloride causes an increase in observed blood pressure
269 and heart rate.  In the Phase 3 clinical studiesies with NUMBRINO, increases in blood pressure and
270 heart rate of greater than 30% above baseline values were observed for 60 minutes or longer
271 following pledget removal.  Monitor for changes in vital signs changes, including heart rate and
272 rhythm, after administration of NUMBRINO.
273
274 Avoid use of NUMBRINO in patients with a history of myocardial infarction, coronary artery disease,
275 congestive heart failure, irregular heart rhythm, abnormal ECG, or uncontrolled hypertension.  Avoid
276 use of additional vasoconstrictor agents such as epinephrine or phenylephrine with NUMBRINO.  If
277 concomitant use is unavoidable, prolonged vital sign and ECG monitoring may be required.
278
279 Although not reported in the NUMBRINO clinical trials, myocardial infarction has been reported in
280 the literature, and can occur when the drug has been used as recommended [*see Adverse*
281 *Reactions (6)*].
282
283 **5.4   Toxicology Screening**
284

Page 6 of 36



285 The cocaine hydrochloride in NUMBRINO may be detected in plasma for up to one week after
286 administration.  Cocaine hydrochloride and its metabolites may be detected in urine toxicology
287 screening for longer than one week after administration.

288

289

290 **Respiratory Depression**

291

292 RESUSCITATIVE EQUIPMENT AND DRUGS SHOULD BE IMMEDIATELY AVAILABLE WHEN
293 ANY LOCAL ANESTHETIC IS USED.

294

295 Although not reported in the NUMBRINO clinical trials, idiopathic or idiosyncratic medullary
296 respiratory center stimulation followed by medullary center depression with serious, life threatening,
297 or fatal respiratory depression, can occur even when the drug has been used as recommended and
298 not misused or abused *[see Adverse Reactions (6)]*.

299

300 Application of NUMBRINO (by saturated pledgets) for a longer duration than recommended or the
301 simultaneous or sequential application of more than the recommended number of NUMBRINO
302 saturated pledgets could result in serious adverse effects.

303

304 Clinicians must know the initial signs and symptoms of cocaine toxicity and the appropriate
305 treatment required to manage toxicities. The major effects of cocaine toxicity include Central
306 Nervous System effects such as agitation, seizures and psychosis, and Cardiovascular effects such
307 as arrhythmias and rarely myocardial infarction and cardiovascular collapse.

308

309 Accidental mucous membrane application, exposure or ingestion of NUMBRINO especially in
310 children, can result in a fatal overdose of cocaine.

311

312 **5.2   Interactions with Central Nervous System Depressants**

313

314 Respiratory depression with serious, life threatening or fatal consequences may result if high doses
315 of cocaine are administered concomitantly with central nervous system depressants (e.g., alcohol,
316 long-acting barbiturates, opioids).

317

318 **5.3   Damaged Mucosa**

Page 7 of 36

319

320   NUMBRINO is not recommended for application on traumatized mucous membranes because of the
321   risk of systemic toxicity.

322

323   **5.4   Use in Patients with Hypertension, Cardiovascular Disease or Thyrotoxicosis**

324

325   NUMBRINO should be used with caution in patients with hypertension, cardiovascular disease or
326   thyrotoxicosis. Cocaine is absorbed systemically and may cause systemic vasoconstriction and
327   tachycardia leading to reduced cardiac oxygenation while increasing oxygen demand.

328

329   Although not reported in the NUMBRINO clinical trials, myocardial infarction has been rarely
330   reported in the literature, and can occur even when the drug has been used as recommended and
331   not misused or abused *[see Adverse Reactions (6)]*.

332

333

Page 8 of 36

FDASUPP012090

**5.5  5**  **Known Hypersensitivity or Idiosyncrasy to the Sympathomimetic Amines**

~~NUMBRINO  Uuse~~ is contraindicated ~~with caution~~ in patients with a known history of hypersensitivity to cocaine or to the components of the ~~topical~~ nasal solution. Cocaine is a sympathetic neuronal catecholamine reuptake inhibitor, has sympathomimetic activity ~~(inhibition of neuronal uptake of norepinephrine)which that~~ may potentiate the actions of concomitantly administered sympathomimetic amines.

~~5.6   Patients with Diabetes~~

~~Cocaine may sensitize diabetic patients to the effects of norepinephrine to mobilize glucose and may result in blood glucose irregularities.~~

**5.8  6**  **Ophthalmic Use**

NUMBRINO is NOT FOR OPHTHALMIC USE.  Cocaine can cause sloughing ~~Avoid contact with the eyes because of the risk of~~ of the corneal epithelium and should not be used in the eyes ~~sloughing.~~ Pitting and ulceration of the cornea has been reported in the literature.

~~5.9   Abuse Potential~~

~~NUMBRINO contains cocaine, a central nervous system stimulant and a Schedule II controlled substance, with an abuse liability potential similar to other controlled CNS stimulants [see Warning and Precautions (5)]  During the NUMBRINO clinical trials there were no reports of misuse or abuse.~~

**6**  **ADVERSE REACTIONS**

The following treatment-emergent adverse events are discussed in more detailed in other sections of the labeling:

- ~~Respiratory Depression [see Warnings and Precautions (5.1), and Overdosage (10)]~~
- ~~Interactions with Central Nervous System Depressants [see Warnings and Precautions (5.2)]~~
- ~~Use in Patients with Hypertension~~Increases in Blood Pressure and Heart Rate, ~~Cardiovascular Disease or Thyrotoxicosis~~ [see Warnings and Precautions (~~5.4~~5.3)]

- ~~Known Hypersensitivity or Idiosyncrasy to the Sympathomimetic Amines [see Warnings and Precautions (5.5)]~~

- ~~•~~

**6.1  Clinical Trial Experience**

Commented [A4]: NOTE TO APPLICANT:  As this was a marketed unapproved product, data should be available to create Section 6.2 Postmarketing Adverse Reactions.

FDASUPP012091

376  Because clinical ~~studies~~ trials are conducted under widely varying conditions, adverse ~~event~~ reaction
377  rates observed in the clinical ~~studies~~ trials of a drug cannot be directly compared to rates in the
378  clinical ~~studies~~ trials of another drug and may not reflect the rates observed in ~~clinical~~ practice.
379
380  ~~A total of 702 subjects in 4 clinical studies (two Phase 3 Randomized Clinical Trials, one~~
381  ~~Pharmacokinetic study, and one QT study) were treated with NUMBRINO during the clinical~~
382  ~~development program; including 383 subjects treated with the 4% solution, and 382 subjects treated~~
383  ~~with the 10% solution.~~
384
385
386  NUMBRINO nasal solution has been evaluated in one Phase 1 study, one QT study and two Phase
387  3 studies, which included 702 adult subjects who received a single application of NUMBRINO nasal
388  solution 4%, NUMBRINO nasal solution 10%, or placebo.  The randomized, double-blind, placebo
389  controlled Phase 3 studies were conducted in adult patients undergoing diagnostic procedures and
390  surgeries on or through the mucous membranes of the nasal cavities, of which 316 received
391  NUMBRINO nasal solution 4%, 318 received NUMBRINO nasal solution 10%, and 168 received
392  placebo.  Safety was evaluated for up to 7 days after dosing.
393
394  In a Phase 3 study, patients received a mean dose of 126 mg (80 to 160 mg, N=259) of cocaine
395  hydrochloride using NUMBRINO nasal solution 4% and a mean dose of 319 mg (200 to 400 mg,
396  N=259) of cocaine hydrochloride using NUMBRINO nasal solution 10% as a single application.
397
398

FDASUPP012092

399 ~~In safety data from two Phase 3 trials (both placebo-controlled) where a single dose of Cocaine~~
400 ~~Hydrochloride Topical Solution, 4% and 10%, was administered, tThe most common adverse events~~
401 ~~reactions reported with reported by >1% of subjectsNUMBRINO 4% and 10% in Study 1 , 4%~~
402 ~~(N=316) and 10%are included in Table 1 (preexisting nasal conditions are not included) . (N=318),~~
403 ~~were hypertension, tachycardia, increased heart rate, QT interval prolongation, sinus tachycardia,~~
404 ~~diastolic hypertension, bradycardia, QRS complex prolongation, tachycardia paroxysmal, headache~~
405 ~~and anxiety. There was a single patient who developed the serious adverse event of myocardial~~
406 ~~ischemia after treatment with NUMBRINO nasal solution 10%.   The most common reasons for~~
407 ~~early discontinuation of treatment (and pledget removal) were intermittent paroxysmal hypertension~~
408 ~~(0.3%), paroxysmal tachycardia (0.2%), intermittent paroxysmal tachycardia (0.2%), vasovagal~~
409 ~~syncope (0.2%) and nausea (0.2%).~~
410
411 ~~Subjects received a mean dose of 123 mg (42 to 166 mg, N=313) of cocaine HCl using the~~
412 ~~NUMBRINO, 4%, and a mean dose of 308 mg (119 to 525 mg, N=309) of cocaine HCl using the~~
413 ~~NUMBRINO, 10%, as a single one-time administered dose, applied to their nasal mucosa. Table 1~~
414 ~~lists the adverse events reported by >1% of NUMBRINO, 4% and 10%, treated patients and more~~
415 ~~frequently in NUMBRINO treated patients compared with placebo.~~

Commented [A5]: NOTE TO APPLICANT: This has been deleted because a consistent dose was not administered to all patients in the trial.

416
417 ~~Table 1. Common Adverse Reactions with NUMBRINO, 4% and 10%, in Treatment Emergent~~
418 ~~Adverse Events¹ Reported by ≥1% of NUMBRINO, 4% and 10%, Treated Patients in Study 1~~
419 ~~and More Frequently than Placebo~~
420

| ~~MedDRA System Organ Class and Preferred Term~~ | ~~NUMBRINO, 4% (N=57) n, %~~ | ~~NUMBRINO, 10% (N=59) n, %~~ | ~~Placebo (N=40) n, %~~ |
|---|---|---|---|
| ~~Vascular Disorders~~ | ~~50 (88)~~ | ~~52 (88)~~ | ~~29 (73)~~ |
| ~~Hypertension~~ | ~~47 (82)~~ | ~~52 (88)~~ | ~~28 (70)~~ |
| ~~Diastolic hypertension~~ | ~~4 (7)~~ | ~~2 (3)~~ | ~~2 (5)~~ |
| ~~Hypotension~~ | ~~4 (7)~~ | ~~1 (2)~~ | ~~3 (8)~~ |
| ~~Cardiac Disorders~~ | ~~3 (5)~~ | ~~4 (7)~~ | ~~2 (5)~~ |
| ~~Tachycardia~~ | ~~1 (2)~~ | ~~2 (3)~~ | ~~1 (3)~~ |
| ~~Bradycardia~~ | ~~2 (4)~~ | ~~1 (2)~~ | ~~0~~ |
| ~~Myocardial ischemia~~ | ~~0~~ | ~~1 (2)~~ | ~~0~~ |
| ~~Respiratory, Thoracic, and Mediastinal Disorders~~ | ~~3 (5)~~ | ~~6 (10)~~ | ~~4 (10)~~ |
| ~~Hyperventilation~~ | ~~2 (4)~~ | ~~1 (2)~~ | ~~2 (5)~~ |
| ~~Investigations~~ | ~~19 (33)~~ | ~~20 (34)~~ | ~~12 (30)~~ |
| ~~Heart rate increased~~ | ~~16 (28)~~ | ~~14 (24)~~ | ~~7 (18)~~ |
| ~~Heart rate decreased~~ | ~~3 (5)~~ | ~~8 (14)~~ | ~~5 (13)~~ |

421 ~~*A treatment-emergent adverse event refers to any untoward medical event associated with the use~~
422 ~~of the drug in humans, whether or not considered drug related.~~
423
424
425 The most common adverse reactions reported with NUMBRINO 4% are included in Table ~~2~~1
426 (preexisting nasal conditions are not included).  There were two patients treated with NUMBRINO
427 nasal solution 4% who withdrew due to an adverse reaction.  One patient developed anxiety and
428 systolic hypertension and one patient developed intermittent paroxysmal tachycardia.  Both patients
429 developed symptoms within 10 minutes of nasal pledget application.  Three patients treated with
430 NUMBRINO nasal solution 10% required premature removal of pledgets due to nausea and diastolic
431 hypertension; mild intermittent paroxysmal hypertension and paroxysmal tachycardia; and vasovagal
432 syncope with bradycardia
433

FDASUPP012093

| 434 | **Table 2. Common Adverse Reactions with NUMBRINO , 4% and 10%, in ≥> 1% of Treated** |
| 435 | **Patients ~~in Study 2~~** |
| 436 | |

| MedDRA System Organ Class and Preferred Term | NUMBRINO, 4% (N=259) n, % | NUMBRINO, 10% (N=259) n, % | Placebo (N=128) n, % |
|---|---|---|---|
| **Vascular Disorders** | 203 (78) | 224 (87) | 86 (67) |
| Hypertension | 201 (78) | 220 (85) | 85 (66) |
| **Cardiac Disorders** | 31 (12) | 47 (18) | 10 (8) |
| Tachycardia | 12 (5) | 28 (11) | 1 (1) |
| Bradycardia | 8 (3) | 1 (0.4) | 5 (4) |
| Sinus tachycardia | 6 (2) | 9 (4) | 0 |
| **Investigations** | 13 (5) | 30 (12) | 8 (6) |
| QRS prolonged | 4 (2) | 8 (3) | 3 (2) |
| QT interval prolonged | 7 (3) | 10 (4) | 3 (2) |

437

438 **6.2  Other Adverse Reactions* Observed During the Premarketing Evaluation of NUMBRINO**

439

440 ~~Adverse reactions may be due to high plasma concentrations of cocaine as a result of excessive~~
441 ~~and rapid systemic absorption. Reactions are systemic in nature and involve the Central Nervous~~
442 ~~System and/or the Cardiovascular system. A small number of reactions may result from~~
443 ~~hypersensitivity, idiosyncrasy or diminished tolerance on the part of the patient. Central Nervous~~
444 ~~System reactions are excitatory and/or depressant, and may be characterized by nervousness,~~
445 ~~restlessness and excitement. Tremors and eventually tonic-clonic convulsions may result. Emesis~~
446 ~~may occur.~~

447

448

FDASUPP012094

149 Low doses of cocaine in humans do not change respiratory rate or depth. At high doses, Central
150 Nervous System mediated increase in respiratory rate and decrease in tidal volume may occur,
151 which is followed by depression, with death resulting from respiratory failure. Small doses of cocaine
152 slow the heart rate, but after moderate doses, the rate is increased due to central sympathetic
153 stimulation. Cocaine is pyrogenic, augmenting heat production in stimulating muscular activity and
154 causing vasoconstriction, which decreases heat loss. Cocaine is known to interfere with the uptake
155 of norepinephrine by adrenergic nerve terminals, producing sensitization to catecholamines, causing
156 vasoconstriction and mydriasis.
157
158 The following adverse drug reactions*, not listed above occurred in approximately ≥1% of
159 NUMBRINO treated patients in the pooled safety data from two phase 3 studies receiving a single
160 dose of NUMBRINO (followed for up to 7 days after their procedure):
161 *Cardiac disorders:* heart rate decrease.
162 *Gastrointestinal disorders:* nausea.
163 *Nervous system disorders:* dizziness.
164 *Vascular disorders:* hypotension.
165 *An adverse reaction is defined as a treatment-related adverse event that was considered related
166 (possibly, probably, or definitely) to either of the Cocaine HCl concentrations (4% or 10%).

> **Commented [A6]: NOTE TO APPLICANT:** This subsection does not provide additional useful information beyond the clinical study data.

467
468 **7   DRUG INTERACTIONS**
469
470 **7.1   Central Nervous System Stimulants**
471

472 Concurrent use of other central nervous system stimulants with cocaine may result in excessive
473 stimulation, leading to nervousness, irritability, or possibly convulsions, or cardiac arrhythmias.

FDASUPP012095

474

475 **7.2   Epinephrine, Phenylephrine**

476

477 There are reports in the published literature of myocardial ischemia, myocardial infarction, and
478 ventricular arrhythmias after concomitant administration of topical intranasal cocaine with
479 epinephrine and phenylephrine during nasal and sinus surgery.

480

481 Avoid use of additional vasoconstrictor agents such as epinephrine and phenylephrine with
482 NUBMIRNO during nasal and sinus surgery.  If concomitant use is unavoidable, prolonged vital sign
483 and ECG monitoring may be required.

484

485 **7.3   Disulfiram**

486 Published literature reported that disulfiram treatment increased plasma cocaine exposure (AUC and
487 Cmax), by several folds after acute intranasal cocaine administration. Another literature reported that
488 co-administration of disulfiram increased AUC of plasma cocaine by several folds after intravenous
489 cocaine administration [see Clinical Pharmacology (12.3)].

490 Avoid using NUMBRINO in patients taking disulfiram. Consider using other local anesthesia.

491

492

493 **7.4   Cholinesterase Inhibitors**

494

495 Inhibition of butyrylcholinesterase activity by cholinesterase inhibitors (echothiophate iodide
496 ophthalmic solution), antimyasthenics (neostigmine), cyclophosphamide, and possibly thiotepa, can
497 reduce or slow the metabolism of cocaine, thereby increasing and/or prolonging its effects and
498 increasing the risk of toxicity.

FDASUPP012096

499

500 Cocaine has been described in literature to be primarily metabolized and inactivated by non-
501 enzymatic ester hydrolysis and hepatic carboxylesterase, and also by plasma cholinesterase,
502 hepatic carboxylesterase, and CYP3A4. The pharmacokinetics of NUMBRINO in patients with
503 reduced plasma cholinesterase activity has not been studied.

504 Plasma cholinesterase activity may be decreased by chronic administration of certain monoamine
505 oxidase inhibitors, oral contraceptives, glucocorticoids, antimyasthenics (neostigmine),
506 cyclophosphamide, and possibly thiotepa.

