**<u>EXHIBIT 1</u>**

DocuSign Envelope ID: 727365C1-4ADF-4E4B-9A42-82C53961FD58

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GENUS LIFESCIENCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEX AZAR, et al., | )   Case No. 1:20-cv-00211-TNM |
| | ) |
| Defendants, | ) |
| | ) |
| v. | ) |
| | ) |
| LANNETT CO., INC., | ) |
| | ) |
| Intervenor-Defendant. | ) |
| | ) |

## DECLARATION OF JOHN ABT

1.      My name is Dr. John Abt, D.B.A., and I am the Vice President and Chief Operations and Quality Officer at Lannett Co., Inc. ("Lannett") and President of its wholly owned subsidiary, Cody Laboratories, Inc. ("Cody Labs").

2.      I have been working for Lannett since March 2015 and have been President of Cody Labs since June 2018. My job responsibilities include oversight of Lannett plant operations and corporate quality, operations and supply chain functions.

3.      I have been involved in the generic pharmaceutical industry for 33 years, working for a number of companies including R.P. Scherer N.A., Alpharma and Teva Pharmaceuticals, where I was responsible for quality functions and the operation of manufacturing facilities around the world, which included launching hundreds of newly approved pharmaceutical products in the United States market.

1

4815-6918-4976.1

DocuSign Envelope ID: 727365C1-4ADF-4E4B-9A42-82C53961FD58

4.      I provide this affidavit in support of Lannett's Motion for Reconsideration and Opposition to Motion for Vacatur, including in response to the statement in the Plaintiff's Motion to Vacate that Lannett made material misrepresentations to the Food and Drug Administration ("FDA") in its New Drug Application ("NDA") to manufacture and market its cocaine hydrochloride product by stating in the NDA that the product was going to be manufactured at its subsidiary located in Cody, Wyoming, and then ultimately deciding to manufacture the product at its subsidiary located in Carmel, New York. See Motion to Vacate at 8-9.  For reasons set forth below, the statements in the Genus brief are false; no such misrepresentations were ever made to the FDA.

5.      Initially, it should be noted that it is very common in the industry to submit an application to the FDA for approval to manufacture and market a drug product at one particular location but ultimately decide to manufacture the product from another location after receiving FDA approval of an NDA or Abbreviated New Drug Application ("ANDA").  There are a number of reasons why an applicant may submit an NDA or ANDA indicating a product will be manufactured at one particular facility and, after approval, switch the manufacturing to another facility.  For example, in some cases FDA approval times may take up to 5-10 years.  During the FDA review process, plants may be constructed or acquired, companies merged, plants consolidated, and products moved between sites to optimize manufacturing supply chains.      In my 33 years of experience, I was involved in dozens of instances where the company submitted an application to manufacture a drug product at one particular location and, upon approval, immediately requested approval to move to another manufacturing facility.  Indeed, it is so common that the FDA has provided a guidance entitled "Guidance for Industry, *Changes to an*

2

DocuSign Envelope ID: 727365C1-4ADF-4E4B-9A42-82C53961FD58

*Approved NDA or ANDA*" which sets forth the streamlined steps an applicant must take to effect a post-approval manufacturing switch.

6.      In the case of Lannett's NDA for a cocaine hydrochloride solution product, Lannett submitted its NDA in September 2017, indicating at that time that it planned to manufacture and test its product upon approval at a subsidiary located in Cody, Wyoming.  The application included additional testing sites at Lannett's Philadelphia, Pennsylvania, Carmel, New York and Seymour, Indiana facilities.  Since at least 2010, the Cody, Wyoming plant had been used to manufacture an unapproved version of the cocaine hydrochloride product and, as the formulation of the unapproved product and NDA product was identical, Lannett planned to continue manufacturing the product at the Cody, Wyoming plant upon obtaining FDA approval of its NDA.

7.      Lannett owns two buildings at its Cody, Wyoming facility.  At the time Lannett submitted its NDA, the first building (W1) was a combined drug substance and drug product manufacturing facility.  The second building (W2) was under construction and expansion but included a leased and operational warehouse within the site for receipt and sampling of drug substance raw materials as well as it had the potential to repackage bulk drug substance raw materials into smaller quantities for use at the manufacturing site.

