**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENUS LIFESCIENCES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| ALEX AZAR, et al., | ) Case No. 1:20-cv-00211-TNM |
| Defendants, | ) |
| v. | ) |
| LANNETT CO., INC., | ) |
| Intervenor-Defendant. | ) |

## DECLARATION OF WILLIAM GIANNONE

1. My name is William Giannone, and I am the Senior Director of Marketing at Lannett Co., Inc. ("Lannett"). Prior to my current position, I was a National Sales Director since 2016. Prior to coming to Lannett, I worked in the generic pharmaceutical industry in various sales and marketing positions since 2011.

2. I am involved in the marketing of Lannett's approved cocaine hydrochloride solution product. In or about 2008, Lannett began selling an unapproved cocaine hydrochloride solution product in the United States. The product is used mainly but not exclusively in nasal surgeries. Cocaine hydrochloride is a very old drug product dating back to the early 1900s and pre-dates the passage of the modern Federal Food Drug and Cosmetic Act. Although the Food and Drug Administration ("FDA") requires that most of the very old drug products such as cocaine hydrochloride eventually obtain approval of either a New Drug Application ("NDA") or

1

Abbreviated New Drug Application ("ANDA"), FDA may exercise its enforcement authority to allow them to stay on the market until the first NDA or ANDA is approved. Following the first approval of either an ANDA or NDA, the FDA typically requires any other manufacturer that is marketing an unapproved product for the same indications as the approved product to eventually withdraw its product until it receives FDA approval.[1]

3. It is my understanding that subsequent to Lannett commencing the marketing of its unapproved product in 2008, the FDA requested that Lannett submit an NDA for its unapproved cocaine hydrochloride product. However, FDA continued to exercise its enforcement authority by permitting Lannett to continue marketing the product pending Lannett conducting all appropriate clinical trials and other testing necessary to submit an NDA, and receiving approval. In September 2017, after spending millions of dollars to generate the data necessary for submitting an NDA, Lannett submitted an NDA to the FDA for its cocaine hydrochloride solution product.

4. In December 2017, many years after Lannett began selling its cocaine hydrochloride product, Genus Lifesciences, Inc. ("Genus") received approval of an NDA for a competing cocaine hydrochloride solution product. Although Genus received approval in December 2017, it waited over six (6) months, until June 2018, to begin marketing its approved product. During this same time period, Lannett continued to sell its unapproved product.

5. At the time Genus entered the market, there were no other cocaine hydrochloride solution products on the market other than Lannett's unapproved product.

6. In or about March 2019, the FDA requested that Lannett cease manufacturing and marketing its unapproved product until it receive approval of its NDA. Per FDA's request, on

---

[1] The time frame for continuing to market an unapproved drug product following the first NDA approval varies and could be up to a year or longer depending on the circumstances.

2

June 6, 2019, Lannett stopped manufacturing its product and on August 15, 2019, Lannett stopped distribution to customers.

7. From June 2018 through August 2019, when Lannett and Genus were the only two manufacturers in the market, Lannett continued to maintain the majority market share. Given its length of time in the market, reliability of supply, and its customers' familiarity with the cocaine hydrochloride solution product, customers continued to purchase its product from Lannett rather than Genus. According to published IQVIA data, at the time Lannett exited the market, it held an 80-85% market share. *See* IQVIA market share data (Ex. "A").

8. Based on published IQVIA NSP sales data and Price Rx pricing data, within two months of Lannett exiting the market and Genus gaining temporary exclusivity, Genus implemented a 37% price raise on its product, raising the Wholesale Acquisition Cost ("WAC") list price of its product from $178 per unit to $245 per 4ml bottle. It is expected that if Lannett's approval is vacated and it is compelled to again exit the market, Genus will re-gain exclusivity and again raise the price of its product further.

9. On January 10, 2020, Lannett received approval of its cocaine hydrochloride solution product known as "Numbrino." Following the filing of a request to change the manufacturing facility through a "CBE-30", on March 10, 2020, the FDA granted Lannett authority to make a change to the manufacturing location of its Numbrino product.

10. Since reentering the market in March 2020, Lannett has been slowly building back its market share. Based on available IQVIA data, Lannett's Wholesale Acquisition Cost list price for its generic product ($220.50 per 4ml bottle) is approximately 10% less than the price Genus charges for its product ($245 per 4ml bottle). *See* Pricing Data (Ex. "B").

11. Cocaine hydrochloride is also regulated by the Drug Enforcement Administration ("DEA"). DEA grants "quotas" or limits on the amount of cocaine raw material a company may purchase for use in its manufacturing process of the finished dosage form. Typically, the DEA grants quota requests for a given year based on the company's prior year sales of its product. If Lannett has its NDA approval vacated and later reinstated, it likely will receive a significantly smaller quota from DEA after being off the market, which may not be sufficient to supply its customers when it comes back on the market. This, in turn, may lead to shortages of the product in the market.