507 It may also be diminished by administration of irreversible plasma cholinesterase inhibitors such as
508 echothiophate, organophosphate insecticides, and certain antineoplastic agents. Patients with
509 reduced plasma cholinesterase (pseudocholinesterase) activity may have reduced clearance and
510 increased exposure of plasma cocaine after administration of NUMBRINO.

511 Because cocaine is metabolized by multiple enzymes, the effect of reduced plasma cholinesterase
512 activity on cocaine exposure may be limited. No dosage adjustment of NUMBRINO is needed in
513 patients with reduced plasma cholinesterase. Monitor patients with reduced plasma cholinesterase
514 activity for adverse reactions such as clinically-relevant increases in heart rate or blood pressure.

515

516 **7.54   Alpha-modifying AgentsPostganglionic blocking agents**

517

518 Agents such as Postganglionic blocking agentsreserpine  potentiate cocaine-induced sympathetic
519 stimulation; concurrent use may increase the risk of hypertension and cardiacand cardiac
520 aarrhythmias that may be life-threatening.

521

522 **7.65   Tricyclic Antidepressants**

523

524 Tricyclic antidepressants may increase the activity of the sympathetic nervous system, which may
525 also be increased by administration of cocaine hydrochloride.

526

527 **7.7  Monoamine-Oxidase Inhibitors**

528

529 Cocaine HClhydrochloride may potentiate the effects and toxicity of MAO inhibitors.

530
531

FDASUPP012097

532    7.6   Tricyclic Antidepressants
533
534    Tricyclic antidepressants may increase the activity of the sympathetic nervous system, which may
535    also be increased by administration of cocaine HCl.
536
537    7.7   Halothane Anesthesia
538
539    Maintenance of anesthesia with halothane may augment an interaction between cocaine HCl and
540    catecholamines by sensitizing the myocardium. However, deeper levels of general anesthesia inhibit
541    adrenal release of catecholamines and may conversely decrease the potential arrhythmogenic
542    effects.
543
544
545    7.7     Disulfiram
546    Published literature reported that disulfiram treatment increased plasma cocaine exposure, including
547    both (AUC and Cmax), by several folds after acute intranasal cocaine administration. Another
548    literature reported that co-administration of disulfiram increased AUC of plasma cocaine by several
549    folds after intravenous cocaine administration [see Clinical Pharmacology (12.3)].
550    Avoid using NUMBRINO in patients taking disulfiram. Consider using other local anesthesia.
551
552
553    **8    USE IN SPECIFIC POPULATIONS**
554    **8.1  Pregnancy**
555    Risk Summary

556    There are no adequate and well-controlled studies available data on the use of NUMBRINO in
557    pregnant women to identify a drug-associated risk of major birth defects, miscarriage or adverse
558    maternal or fetal outcomes.  Adverse maternal and fetal/neonatal outcomes have been seen in
559    women with chronic cocaine abuse during pregnancy (see Data). Limited available data from
560    published literature on use of cocaine in pregnant women are not sufficient to inform a drug-
561    associated risk for major birth defects and miscarriage. Adverse pregnancy outcomes, including
562    premature delivery and low birth weight, have been seen in infants born to mothers dependent on
563    cocaine [see Clinical Considerations]. NUMBRINO should only be used be used in pregnant women
564    only if the potential benefit justifies the potential risk to the fetus.

565

566    In published animal reproduction studies, cocaine administered to pregnant females during the
567    gestational period produced hydronephrosis (0.5 times the human reference dose (HRD) of 37.5 mg
568    via the 4% solution), developmental delays in the offspring (1.5 times the HRD), cerebral
569    hemorrhage and fetal edema (2.0 times the HRD), reduced fetal body weights and brain weights
570    (2.6 times the HRD), and reduced fetal survival (3.7 times the HRD).

571    Single dose administration of cocaine intravenously during organogenesis in mice produced
572    cryptochidism, anophthalmia, exencephaly, and delayed ossification at 7.8 times the HRD.  In rats, a
573    single dose of cocaine administered by intraperitoneal injection produced edematous fetuses,
574    hemorrhages and limb defects at 12.9 times the HRD ([see Animal Data)].

575    T The estimated background risk of major birth defects and miscarriage for the indicated
576    population(s) are unknown.  All pregnancies have a background risk of birth defect, loss, or other
577    adverse outcomes. In the U.S. general population, the estimated background risk of major birth
578    defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively.

FDASUPP012098

579 ~~Clinical Considerations (associated with non-medical prolonged misuse and/or abuse)~~

580 *~~Fetal/Neonatal Adverse Reactions~~*

581 ~~Babies born following cocaine abuse by the mother during pregnancy may exhibit dependency,~~
582 ~~irritability, inconsolability, hypertoxicity, tremulousness, hyperactive motor reflex, sneezing or~~
583 ~~yawning, lethargy, suck reflex, high-pitched cry, poor feeding, poor weight gain, fever, diarrhea,~~
584 ~~spitting or vomiting, tachypnea, tachycardia, skin abrasions and respiratory distress.~~

585 ~~Monitor infants born to mothers who have abused cocaine for symptoms of withdrawal.~~

586 <u>Data</u>

587 *Human Data*

588 There are no available data on the use of intranasal cocaine hydrochloride solution in pregnant
589 women to inform a drug-associated risk for major congenital malformations or miscarriage. There
590 are published data describing adverse developmental outcomes in women with chronic cocaine
591 abuse during pregnancy. The published case-control and observational studies examining the effect
592 of in utero cocaine exposure on fetal growth parameters, after controlling for confounding variables,
593 found exposure was associated with reduced fetal growth compared with non-drug-abuse
594 populations.

595 Published data from a large number of studies of women with chronic cocaine abuse during
596 pregnancy are inconsistent in their findings with regard to congenital malformations, prematurity,
597 miscarriage, premature rupture of membranes and gestational hypertension.  The applicability of the
598 findings from these studies of chronic abuse in pregnancy to a single topical exposure is limited.

599 ~~Prenatal cocaine exposure (associated with non-medical prolonged misuse and/or abuse) is~~
600 ~~significantly associated with congenital anomalies, reported to occur in up to 40% of infants. Cocaine~~
601 ~~use during the early months of pregnancy can cause spontaneous abortion. Up to 38% of early~~
602 ~~pregnancies may result in miscarriage in cocaine abusing mothers. An increased risk of premature~~
603 ~~labor, premature preterm rupture of membranes, and preterm birth are observed in 17% to 29% of~~
604 ~~pregnancies. Placental abruption accounts for 2% to 15% of adverse effects of cocaine abuse during~~
605 ~~pregnancy; stil births occur at a rate 8% above the general population. Evidence of brain~~
606 ~~malformation and cardiovascular abnormalities can occur in approximately 35% and up to 40% of~~
607 ~~exposed fetuses, respectively. Intrauterine growth restriction and low birth weight are observed in~~
608 ~~22% to 34% of all infants exposed to cocaine in utero, as are, smaller head size with shorter body~~
609 ~~length for gestational age.~~

610

FDASUPP012099

611 *Animal Data*

612 ~~Cocaine-induced teratogenicity has been documented for a variety of congenital malformations. The~~
613 ~~major anomalies reported in animal models are ileal atresia, urogenital, cardiac, ocular, skeletal, and~~
614 ~~cerebral defects. Specifically, pregnant CF 1 mice exposed to 60 mg/kg of cocaine HCl (an~~
615 ~~equivalent NUMBRINO dose of 6.1 times and 2.4 times the maximum recommended human dose~~
616 ~~(MRHD), for cocaine HCl 4% or 10% solutions, respectively) via subcutaneous administration on~~
617 ~~gestational day 7 and 9 gave birth to fetuses with higher incidences of fetal malformations including~~
618 ~~extra digits and dilation of the renal pelvis. In a separate study, pregnant rats exposed to cocaine~~
619 ~~HCl via intraperitoneal injection from gestational day 0 through 19 at doses as low as 1.9 mg/kg (an~~
620 ~~equivalent NUMBRINO dose of 2.3 times and <1 times the MRHD, for cocaine HCl 4% or 10%~~
621 ~~solutions, respectively) resulted in a non-dose-dependent increase in fetal resorptions and dose-~~
622 ~~dependent increases in fetal abnormalities including enlarged bladder and hydronephrosis. The~~
623 ~~inactive cocaine metabolite, benzoylecgonine, has been shown to preferentially accumulate in fetal~~
624 ~~tissue in animal studies.~~

625 Formal animal reproduction and development studies have not been conducted with intranasal
626 cocaine hydrochloride.  However, reproduction and development studies with cocaine have been
627 reported in the published literature.  Exposure margins below are based on body surface area
628 comparison to the human reference dose (HRD) of 37.5 mg (estimated amount absorbed from the
629 160 mg (4%) cocaine-soaked pledgets).

630
631 Hydronephrosis was noted in embryos from pregnant rats treated wtih cocaine 2.1 mg/kg (0.5 times
632 the HRD) and higher from Gestation Day 0 to 9.  Cerebral hemorrhage and endematous fetuses
633 were noted at 2.2 times the HRD and above).

634
635 Developmental delays and altered spontaneous exploratory behavior in response to cocaine were
636 reported in rat pups born to dams treated intravenously with 6 mg/kg cocaine (1.5 times the HRD)
637 from Gestation Day 8 to 20 in the absence of maternal toxicity.

638
639 Reduced fetal body and brain weights and alterations in fetal central neurotransmitter levels were
640 noted following treatment of pregnant mice with 20 mg/kg cocaine from gestation days 8 to –12 or
641 12- to 18 (2.6 times the HRD).

642
643 Reduced fetal survival was noted when pregnant nonhuman primates were dosed with 0.3 mg/kg/h
644 cocaine (3.7 times the HRD on per day basis) via a subcutaneous minipump from Gestation Day 24
645 to birth.

646
647 Exencephaly, cryptochidism, hydronephrosis, anophthalmia, delayed ossification, limb anomalies,
648 and cerebral and intra-abdominal hemorrhage were reported following a single subcutaneous
649 injection of 60 mg/kg cocaine (7.8 times the HRD) to pregant mice between Gestation Day 7 to 12.
650 No significant maternal toxicity was reported at this dose.

651
652 Deficits in associational learning were reported when pregnant rats were treated with cocaine during
653 gestation (10.3 times the HRD) in the absence of maternal toxicity.

654
655 Hemorrhage, fetal edema, and limb defects were reported when pregnant rats were administered
656 a single injection of cocaine at a dose of 50 mg/kg/day or higher (12.9 times the HRD) during
657 Gestation Day 9 to 19.  Increased resorptions were noted at doses higher than 70 mg/kg/day (18.1
658 times the HRD) when administered on Gestation Day 16.  No adverse effects were reported at a
659 dose of 40 mg/kg (10.3 times the HRD).

660
661 Fetal deaths, decreased fetal body weights, edematous fetuses and single incidences of cleft palate
662 and hypertrophic ventricle were observed when pregnant rats were treated with intraperitoneal

Page 18 of 36

FDASUPP012100

cocaine at 60 mg/kg (15.5 times the HRD) from Gestation Day 8 to 12.  Maternal toxicity was noted at this dose (mortality).  No adverse effect level for fetal and maternal toxicity was noted at 50 mg/kg/day (13 times the HRD).

Decreased body weights, overall body length and crown circumference of offspring were reported when pregnant Rhesus monkeys were treated with escalating doses up to 7.5 mg/kg cocaine TID intramuscularly per day for 5 days per week from prior to conception to term (11.6 times the HRD).

**8.2  Lactation**

Risk Summary

Based on case reports in published literature, cocaine is present in human milk at widely varying concentrations. Based on its pharmacochemical characteristics, high concentrations of cocaine are expected in breast milk with systemic exposure. The applicability of these findings to a single topical exposure with limited systemic absorption is unclear.  No studies have evaluated cocaine concentrations in milk after topical administration of NUMBRINO.

Cocaine is detected in human breastmilk in chronic abuse situations and is expected to be at higher concentrations in milk than in maternal blood based on its physicochemical characteristics. Breastfeeding immediately after administration of NUMBRINO could result in infant plasma concentrations that are approximately half the anticipated maximum maternal plasma concentrations at the clinical dose of 160 mg. The effects of this cocaine plasma concentration in an infant are unknown, but no level of cocaine exposure is considered safe for a breastfed infant.

Adverse reactions have occurred in infants ingesting cocaine through breastmilk, including vomiting, diarrhea, convulsions, hypertension, tachycardia, agitation and irritability.  The long-term effects on infants exposed to cocaine through breast milk are unknown.  There are no data on the effects of NUMBRINO on milk production.

Because of the potential for serious adverse reactions in breastfed infants, advise a lactating woman that breastfeeding is not recommended during treatment with NUMBRINO and to pump and discard breastmilk for 48 hours after use of NUMBRINO. The literature contains reports of serious adverse effects on the breastfed infant including irritability, vomiting, diarrhea, tremors, seizures and respiratory distress.
Clinical Consideration
A decision should be made whether to discontinue nursing or postpone a procedure or surgery using NUMBRINO. Advise breast feeding patients to discard expressed milk for at least 48 hours after treatment with NUMBRINO based on the half-life of cocaine and its inactive metabolite, benzoylecgonine *[see Clinical Pharmacology (12)]*.

The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for NUMBRINO and any potential adverse effects on the breastfed child from NUMBRINO or from the underlying maternal condition.

**8.3   Females and Males of Reproductive Potential**

Animal studies suggest that cocaine can alter female reproductive hormone levels, disrupt the estrous cycle, and reduce ovulation at doses approximately 1 to 2 times the HRD based on body surface area *[See Nonclinical Toxicology (13.1)]*.

FDASUPP012101

713   **8.4  Pediatric Use**
714
715   Safety and effectiveness of NUMBRINO in pediatric patients under the age of 18 have not been
716   established.
717
718   In juvenile male rats, 30 mg/kg subcutaneous cocaine administration for longer than 7 days (7.8
719   times the HRD) produced testicular necrosis. Treatment of juvenile male rats with 15 mg/kg (3.9
720   times the HRD) for 100 days resulted in abnormal sperm morphology and reduced pregnancy rates.
721
722
723   **8.5  Geriatric Use**
724
725   Of the 802 subjects in the two Phase 3 studies with NUMBRINO 13 subjects (1.6%) were age 65
726   and older, and one subject (0.1%) was 75 years of age or older.
727
728   No untoward or unexpected adverse reactions were seen in elderly patients who received
729   NUMBRINO compared to those subjects that were under the age of 65.
730
731   However, hypertension was observed in all geriatric subjects receiving NUMBRINO. Special
732   precaution should be given when determining the dose of NUMBRINO for geriatric patients,
733   commensurate with their age and physical status.
734
735

Page 20 of 36

FDASUPP012102

**8.6   Hepatic Impairment**

According to literature, cocaine is eliminated predominantly by metabolism in humans. The clearance of ~~Cocaine is not extensively metabolized in the liver by oxidative CYP450 enzymes.~~ NUMBRINO~~. 4% and 10%, should be used with caution in patients with hepatic impairment, since the clearance of cocaine~~ has not been evaluated in subjects with hepatic impairment ~~these patient populations~~ when compared to patients with normal hepatic function, and sufficient data are not available in literature to guide dosing in these subjects. ~~.~~ Thus, NUMBRINO should be avoided in patients with hepatic impairment. ~~. Dose initiation in patients with hepatic impairment should follow a conservative approach. Dosages should be adjusted according to the clinical situation~~ [see Clinical Pharmacology (12.3)].

**8.7   Renal Impairment**

According to literature, cocaine is eliminated predominantly by metabolism in humans, with little excreted unchanged in the urine~~The metabolites of cocaine and <5% of cocaine are eliminated by the kidneys~~. The pharmacokinetics of NUMBRINO in patients with renal impairment has not been studied. Based on information available on the metabolism and excretion of cocaine, dose initiation in patients with renal impairment should follow a conservative approach. Monitor patients with renal impairment for adverse reactions such as clinically-relevant increases in heart rate or blood pressure.~~Dosages should be adjusted according to the clinical situation~~ [see Clinical Pharmacology (12.3)].

**8.8   Pseudocholinesterase Deficiency**

Pharmacokinetics of NUMBRINO in patients with reduced plasma cholinesterase activity has not been studied.

Genetic abnormalities of plasma cholinesterase (e.g., patients who are heterozygous or homozygous for atypical plasma cholinesterase gene), disease conditions such as malignant tumors, severe liver or kidney disease, decompensated heart disease, infections, burns, anemia, peptic ulcer, or myxedema or other physiological states such as pregnancy may lead to reduced plasma cholinesterase activity. Patients with reduced plasma cholinesterase (pseudocholinesterase) activity may have reduced clearance and increased exposure of plasma cocaine after administration of NUMBRINO.

Because~~Since~~ cocaine is metabolized by multiple enzymes, the effect of reduced plasma cholinesterase activity on cocaine exposure may be limited. No dosage adjustment of NUMBRINO is needed in patients with reduced plasma cholinesterase. Monitor patients with reduced plasma cholinesterase activity for adverse reactions such as, clinically-relevant increases in heart rate or blood pressure ~~.Because of an inability to metabolize local anesthetics, those patients with pseudocholinesterase deficiency may be a greater risk of developing toxic plasma concentrations of cocaine. Avoid using the product in patients with pseudocholinesterase deficiency~~ [see Contraindications (4)].

**9   DRUG ABUSE AND DEPENDENCE**

**9.1   Controlled Substance**

NUMBRINO contains cocaine, a Schedule II controlled substance.

FDASUPP012103

787 a CNS stimulant, and is a Schedule II controlled substance. Cocaine, like other CNS stimulants, can
788 be abused and can be subject to criminal diversion *[see Warnings and Precautions ( 5.8)]*. Proper
789 security precautions should be taken in accordance with appropriate federal and state laws, in order
790 to help prevent diversion, misuse, or abuse. Unused product should be disposed in accordance with
791 DEA and local regulations.
792

793 **9.2   Abuse**

794

795 NUMBRINO contains cocaine, a substance with a high potential for abuse. NUMBRINO can be
796 misused and abused, which can lead to addiction. NUMBRINO may also be diverted for abuse
797 purposes *[see Warnings and Precautions (5.1)]*.