8.      In August 2018, Lannett learned that a company for which it was distributing a lucrative product (not cocaine hydrochloride solution product) was not going to renew its distribution contract with Lannett, resulting in a significant loss of earnings.  As a result of the implementation of a cost reduction program arising from the loss of revenue as well as a strategic decision to discontinue the development of opioid product planned for the Cody, Wyoming facility, in mid-2018, active production operations started to wind down at the W1 plant, while Lannett began looking for a buyer to acquire Cody Labs and agree to contract manufacture

3

DocuSign Envelope ID: 727365C1-4ADF-4E4B-9A42-82C53961FD58

Lannett (Ex. "A").[1]   On March 10, 2020, the FDA forwarded an e-mail authorizing Lannett to implement the change requested in the CBE-30.  *See* FDA email (Ex. "B").

12.     Lannett did not launch its Numbrino manufactured in Carmel, New York until after receiving FDA's authorization on March 10, 2020.

13.     Thus, contrary to the statements in the Genus Motion, there were no misrepresentations made by Lannett; rather, the pathway chosen by Lannett to ultimately transfer its manufacturing site for its Numbrino product was transparent, supported by FDA regulations, and approved by the FDA pursuant to well-established accepted procedures.

14.     I certify on behalf of Lannett that, in the opinion and to the best knowledge of Lannett, as of September 2017, there were no patents that claimed cocaine hydrochloride drugs listed in FDA's Orange Book.  In fact, there was no "reference listed drug" ("RLD") in the Orange Book for cocaine hydrochloride solution.  Moreover, Lannett did not understand that a certification of "no relevant patents" was required by statute, regulations, or otherwise.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 30, 2020.


Lower Gwynedd, Pennsylvania

DocuSigned by:

*John Abt*

972BBE5AB15447B

John Abt, D.B.A.

---

[1] A CBE-30 is a widely used streamlined regulatory mechanism that permits an approved applicant to request certain changes to the application (such as a change in manufacturing site) by submitting a request and, if the applicant does not hear back from the FDA within 30 days stating the change should not take place, it may move forward with the change.  *See* 21 C.F.R. 314.70(c).

5

# EXHIBIT A



601 YELLOWSTONE AVENUE ● CODY, WYOMING 82414 ● OFFICE: (307) 587-7099 ● FAX: (307) 587-7178

January 10, 2020

Office of New Drugs
Center for Drug Evaluation and Research
Food and Drug Administration
Immediate Office – Mail Stop 6311
10903 New Hampshire Avenue
Silver Spring, MD 20993

**NDA #:**       **209575**
**Sequence #:**  **0035**
**Product:**     **Numbrino (cocaine hydrochloride) Nasal Solution, 4%**
**Subject:**     **Supplement – Changes Being Effected in 30 Days –Addition of Alternate**
                 **Manufacturing and Packaging Facility**

Dear Sir or Madam:

Cody Laboratories, Inc. (Cody), a wholly owned subsidiary of Lannett Company, Inc., submits
this *Supplement – Changes Being Effected in 30 Days* for Numbrino (cocaine hydrochloride)
Nasal Solution, 4%. Cody plans to use the Lannett Company, Inc. (Lannett) facility located at
1033 Stoneleigh Avenue, Carmel, NY 10512, USA, (FEI 3009686761, DUNS 161630033) as a
manufacturing and packaging site for this product. Reference is made to 21 CFR §314.70(c) and
the "Guidance for Industry, *Changes to an Approved NDA or ANDA*", sections VI.C.l.a and
VI.C.1.c. The Carmel facility is in satisfactory cGMP compliance and was last inspected by FDA
on December 3-16, 2019.

To support the additional site, one lot of Numbrino, 4% was manufactured and packaged at the
Carmel facility and placed on accelerated (ACC) and controlled room temperature (CRT)
stability.