12. Lannett also has current finished product, active pharmaceutical ingredients used to manufacture its product, and other components in inventory valued at approximately $1.8 million. Substantial quantities of a controlled substance excipient used to manufacture the raw material, worth more than $1.3 million, is currently consigned to a vendor. If Lannett's NDA approval were vacated, the material consigned to the vendor would likely need to be destroyed. Lannett could not store the material in its DEA-regulated vault while awaiting reinstatement of its NDA approval: DEA would not likely permit it to do so, as such approval is only granted to FDA-approved products, and Lannett would not have sufficient storage capacity in any event.

13. If FDA's approval of Lannett's NDA were vacated and later reinstated, Lannett may not be able to re-establish (or quickly re-establish) its relationships with customers. Since Lannett initially exited the market with its unapproved product and came back on the market in March 2020, Lannett has slowly regained its market share. Customers are most concerned with being able to obtain consistent supply, and Lannett prides itself on being able to deliver such consistent reliable supply. After establishing an excellent reputation of consistently and reliably

supplying this product, Lannett's reputation would suffer if, for a second time in two years, it were forced to withdraw its product from the market.

14. If FDA's approval of Lannett's NDA were vacated, Lannett estimates that it would lose revenue of $1-2 million each quarter for the foreseeable future until the approval was reinstated.

15. Lannett has invested over $10 million in securing approval of its cocaine hydrochloride product. It depends on revenue from the product to recoup this investment. If its approval is vacated, it would incur losses associated with its inability to recoup this investment.

16. Lannett has contracts with certain of its customers that impose monetary penalties if it is unable to supply product. If Lannett's NDA were vacated and later reinstated, Lannett would potentially be subject to significant contractual monetary penalties arising from its failure to supply customers to whom it was contractually obligated.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2020.

Newtown, Pennsylvania

DocuSigned by:
William Giannone
CC4C655987FF492

William Giannone

# **<u>EXHIBIT A</u>**

| Manufacturer | NSP Ext. Units Dec 2017 | NSP Ext. Units Jan 2018 | NSP Ext. Units Feb 2018 | NSP Ext. Units Mar 2018 | NSP Ext. Units Apr 2018 | NSP Ext. Units May 2018 | NSP Ext. Units Jun 2018 |
|---|---|---|---|---|---|---|---|
| GENUS LIFESCIENCES | | | | | | | 540 |
| LANNETT | 65,708 | 49,544 | 44,902 | 60,224 | 43,406 | 43,138 | 55,104 |
| Grand Total | 65,708 | 49,544 | 44,902 | 60,224 | 43,406 | 43,138 | 55,644 |

| Manufacturer | NSP Ext. Units Market Share Dec 2017 | NSP Ext. Units Market Share Jan 2018 | NSP Ext. Units Market Share Feb 2018 | NSP Ext. Units Market Share Mar 2018 | NSP Ext. Units Market Share Apr 2018 | NSP Ext. Units Market Share May 2018 | NSP Ext. Units Market Share Jun 2018 |
|---|---|---|---|---|---|---|---|
| GENUS LIFESCIENCES | | | | | | | 0.97% |
| LANNETT | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 99.03% |
| Grand Total | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |

| Manufacturer | Sales $ Dec 2017 | Sales $ Jan 2018 | Sales $ Feb 2018 | Sales $ Mar 2018 | Sales $ Apr 2018 | Sales $ May 2018 | Sales $ Jun 2018 |
|---|---|---|---|---|---|---|---|
| GENUS LIFESCIENCES | | | | | | | $24,751 |
| LANNETT | $2,726,883 | $2,097,037 | $1,918,394 | $2,554,804 | $1,857,584 | $1,845,952 | $2,346,780 |
| Grand Total | $2,726,883 | $2,097,037 | $1,918,394 | $2,554,804 | $1,857,584 | $1,845,952 | $2,371,531 |

| NSP Ext. Units Jul 2018 | NSP Ext. Units Aug 2018 | NSP Ext. Units Sep 2018 | NSP Ext. Units Oct 2018 | NSP Ext. Units Nov 2018 | NSP Ext. Units Dec 2018 | NSP Ext. Units Jan 2019 | NSP Ext. Units Feb 2019 | NSP Ext. Units Mar 2019 |
|---|---|---|---|---|---|---|---|---|
| 52 | 236 | 1,376 | 2,512 | 2,884 | 4,752 | 2,712 | 4,520 | 5,704 |
| 40,594 | 41,174 | 51,622 | 39,642 | 40,872 | 53,388 | 37,264 | 36,510 | 48,952 |
| 40,646 | 41,410 | 52,998 | 42,154 | 43,756 | 58,140 | 39,976 | 41,030 | 54,656 |

| NSP Ext. Units Market Share Jul 2018 | NSP Ext. Units Market Share Aug 2018 | NSP Ext. Units Market Share Sep 2018 | NSP Ext. Units Market Share Oct 2018 | NSP Ext. Units Market Share Nov 2018 | NSP Ext. Units Market Share Dec 2018 | NSP Ext. Units Market Share Jan 2019 | NSP Ext. Units Market Share Feb 2019 | NSP Ext. Units Market Share Mar 2019 |
|---|---|---|---|---|---|---|---|---|
| 0.13% | 0.57% | 2.60% | 5.96% | 6.59% | 8.17% | 6.78% | 11.02% | 10.44% |
| 99.87% | 99.43% | 97.40% | 94.04% | 93.41% | 91.83% | 93.22% | 88.98% | 89.56% |
| 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |

| Sales $ Jul 2018 | Sales $ Aug 2018 | Sales $ Sep 2018 | Sales $ Oct 2018 | Sales $ Nov 2018 | Sales $ Dec 2018 | Sales $ Jan 2019 | Sales $ Feb 2019 | Sales $ Mar 2019 |
|---|---|---|---|---|---|---|---|---|
| $2,383 | $9,463 | $50,575 | $98,052 | $95,718 | $167,242 | $93,091 | $159,486 | $199,169 |
| $1,720,380 | $1,736,078 | $2,182,873 | $1,670,037 | $1,626,507 | $2,236,121 | $1,568,434 | $1,538,952 | $2,046,779 |
| $1,722,763 | $1,745,541 | $2,233,448 | $1,768,089 | $1,722,225 | $2,403,363 | $1,661,525 | $1,698,438 | $2,245,948 |

| NSP Ext. Units Apr 2019 | NSP Ext. Units May 2019 | NSP Ext. Units Jun 2019 | NSP Ext. Units Jul 2019 | NSP Ext. Units Aug 2019 |
|---|---|---|---|---|
| 5,136 | 5,432 | 10,788 | 5,576 | 9,340 |
| 36,810 | 34,312 | 40,446 | 33,128 | 35,672 |
| 41,946 | 39,744 | 51,234 | 38,704 | 45,012 |

| NSP Ext. Units Market Share Apr 2019 | NSP Ext. Units Market Share May 2019 | NSP Ext. Units Market Share Jun 2019 | NSP Ext. Units Market Share Jul 2019 | NSP Ext. Units Market Share Aug 2019 |
|---|---|---|---|---|
| 12.24% | 13.67% | 21.06% | 14.41% | 20.75% |
| 87.76% | 86.33% | 78.94% | 85.59% | 79.25% |
| 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |

| Sales $ Apr 2019 | Sales $ May 2019 | Sales $ Jun 2019 | Sales $ Jul 2019 | Sales $ Aug 2019 |
|---|---|---|---|---|
| $175,380 | $187,829 | $375,352 | $188,555 | $328,582 |
| $1,549,880 | $1,446,618 | $1,706,702 | $1,402,991 | $1,495,341 |
| $1,725,260 | $1,634,447 | $2,082,054 | $1,591,546 | $1,823,923 |

# **EXHIBIT B**

| NDC/UPC/HRI | GPI Unformatted | Product Name | Size | Package SUM | Labeler | WAC Current Package Price | WAC Current Effective Date |
|---|---|---|---|---|---|---|---|
| 00527-1961-73 | 42230020102010 | Numbrino Nasal Solution 40 MG/ML | 10 | ML | LANNETT | $ 551.25 | 2/10/2020 |
| 00527-1961-74 | 42230020102010 | Numbrino Nasal Solution 40 MG/ML | 4 | ML | LANNETT | $ 220.50 | 2/10/2020 |
| 00527-1971-73 | 42230020102010 | Cocaine HCl Nasal Solution 40 MG/ML | 10 | ML | LANNETT | $ 551.25 | 8/18/2020 |
| 00527-1971-74 | 42230020102010 | Cocaine HCl Nasal Solution 40 MG/ML | 4 | ML | LANNETT | $ 220.50 | 8/18/2020 |
| 64950-0359-04 | 42230020102010 | Goprelto Nasal Solution 40 MG/ML | 4 | ML | GENUS LIFESCIENCES | $ 245.00 | 6/1/2018 |
| 64950-0362-04 | 42230020102010 | Cocaine HCl Nasal Solution 40 MG/ML | 4 | ML | GENUS LIFESCIENCES | $ 245.00 | 11/6/2019 |

| Comment | AWP Current Effective Date | AWP Current Package Price | WAC 1 Package Price | WAC 1 Effective Date | WAC 2 Package Price | WAC 2 Effective Date |
|---|---|---|---|---|---|---|
| Lannett Numbrino | 2/10/2020 | $ 661.50 | $ 551.25 | 2/10/2020 | | |
| Lannett Numbrino | 2/10/2020 | $ 264.60 | $ 220.50 | 2/10/2020 | | |
| Numbrino AG - Same WAC as Numbrino - Discount vs. Genus | 8/18/2020 | $ 661.50 | $ 551.25 | 8/18/2020 | | |
| Numbrino AG - Same WAC as Numbrino - Discount vs. Genus | 8/18/2020 | $ 264.60 | $ 220.50 | 8/18/2020 | | |
| Genus Cocaine HCL Nasal Solution | 6/1/2018 | $ 294.00 | $ 245.00 | 6/1/2018 | | |
| Genus Cocaine HCL Nasal Solution | 11/6/2019 | $ 294.00 | $ 245.00 | 11/6/2019 | $ 178.00 | 6/1/2018 |