798

799 Drug abuse is the intentional non-therapeutic use of a prescription drug, even once, for its rewarding
800 psychological or physiological effects. Drug addiction is a cluster of behavioral, cognitive, and
801 physiological phenomena that develop after repeated substance use and includes: a strong desire to
802 take the drug, difficulties in controlling its use, persisting in its use despite harmful consequences, a
803 higher priority given to drug use than to other activities and obligations, increased tolerance, and
804 sometimes a physical withdrawal. Drug abuse of a substance may occur without progression to
805 drug addiction. "Drug-seeking" behavior is very common in persons with substance use disorders.

806

807 Drug abuse and addiction are conditions that are separate and distinct from physical dependence
808 and tolerance [*see Dependence (9.3)]*. Health care providers should be aware that abuse and
809 addiction may occur in the absence of symptoms indicative of physical dependence and tolerance.

810

811 Individuals who abuse stimulants may use NUMBRINO for abuse purposes. Adverse events
812 associated with abuse of cocaine include euphoria, excitation, irritability, restlessness, anxiety,
813 paranoia, confusion, headache, psychosis, hypertension, stroke, seizures, dilated pupils, nausea,
814 vomiting, and abdominal pain. Intranasal abuse can produce damage to the nostrils (e.g., ulceration
815 and deviated septum). Abuse of cocaine can result in overdose, convulsions, unconsciousness,
816 coma, and death *[see Overdosage (10)]*.

817

818 NUMBRINO, like all prescription drugs with abuse potential, can be diverted for non-medical use into
819 illicit channels of distribution. In order to minimize these risks, effective accounting procedures
820 should be implemented, in addition to routine procedures for handling controlled substances.

821

FDASUPP012104

Although NUMBRINO, 4% and 10%, is not meant for dispensing directly to patients; diversion, misuse, or abuse was not reported in the clinical trials. Abuse of NUMBRINO can pose a hazard of overdose and death. This risk is increased with concurrent abuse of alcohol or other substances.

Chronic cocaine abuse in cocaine dependent individuals increases the risk of cardiac and cerebrovascular events, such as myocardial infarction and ischemic stroke, possibly due to platelet activation and intravascular thrombus formation has been observed.

Abuse and addiction are separate and distinct from physical dependence and tolerance. Drug addiction is characterized by compulsive use, use for non-medical purposes, and continued use despite harm or risk of harm. Drug addiction is a treatable disease, utilizing a multi-disciplinary approach, but relapse is common. Healthcare providers should be aware that addiction may not be accompanied by concurrent tolerance and symptoms of physical dependence. The converse is also true. In addition, abuse of cocaine can occur in the absence of true addiction and is characterized by intentional non-therapeutic use of a drug for its psychological or physiological effects, often in combination with other psychoactive substances.

**9.3 Dependence**

Physical dependence is a state that develops as a result of physiological adaptation in response to repeated drug use, manifested by withdrawal signs and symptoms after abrupt discontinuation or a significant dose reduction of a drug. NUMBRINO is approved for ~~topical~~ nasal single use, so physical dependence and withdrawal symptoms are unlikely to develop. Although NUMBRINO is not indicated for chronic therapy, repeated misuse or abuse of this product may lead to physical dependence.

A single dose of NUMBRINO for a nasal surgery or diagnostic procedure used in accordance with this labeling is not expected to produce dependency or addiction.

Patients may exhibit tolerance to some of the effects of cocaine, both intended therapeutic effects and adverse effects.

Cocaine abstinence or withdrawal syndrome is characterized by severe psychiatric reactions: depression, and/or euphoria. Other symptoms also may develop, including irritability, anxiety, weakness, abdominal cramps, and insomnia.

**10   OVERDOSAGE**

No cases of overdose with NUMBRINO were reported in clinical trials.  Reported blood pressure and heart rate increases were greater with NUMBRINO nasal solution 10% than with NUMBRINO nasal solution 4%.

In the case of an overdose, consult with a Certified Poison Control Center (1-800-222-1222) for up-to-date guidance and advice for treatment of overdosage.  Individual patient response to cocaine varies widely. Toxic symptoms may occur idiosyncratically at low doses.

Manifestations of cocaine overdose associated with illicit use of cocaine reported in literature and based on reports in FDA's Adverse Events Reporting System (AERS) database include death, cardio-respiratory arrest, cardiac arrest, respiratory arrest, tachycardia, myocardial infarction, agitation, aggression, restlessness, tremor, hyperreflexia, rapid respiration, confusion, assaultiveness, hallucinations, panic states, hyperpyrexia, and rhabdomyolysis. Fatigue and

871 depression usually follow the central nervous system stimulation. Other reactions include
872 arrhythmias, hypertension or hypotension, circulatory collapse, nausea, vomiting, diarrhea, and
873 abdominal cramps. Fatal poisoning is usually preceded by convulsions and coma.

874 Because cocaine is significantly distributed to tissues and rapidly metabolized, dialysis and
875 hemoperfusion are not effective.  Acidification of the urine does not significantly enhance cocaine
876 elimination.

877
878 Toxicity from cocaine poisoning can develop rapidly *[see Warnings and Precautions (5.1)]*.
879
880 **10.1   Signs and Symptoms**
881
882 Serious overdose with cocaine is characterized by CNS excitation, restlessness, anxiousness and
883 confusion. Enhanced reflexes, headache, rapid pulse, irregular respiration, chills, rise in body
884 temperature, mydriasis, exophthalmos, nausea, vomiting and abdominal pain are noticed.
885
886 In severe overdoses, delirium, Cheyne Stokes respiration, convulsions, unconsciousness, and death
887 from respiratory arrest may result. Seizures, psychosis, cardiovascular effects such as
888 dysrhythmias, myocardial infarction and cardiovascular collapse may also occur.
889
890 **10.2   Treatment**
891
892 An overdose with cocaine is potentially lethal, and consultation with a regional poison control center
893 is recommended. Immediate treatment includes support of cardiorespiratory function and measures
894 to reduce drug absorption, i.e. removal of the pledget(s).
895
896 Respiratory support (after convulsion, or if apneic, or if Cheyne Stokes respiration), with primary
897 attention given to the reestablishment of adequate respiratory exchange through provision of a
898 patent airway and the institution of assisted or controlled ventilation should be used as necessary.
899 Oxygen, intravenous fluids, and other supportive measures should be employed as indicated. Utilize
900 cardiac resuscitation and anti arrhythmics for massive overdose, as required.
901
902 Extreme excitability and convulsion prevention is accomplished with intravenous benzodiazepine or
903 short-acting barbiturate. Hypertension management with intravenous labetalol, phentolamine or
904 sodium nitroprusside is advised. Propranolol has been used to treat cocaine induced hypertension
905 and arrhythmias but may potentiate cocaine toxicity, i.e., results in paradoxical hypertension
906 presumably due to unopposed α adrenergic stimulation.  A beta blocker with both α  and β
907 adrenergic effects such as labetalol is preferred for hypertension, but it does not ameliorate cocaine
908 induced coronary arterial vasoconstriction.
909
910 Psychiatric reactions, characterized by delusions may respond to neuroleptics (phenothiazine and
911 butyrophenone). Though these agents also may increase the chance of seizures. Benzodiazepines
912 may be useful in reducing anxiety.
913
914

FDASUPP012106

915  **11    DESCRIPTION**
916
917  Each mL of NUMBRINO™ (cocaine hydrochloride topical solution) topical nasal solution is ~a clear,
918  blue-green, aqueous solution, available in 4~% strength. Each 1 mL contains cocaine hydrochloride
919  40 mg, ~equivalent to 35.6 mg of cocaine free base ~(4% as 160 mg/4 mL or 400 mg/10 mL ) or 100
920  mg (10% as ~400 mg/4 mL ) as aqueous solution.
921
922  Cocaine, (1R,2R,3S,5S) methyl 3-(benzoyloxy)-8-methyl-8-azabicyclo[3.2.1]octane-2-carboxylate
923  hydrochloride is a synthetic tropane alkaloid ester, local anesthetic, which occurs as colorless to
924  white crystals or white crystalline powder.
925
926  The structural formula for cocaine hydrochloride is as follows:
927



928
929
930  Formula $C_{17}H_{21}NO_4 \cdot HCl$     Molecular weight 339.81
931
932  NUMBRINO also contains the following inactive ingredients: purified water, citric acid (anhydrous),
933  sodium benzoate, D&C Yellow No. 10, and FD&C Green No. 3.
934
935  **12    CLINICAL PHARMACOLOGY**
936
937
938  **12.1  Mechanism of Action**
939
940  Cocaine hydrochloride is a local anesthetic of the ester type. Cocaine hydrochloride prevents
941  conduction in nerve fibers by reversibly blocking voltage-gated sodium channels and preventing the
942  transient rise in sodium conductance necessary for generation of an action potential.
943
944
945  Cocaine HCl is a local anesthetic, which binds to and blocks the voltage-gated sodium channels in
946  the neuronal cell membrane. Cocaine produces potent sympathomimetic effects by increasing
947  norepinephrine concentrations in postsynaptic receptors by inhibiting presynaptic reuptake.
948
949  Cocaine HCl blocks the initiation or conduction of nerve impulses following local application. When
950  applied topically to mucous membranes, the drug produces a reversible loss of sensation and
951  vasoconstriction.
952  ⁻
953  **12.2  Pharmacodynamics**
954
955  Cocaine HClhydrochloride  has CNS stimulating effects. Cocaine exerts an indirect adrenergic effect
956  by blockinginterfering with the reuptake of norepinephrine by adrenergic nerve terminals, and
957  therefore potentiates the effects of catecholamines producing vasoconstriction and mydriasis.  The
958  drug is also markedly pyrogenic, augmenting heat production by stimulating muscular activity and
959  decreasing heat loss through vasoconstriction.

Page 25 of 36

**Commented [A7]:** NOTE TO APPLICANT: Please clarify- The chemical name does not match  with the IUPAC name: methyl (1R,2R,3S,5S)-3-(benzoyloxy)-8-methyl-8-azabicyclo[3.2.1]octane-2-carboxylate hydrochloride, as compared to what the applicant has given, '(1R,2R,3S,5S)-methyl 3-(benzoyloxy)-8-methyl-8-azabicyclo[3.2.1]octane-2-carboxylate hydrochloride"

960
961 When applied topically to the mucous membranes of the nose, cocaine HClhydrochloride reduces
962 the acuity of smell or taste. Local nasal vasoconstriction from topically applied cocaine shrinks the
963 nasal mucosa, enlarges the nasal passages, and minimizes the incidence and extent of bleeding
964 during nasal procedures (maintaining homostasis).
965
966 Cardiac Electrophysiology
967 The effect of cocaine hydrochloride topical solution on the QTc interval was evaluated in a
968 randomized, positive- and placebo-controlled four-period crossover thorough QTc study in 32
969 healthy subjects. NUMBRINO is associated with concentration-dependent QTc prolongation. Based
970 on the concentration-QTc relationship, the mean placebo corrected change from the baseline QTcF
971 (90% two-sided upper confidence interval) are 4.7 ms (6.2 ms) and 15.4 ms (20.1 ms) at peak
972 concentrations of 143 ng/mL (corresponds to 4% single dose, 160 mg) and 434 ng/mL (corresponds
973 to 10% single dose, 400 mg), respectively. The estimates of the QTcF interval are confounded by
974 increased heart rates. The QTc prolongation observed with NUMBRINO (4% single dose) was found
975 to be below the regulatory threshold for concern.
976
977 NUMBRINO is associated with increases in heart rate. The mean placebo corrected change from
978 baseline heart rate (90% two-sided upper confidence interval) are 12 (14) bpm and 20 (22) bpm for
979 the 4% and 10%, respectively. No clinically relevant QTc prolongation was observed in the with a
980 single therapeutic dose.
981
982
983
984

**Commented [A8]:** NOTE TO APPLICANT: Aligned formatting with rest of label.

FDASUPP012108

985  Effects on Central Nervous System
986
987  Cocaine binds differentially to dopamine, serotonin, and norepinephrine transport proteins and
988  directly prevents the re-uptake of dopamine, serotonin, and norepinephrine into pre-synaptic
989  neurons. Cocaine causes CNS cortical stimulation and increased motor activity. Mydriasis and
990  seizure threshold lowering may occur.
991
992  Low doses of cocaine in humans do not change respiratory rate or depth. At high doses, medullary
993  CNS mediated increase in respiratory rate and decrease in tidal volume may occur, which may be
994  followed by respiratory depression. Overdose situations may cause respiratory failure.
995
996  Hypothalamic thermoregulatory center stimulation may cause a pyrogenic effect. Cocaine may
997  increase body temperature by directly producing heat through stimulated muscle activity and
998  indirectly through vasoconstriction, which may decrease heat loss.
999
1000  Dopamine level alterations are primarily responsible for the addictive property of cocaine.
1001
1002  Effects on Cardiovascular System
1003
1004  Cocaine can potentiate central and peripheral sympathetic effects on the cardiovascular system,
1005  resulting in increased inotropic and chronotropic effects, Central and peripheral stimulatory effects
1006  may result in inotropic and chronotropic effects, increasinged cardiac activity, and causing
1007  tachycardia. Intense peripheral vasoconstriction may result in extremely elevated systolic and
1008  diastolic blood pressure.
1009
1010  Cocaine may increase myocardial oxygen demand, while simultaneously producing vasoconstriction
1011  of coronary arteries. Reversible cardiac ischemia, premature ventricular contractions, ventricular
1012  tachycardia, ventricular fibrillation, asystole, and myocardial infarction have been rarely reported.
1013
1014  Effects on Endocrine System
1015
1016  Cocaine may disturb glucose control because of its propensity to cause hyperglycemia.
1017
1018  Effects on Gastrointestinal Tract and Other Smooth Muscle
1019
1020  Cocaine has an anorexic effect, like other CNS stimulants. It does not decrease gastric, biliary, or
1021  pancreatic secretions, and does not decrease propulsive peristaltic colonic contractions.
1022  Vasoconstriction may produce ischemia of the spleen and intestines.
1023
1024  Effects on Vascular System
1025
1026
1027  The relationship between local anesthetic effectiveness and toxicity of cocaine is a function of the
1028  patient's state of health, medical condition, nasal mucosa integrity and extent of systemic absorption
1029  of cocaine (from the pledgets). When applied to mucous membranes by pledget administration,
1030  topical anesthesia develops rapidly and persists for 30 minutes or longer depending on the
1031  concentration of cocaine HClhydrochloride solution used, the dose, and on the vascularity of the
1032  tissue.
1033
1034  In a human adult, single-dose pharmacokinetic study, the application Cocaine cocaine Hydrochloride
1035  hydrochloride Topical topical Solutionsolution, 4% and 10%, for 20 minutes by pledgets produced
1036  nasal vasoconstriction significantly reducing capillary blood flow, assessed by laser Doppler
1037  perfusion. Statistical analysis showed that 160 mg (4 mL, 4%) and 400 mg (4 mL, 10%) cocaine

FDASUPP012109

1038  ~~HClhydrochloride topical solution doses are significantly different from placebo (each comparison p~~
1039  ~~<0.0001), suggesting reduced blood flow and increased vasoconstriction to the nasal mucous~~
1040  ~~membranes.~~
1041
1042  **12.3   Pharmacokinetics**
1043
1044  NUMBRINO is an aqueous solution of cocaine hydrochloride for topical use only.

1045  <u>Absorption</u>
1046
1047  Application of NUMBRINO for 20 minutes by pledget administration to the nasal mucosa in healthy
1048  adults significantly minimizes the systemic absorption of the applied dose of cocaine
1049  ~~HCl~~hydrochloride. The mean systemic absorption of cocaine from a single 160 mg dose (4 mL, 4%)
1050  was 23.44% of the topically applied dose. The mean systemic absorption of cocaine from a single
1051  400 mg dose (4 mL, 10%) was 33.34% of the topically applied dose (<u>Table 2</u>).

1052  ~~Application of NUMBRINO to broken or inflamed mucosa or more than four, simultaneous or~~
1053  ~~sequentially applied, saturated pledgets could result in higher plasma levels of local anesthetic and~~
1054  ~~systemic absorption that carries the risk of systemic toxicity.~~
1055
1056  **Table 2. Systemic Absorption of NUMBRINO in Healthy Adult Subjects Minimized by Pledget**
1057  **Administration (single nasal dose of 160 mg and 400 mg Cocaine ~~HCl~~Hydrochloride Topical**
1058  **Solution over 20 minutes)**
1059

| NUMBRINO Dose (4 mL) | Age Range (yr) | Application Time (min) | Estimated[1] Systemic Absorption | Mean $C_{max}$ (ng/mL) | Median $T_{max}$ (min) $C_{max}$ (ng/mL) |
|---|---|---|---|---|---|
| 160 mg (4%) | 20-40 | 20 | 23.44% | 142.68 n=33 | 30 142.7 |
| 400 mg (10%) | 20-40 | 20 | 33.34% | 433.53 n=30 | 30 433.5 |

1060  [1]Estimated absorbed dose was calculated by subtracting the residual amount of drug in the pledgets
1061  from the administered dose; $T_{max}$ includes time 0 (the start of pledget insertion to pledget removal
1062  (20 minutes) to the time $C_{max}$ was observed, i.e. 10 minutes after removal of the pledgets.
1063
1064  <u>Distribution</u>
1065
1066  <u>Cocaine has been described in literature as approximately 84-92% bound to human plasma</u>
1067  <u>proteins.</u> Cocaine is extensively distributed to tissues and crosses the blood brain barrier. Its volume
1068  of distribution is approximately 2 L/kg. Cocaine crosses the placenta by simple diffusion~~,~~ and
1069  accumulates in the fetus after repeated use.
1070
1071  <u>Elimination</u>
1072
1073  *Metabolism*
1074
1075  Cocaine is metabolized by two major hydrolytic pathways. Cocaine ~~(40-45%)~~ is metabolized by
1076  hydrolysis to benzoylecgonine (major, but inactive metabolite) by hepatic carboxylesterase-1.
1077  Cocaine ~~(40-45%)~~is also metabolized by hydrolysis to ecgonine methyl ester (major, but inactive
1078  metabolite) by plasma butyrylcholinesterase and hepatic carboxylesterase-2.
1079

Page 28 of 36

1080
1081     Cocaine is minimally metabolized by hydrolysis to ecgonine (minor, inactive metabolite) by
         carboxylesterase-2.
1082
1083     Cocaine (5-10%) is N-demethylated by the CYP3A4 enzyme system to produce the active
1084     metabolite, norcocaine. Total systemic exposure of norcocaine is less than one percent that
1085     observed with cocaine.
1086
1087
1088
1089

FDASUPP012111

Excretion

Cocaine is excreted almost exclusively in the urine, as metabolites. Only a minor fraction of cocaine is eliminated unchanged in the urine (<5%).