Minor changes were made to the currently approved manufacturing, filling, and packaging
processes as a result of the transfer to the Carmel facility as described in the equipment
comparison provided.  There are no changes being made to the approved drug substance
specifications/test methods, excipient specifications/test methods, container/closure system, or
the post approval stability protocols except for those described in this supplement (refer to
document specific changes listed below).  Site-specifc documents are provided with this
supplement for completeness of record.

The following documents are provided to support this change:

Labeling
Please note that the manufactured by information has been removed from the carton label and
package insert and the item code/revision information was updated for all labels; there were no
other changes to the labeling text.



601 YELLOWSTONE AVENUE ● CODY, WYOMING 82414 ● OFFICE: (307) 587-7099 ● FAX: (307) 587-7178

- Module 1.14.2.1 Container Label – 4%, 4 mL and 10 mL.
- Module 1.14.2.1 Carton Label – 4%, 4 mL and 10 mL.
- Module 1.14.2.3 Package Insert Text in MS Word and PDF formats.

<u>Drug Substance and Drug Product</u>

- Module 3.2.S.4.1 Drug Substance Specification - Carmel
- Module 3.2.S.4.2 Drug Substance Analytical Procedure - Carmel
- Module 3.2.S.4.4
  - o Cody Certificate of Analysis (Full Release at Cody) – Lot 19237585 (Carmel Lot 19242830)
  - o Carmel Certificate of Analysis (Identification at Carmel) – Lot 19242830
- Module 3.2.P.3.1 Manufacturer(s)
  - o Updated the Carmel facility functions to include drug product manufacturing, packaging, labeling, and drug product microbial testing.
  - o Removed the Alcami New Jersey Corporation contract facility as we have withdrawn this facility on the FDA Form 356h.
- Module 3.2.P.3.3
  - o Equipment Comparison (Cody to Carmel)
  - o Manufacturing Batch Record – 4%, 30 L
  - o Filling Batch Record – 4%, 4 mL and 10 mL
  - o Packaging Batch Record – 4%, 4 mL and 10 mL
- Module 3.2.P.3.4 Controls of Critical Steps and Intermediates – Carmel
- Module 3.2.P.5.1 – Specification(s)
  - o 4% In-Process Specifications - Carmel
  - o 4% Drug Product Specifications –Please note that a test for Elemental Imurities has been added as a release specification: The Drug Product complies with USP <232> and ICH Q3D, Option 2b.
- Module 3.2.P.5.2 – 4% Analytical Procedures - Please note that the analytical procedures have been updated in accordance with the provided assay method validation (R16-068) and to include minor format changes. A stability test for container closure was added to confirm it is free from defects.
- Module 3.2.P.5.3 Method Validation
  - o Assay Determination of Cocaine HCl and Benzoate
  - o Microbial Enumeration, INT-MVR-MC-1961-01
  - o Specified Microorganisms, INT-MVR-MC-1961-02
  - o Burkholderia Cepacia, INT-MBR-MC-1961-03
- Module 3.2.P.5.4 – Batch Analysis
  - o 4% In-Process COA – Lot 2207
  - o 4% Finished Product COA – Lot 2207, 4 mL fill and 10 mL fill sizes
- Module 3.2.P.5.6 Justification of Specifications – Updated to include the test for Elemental Impurities



601 YELLOWSTONE AVENUE ● CODY, WYOMING 82414 ● OFFICE: (307) 587-7099 ● FAX: (307) 587-7178

- Module 3.2.P.8.2 – Post-Approval Stability Protocol, 4% - This document was updated to remove the test for antimicrobial effectiveness in accordance with the Guidance for Industry Q1A(R2) Stability Testing of New Drug Substances and Products, section B.5 (2.2.5) which states that a single primary stability batch of the drug product should be tested for antimicrobial preservative effectiveness. Data for four batches of the 4% strength have been previously submitted (refer to the Stability Data Summary) and additional testing is not required.