The apparent elimination half-life (mean ± (%CV)) of cocaine following administration of NUMBRINO (by pledgets) was 1.54 hours (±13.5) for the 4% concentration, and 2.10 hours (±36.8) for the 10% concentration.

Specific Populations

Elderly:Geriatric Patients

-The pharmacokinetics of NUMBRINO in patients over the age of 65 has not of been studied.

Patients with Hepatic Impairment
:
The pharmacokinetics of NUMBRINO in patients with hepatic impairment has not been studied.

Patients with Renal Impairment
:
The pharmacokinetics of NUMBRINO in patients with renal impairment has not been studied.

Drug-drug Interactions:

Disulfiram

It has been reported in the published literature that disulfiram treatment increased plasma cocaine exposure, including both AUC and $C_{max}$, by several folds after acute intranasal cocaine administration. Another published literature reported that co-administration of disulfiram increased AUC of plasma cocaine by several folds after intravenous cocaine administration [see DRUG INTERACTIONS (7.1)].

**13   NONCLINICAL TOXICOLOGY**

**13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility**

Carcinogenesis

Long-term studies in animals have not been performed to evaluate the carcinogenic potential of cocaine. NUMBRINO. however, the long historical medical use of cocaine HCl and the intended limited clinical use, for a nasal diagnostic procedure or surgery, suggests NUMBRINO is not expected to be carcinogenic in humans

Mutagenesis

Cocaine hydrochloride was not mutagenic in an in vitro bacterial reverse mutation assay (Ames test) and was not clastogenic in an in vitro chromosomal aberrations assay or in the in vivo rat micronucleus test.

Page 30 of 36

1142  Cocaine hydrochloride and its major stability and manufacturing impurities, which are also the
1143  primary metabolites, were concluded to be neither genotoxic nor clastogenic in in vitro and in vivo
1144  studies.
1145
1146  Impairment of Fertility
1147
1148  Chronic administration of cocaine to male rats (15 mg/kg body weight or 10.5 times a human dose,
1149  daily or twice weekly for 100 and 150 days of exposure to the drug) had an adverse effect on
1150  spermatogenesis and fertility.
1151
1152  Studies in animals to characterize the effects of cocaine on fertility have not been completed. There
1153  are published studies that provide some information on the potential impact of cocaine on fertility.
1154  Exposure margins below are based on body surface area comparison to the human reference dose
1155  (HRD) of 37.5 mg (estimated amount absorbed from the 160 mg cocaine-soaked pledgets).
1156
1157  Suppression of estrous/menstrual cyclicity and ovulation was reported 1.3- to 2.6 times and 2 times
1158  the HRD and in rats and monkeys, respectively.
1159
1160  In a published study in older male rats (16 weeks) 30 mg/kg cocaine SC (7.8 times the HRD) for 72
1161  days prior to mating did not alter male fertility or alter male reproductive tissue histopathology but did
1162  increase the incidence of abnormal sperm and resulted in hyperactivity of next generation offspring.
1163
1164
1165  **14   CLINICAL STUDIES**
1166
1167  Nasal Procedure Topical Anesthesia Studies
1168
1169  Efficacy was demonstrated in one, multicenter, randomized, double-blind, placebo-controlled,
1170  parallel-arm, clinical trials comparing a single-dose of 4% and 10% NUMBRINO and placebo applied
1171  to pledgets and delivered to the nasal mucosa in patients requiring a diagnostic or surgical
1172  procedure on or through accessible mucous membranes of the nasal cavities. One trial was
1173  terminated early in order to update the trial to refine its operation.
1174
1175  The primary endpoint was nasal anesthestica success, defined as immediate anesthesia based on
1176  a numeric pain rating score (NPRS) of 0 (no pain, 0 to 10 scale) 20 minutes post-application of the
1177  nasal cavity pledget dose, and sustained anesthesia based on the lack of need for additional
1178  anesthesia or analgesics for the remainder of the diagnostic procedure or surgery.
1179
1180
1181  Study 1
1182
1183  Study 1 was a Phase 3, multicenter, randomized, double blind, placebo controlled, parallel groups
1184  study designed to compare the efficacy and safety of intranasally administered cocaine HCl topical
1185  solution, 4% and 10%, to placebo for providing adequate anesthesia to complete a diagnostic
1186  procedure or surgery.
1187
1188  A total of 120 patients were enrolled in ten clinical centers and randomized to one dose of cocaine
1189  HCl topical solution, 4% (n=39), cocaine HCl topical solution, 10% (n=41), or placebo (n=40) applied
1190  to the nasal mucosa for 20 minutes.  All randomized patients completed the study nasal procedure
1191  or surgery.
1192

Page 31 of 36

FDASUPP012113

1193 Fifty-seven percent (57.2%) of randomized patients were female and 80.5% were white, with a mean
1194 age was 38.9 years (range 18 to 70 years).
1195
1196 The immediate and sustained analgesia success was significantly greater for the cocaine HCl 10%
1197 treatment group (253 mg mean dose) than for the placebo group, 75.6% versus 37.5%, respectively
1198 with a treatment difference of 38.1%, which was statistically (p=0.0005) and clinically significant.
1199
1200 The proportion of subjects with immediate and sustained analgesia success was not statistically
1201 significant between the cocaine HCl 4% treatment group (108 mg mean dose) and the placebo group,
1202 53.9% versus 37.5% (p = 0.1088). Lack of a statistically significant difference was due, in part, to the
1203 unexpectedly high placebo response and use of a suboptimal nasal pressure generating device (von
1204 Frey monofilament, Size 5.18, 15 gram).
1205
1206 All patients in both active treatment groups had adequate hemostasis, produced by cocaine's local
1207 nasal vasoconstriction, as assessed by the investigator.
1208
1209 **Study 2**
1210
1211 Study 2 was a Phase 3, multicenter, randomized, double blind, placebo controlled, parallel groups
1212 study designed to compare the efficacy and safety of intranasally administered cocaine HCl topical
1213 solution, 4% and 10%,  to placebo. Study drug was applied to the nasal mucosa for 20 minutes via
1214 cotton or rayon pledgets, measuring 0.5 inches by 3 inches for providing adequate anesthesia to
1215 complete a nasal procedure or surgery.  The most commonly performed procedures  included nasal
1216 endoscopy (62%) and transnasal laryngoscopy (24%).   Less frequently performed procedures
1217 included sinus endoscopy (6%), nasal biopsy (0.25%), and turbinate reduction (0.25%).
1218
1219 TopicalNasal anesthesia was assessed using the visual numeric rating scale (VNRS) during a von
1220 Frey monofilament test prior to the diagnostic procedure or surgery. After subject-reported pain
1221 scores were collected, the blind to placebo was broken and placebo patients did not have diagnostic
1222 procedure or surgery conducted. Cocaine patients who reported a pain score of 0 proceeded to the
1223 scheduled procedure.
1224
1225 A total of 646 639  patients were enrolled in twenty clinical centers and randomized and to received
1226 a single one doseapplication of either cocaine HClhydrochloride nasaltopical solution, 4% (n=2589),
1227 cocaine HClhydrochloride topical nasal solution, 10% (n=2549), or placebo (n=1278) applied to the
1228 nasal mucosa for 20 minutes. Two subjects in the cocaine HCl topical solution, 4% treatment group
1229 discontinued the study due to adverse event related drug reasons and required early removal of the
1230 pledgets from their nasal cavities. Three subjects in the cocaine HCl topical solution, 10% treatment
1231 group required early removal of the pledgets from their nasal cavities but completed the study
1232 procedure or surgery.  Sixty-one percent (60.861%) of randomized patients were female and
1233 80.881% were white, with a mean age wasof 37.638 years (range 18 to 76 years).  Patients with a
1234 history of myocardial infarction, coronary artery disease, congestive heart failure, irregular heart
1235 rhythm, abnormal screening ECG, or uncontrolled hypertension, defined as systolic blood pressure
1236 ≥140 mmHg or diastolic blood pressure ≥90 mmHg, were excluded from participating in the study.
1237 Patients with a history of myocardial infarction, coronary artery disease, congestive heart failure,
1238 irregular heart rhythm, abnormal screening ECG, or uncontrolled hypertension, defined as systolic
1239 blood pressure ≥140 mmHg or diastolic blood pressure ≥90 mmHg, were excluded from participating
1240 in the study.
1241
1242 The efficacy endpoint was anesthetic success, defined as immediate anesthesia based on a score
1243 of 0 on a NPRS during a von Frey monofilament test 20 minutes after study drug administration, and
1244 sustained anesthesia throughout the diagnostic procedure or surgery based on no further anesthetic
1245 or analgesic treatment required.

Page 32 of 36

1246
1247 Efficacy Results ~~Sixty-one percent (60.8%) of randomized patients were female and 80.8% were~~
1248 ~~white, with a mean age was 37.6 years (range 18 to 76 years).~~
1249
1250 Table 2 provides results for ~~analgesic~~esthetic success rate by treatment group.
1251
1252 Table ~~3~~2: ~~Analgesic~~esthetic Success

| Event | Placebo (N=127) | Cocaine 4% (N=258) | Cocaine 10% (N=254) |
|---|---|---|---|
| Success | 25 (20%) | 183 (71%) | 210 (83%) |
| Failure | 102 (80%) | 75 (29%) | 44 (17%) |

1253
1254

FDASUPP012115

1255  ~~The immediate and sustained a~~Anesthe~~t~~sica ~~success was significantly greater for the cocaine HCl~~
1256  ~~hydrochloride topical nasal solution, 4% treatment group (126 mg mean dose) than for the placebo~~
1257  ~~group, 70.0~~71% ~~versus 19.7~~20%, ~~respectively, with a treatment difference of 51.2~~51%, ~~which was~~
1258  ~~statistically significant (p<0.0001) and clinically significant.~~

1259

1260  ~~Anesthetic success was greater for the A~~ statistically and clinically significant ~~difference was~~
1261  ~~observed between the~~ cocaine HCl hydrochloride ~~topical nasal solution,~~ 10% ~~treatment group (310~~
1262  ~~mg mean dose) and~~ than ~~for the placebo group, with the proportion of patients demonstrating~~
1263  ~~immediate and sustained anesthesia of 83~~2.7% ~~versus 2~~0~~10.7% (p<0.0001), respectively, which~~
1264  ~~was statistically significant with a treatment difference of 63.0%. An exploratory analysis~~
1265  ~~demonstrated that a difference in response to the von Frey monofilament test (5.88, 60 gram) exists~~
1266  ~~between the cocaine HCl 10% and cocaine HCl 4% treatments groups (p=0.0011). The nasal~~
1267  ~~pressure generating device was a von Frey monofilament, Size 5.88, 60 gram.~~

1268

1269  Of the 75 (29%) failures in the cocaine hydrochloride 4% group, 2 patients requested additional
1270  anesthetic medication. Of the 44 (17%) failures in the cocaine 10% group, 1 patient~~s~~ requested
1271  additional anesthetic medication.

1272

1273  ~~Patients in both active treatment groups had adequate hemostasis, produced by cocaine's~~
1274  ~~local nasal vasoconstriction, as assessed by the investigator.~~

1275

1276  **16   HOW SUPPLIED/STORAGE AND HANDLING**

1277

1278  **16.1  How Supplied**

1279

1280

1281  ~~NUMBRINO™~~
1282  NUMBRINO™ (cocaine hydrochloride ~~topical solution~~) nasal solution is a clear, blue-green solution
1283  available ~~in two strengths~~ as follows:

1284

1285  4% (40 mg/ mL) ~~Topical~~ Nasal Solution
1286  NDC 0527-1961-74: 4mL Single ~~-dose~~ use ~~Unit of Use~~ Bottles
1287  NDC 0527-1961-73: 10mL Multi-~~u~~Dose Bottles

1288

1289  ~~10% Topical Nasal Solution~~
1290  ~~NDC 0527-1962-74: 4mL Unit of Use~~Single dose~~use Bottles~~

1291

1292  **16.2  Storage and Handling**

1293

1294  Store at 20° to 25°C (68° to 77°F) with excursions permitted between 15° and 30°C (59° and 86° F)
1295  [see USP Controlled Room Temperature].

1296

1297  ~~Keep out of reach of children.~~

1298

1299  ~~Keep in a secure area and protect from diversion.~~

1300

1301  **17   PATIENT COUNSELING INFORMATION**

1302

1303  Pregnancy
1304  Inform female patients of reproductive potential that ~~GOPRELTO~~NUMBRINO may cause fetal harm
1305  and to inform their prescriber of a known or suspected pregnancy *[see Use in Specific Populations*
1306  *(8.1)]*.

Commented [A9]: NOTE TO APPLICANT: Present this paragraph in table format

Commented [A10]: GOPRELTO has:
Potential for Abuse and Dependence
Toxicology Screening
Seizures
Blood Pressure and Heart Rate Increase
Headache and/or Epistaxis
Pregnancy
Lactation

What order is best?

Commented [A11R10]: Is the order from most concerning to least???

FDASUPP012116

1307
1308   Lactation
1309   Advise a woman that breastfeeding is not recommended during treatment with NUMBRINO and to
1310   pump and discard breastmilk for 48 hours after administration of NUMBRINO *[see Use in Specific*
1311   *Populations (8.2)].*
1312   •
1313
1314
1315   Blood Pressure and Heart Rate Increase
1316   ~~Inform~~ Advise patients that NUMBRINO can cause increases in blood pressure and heart rate. ~~of~~
1317   ~~the likelihood of expected side effects, such as, a transient increase in heart rate and/or blood~~
1318   ~~pressure that should resolve within the same day.~~ Instruct patients to contact their health care
1319   professional if these symptoms persist *[see ~~Adverse Reactions~~Warnings and Precautions (~~6~~5.3)].*
1320
1321   Seizures
1322   Advise patients that NUMBRINO may lower the seizure threshold.  Patients should be monitored for
1323   the development of seizures. *[See Warnings and Precautions (5.2)].*
1324
1325   Toxicology Screening
1326   Advise patients that cocaine hydrochloride in NUMBRINO may be detected in plasma for up to one
1327   week after administration.  Cocaine hydrochloride and its metabolites may be detected in urine
1328   toxicology screening for longer than one week after administration.  *[see Warnings and Precautions*
1329   *(5.4)].*
1330
1331   •   Concomitant CNS Stimulants
1332   Advise patients to inform their health care professional if they are taking CNS stimulants, alpha-
1333   modifying agents, monoamine oxidase inhibitors, or tricyclic antidepressants *[see Drug Interactions*
1334   *(7)].*
1335
1336   •   Hypersensitivity Reactions
1337   Advise patients of the signs and symptoms of hypersensitivity reactions and to seek immediate
1338   medical attention should they occur *[see Warnings and Precautions (5.5)].*
1339
1340   •   ~~Advise diabetic patients their blood glucose levels may be transiently elevated immediately after~~
1341   ~~their procedure [see Warnings and Precautions (5.6)].~~
1342
1343
1344

FDASUPP012117

1345
1346
1347
1348
1349
1350
1351
1352
1353
1354

Distributed by:
Lannett Company, Inc.
Philadelphia, PA 19136

Manufactured by:
Cody Laboratories, Inc.
Cody, WY 82414

11-211 Rev. 1206/2019

Page 36 of 36

FDASUPP012118

| From: | Kapoor, Shelly |
|---|---|
| To: | Katy Rudnick |
| Cc: | RegAffairs |
| Subject: | NDA 209575- Label information Request 1.9.20 |
| Date: | Thursday, January 09, 2020 4:05:00 PM |
| Attachments: | TO FIRM- Topical Cocaine PI 1.9.20.docx |
| Importance: | High |

Hi Katy,

Please find attached the draft PI with our edits and comments. Please review the label to me via email only as soon as possible but no later than **10am ET tomorrow**.  There is no need to submit formally to your NDA at this time, as there may be additional negotiation before the action date.

Please review this document and:

1. Accept all changes you agree with.
2. Make revisions ( in track changes) and add a rationale comment for any language with which you do not agree.
3. Please check for the accuracy of the cross references.
4. Please check for any formatting (font, spacing, etc.) or typographical errors and make those corrections.

Please confirm receipt of this email.

Thank you,
Shelly

**From:** Katy Rudnick <krudnick@lannett.com>
**Sent:** Wednesday, January 08, 2020 5:37 PM
**To:** Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>
**Cc:** RegAffairs <RegAffairs@lannett.com>
**Subject:** RE: NDA 209575- Carton/Container information Request 1.7.20

Hi Shelly,

The package insert was updated to revise the HIGHLIGHTS section to two column format, please see attachment. No other changes were made to the content that was submitted earlier this morning.

Please let us know if you need anything additional.

Best Regards,

Katy Rudnick
Manager, Regulatory Affairs – Lannett Company, Inc.
9000 State Road | Philadelphia | PA | 19136
krudnick@lannett.com | p: 215.333.9000 x 2101

FDASUPP012125

**From:** Katy Rudnick
**Sent:** Wednesday, January 08, 2020 11:03 AM
**To:** Kapoor, Shelly
**Cc:** RegAffairs
**Subject:** RE: NDA 209575- Carton/Container information Request 1.7.20

Good Morning Shelly,

As discussed on yesterday's telecon, we have prepared labeling updates for the team's review. The container and carton labels have been updated to include the salt information as requested with no other changes. We have attached two copies of the Package Insert for ease of review:

1. Includes all track changes from the previous submission (1/3/20) with the additional new changes highlighted in yellow.
2. A "cleaned up" version with only the new changes highlighted in yellow.