- Module 3.2.P.8.3 – Stability Data – Studies PHL-0027 (Lot2207B, 4mL fill) and PHL-0028 (Lot 2207A, 10 mL fill)
- Module 3.2.R
  o 4% – Batch Reconciliation Summary – Lot 2207
  o 4% – Executed Manufacturing Batch Record – Lot 2207
  o 4% – Executed Filling Batch Record – 4 mL, Lot 2207B
  o 4% – Executed Filling Batch Record – 10 mL, Lot 2207A
  o 4% – Executed Packaging Batch Record – 4 mL, Lot 2207B
  o 4% – Executed Packaging Batch Record – 10 mL, Lot 2207A

Please direct all questions or comments regarding the application to my attention via phone at (215) 333-9000, ext. 2102 or email at regaffairs@lannett.com.

Sincerely,
For Cody Laboratories, Inc.
KS/kr

*Kristie Stephens*

Digitally signed by Kristie Stephens
DN: c=US, st=PA, l=Philadelphia,
o=Lannett Company Inc, cn=Kristie
Stephens,
email=kstephens@lannett.com
Date: 2020.01.10 15:51:42 -05'00'

Kristie Stephens
Vice President of Regulatory Affairs
Lannett Company, Inc.

# **EXHIBIT B**

| | |
|---|---|
| **From:** | Agosto, Teicher |
| **To:** | Kristie Stephens |
| **Subject:** | RE: INFORMATION REQUEST NDA 209575/S-001 |
| **Date:** | Tuesday, March 10, 2020 11:41:36 AM |
| **Attachments:** | image001.png |

Good Morning,

Thank you so much for your patience. We have determined that this submission will be filed as a CBE-30. You can implement the change. The PDUFA date will be July 10, 2020.

Best,
Teicher Agosto, Pharm D, RPh, GWCPM
Regulatory Business Process Manager
Office of Program and Regulatory Operations
Office of Pharmaceutical Quality
Center for Drug Evaluation and Research
Food and Drug Administration
Teicher.agosto@fda.hhs.gov
P: (240) 402-3777



   

This e-mail message is intended for the exclusive use of the recipient(s) named above. It may contain information that is protected, privileged, or confidential, and it should not be disseminated, distributed, or copied to persons not authorized to receive such information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you have received this e-mail message in error, please e-mail the sender immediately at Teicher.Agosto@fda.hhs.gov.

**From:** Kristie Stephens <kstephens@lannett.com>
**Sent:** Thursday, March 5, 2020 10:00 AM
**To:** Agosto, Teicher <Teicher.Agosto@fda.hhs.gov>
**Subject:** RE: INFORMATION REQUEST NDA 209575/S-001

Good morning,

I wanted to follow up on the status of the filing determination for NDA 209575/S-001. We are ready to launch with customers ready to receive product. Can you please provide an update?

Thank you,
Kristie

Kristie Stephens
Vice President of Regulatory Affairs
Lannett Company, Inc.| 9000 State Road | Philadelphia | PA | 19136 |kstephens@lannett.com | p:

215.333.9000 x 2102

This email may contain incomplete and/or partial draft communication.  Thoughts expressed here are not a definitive opinion of the author and may be in error, confidential and or privileged.   If you believe you are an unintended recipient of this email, please delete it immediately.

---

**From:** Agosto, Teicher <Teicher.Agosto@fda.hhs.gov>
**Sent:** Friday, February 28, 2020 7:30 AM
**To:** Kristie Stephens <kstephens@lannett.com>
**Subject:** RE: INFORMATION REQUEST NDA 209575/S-001

Good Morning,

The team is reviewing the information request response and will be able to provide you with an update soon.

Best,
Teicher Agosto, Pharm D, RPh, GWCPM
Regulatory Business Process Manager
Office of Program and Regulatory Operations
Office of Pharmaceutical Quality
Center for Drug Evaluation and Research
Food and Drug Administration
Teicher.agosto@fda.hhs.gov
P: (240) 402-3777





This e-mail message is intended for the exclusive use of the recipient(s) named above. It may contain information that is protected, privileged, or confidential, and it should not be disseminated, distributed, or copied to persons not authorized to receive such information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you have received this e-mail message in error, please e-mail the sender immediately at Teicher.Agosto@fda.hhs.gov.