For clarity, there are new changes in the following sections only and all other sections remain the same as submitted via email on January 3, 2020.



Best Regards,

Katy Rudnick
Manager, Regulatory Affairs – Lannett Company, Inc.
9000 State Road | Philadelphia | PA | 19136
krudnick@lannett.com | p: 215.333.9000 x 2101

**From:** Kapoor, Shelly [mailto:Sonam.Kapoor@fda.hhs.gov]
**Sent:** Tuesday, January 07, 2020 7:05 PM
**To:** Katy Rudnick
**Cc:** RegAffairs; Kristie Stephens
**Subject:** NDA 209575- Carton/Container information Request 1.7.20
**Importance:** High

Dear Katy

FDASUPP012126

I have received the following comments from our review team regarding the carton and container labels for NDA 209575. Please respond to this request as soon as possible but no later than **9am ET Thursday, January 9, 2020.** Please return the amended carton/container labels to me <u>via email only</u>.  There is no need to submit formally to your NDA at this time, as there may be additional negotiation before the action date.

**We are reviewing NDA 209575 and the carton/container labels submitted via email on January 3, 2020, and have the following comment:**

███████████████████████████████████████

Please confirm receipt of this email. Let me know if you have any questions.

Kind Regards,
Shelly

Shelly Kapoor, PharmD, RAC
Regulatory Project Manager
Anesthesiology, Addiction Medicine, and Pain Medicine
Division of Regulatory Operations for Neuroscience
Office of Regulatory Operations
Center for Drug Evaluation and Research
U.S. Food and Drug Administration
(P) 240.402.2787
(E) Shelly.Kapoor@fda.hhs.gov

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER LAW.  If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review disclosure, dissemination, copying, or other action based on the content of this communication is not authorized.  If you have received this document in error, please immediately notify us by email or telephone.

**HIGHLIGHTS OF PRESCRIBING INFORMATION**

These highlights do not include all the information needed to use NUMBRINO safely and effectively. See full prescribing information for NUMBRINO.

NUMBRINO™ (cocaine hydrochloride) nasal solution, CII

Initial U.S. Approval 2017

---

**WARNING: ABUSE AND DEPENDENCE**

*See full prescribing information for complete boxed warning.*

CNS stimulants, including cocaine hydrochloride, have a high potential for abuse and dependence. (5.1)

---

-----------------INDICATIONS AND USAGE-----------------

NUMBRINO (cocaine hydrochloride) nasal solution is an ester local anesthetic indicated for the introduction of local anesthesia on or through the mucous membranes for diagnostic procedures and surgeries on or through the nasal cavities of adults. (1)

-----------------DOSAGE AND ADMINISTRATION-----------------

• For intranasal use only. (2.1)
• Do not apply to damaged nasal mucosa. (2.1)
• NUMBRINO is not interchangeable with other nasal cocaine products.
• NUMBRINO should not be substituted for other nasal cocaine products unless determined by FDA to be substitutable (2.1)
• The recommended dose of NUMBRINO ranges from 40 mg to 160 mg, depending on the nasal surface area to be anesthetized and the procedure to be performed. (2.2)
• NUMBRINO should be administered by means of cotton or rayon applicator pledgets applied to the nasal mucosa. (2)
• One pledget will absorb one mL of NUMBRINO nasal solution. (2.2)
• Preparation and Application:
   – Draw up 4 mL NUMBRINO nasal solution into a syringe calibrated in mL. Apply 2 mL NUMBRINO nasal solution to the top of four stacked pledgets. The stacked pledgets over and apply 2 mL NUMBRINO nasal solution to the other side. (2.3)
   – NUMBRINO nasal solution should be evenly distributed on all pledgets. (2.3)
   – Following soaking, place a maximum of two pledgets in each nasal cavity. (2.3)
Leave pledgets in place for up to 20 minutes. (2.3)
One (1) mL of NUMBRINO should be applied to each pledget. One (1) or two (2) pledgets containing anesthetic solution should be applied topically per nostril, with a maximum of 2 pledgets used per nostril; maximum of 4 pledgets per procedure. (2.2)
Pledgets should be retained in the nasal cavity for 20 minutes, with removal occurring immediately prior to the patient's procedure or surgery. (2.2)
Pledgets should be removed immediately upon any sign or symptom of an adverse event. (2.2)

-----------------DOSAGE FORMS AND STRENGTHS-----------------

Nasal solution:
• 4% nasal solution (40 mg/mL; available in both 4mL and 10mL bottles) (3)

-----------------CONTRAINDICATIONS-----------------

• Hypersensitivity to cocaine, or any component of NUMBRINO. (4)
• Epilepsy. (4)
• Hereditary pseudocholinesterase deficiency. (4)

---

• Concomitant use of cholinesterase inhibitors. (4)
• Concomitant use of α-modifying drugs and tricyclic antidepressants. (4)

-----------------WARNINGS AND PRECAUTIONS-----------------

• NUMBRINO is for TOPICAL USE ONLY. NOT FOR INJECTION OR OPHTHALMIC USE. (5)
• Seizures: NUMBRINO may lower the convulsive threshold. Monitor patients for development of seizures.
• Blood Pressure and Heart Rate Increases: Monitor vital signs, including heart rate and rhythm, in patients after receiving NUMBRINO. Avoid use of NUMBRINO in patients with a recent or active history of myocardial infarction, coronary artery disease, congestive heart failure, irregular heart rhythm, abnormal ECG, uncontrolled hypertension, or thyrotoxicosis.

-----------------ADVERSE REACTIONS-----------------

The most common adverse reactions (≥ 1%) occurring in patients treated with NUMBRINO were hypertension, tachycardia, QT interval prolongation, and sinus tachycardia. (6.1)

To report SUSPECTED ADVERSE REACTIONS, contact Lannett Company, Inc. at 1-844-834-0530 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.

-----------------DRUG INTERACTIONS-----------------

• Epinephrine, Phenylephrine: There have been reports of myocardial ischemia, myocardial infarction, and ventricular arrhythmias with concomitant use during nasal surgery. Avoid use of additional vasoconstrictor agents with NUMBR NO. If concomitant use is unavoidable, prolonged vital sign and ECG monitoring may be required. (5.3, 7.2)
• Disulfiram: Disulfiram treatment increases plasma cocaine exposure. Avoid using NUMBR NO in patients taking disulfiram. (7.3)
• CNS stimulants: Concomitant administration may result in nervousness, irritability, or possibly convulsions. (7.1)
• Cholinesterase inhibitors: Concomitant administration may increase the risk of cocaine toxicity. (7.4)
• Sympathomimetics postganglionic blocking agents and tricyclic antidepressants: Concomitant administration may increase the risk of cardiovascular adverse reactions. (1)
• Monoamine-oxidase inhibitors: Concomitant administration may potentiate the effects and toxicity of monoamine-oxidase inhibitors. (7.5)

-----------------USE IN SPECIFIC POPULATIONS-----------------

• Pregnancy: May cause fetal harm. (8.1)
• Lactation: Breastfeeding not recommended during treatment. Avoid breastfeeding 48 hours after treatment. (8.2)
• Lactation: Breastfeeding not recommended during treatment, but a lactating woman can pump and discard breast milk for 48 hours after treatment.
• Geriatric Patients: May be more susceptible to cardiovascular adverse events. (8.5)
• Hepatic impairment: t is not recommended to dose NUMBR NO in patients with hepatic impairment. (8.6)
• Renal impairment: Monitor for adverse reactions such as headache, epistaxis, and clinically-relevant increases in heart rate or blood pressure. (8.7)

See 17 for PATIENT COUNSELING INFORMATION.

Revised 12/2019

---

**Margin comments:**

Commented [A4]: NOTE TO SPONSOR: We want to include QT interval prolongation because the percent will change dramatically for the placebo group if one less patient had not had QT prolongation.

Formatted: Highlight
Formatted: Highlight
Formatted: Highlight
Formatted: Highlight
Formatted: Highlight
Formatted: Highlight

Commented [A1]: NOTE TO SPONSOR: We have slightly modified this language.

Formatted: Highlight
Formatted: Highlight
Formatted: Highlight

Formatted: List Paragraph, Indent: Left: 0", Hanging: 0.13", Bulleted + Level: 1 + Aligned at: 0" + Indent at: 0.25"

Commented [A5]: NOTE TO SPONSOR: See our comments in Section 7

Formatted: Highlight
Formatted: Font: (Default) Arial, 8 pt, Highlight

Commented [A2]: Lannett does not agree that this level of detail is required to administer this product. This is not the procedure used to administer the drug used in the clinical study.

Commented [A3R2]: NOTE TO SPONSOR: We have accepted some of your edits (highlighted) However, this is the pledget preparation used in the clinical studies, as copied below from Study COCA4v10-002:

"The entire contents (4 mLs) of the bottle of drug product were drawn up into the syringe. All 4 provided pledgets were stacked by the

Field Code Changed

Commented [A6]: Lannett believes these statements

Commented [A7R6]: NOTE TO SPONSOR: This is

Formatted: Highlight
Formatted
Formatted: Font: (Default) Arial, 8 pt, Highlight
Formatted: Highlight
Formatted: Highlight

---

112

113   **FULL PRESCRIBING INFORMATION: CONTENTS***

Commented [A8]: NOTE TO SPONSOR: Please update this table.

114

115   **1 INDICATIONS AND USAGE**
116   **2 DOSAGE AND ADMINISTRATION**
117     2.1 Important Dosage and Administration
118     2.2 Dosing Recommendations
119     2.3 Administration of NUMBRINO via
120        Pledgets
121   **3 DOSAGE FORMS AND STRENGTHS**
122   **4 CONTRAINDICATIONS**
123   **5 WARNINGS AND PRECAUTIONS**
124     5.1 Potential for Abuse and Dependence
125     5.2 Seizures
126     5.3 Blood Pressure and Heart Rate
127        Increases
128     5.4 Known Hypersensitivity or
129        Idiosyncrasy to the Sympathomimetic
130        Amines
131     5.5 Ophthalmic Use
132   **6 ADVERSE REACTIONS**
133     6.1 Clinical Trial Experience
134     6.2 Postmarketing Experience
135   **7 DRUG INTERACTIONS**
136     7.1 Central Nervous System Stimulants
137     7.2 Epinephrine, Phenylephrine
138     7.3 Disulfiram
139     7.4 Cholinesterase Inhibitors
140     7.5 Monoamine-Oxidase Inhibitors
141   **8 USE IN SPECIFIC POPULATIONS**
142     8.1 Pregnancy

143     8.2 Lactation
144     8.3 Females and Males of Reproductive
145        Potential
146     8.4 Pediatric Use
147     8.5 Geriatric Use
148     8.6 Hepatic Impairment
149     8.7 Renal Impairment
150     8.8 Pseudocholinesterase Deficiency
151   **9 DRUG ABUSE AND DEPENDENCE**
152     9.1 Controlled Substance
153     9.2 Abuse
154     9.3 Dependence
155   **10 OVERDOSAGE**
156   **11 DESCRIPTION**
157   **12 CLINICAL PHARMACOLOGY**
158     12.1 Mechanism of Action
159     12.2 Pharmacodynamics
160     12.3 Pharmacokinetics
161   **13 NONCLINICAL TOXICOLOGY**
162     13.1 Carcinogenesis, Mutagenesis,
163        Impairment of Fertility
164   **14 CLINICAL STUDIES**
165   **16 HOW SUPPLIED/STORAGE AND**
166        **HANDLING**
167     16.1 How Supplied
168     16.2 Storage and Handling
169   **17 PATIENT COUNSELING INFORMATION**
170

171

172   *Sections or subsections omitted from the full prescribing information are not listed.

173
174

FDASUPP012129

**FULL PRESCRIBING INFORMATION**

---

**WARNING: ABUSE AND DEPENDENCE**

**CNS stimulants, including cocaine hydrochloride, have a high potential for abuse and dependence. (5.1)**

---

**1   INDICATIONS AND USAGE**

NUMBRINO (cocaine hydrochloride) nasal solution is indicated for the induction of local anesthesia of the mucous membranes when performing diagnostic procedures and surgeries on or through the nasal cavities in adults.

**2   DOSAGE AND ADMINISTRATION**

**2.1 Important Dosage and Administration Instructions**

- NUMBRINO (cocaine hydrochloride) is for intranasal use only.
- Do not apply NUMBRINO to damaged nasal mucosa.
- Unless the FDA has determined that these products can be substituted, do not substitute NUMBRINO and other intranasal cocaine products because this may result in different local and/or systemic exposures.

*Commented [A9]: NOTE TO SPONSOR- Adding this back in as per our discussion on 1/7/2020.*
*Formatted: Font: 11 pt*
*Formatted: Font: 11 pt*
*Formatted: Font: 11 pt*
*Formatted: Indent: Left:  0.5",  No bullets or numbering*
*Formatted: Not Highlight*

**2.2 Dosing Recommendations**

The recommended dose of NUMBRINO ranges from 40 mg to 160 mg, depending on the nasal mucosal area to be anesthetized and the procedure to be performed. Each pledget absorbs one mL of NUMBRINO nasal solution.  A maximum of two soaked cotton or rayon pledgets may be placed in each nasal cavity, for a total dose of 160 mg for NUMBRINO nasal solution 4□ .

The total dose for any one procedure or surgery should not exceed 3 mg□kg cocaine hydrochloride.

*Commented [A10]: NOTE TO SPONSOR: As per Fleming et al (1990) and Barash (1977) the safe dose of topical cocaine is 1-3 mg/kg.*
*Formatted: Highlight*

The recommended size of the cotton or rayon pledgets for use with NUMBRINO measure □ inch x 3 inch (sold separately).

**2.3 Preparation and Administration of NUMBRINO Pledgets**

*Formatted: Highlight*

NUMBRINO should be administered by means of cotton or rayon applicator pledgets applied to the nasal mucosa.
One (1) mL of NUMBRINO should be applied to each pledget. One (1) or two (2) pledgets containing anesthetic solution should be applied topically per nostril, with a maximum of 2 pledgets used per nostril; maximum of 4 pledgets per procedure.
Pledgets should be retained in the nasal cavity for 20 minutes, with removal occurring immediately prior to the patient's procedure or surgery

Draw up 4 mL NUMBRINO into a syringe calibrated in mL.  Stack four pledgets and apply 2 mL of solution to the top of the stacked pledgets.  Turn the stacked pledgets over and apply 2 mL of solution to the other side.  NUMBRINO should be evenly distributed on all pledgets.

*Commented [A11]: NOTE TO SPONSOR: See our comments in the Highlights.*

FDASUPP012130

220
221 Following NUMBRINO application to pledgets, place One (1) or two (2) pledgets in each nasal cavity,
222 for a maximum of 2 pledgets used per nostril.
223
224 Leave pledgets in place for up to 20 minutes.  Remove pledgets and continue with the procedure.
225 Discard pledgets, and dispose of any unused pledgets and remaining solution in accordance with
226 institutional procedures for CII products.
227 Pledgets should be removed immediately upon any sign or symptom of an adverse event.
228
229
230 **3   DOSAGE FORMS AND STRENGTHS**
231
232 NUMBRINO (cocaine hydrochloride) nasal solution is a clear, blue-green solution provided in a
233 concentration of 4□ (40 mg□mL).  The 4□ nasal solution is provided in both a single-use 4 mL (160
234 mg□4 mL) and multiple-use 10 ml (400 mg□10 mL) bottles.  Each 1 mL of the 4□ solution contains 40
235 mg of cocaine hydrochloride, equivalent to 35.7 mg of cocaine free base as aqueous solution, for
236 topical nasal administration.
237
238 **4   CONTRAINDICATIONS**
239
240 NUMBRINO is contraindicated in:
241   • patients with a known history of hypersensitivity to cocaine hydrochloride, other ester-based
242     local anesthetics, or any other component of the nasal solution *[see Warnings and Precautions*
243     *(5.5)]*.
244
245
246 **5   WARNINGS AND PRECAUTIONS**
247
248 **5.1  Potential for Abuse and Dependence**
249 Central nervous system (CNS) stimulants, including cocaine hydrochloride, have a high potential for
250 abuse and dependence [*see Drug Abuse and Dependence (9.2, 9.3)*].

251 **5.2  Seizures**
252 It has been reported in the literature that cocaine hydrochloride may lower the convulsive threshold.
253 The risk may be higher in patients with a history of seizures or in patients with prior
254 electroencephalogram (EEG) abnormalities without seizures, but has been reported in patients with
255 no prior history or EEG evidence of seizures.  Monitor patients for development of seizures.

256 **5.3  Blood Pressure and Heart Rate Increases**
257 As reported in the literature, cocaine hydrochloride causes an increase in observed blood pressure
258 and heart rate.  In the Phase 3 clinical studies with NUMBRINO, increases in blood pressure and
259 heart rate were observed following pledget removal.  Monitor for changes in vital signs, including
260 heart rate and rhythm, after administration of NUMBRINO.

261 Avoid use of NUMBRINO in patients with a history of myocardial infarction, coronary artery disease,
262 congestive heart failure, irregular heart rhythm, abnormal ECG, or uncontrolled hypertension.  Avoid
263 use of additional vasoconstrictor agents such as epinephrine or phenylephrine with NUMBRINO.  If
264 concomitant use is unavoidable, prolonged vital sign and ECG monitoring may be required.

265 Although not reported in the NUMBRINO clinical trials, myocardial infarction has been reported in the
266 literature, and can occur when the drug has been used as recommended [*see Adverse Reactions (6)*].