---

**From:** Kristie Stephens <kstephens@lannett.com>
**Sent:** Thursday, February 27, 2020 4:55 PM
**To:** Agosto, Teicher <Teicher.Agosto@fda.hhs.gov>
**Cc:** RegAffairs <RegAffairs@lannett.com>
**Subject:** RE: INFORMATION REQUEST NDA 209575/S-001

Good afternoon,

I wanted to follow-up on my email below. Can you please provide the status?

Thank you,
Kristie

Kristie Stephens
Vice President of Regulatory Affairs
Lannett Company, Inc.| 9000 State Road | Philadelphia | PA | 19136 |kstephens@lannett.com | p:
215.333.9000 x 2102

This email may contain incomplete and/or partial draft communication.  Thoughts expressed here are not a
definitive opinion of the author and may be in error, confidential and or privileged.   If you believe you are an
unintended recipient of this email, please delete it immediately.

---

**From:** Kristie Stephens
**Sent:** Tuesday, February 25, 2020 7:18 PM
**To:** 'Agosto, Teicher' <Teicher.Agosto@fda.hhs.gov>
**Cc:** RegAffairs <RegAffairs@lannett.com>
**Subject:** RE: INFORMATION REQUEST NDA 209575/S-001

Good evening,

The Information Request response (sn0037) was submitted today, February 25, 2020 for NDA
209575/S-001. Can you please confirm that with this response, the CBE-30 filing decision has been
granted and we are able to implement the changes described in the supplement as per 21 CFR
§314.70(c)(5)(ii)?

Currently, there is only 1 similar cocaine product on the market.  With release of the batches
manufactured at the Carmel, NY facility, Lannett will ensure that there is an additional source for this
drug product, both minimizing the likelihood of drug shortage and providing additional competitive
options for customers. Additionally, with the short shelf-life, it is imperative that Lannett release the
batches in inventory quickly to minimize product losses because of the inability to sell short-dated
material.

I appreciate your assistance and feedback,
Kristie

Kristie Stephens
Vice President of Regulatory Affairs
Lannett Company, Inc.| 9000 State Road | Philadelphia | PA | 19136 |kstephens@lannett.com | p:
215.333.9000 x 2102

This email may contain incomplete and/or partial draft communication.  Thoughts expressed here
are not a definitive opinion of the author and may be in error, confidential and or privileged.   If you

believe you are an unintended recipient of this email, please delete it immediately.


-----Original Message-----
From: Kristie Stephens
Sent: Friday, February 21, 2020 1:49 PM
To: 'Agosto, Teicher' <Teicher.Agosto@fda.hhs.gov>
Cc: RegAffairs <RegAffairs@lannett.com>
Subject: RE: INFORMATION REQUEST NDA 209575


Good afternoon,

I confirm receipt.

Thanks,

Kristie Stephens
Vice President of Regulatory Affairs
Lannett Company, Inc.| 9000 State Road | Philadelphia | PA | 19136 |kstephens@lannett.com | p:
215.333.9000 x 2102

This email may contain incomplete and/or partial draft communication.  Thoughts expressed here
are not a definitive opinion of the author and may be in error, confidential and or privileged.   If you
believe you are an unintended recipient of this email, please delete it immediately.


-----Original Message-----
From: DoNotReply_CDER@fda.hhs.gov <DoNotReply_CDER@fda.hhs.gov>
Sent: Friday, February 21, 2020 1:35 PM
To: Kristie Stephens <kstephens@lannett.com>
Subject: INFORMATION REQUEST NDA 209575

Hello,
We are requesting the following information (see attached letter) concerning your supplemental
new drug application (sNDA) received on January 10, 2020.    We request a prompt response to this
IR request no later than Tuesday, February 25, 2020.

Please confirm receipt of this Information Request.

The CBE decision has not been made, please don't implement the proposed change.

Note:  Official amendments need to be submitted by due date in order to be included in the review
cycle.  If you have any questions or comments feel free to contact me.

Regards,

Teicher Agosto, Pharm D, RPh, GWCPM