Formatted: Not Highlight
Formatted: Not Highlight
Formatted: Not Highlight

5.4  5.4  **Toxicology Screening**

The time after cocaine administration for which cocaine and its metabolites can be detected in plasma and urine depends on the sensitivity of the utilized assay method. The cocaine hydrochloride and it's metabolites in NUMBRINO may be detected in plasma for up to one week after administration.  Cocaine hydrochloride and it's metabolites may be detected in urine toxicology screening for longer than one week after administration

5.45  **Known Hypersensitivity or Idiosyncrasy to the Sympathomimetic Amines**

NUMBRINO is contraindicated in patients with a known history of hypersensitivity to cocaine or to the components of the nasal solution. Cocaine is a sympathetic neuronal catecholamine reuptake inhibitor, which may potentiate the actions of concomitantly administered sympathomimetic amines.

5.56  **Ophthalmic Use**

NUMBRINO is NOT FOR OPHTHALMIC USE.  Cocaine can cause sloughing of the corneal epithelium and should not be used in the eyes. Pitting and ulceration of the cornea has been reported in the literature.

6  **ADVERSE REACTIONS**

The following treatment-emergent adverse events are discussed in more detailed in other sections of the labeling:

- Increases in Blood Pressure and Heart Rate *[see Warnings and Precautions (5.3)]*

6.1  **Clinical Trial Experience**

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

NUMBRINO nasal solution has been evaluated in one Phase 1 study, one QT study and two Phase 3 studies, which included 702 adult subjects who received a single application of NUMBRINO nasal solution 4☐, NUMBRINO nasal solution 10☐, or placebo.  The randomized, double-blind, placebo controlled Phase 3 studies were conducted in adult patients undergoing diagnostic procedures and surgeries on or through the mucous membranes of the nasal cavities, of which 316 received NUMBRINO nasal solution 4☐, 318 received NUMBRINO nasal solution 10☐, and 168 received placebo.  Safety was evaluated for up to 7 days after dosing.

In a Phase 3 study, patients received a mean dose of 126 mg (80 to 160 mg, N☐259) of cocaine hydrochloride using NUMBRINO nasal solution 4☐ and a mean dose of 319 mg (200 to 400 mg, N☐259) of cocaine hydrochloride using NUMBRINO nasal solution 10☐ as a single application.

The most common adverse reactions reported with NUMBRINO 4☐ are included in Table 1 (preexisting nasal conditions are not included). There were two patients treated with NUMBRINO nasal solution 4☐ who withdrew due to an adverse reaction.  One patient developed anxiety and systolic hypertension and one patient developed intermittent paroxysmal tachycardia.  Both patients developed symptoms within 10 minutes of nasal pledget application.  Three patients treated with NUMBRINO nasal solution 10☐ required premature removal of pledgets due to nausea and diastolic

Commented [A12]: Comment from Lannett:  Lannett does not have data to substantiate this statement. Cocaine has a very short half-life and is not expected to be detected up to one week.

Commented [A13R12]: NOTE TO SPONSOR: Edited for Clarity. Whether cocaine and its metabolites can be detected will depend on sensitivity of the assay.  The assay you developed may not be sensitive enough. The analytes not being detected in your study may be detected by a more sensitive assay.

For example, see: https://www.ncbi.nlm.nih.gov/pubmed/11043648

Formatted: Highlight
Formatted: Highlight
Formatted: Highlight
Formatted: Highlight
Formatted: Highlight

FDASUPP012132

315 hypertension; mild intermittent paroxysmal hypertension and paroxysmal tachycardia; and vasovagal
316 syncope with bradycardia.
317
318
319 **Table 1. Common Adverse Reactions with NUMBRINO in > 1% of Treated Patients**
320

| MedDRA System Organ Class and Preferred Term | NUMBRINO, 4% (N=259) n, % | NUMBRINO, 10% (N=259) n, % | Placebo (N=128) n, % |
|---|---|---|---|
| **Vascular Disorders** | 203 (78) | 224 (87) | 86 (67) |
| Hypertension | 201 (78) | 220 (85) | 85 (66) |
| **Cardiac Disorders** | 31 (12) | 47 (18) | 10 (8) |
| Tachycardia | 12 (5) | 28 (11) | 1 (1) |
| Bradycardia | 8 (3) | 1 (0.4) | 5 (4) |
| Sinus tachycardia | 6 (2) | 9 (4) | 0 |
| **Investigations** | 13 (5) | 30 (12) | 8 (6) |
| QRS prolonged | 4 (2) | 8 (3) | 3 (2) |
| QT interval prolonged | 7 (3) | 10 (4) | 3 (2) |

321
322 **6.2 Postmarketing Experience**                                    [Formatted: Highlight]
323
324 The following adverse reactions have been identified during use of Cocaine Hydrochloride ~~Topical~~
325 Nasal Solution. Because these reactions are reported voluntarily from a population of uncertain size,
326 it is not always possible to reliably estimate their frequency or establish a causal relationship to drug
327 exposure.
328 *Nervous system disorders*: Headache, Seizure
329 *Cardiac disorders*: Hypertension, tachycardia, atrial and ventricular arrhythmias ~~Atrial Fibrillation,~~
330 ~~m~~Myocardial ischemia and ~~i~~infarction
331 *Psychiatric disorders*: Anxiety
332 *Skin and subcutaneous tissue disorders*: Rash           [Commented [A14]: NOTE TO SPONSOR: Provide a reference or justification for this.]
333
334 **7   DRUG INTERACTIONS**
335
336 **7.1  Central Nervous System Stimulants**
337
338 Concurrent use of other central nervous system stimulants with cocaine may result in excessive
339 stimulation, leading to nervousness, irritability, or possibly convulsions, or cardiac arrhythmias.
340 **7.2  Epinephrine, Phenylephrine**
341
342 There are reports in the published literature of myocardial ischemia, myocardial infarction, and
343 ventricular arrhythmias after concomitant administration of topical intranasal cocaine with
344 epinephrine and phenylephrine during nasal and sinus surgery.
345 Avoid use of additional vasoconstrictor agents such as epinephrine and phenylephrine with
346 NUMBRINO during nasal and sinus surgery.  If concomitant use is unavoidable, prolonged vital sign
347 and ECG monitoring may be required.
348 **7.3  Disulfiram**
349

Reference ID: 4544484

350  Published literature reported that disulfiram treatment increased plasma cocaine exposure (AUC and
351  $C_{max}$), by several folds after acute intranasal cocaine administration. Another literature reported that
352  co-administration of disulfiram increased AUC of plasma cocaine by several folds after intravenous
353  cocaine administration *[see Clinical Pharmacology (12.3)]*.

354  Avoid using NUMBRINO in patients taking disulfiram. Consider using other local anesthesia.

355  **7.4  Cholinesterase Inhibitors**
356

357  Cocaine has been described in literature to be primarily metabolized and inactivated by non-
358  enzymatic ester hydrolysis and hepatic carboxylesterase, and also by plasma cholinesterase,
359  hepatic carboxylesterase, and CYP3A4. The pharmacokinetics of NUMBRINO in patients with
360  reduced plasma cholinesterase activity has not been studied.

361  Plasma cholinesterase activity may be decreased by chronic administration of certain monoamine
362  oxidase inhibitors, oral contraceptives, glucocorticoids, antimyasthenics (neostigmine),
363  cyclophosphamide, and possibly thiotepa.

364  It may also be diminished by administration of irreversible plasma cholinesterase inhibitors such as
365  echothiophate, organophosphate insecticides, and certain antineoplastic agents. Patients with
366  reduced plasma cholinesterase (pseudocholinesterase) activity may have reduced clearance and
367  increased exposure of plasma cocaine after administration of NUMBRINO.

368  Because cocaine is metabolized by multiple enzymes, the effect of reduced plasma cholinesterase
369  activity on cocaine exposure may be limited. No dosage adjustment of NUMBRINO is needed in
370  patients with reduced plasma cholinesterase. Monitor patients with reduced plasma cholinesterase
371  activity for adverse reactions such as clinically-relevant increases in heart rate or blood pressure.

372  **7.5  Postganglionic blocking agents.**
373  Agents such as reserpine potentiate cocaine-induced sympathetic stimulation; concurrent use may
374  increase the risk of hypertension and cardiac arrhythmias that may be life-threatening.

375  **7.6  Tricyclic Antidepressants**
376  Tricyclic antidepressants may increase the activity of the sympathetic nervous system, which may also
377  be increased by administration of cocaine hydrochloride.
378

379  **7.7  Monoamine-Oxidase Inhibitors**
380

381  Cocaine hydrochloride may potentiate the effects and toxicity of MAO inhibitors.
382

383  **8    USE IN SPECIFIC POPULATIONS**

384  **8.1  Pregnancy**

385  Risk Summary

386  There are no available data on the use of NUMBRINO in pregnant women to identify a drug-
387  associated risk of major birth defects, miscarriage or adverse maternal or fetal outcomes. Adverse
388  maternal and fetal/neonatal outcomes have been seen in women with chronic cocaine abuse during
389  pregnancy (*see Data*).

390  In published animal reproduction studies, cocaine administered to pregnant females during the
391  gestational period produced hydronephrosis (0.5 times the human reference dose (HRD) of 37.5 mg
392  via the 4□ solution), developmental delays in the offspring (1.5 times the HRD), cerebral
393  hemorrhage and fetal edema (2.0 times the HRD), reduced fetal body weights and brain weights
394  (2.6 times the HRD), and reduced fetal survival (3.7 times the HRD).

Commented [A15]: NOTE TO SPONSOR: 7.5 Alpha
Modifying agents and 7.6 Tricyclic Antidepressants
were included in the draft PI submitted to the Agency by
Lannett on June 21, 2019.

Formatted: Highlight
Formatted: Font: Bold, Highlight
Formatted: Highlight
Formatted: Highlight
Formatted: Highlight
Formatted: Normal, Space After:  0 pt

395 Single dose administration of cocaine intravenously during organogenesis in mice produced
396 cryptochidism, anophthalmia, exencephaly, and delayed ossification at 7.8 times the HRD.  In rats, a
397 single dose of cocaine administered by intraperitoneal injection produced edematous fetuses,
398 hemorrhages and limb defects at 12.9 times the HRD (*see Data*).

399 The estimated background risk of major birth defects and miscarriage for the indicated population(s)
400 are unknown.  All pregnancies have a background risk of birth defect, loss, or other adverse
401 outcomes. In the U.S. general population, the estimated background risk of major birth defects and
402 miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively.

403 <u>Data</u>

404 *Human Data*

405 There are no available data on the use of intranasal cocaine hydrochloride solution in pregnant
406 women to inform a drug-associated risk for major congenital malformations or miscarriage. There
407 are published data describing adverse developmental outcomes in women with chronic cocaine
408 abuse during pregnancy. The published case-control and observational studies examining the effect
409 of in utero cocaine exposure on fetal growth parameters, after controlling for confounding variables,
410 found exposure was associated with reduced fetal growth compared with non-drug-abuse
411 populations.

412 Published data from a large number of studies of women with chronic cocaine abuse during
413 pregnancy are inconsistent in their findings with regard to congenital malformations, prematurity,
414 miscarriage, premature rupture of membranes and gestational hypertension.  The applicability of the
415 findings from these studies of chronic abuse in pregnancy to a single topical exposure is limited.

416 *Animal Data*

417 Formal animal reproduction and development studies have not been conducted with intranasal
418 cocaine hydrochloride.  However, reproduction and development studies with cocaine have been
419 reported in the published literature.  Exposure margins below are based on body surface area
420 comparison to the human reference dose (HRD) of 37.5 mg (estimated amount absorbed from the
421 160 mg (4%) cocaine-soaked pledgets).

422
423 Hydronephrosis was noted in embryos from pregnant rats treated wtih cocaine 2.1 mg/kg (0.5 times
424 the HRD) and higher from Gestation Day 0 to 9.  Cerebral hemorrhage and endematous fetuses
425 were noted at 2.2 times the HRD and above.

426
427 Developmental delays and altered spontaneous exploratory behavior in response to cocaine were
428 reported in rat pups born to dams treated intravenously with 6 mg/kg cocaine (1.5 times the HRD)
429 from Gestation Day 8 to 20 in the absence of maternal toxicity.

430
431 Reduced fetal body and brain weights and alterations in fetal central neurotransmitter levels were
432 noted following treatment of pregnant mice with 20 mg/kg cocaine from gestation days 8 to 12 or 12
433 to 18 (2.6 times the HRD).

434
435 Reduced fetal survival was noted when pregnant nonhuman primates were dosed with 0.3 mg/kg/h
436 cocaine (3.7 times the HRD on per day basis) via a subcutaneous minipump from Gestation Day 24
437 to birth.

438
439 Exencephaly, cryptochidism, hydronephrosis, anophthalmia, delayed ossification, limb anomalies,
440 and cerebral and intra-abdominal hemorrhage were reported following a single subcutaneous
441 injection of 60 mg/kg cocaine (7.8 times the HRD) to pregant mice between Gestation Day 7 to 12.
442 No significant maternal toxicity was reported at this dose.
443

FDASUPP012135

444  Deficits in associational learning were reported when pregnant rats were treated with cocaine during
445  gestation (10.3 times the HRD) in the absence of maternal toxicity.
446
447  Hemorrhage, fetal edema, and limb defects were reported when pregnant rats were administered a
448  single injection of cocaine at a dose of 50 mg/kg/day or higher (12.9 times the HRD) during
449  Gestation Day 9 to 19.  Increased resorptions were noted at doses higher than 70 mg/kg/day (18.1
450  times the HRD) when administered on Gestation Day 16.  No adverse effects were reported at a
451  dose of 40 mg/kg (10.3 times the HRD).
452
453  Fetal deaths, decreased fetal body weights, edematous fetuses and single incidences of cleft palate
454  and hypertrophic ventricle were observed when pregnant rats were treated with intraperitoneal
455  cocaine at 60 mg/kg (15.5 times the HRD) from Gestation Day 8 to 12.  Maternal toxicity was noted
456  at this dose (mortality).  No adverse effect level for fetal and maternal toxicity was noted at 50
457  mg/kg/day (13 times the HRD).
458
459  Decreased body weights, overall body length and crown circumference of offspring were reported
460  when pregnant Rhesus monkeys were treated with escalating doses up to 7.5 mg/kg cocaine TID
461  intramuscularly per day for 5 days per week from prior to conception to term (11.6 times the HRD).
462
463  **8.2  Lactation**
464
465  <u>Risk Summary</u>
466  Based on case reports in published literature, cocaine is present in human milk at widely varying
467  concentrations. Based on its pharmacochemical characteristics, high concentrations of cocaine are
468  expected in breast milk with systemic exposure. The applicability of these findings to a single topical
469  exposure with limited systemic absorption is unclear.  No studies have evaluated cocaine
470  concentrations in milk after topical administration of NUMBRINO.

471  Cocaine is detected in human breastmilk in chronic abuse situations and is expected to be at higher
472  concentrations in milk than in maternal blood based on its physicochemical
473  characteristics. Breastfeeding immediately after administration of NUMBRINO could result in infant
474  plasma concentrations that are approximately half the anticipated maximum maternal plasma
475  concentrations at the clinical dose of 160 mg. The effects of this cocaine plasma concentration in an
476  infant are unknown, but no level of cocaine exposure is considered safe for a breastfed infant.
477
478  Adverse reactions have occurred in infants ingesting cocaine through breastmi k, including vomiting,
479  diarrhea, convulsions, hypertension, tachycardia, agitation and irritability.  The long-term effects on
480  infants exposed to cocaine through breast milk are unknown.  There are no data on the effects of
481  NUMBRINO on milk production.
482
483  Because of the potential for serious adverse reactions in breastfed infants, advise a lactating woman
484  that breastfeeding is not recommended during treatment with NUMBRINO and to pump and discard
485  breastmilk for 48 hours after use of NUMBRINO.
486
487  **8.3  Females and Males of Reproductive Potential**
488
489  <mark>Published</mark> animal studies suggest that cocaine can alter female reproductive hormone levels, disrupt                    Formatted: Highlight
490  the estrous cycle, and reduce ovulation at doses approximately 1 to 2 times the HRD based on body
491  surface area *[see Nonclinical Toxicology ([13.1](13.1))]*.
492
493  **8.4  Pediatric Use**
494

FDASUPP012136

495   Safety and effectiveness of NUMBRINO in pediatric patients under the age of 18 have not been
496   established.
497
498   Published studies state that in juvenile male rats, 30 mg/kg subcutaneous cocaine administration for
499   longer than 7 days (7.8 times the HRD) produced testicular necrosis. Treatment of juvenile male rats
500   with 15 mg/kg (3.9 times the HRD) for 100 days resulted in abnormal sperm morphology and reduced
501   pregnancy rates.
502
503   **8.5  Geriatric Use**
504
505   Of the 802 subjects in the two Phase 3 studies with NUMBRINO 13 subjects (1.6%) were age 65 and
506   older, and one subject (0.1%) was 75 years of age or older.
507
508   No untoward or unexpected adverse reactions were seen in elderly patients who received NUMBRINO
509   compared to those subjects that were under the age of 65.
510
511   However, hypertension was observed in all geriatric subjects receiving NUMBRINO. Special
512   precaution should be given when determining the dose of NUMBRINO for geriatric patients,
513   commensurate with their age and physical status.

Formatted: Highlight

Reference ID: 4544484

**8.6  Hepatic Impairment**

According to literature, cocaine is eliminated predominantly by metabolism in humans. The clearance of NUMBRINO 4% has not been evaluated in subjects with hepatic impairment when compared to patients with normal hepatic function, and sufficient data are not available in literature to guide dosing in these subjects. Thus, NUMBRINO should be avoided in patients with hepatic impairment *[see Clinical Pharmacology (12.3)]*.

**8.7  Renal Impairment**

According to literature, cocaine is eliminated predominantly by metabolism in humans, with little excreted unchanged in the urine. The pharmacokinetics of NUMBRINO in patients with renal impairment has not been studied. Based on information available on the metabolism and excretion of cocaine, dose initiation in patients with renal impairment should follow a conservative approach. Monitor patients with renal impairment for adverse reactions such as clinically-relevant increases in heart rate or blood pressure *[see Clinical Pharmacology (12.3)]*.

**8.8  Pseudocholinesterase Deficiency**

Pharmacokinetics of NUMBRINO in patients with reduced plasma cholinesterase activity has not been studied.

Genetic abnormalities of plasma cholinesterase (e.g., patients who are heterozygous or homozygous for atypical plasma cholinesterase gene), disease conditions such as malignant tumors, severe liver or kidney disease, decompensated heart disease, infections, burns, anemia, peptic ulcer, or myxedema or other physiological states such as pregnancy may lead to reduced plasma cholinesterase activity. Patients with reduced plasma cholinesterase (pseudocholinesterase) activity may have reduced clearance and increased exposure of plasma cocaine after administration of NUMBRINO.

Because cocaine is metabolized by multiple enzymes, the effect of reduced plasma cholinesterase activity on cocaine exposure may be limited. No dosage adjustment of NUMBRINO is needed in patients with reduced plasma cholinesterase. Monitor patients with reduced plasma cholinesterase activity for adverse reactions such as, clinically-relevant increases in heart rate or blood pressure *[see Contraindications (4)]*.

**9  DRUG ABUSE AND DEPENDENCE**

**9.1  Controlled Substance**

NUMBRINO contains cocaine, a Schedule II controlled substance.

**9.2  Abuse**

NUMBRINO contains cocaine, a substance with a high potential for abuse.  NUMBRINO can be misused and abused, which can lead to addiction.  NUMBRINO may also be diverted for abuse purposes *[see Warnings and Precautions (5.1)]*.

Drug abuse is the intentional non-therapeutic use of a prescription drug, even once, for its rewarding psychological or physiological effects. Drug addiction is a cluster of behavioral, cognitive, and physiological phenomena that develop after repeated substance use and includes: a strong desire to take the drug, difficulties in controlling its use, persisting in its use despite harmful consequences, a

FDASUPP012138

566 higher priority given to drug use than to other activities and obligations, increased tolerance, and
567 sometimes a physical withdrawal.  Drug abuse of a substance may occur without progression to
568 drug addiction.  "Drug-seeking" behavior is very common in persons with substance use disorders.
569
570 Drug abuse and addiction are conditions that are separate and distinct from physical dependence
571 and tolerance *[see Dependence (9.3)]*. Health care providers should be aware that abuse and
572 addiction may occur in the absence of symptoms indicative of physical dependence and tolerance.
573
574 Individuals who abuse stimulants may use NUMBRINO for abuse purposes.  Adverse events
575 associated with abuse of cocaine include euphoria, excitation, irritability, restlessness, anxiety,
576 paranoia, confusion, headache, psychosis, hypertension, stroke, seizures, dilated pupils, nausea,
577 vomiting, and abdominal pain. Intranasal abuse can produce damage to the nostrils (e.g., ulceration
578 and deviated septum).  Abuse of cocaine can result in overdose, convulsions, unconsciousness,
579 coma, and death *[see Overdosage (10)]*.
580
581 NUMBRINO, like all prescription drugs with abuse potential, can be diverted for non-medical use into
582 illicit channels of distribution.  In order to minimize these risks, effective accounting procedures
583 should be implemented, in addition to routine procedures for handling controlled substances.
584
585 **9.3 Dependence**
586
587 Physical dependence is a state that develops as a result of physiological adaptation in response to
588 repeated drug use, manifested by withdrawal signs and symptoms after abrupt discontinuation or a
589 significant dose reduction of a drug. NUMBRINO is approved for nasal single use, so physical
590 dependence and withdrawal symptoms are unlikely to develop.  Although NUMBRINO is not
591 indicated for chronic therapy, repeated misuse or abuse of this product may lead to physical
592 dependence.
593
594 **10   OVERDOSAGE**

595 No cases of overdose with NUMBRINO were reported in clinical trials.  Reported blood pressure and
596 heart rate increases were greater with NUMBRINO nasal solution 10% than with NUMBRINO nasal
597 solution 4%.

598 In the case of an overdose, consult with a Certified Poison Control Center (1-800-222-1222) for up-
599 to-date guidance and advice for treatment of overdosage.  Individual patient response to cocaine
600 varies widely. Toxic symptoms may occur idiosyncratically at low doses.

601 Manifestations of cocaine overdose associated with illicit use of cocaine reported in literature and
602 based on reports in FDA's Adverse Events Reporting System (AERS) database include death,
603 cardio-respiratory arrest, cardiac arrest, respiratory arrest, tachycardia, myocardial infarction,
604 agitation, aggression, restlessness, tremor, hyperreflexia, rapid respiration, confusion,
605 assaultiveness, hallucinations, panic states, hyperpyrexia, and rhabdomyolysis. Fatigue and
606 depression usually follow the central nervous system stimulation. Other reactions include
607 arrhythmias, hypertension or hypotension, circulatory collapse, nausea, vomiting, diarrhea, and
608 abdominal cramps. Fatal poisoning is usually preceded by convulsions and coma.

609 Because cocaine is significantly distributed to tissues and rapidly metabolized, dialysis and
610 hemoperfusion are not effective.  Acidification of the urine does not significantly enhance cocaine
611 elimination.

FDASUPP012139

## 11   DESCRIPTION

NUMBRINO™ (cocaine hydrochloride) nasal solution is a clear, blue-green, aqueous solution, available in 4□ strength. Each 1 mL contains cocaine hydrochloride 40 mg, equivalent to 35.7 mg of cocaine free base; 4□ as 160 mg□4 mL or 400 mg□10 mL.

Cocaine, (1R,2R,3S,5S) methyl 3-(benzoyloxy)-8-methyl-8-azabicyclo[3.2.1]octane-2-carboxylate hydrochloride, is a synthetic tropane alkaloid ester, local anesthetic, which occurs as colorless to white crystals or white crystalline powder.

The structural formula for cocaine hydrochloride is as follows:



Formula $C_{17}H_{21}NO_4 \cdot HCl$     Molecular weight 339.81

NUMBRINO also contains the following inactive ingredients: purified water, citric acid (anhydrous), sodium benzoate, D□C Yellow No. 10, and FD□C Green No. 3.

## 12   CLINICAL PHARMACOLOGY

### 12.1  Mechanism of Action

Cocaine hydrochloride is a local anesthetic of the ester type. Cocaine hydrochloride prevents conduction in nerve fibers by revers bly blocking voltage-gated sodium channels and preventing the transient rise in sodium conductance necessary for generation of an action potential.

### 12.2  Pharmacodynamics

Cardiac Electrophysiology
The effect of cocaine hydrochloride topical solution on the QTc interval was evaluated in a randomized, positive- and placebo-controlled four-period crossover thorough QTc study in 32 healthy subjects. NUMBRINO is associated with concentration-dependent QTc prolongation. Based on the concentration-QTc relationship, the mean placebo corrected change from the baseline QTcF (90□ two-sided upper confidence interval) are 4.7 ms (6.2 ms) and 15.4 ms (20.1 ms) at peak concentrations of 143 ng□mL (corresponds to 4□ single dose, 160 mg) and 434 ng□mL (corresponds to 10□ single dose, 400 mg), respectively. The estimates of the QTcF interval are confounded by increased heart rates. The QTc prolongation observed with NUMBRINO (4□ single dose) was found to be below the regulatory threshold for concern.

Formatted: Highlight

NUMBRINO is associated with increases in heart rate. The mean placebo corrected change from baseline heart rate (90□ two-sided upper confidence interval) are 12 (14) bpm and 20 (22) bpm for the 4□ and 10□, respectively.

Effects on Cardiovascular System

Reference ID: 4544484

657
658   Cocaine can potentiate central and peripheral sympathetic effects on the cardiovascular system,
659   resulting in increased inotropic and chronotropic effects, increased cardiac activity, and tachycardia.
660   Intense peripheral vasoconstriction may result in elevated systolic and diastolic blood pressure.
661
662   <u>Effects on Vascular System</u>
663
664   The relationship between local anesthetic effectiveness and toxicity of cocaine is a function of the
665   patient's state of health, medical condition, nasal mucosa integrity and extent of systemic absorption
666   of cocaine (from the pledgets). When applied to mucous membranes by pledget administration, topical
667   anesthesia develops rapidly and persists for 30 minutes or longer depending on the concentration of
668   cocaine hydrochloride solution used, the dose, and on the vascularity of the tissue.
669

**12.3  Pharmacokinetics**

672   NUMBRINO is an aqueous solution of cocaine hydrochloride for topical use only.

673   <u>Absorption</u>
674

675   Application of NUMBRINO for 20 minutes by pledget administration to the nasal mucosa in healthy
676   adults ~~significantly minimizes~~ may reduce the systemic absorption of the applied dose of cocaine
677   hydrochloride compared to the systemic absorption after non-pledget administration. The estimated
678   mean systemic absorption of cocaine from a single 160 mg dose (4 mL, 4□) was 23.44□ of the
679   topically applied dose. ~~The mean systemic absorption of cocaine from a single 400 mg dose (4 mL,~~
680   ~~10□) was 33.34□ of the topically applied dose~~ (Table 2).

**Table 2. Systemic Absorption of NUMBRINO in Healthy Adult Subjects Minimized by Pledget Administration (single nasal dose of 160 mg and 400 mg Cocaine Hydrochloride Topical Solution over 20 minutes)**

| NUMBRINO Dose (4 mL) | Age Range (yr) | Application Time (min) | Estimated[1] Systemic Absorption | Mean $C_{max}$ (ng□mL) | Median $T_{max}$ (min) $C_{max}$ (ng□mL) |
|---|---|---|---|---|---|
| 160 mg (4□) | 20-40 | 20 | 23.44□ | 142.68 n□33 | 30 142.7 |
| ~~400 mg (10□)~~ | ~~20-40~~ | ~~20~~ | ~~33.34□~~ | ~~433.53 n□30~~ | ~~30 433.5~~ |

686 [1]Estimated absorbed dose was calculated by subtracting the residual amount of drug in the pledgets
687 from the administered dose; $T_{max}$ includes time 0 (the start of pledget insertion to pledget removal
688 (20 minutes) to the time $C_{max}$ was observed, i.e. 10 minutes after removal of the pledgets.
689

690   <u>Distribution</u>
691

692   Cocaine has been described in literature as approximately 84-92□ bound to human plasma proteins.
693   Cocaine is extensively distributed to tissues and crosses the blood brain barrier. Its volume of
694   distribution is approximately 2 L□kg.   Cocaine crosses the placenta by simple diffusion and
695   accumulates in the fetus after repeated use.
696

697   <u>Elimination</u>
698

*Marginal comments:*
Formatted: Highlight
Commented [A16]: NOTE TO SPONSOR: edited for clarity.
Formatted: Highlight
Formatted: Highlight
Formatted: Highlight
Formatted: Highlight
Formatted: Highlight
Formatted: Highlight
Formatted: Highlight
Formatted: Highlight

*Metabolism*

Cocaine is metabolized by two major hydrolytic pathways. Cocaine is metabolized by hydrolysis to benzoylecgonine (major, but inactive metabolite) by hepatic carboxylesterase-1. Cocaine is also metabolized by hydrolysis to ecgonine methyl ester (major, but inactive metabolite) by plasma butyrylcholinesterase and hepatic carboxylesterase-2.

Cocaine is minimally metabolized by hydrolysis to ecgonine (minor, inactive metabolite) by carboxylesterase-2.

Cocaine is N-demethylated by the CYP3A4 enzyme system to produce the active metabolite, norcocaine. Total systemic exposure of norcocaine is less than one percent that observed with cocaine.

Excretion

Cocaine is excreted almost exclusively in the urine, as metabolites. Only a minor fraction of cocaine is eliminated unchanged in the urine (<5%).

The apparent elimination half-life of cocaine following administration of NUMBRINO (by pledgets) was 1.54 hours) for the 4% concentration.

Specific Populations

*Geriatric Patients*

The pharmacokinetics of NUMBRINO in patients over the age of 65 has not of been studied.

*Patients with Hepatic Impairment*

The pharmacokinetics of NUMBRINO in patients with hepatic impairment has not been studied.

*Patients with Renal Impairment*

The pharmacokinetics of NUMBRINO in patients with renal impairment has not been studied.

Drug-drug Interactions:

*Disulfiram*

It has been reported in the published literature that disulfiram treatment increased plasma cocaine exposure, including both AUC and $C_{max}$, by several folds after acute intranasal cocaine administration. Another published literature reported that co-administration of disulfiram increased AUC of plasma cocaine by several folds after intravenous cocaine administration *[see Drug Interactions (7.1)]*.

**13    NONCLINICAL TOXICOLOGY**

**13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility**

Carcinogenesis

Long-term studies in animals have not been performed to evaluate the carcinogenic potential of cocaine.

FDASUPP012142

752
753 <u>Mutagenesis</u>
754
755 Cocaine hydrochloride was not mutagenic in an in vitro bacterial reverse mutation assay (Ames test)
756 and was not clastogenic in an in vitro chromosomal aberrations assay or in the in vivo rat
757 micronucleus test.
758
759 <u>Impairment of Fertility</u>
760
761 Studies in animals to characterize the effects of cocaine on fertility have not been completed. There
762 are published studies that provide some information on the potential impact of cocaine on fertility.
763 Exposure margins below are based on body surface area comparison to the human reference dose
764 (HRD) of 37.5 mg (estimated amount absorbed from the 160 mg cocaine-soaked pledgets).
765
766 Suppression of estrous menstrual cyclicity and ovulation was reported 1.3 to 2.6 times and 2 times
767 the HRD in rats and monkeys, respectively.
768
769 In a published study in older male rats (16 weeks) 30 mg kg cocaine SC (7.8 times the HRD) for 72
770 days prior to mating did not alter male fertility or alter male reproductive tissue histopathology but did
771 increase the incidence of abnormal sperm and resulted in hyperactivity of next generation offspring.
772
773 **14   CLINICAL STUDIES**
774
775 Efficacy was demonstrated in one multicenter, randomized, double-blind, placebo-controlled, parallel-
776 arm, clinical trial comparing a single-dose of 4 and 10 NUMBRINO and placebo applied to pledgets
777 and delivered to the nasal mucosa in patients requiring a diagnostic or surgical procedure on or
778 through accessible mucous membranes of the nasal cavities. One trial was terminated early in order
779 to update the trial to refine its operation.
780
781 The primary endpoint was nasal anesthetic success, defined as immediate anesthesia based on a
782 numeric pain rating score (NPRS) of 0 (no pain, 0 to 10 scale) 20 minutes post-application of the nasal
783 cavity pledget dose, and sustained anesthesia based on the lack of need for additional anesthesia or
784 analgesics for the remainder of the diagnostic procedure or surgery.
785
786 Study drug was applied to the nasal mucosa for 20 minutes via cotton or rayon pledgets, measuring
787 0.5 inches by 3 inches. The most commonly performed procedures included nasal endoscopy (62 )
788 and transnasal laryngoscopy (24 ). Less frequently performed procedures included sinus endoscopy
789 (6 ), nasal biopsy (0.25 ), and turbinate reduction (0.25 ).
790
791 Nasal anesthesia was assessed using the visual numeric rating scale (VNRS) during a von Frey
792 monofilament test prior to the diagnostic procedure or surgery. After subject-reported pain scores were
793 collected, the blind to placebo was broken and placebo patients did not ~~have~~ undergo a ~~diagnostic~~
794 ~~study~~ procedure or surgery ~~conducted~~. Cocaine patients who reported a pain score of 0 proceeded to
795 the scheduled procedure.
796
797 A total of 639 patients were randomized and received a single application of either cocaine
798 hydrochloride nasal solution, 4 (n 258), cocaine hydrochloride nasal solution, 10 (n 254), or
799 placebo (n 127). Sixty-one percent (61 ) of randomized patients were female and 81 were white,
800 with a mean age of 38 years (range 18 to 76 years). Patients with a history of myocardial infarction,
801 coronary artery disease, congestive heart failure, irregular heart rhythm, abnormal screening ECG, or
802 uncontrolled hypertension, defined as systolic blood pressure ≥140 mmHg or diastolic blood pressure
803 ≥90 mmHg, were excluded from participating in the study.

Commented [A17]: NOTE TO SPONSOR: Edited for clarity.
Formatted: Highlight
Formatted: Highlight
Formatted: Highlight

804      The efficacy endpoint was anesthetic success, defined as immediate anesthesia based on a score of
805      0 on a NPRS during a von Frey monofilament test 20 minutes after study drug administration, and
806      sustained anesthesia throughout the diagnostic procedure or surgery based on no further anesthetic
807      or analgesic treatment required.
808
809      **Efficacy Results**

> **Formatted:** Highlight

810
811      Table 3 provides results for anesthetic success rate by treatment group.
812
813      Table 3: Anesthetic Success

| Event | Placebo (N=127) | Cocaine 4% (N=258) | Cocaine 10% (N=254) |
|---|---|---|---|
| Success | 25 (20□ ) | 183 (71□ ) | 210 (83□ ) |
| Failure | 102 (80□ ) | 75 (29□ ) | 44 (17□ ) |

814
815      Of the 75 (29□ ) failures in the cocaine hydrochloride 4□ group, 2 patients requested additional
816      anesthetic medication. Of the 44 (17□ ) failures in the cocaine 10□ group, 1 patient requested
817      additional anesthetic medication.
818
819 **16    HOW SUPPLIED/STORAGE AND HANDLING**
820
821 **16.1  How Supplied**
822
823      NUMBRINO™ (cocaine hydrochloride) nasal solution is a clear, blue-green solution available as
824      follows:
825
826      4□ (40 mg□mL) Nasal Solution
827      NDC 0527-1961-74: 4mL Single-use Bottles
828      NDC 0527-1961-73: 10mL Multi-use Bottles
829
830 **16.2  Storage and Handling**
831
832      Store at 20□to 25□C (68□to 77□F) with excursions permitted between 15□and 30□C (59□and 86□F)
833      [see USP Controlled Room Temperature].
834
835 **17    PATIENT COUNSELING INFORMATION**
836
837      Pregnancy
838      Inform female patients of reproductive potential that NUMBRINO may cause fetal harm and to inform
839      their prescr ber of a known or suspected pregnancy *[see Use in Specific Populations (8.1)].*
840
841      Lactation
842      Advise a woman that breastfeeding is not recommended during treatment with NUMBRINO and to
843      pump and discard breastmilk for 48 hours after administration of NUMBRINO *[see Use in Specific*
844      *Populations (8.2)].*
845
846      Blood Pressure and Heart Rate Increase
847      Advise patients that NUMBRINO can cause increases in blood pressure and heart rate.  Instruct
848      patients to contact their health care professional if these symptoms persist *[see Warnings and*
849      *Precautions (5.3)].*
850
851      Seizures

852  Advise patients that NUMBRINO may lower the seizure threshold.  Patients should be monitored for
853  the development of seizures *[see Warnings and Precautions (5.2)]*.
854
855  <u>Toxicology Screening</u>
856  The time after cocaine administration for which cocaine and its metabolites can be detected in
857  plasma and urine depends on the sensitivity of the utilized assay method.  Advise patients that
858  cocaine hydrochloride and its metabolites, in NUMBRINO may be detected in plasma for up to one
859  week after administration.  Cocaine hydrochloride and its metabolites may be detected in urine
860  toxicology screening for longer than one week after administration.  *[see Warnings and Precautions*
861  *(5.4)]*.
862
863
864  <u>Concomitant CNS Stimulants</u>
865  Advise patients to inform their health care professional if they are taking CNS stimulants, alpha-
866  modifying agents, monoamine oxidase inhibitors, or tricyclic antidepressants *[see Drug Interactions*
867  *(7.1)]*.
868
869  <u>Hypersensitivity Reactions</u>
870  Advise patients of the signs and symptoms of hypersensitivity reactions and to seek immediate
871  medical attention should they occur *[see Warnings and Precautions (5.5)]*.

**Commented [A18]:** NOTE TO SPONSOR: See our comment in 5.4

**Formatted:** Highlight

**Formatted:** Highlight

**Formatted:** Highlight

FDASUPP012145



872                          Distributed by:
873                      Lannett Company, Inc.
874                      Philadelphia, PA 19136
875
876
877      11-211 Rev. 01:2020 12:2010
878

Formatted: Highlight

FDASUPP012146

Reference ID: 4544484

---------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---------------------------------------------------------------------------------------

/s/

-----------------------------------------------------------

SONAM S KAPOOR
01/09/2020 10:39:36 PM

FDASUPP012147

**505(b)(2) ASSESSMENT**

| Application Information | | |
|---|---|---|
| NDA # 209575 | NDA Supplement #: S- | Efficacy Supplement Type SE- |
| Proprietary Name:  NUMBRINO (proposed)<br>Established/Proper Name:  Cocaine Hydrochloride Topical Solution<br>Dosage Form:  Nasal solution<br>Strengths:  4% (Orig-1) | | |
| Applicant:  Cody Laboratories, Inc. (a wholly owned subsidiary of Lannett Company, Inc.) | | |
| Date of Receipt:<br>Original: September 21, 2017<br>Resubmission: June 21, 2019 | | |
| PDUFA Goal Date: December 21, 2019 | Action Goal Date (if different):<br>January 10, 2020 | |
| RPM: Shelly Kapoor | | |
| Proposed Indication(s): Introduction of local (topical) anesthesia for diagnostic procedures and surgeries on or through the accessible mucous membranes of the nasal cavities. | | |

---

**GENERAL INFORMATION**

1) Is this application for a recombinant or biologically-derived product and/or protein or peptide product *OR* is the applicant relying on a recombinant or biologically-derived product and/or protein or peptide product to support approval of the proposed product?

 YES ☐    NO ☒

*If "**YES** "contact the (b)(2) review staff in the Immediate Office, Office of New Drugs.*

Reference ID: 4544744

FDASUPP012167

## INFORMATION PROVIDED VIA RELIANCE
## (LISTED DRUG OR LITERATURE)

2) List the information essential to the approval of the proposed drug that is provided by reliance on our previous finding of safety and efficacy for a listed drug by reliance on published literature, or by reliance on a final OTC monograph. *(If not clearly identified by the applicant, this information can usually be derived from annotated labeling.)*

| Source of information* (e.g., published literature, name of listed drug(s), OTC final drug monograph) | Information relied-upon (e.g., specific sections of the application or labeling) |
|---|---|
| Published literature in support of the nonclinical pharmacology, PK, and reproductive and developmental toxicology. | Sections 8.2 (PLLR) and 13 |
| Published literature regarding pregnancy and lactation. | Sections 8.1 and 8.2 (PLLR) |
| Published literature to support clinical safety. | Section 5 |
| Published literature to support clinical pharmacology. | Section 12.4 |
| Published literature describing Abuse, Dependence, and Overdosage. | Section 9 and 10 |

   *each source of information should be listed on separate rows, however individual literature articles should not be listed separately

3) The bridge in a 505(b)(2) application is information to demonstrate sufficient similarity between the proposed product and the listed drug(s) or to justify reliance on information described in published literature for approval of the 505(b)(2) product. Describe in detail how the applicant bridged the proposed product to the listed drug(s) and/or published literature[1]. See also Guidance for Industry Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products.

**The Applicant is relying upon an extensive literature review for this drug product. The clinical studies cited employed similar doses, concentrations, and formulations of cocaine administered via the same route and method of administration.**

**The nonclinical literature cited are scientifically relevant to the proposed product because the studies used the same active pharmaceutical ingredient as contained in the Applicant's drug product and the doses used in the reported studies are scientifically relevant to the proposed human dose. The Applicant provided literature data to support the conclusion that the doses tested were equivalent to and greater than the doses and exposures that would be obtained via the proposed drug product.**

## RELIANCE ON PUBLISHED LITERATURE

FDASUPP012168

Reference ID: 4544744

4) (a) Regardless of whether the applicant has explicitly stated a reliance on published literature to support their application, is reliance on published literature necessary to support the approval of the proposed drug product (i.e., the application *cannot* be approved as labeled without the published literature)?

<div align="right">YES ☒    NO ☐<br/>
*If "**NO**," proceed to question #5.*</div>

(b) Does any of the published literature necessary to support approval identify a specific (e.g., brand name) *listed* drug product?

<div align="right">YES ☐    NO ☒</div>

<div align="right">*If "**NO**", proceed to question #5.*<br/>
*If "**YES**", list the listed drug(s) identified by name and answer question #4(c).*</div>

(c) Are the drug product(s) listed in (b) identified by the applicant as the listed drug(s)?

<div align="right">YES ☐    NO ☐</div>

| **RELIANCE ON LISTED DRUG(S)** |
|:---:|

*Reliance on published literature which identifies a specific approved (listed) drug constitutes reliance on that listed drug.  Please answer questions #5-9 accordingly.*

5) Regardless of whether the applicant has explicitly cited reliance on listed drug(s), does the application **rely** on the finding of safety and effectiveness for one or more listed drugs (approved drugs) to support the approval of the proposed drug product (i.e., the application cannot be approved without this reliance)?

<div align="right">YES ☐    NO ☒<br/>
*If "**NO**," proceed to question #10.*</div>

6) Name of listed drug(s) relied upon, and the NDA #(s).  Please indicate if the applicant explicitly identified the product as being relied upon (see note below):

| Name of Listed Drug | NDA # | Did applicant specify reliance on the product? (Y/N) |
|---|---|---|
|  |  |  |
|  |  |  |

*Applicants should specify reliance on the 356h, in the cover letter, and/or with their patent certification/statement.  If you believe there is reliance on a listed product that has not been explicitly identified as such by the applicant, please contact the (b)(2) review staff in the Immediate Office, Office of New Drugs.*

7) If this is a (b)(2) supplement to an original (b)(2) application, does the supplement rely upon the same listed drug(s) as the original (b)(2) application?

<div align="right">N/A ☒    YES ☐    NO ☐</div>

FDASUPP012169

Reference ID: 4544744

*If this application is a (b)(2) supplement to an original (b)(1) application or not a supplemental application, answer "N/A".*
*If "NO", please contact the (b)(2) review staff in the Immediate Office, Office of New Drugs.*

8) Were any of the listed drug(s) relied upon for this application:
   a) Approved in a 505(b)(2) application?

   YES ☐     NO ☐

   *If "YES", please list which drug(s).*

   Name of drug(s) approved in a 505(b)(2) application:

   b) Approved by the DESI process?

   YES ☐     NO ☐

   *If "YES", please list which drug(s).*

   Name of drug(s) approved via the DESI process:

   c) Described in a final OTC drug monograph?

   YES ☐     NO ☐

   *If "YES", please list which drug(s).*

   Name of drug(s) described in a final OTC drug monograph:

   d) Discontinued from marketing?

   YES ☐     NO ☐

   *If "YES", please list which drug(s) and answer question d) i. below.*
   *If "NO", proceed to question #9.*

   Name of drug(s) discontinued from marketing:

   i) Were the products discontinued for reasons related to safety or effectiveness?

   YES ☐     NO ☐

   *(Information regarding whether a drug has been discontinued from marketing for reasons of safety or effectiveness may be available in the Orange Book. Refer to section 1.11 for an explanation, and section 6.1 for the list of discontinued drugs. If a determination of the reason for discontinuation has not been published in the Federal Register (and noted in the Orange Book), you will need to research the archive file and/or consult with the review team. Do not rely solely on any statements made by the sponsor.)*

9) Describe the change from the listed drug(s) relied upon to support this (b)(2) application (for example, "This application provides for a new indication, otitis media" or "This application provides for a change in dosage form, from capsule to solution").

*The purpose of the following two questions (# 10 and 11) is to determine if there is an approved drug product that is equivalent or very similar to the product proposed for approval that should be referenced as a listed drug in the pending application.*

**Response to Questions 10 and 11:  Not Applicable.  Goprelto is the only approved cocaine application (NDA 209963).  Goprelto was approved after submission of this 505(b)(2) NDA for Numbrino.**

Reference ID: 4544744

*The assessment of pharmaceutical equivalence for a recombinant or biologically-derived product and/or protein or peptide product is complex. If you answered **YES to question #1**, proceed to question #12; if you answered **NO to question #1**, proceed to question #10 below.*

10) (a) Is there a pharmaceutical equivalent(s) to the product proposed in the 505(b)(2) application that is already approved (via an NDA or ANDA)?

*(**Pharmaceutical equivalents** are drug products in identical dosage forms intended for the same route of administration that:  (**1**) contain identical amounts of the identical active drug ingredient, i.e., the same salt or ester of the same therapeutic moiety, or, in the case of modified release dosage forms that require a reservoir or overage or such forms as prefilled syringes where residual volume may vary, that deliver identical amounts of the active drug ingredient over the identical dosing period; (**2**) do not necessarily contain the same inactive ingredients; **and** (**3**) meet the identical compendial or other applicable standard of identity, strength, quality, and purity, including potency and, where applicable, content uniformity, disintegration times, and/or dissolution rates. (21 CFR 320.1(c), FDA's "Approved Drug Products with Therapeutic Equivalence Evaluations" (the Orange Book)).*

*Note that for proposed combinations of one or more previously approved drugs, a pharmaceutical equivalent must also be a combination of the same drugs.*

YES  ☐     NO  ☐

*If "**NO**" to (a) proceed to question #11.*
*If "**YES**" to (a), answer (b) and (c) then proceed to question #12.*

(b) Is the pharmaceutical equivalent approved for the same indication for which the 505(b)(2) application is seeking approval?

YES  ☐     NO  ☐

(c) Is the listed drug(s) referenced by the application a pharmaceutical equivalent?

N/A  ☒     YES  ☐     NO  ☐

*If this application relies only on non product-specific published literature, answer "**N/A**"*
*If "**YES**" to (c) and there are no additional pharmaceutical equivalents listed, proceed to question #12.*
*If "**NO**" or if there are additional pharmaceutical equivalents that are not referenced by the application, list the NDA pharmaceutical equivalent(s); you do not have to individually list all of the products approved as ANDAs, but please note below if approved approved generics are listed in the Orange Book. Please also contact the (b)(2) review staff in the Immediate Office, Office of New Drugs.*

Pharmaceutical equivalent(s):

11) (a) Is there a pharmaceutical alternative(s) already approved (via an NDA or ANDA)?

*(**Pharmaceutical alternatives** are drug products that contain the identical therapeutic moiety, or its precursor, but not necessarily in the same amount or dosage form or as the same salt or ester. Each such drug product individually meets either the identical or its own respective compendial or other applicable standard of identity, strength, quality, and purity, including potency and, where applicable, content uniformity, disintegration times and/or dissolution rates.  (21 CFR 320.1(d))  Different dosage forms and strengths within a product line by a single manufacturer are thus pharmaceutical*

FDASUPP012171

*alternatives, as are extended-release products when compared with immediate- or standard-release formulations of the same active ingredient.)*

***Note*** *that for proposed combinations of one or more previously approved drugs, a pharmaceutical alternative must also be a combination of the same drugs.*

<div style="text-align: right;">YES ☐     NO ☐</div>

<div style="text-align: right;">*If "**NO**", proceed to question #12.*</div>

(b)  Is the pharmaceutical alternative approved for the same indication for which the 505(b)(2) application is seeking approval?

<div style="text-align: right;">YES ☐     NO ☐</div>

(c)  Is the approved pharmaceutical alternative(s) referenced as the listed drug(s)?

<div style="text-align: right;">N/A ☐   YES ☐   NO ☐</div>

*If this application relies only on non product-specific published literature, answer "**N/A**"*
*If "**YES**" <u>and</u> there are no additional pharmaceutical alternatives listed, proceed to question #12.*
*If "**NO**" <u>or</u> if there are additional pharmaceutical alternatives that are not referenced by the application, list the NDA pharmaceutical alternative(s); you do <u>not</u> have to individually list all of the products approved as ANDAs, but please note below if approved generics are listed in the Orange Book. Please also contact the (b)(2) review staff in the Immediate Office, Office of New Drugs.*

Pharmaceutical alternative(s):

| PATENT CERTIFICATION/STATEMENTS |
|:---:|

12) List the patent numbers of all unexpired patents listed in the Orange Book for the listed drug(s) for which our finding of safety and effectiveness is relied upon to support approval of the (b)(2) product.

      Listed drug/Patent number(s):

      No patents listed   ☒   *proceed to question #14*

13) Did the applicant address (with an appropriate certification or statement) all of the unexpired patents listed in the Orange Book for the listed drug(s) relied upon to support approval of the (b)(2) product?

<div style="text-align: right;">YES ☐     NO ☐</div>

*If "**NO**", list which patents (and which listed drugs) were not addressed by the applicant.*

      Listed drug/Patent number(s):

14) Which of the following patent certifications does the application contain?  *(Check all that apply <u>and</u> identify the patents to which each type of certification was made, as appropriate.)*

FDASUPP012172

Reference ID: 4544744

☒ No patent certifications are required (e.g., because application is based solely on published literature that does not cite a specific innovator product)

☐ 21 CFR 314.50(i)(1)(i)(A)(1):  The patent information has not been submitted to FDA. (Paragraph I certification)

☐ 21 CFR 314.50(i)(1)(i)(A)(2):  The patent has expired. (Paragraph II certification)

    Patent number(s):

☐ 21 CFR 314.50(i)(1)(i)(A)(3):  The date on which the patent will expire. (Paragraph III certification)

    Patent number(s):                  Expiry date(s):

☐ 21 CFR 314.50(i)(1)(i)(A)(4):  The patent is invalid, unenforceable, or will not be infringed by the manufacture, use, or sale of the drug product for which the application is submitted. (Paragraph IV certification). *If Paragraph IV certification was submitted, proceed to question #15.*

☐ 21 CFR 314.50(i)(3):  Statement that applicant has a licensing agreement with the NDA holder/patent owner (must also submit certification under 21 CFR 314.50(i)(1)(i)(A)(4) above). *If the applicant has a licensing agreement with the NDA holder/patent owner, proceed to question #15.*

☐ 21 CFR 314.50(i)(1)(ii):  No relevant patents.

☐ 21 CFR 314.50(i)(1)(iii):  The patent on the listed drug is a method of use patent and the labeling for the drug product for which the applicant is seeking approval does not include any indications that are covered by the use patent as described in the corresponding use code in the Orange Book.  Applicant must provide a statement that the method of use patent does not claim any of the proposed indications. (Section viii statement)

    Patent number(s):
    Method(s) of Use/Code(s):

15) Complete the following checklist ***ONLY*** for applications containing Paragraph IV certification and/or applications in which the applicant and patent holder have a licensing agreement:

(a)  Patent number(s):
(b)  Did the applicant submit a signed certification stating that the NDA holder and patent owner(s) were notified that this b(2) application was filed [21 CFR 314.52(b)]?
                           YES ☐       NO ☐
    *If "**NO**", please contact the applicant and request the signed certification.*

FDASUPP012173

Reference ID: 4544744

(c) Did the applicant submit documentation showing that the NDA holder and patent owner(s) received the notification [21 CFR 314.52(e)]? This is generally provided in the form of a registered mail receipt.

<div align="center">YES ☐       NO ☐</div>

*If "**NO**", please contact the applicant and request the documentation.*

(d) What is/are the date(s) on the registered mail receipt(s) (i.e., the date(s) the NDA holder and patent owner(s) received notification):

Date(s):

***Note**, the date(s) entered should be the date the notification occurred (i.e., delivery date(s)), not the date of the submission in which proof of notification was provided*

(e) Has the applicant been sued for patent infringement within 45-days of receipt of the notification listed above?

***Note** that you may need to call the applicant (after 45 days of receipt of the notification) to verify this information **UNLESS** the applicant provided a written statement from the notified patent owner(s) that it consents to an immediate effective date of approval.*

YES ☐  NO ☐  Patent owner(s) consent(s) to an immediate effective date of ☐
approval

--------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

--------------------------------------------------------------------------------------

/s/
------------------------------------------------------------

SONAM S KAPOOR
01/10/2020 11:44:38 AM

FDASUPP012175