# SUPPLEMENTAL

# JOINT APPENDIX

**Genus Lifesciences, Inc. v. Azar et al.,**

**Case No. 1:20-cv-211-TNM (D.D.C)**

**Index**

**Supplemental Joint Appendix**

**Genus Lifesciences, Inc. v. Azar et al.,**

**Case No. 1:20-cv-211-TNM (D.D.C)**

| Page | Description | Dates | FDA Number |
|------|-------------|-------|------------|
| SJA-4 | Statistical Review and Evaluation Filing Review of NDA BLA on NDA 209963 | 1/13/2017 | FDA000378-82 |
| SJA-9 | Office of Pharmaceutical Quality NDA Filing Review | 1/23/2017 | FDA000414-17 |
| SJA-13 | RPM Filing Review - Cothetic (proposed) | 1/25/2017 | FDA000420-37 |
| SJA-31 | Controlled Substance Staff Filing Checklist for NDA 209963 | 1/26/2017 | FDA000438-40 |
| SJA-34 | Email from Diana Walker to Melissa Goodhead re NDA 209963 Labeling Comments draft Nov 30, 2017 | 12/4/2017 | FDA000914-37 |
| SJA-58 | Email from Diana Walker to Melissa Goodhead re NDA 209963 Labeling Comments Dec 12, 2017 | 12/13/2017 | FDA001253-70 |
| SJA-76 | Email from Diana Walker to Melissa Goodhead re NDA 209963 Labeling Information Request Dec 7, 2017 | 12/13/2017 | FDA001271-74 |
| SJA-80 | Controlled Substance Staff (CSS) Filing Checklist for NDA | 11/1/2017 | FDASUPP011883-85 |
| SJA-83 | Clinical Filing Checklist for NDA/BLA or Supplement | 11/20/2017 | FDASUPP011891-99 |
| SJA-92 | RPM Filing Review | 12/12/2017 | FDASUPP011900-18 |
| SJA-111 | Email chain between the Division of Anesthesia, Analgesia, and Addiction Products (DAAAP), CDER's Office of Regulatory Policy (ORP) and Office of the Chief Counsel (OCC) regarding a potential exclusivity issue | 10/17/2017 | FDAAddndmSupp012277-79 |
| SJA-114 | DAAAP Email chain discussing how new chemical entity exclusivity would affect Lannett's filing | 10/27/2017 | FDAAddndmSupp012280-82 |
| SJA-117 | DAAAP email chain discussing Goprelto's action date | 10/30/2017 | FDAAddndmSupp012283-84 |
| SJA-119 | Email chain between DAAAP and ORP discussing "shared exclusivity" | 1/17/2018 | FDAAddndmSupp012285-87 |

| SJA-122 | Email chain between DAAAP and ORP discussing whether Goprelto's exclusivity would prevent Lannett's response to a complete response letter | 2/21/2018 | FDAAddndmSupp012288-90 |
|---------|---|---|---|
| SJA-125 | Email chain between Mary Ann Holovac and DAAAP regarding the action to be taken on Lannett's application | 5/1/2018 | FDAAddndmSupp012298-302 |
| SJA-130 | Email from Shelly Kapoor to Deep Kwatra et al. regarding Lannett's TQT information | 2/21/2018 | FDAAddndmSupp012305 |
| SJA-131 | Email chain regarding the QT risk evaluation in Lannett's application | 9/26/2017 | FDAAddndmSupp012306-307 |
| SJA-133 | DAAAP Email chain regarding QT information in Lannett's application | 9/27/2017 | FDAAddndmSupp012308-09 |

NDA 209-963
Drug Name: Topical cocaine

# Statistical Review and Evaluation
## Filing Review of an NDA/BLA

| | |
|---|---|
| **NDA/BLA #:** | NDA 209-963 |
| **Related IND #:** | IND 118,527 |
| **Product Name:** | Cocaine hydrochloride topical solution, 4% |
| **Indication(s):** | Induction of local anesthesia when performing diagnostic procedures and surgeries on or through the mucous membranes of the nasal cavities in adults |
| **Applicant:** | ███████████████ |
| **Dates:** | Received: November 23, 2016 |
| | PDUFA: September 23, 2017 |
| **Review Priority:** | Standard |
| **Biometrics Division:** | II |
| **Statistical Reviewer:** | Feng Li, Ph.D. |
| **Concurring Reviewers:** | David, Petullo, M.S. |
| **Medical Division:** | Division of Anesthesia, Analgesia, and Addiction Products |
| **Clinical Team:** | Medical Officer: Renee Petit-Scott, M.D. |
| | Medical Team Leader: Leah Crisafi, M.D. |
| **Project Manager:** | Diana Walker |

# 1. Summary of Efficacy/Safety Clinical Trials to be Reviewed

**Table 1: Summary of Trials to be Assessed in the Statistical Review**

| Trial ID | Design* | Treatment/ Sample Size | Endpoint/Analysis | Preliminary Findings |
|---|---|---|---|---|
| 2013011 | MC, R, DB, PG, PC trial | Cocaine 4%/ 275 Cocaine 8%/278 Placebo/ 95 | Primary: analgesic success Key Secondary: None | Both cocaine 4% and 8% were superior to placebo with statistical significance. |

\* MC: multi-center, R: randomized, DB: double-blind, PG: parallel group, PC: placebo controlled, AC: active controlled

1

NDA 209-963
Drug Name: Topical cocaine

## 2. Assessment of Protocols and Study Reports

### Table 2: Summary of Information Based Upon Review of the Protocol(s) and the Study Report(s)

| Content Parameter | Response/Comments |
|---|---|
| Designs utilized are appropriate for the indications requested. | Yes. |
| Endpoints and methods of analysis are specified in the protocols/statistical analysis plans. | Yes. |
| Interim analyses (if present) were pre-specified in the protocol with appropriate adjustments in significance level.  DSMB meeting minutes and data are available. | Not applicable. |
| Appropriate details and/or references for novel statistical methodology (if present) are included (e.g., codes for simulations). | Not applicable. |
| Investigation of effect of missing data and discontinued follow-up on statistical analyses appears to be adequate. | Yes. |

## 3. Electronic Data Assessment

### Table 3: Information Regarding the Data

| Content Parameter | Response/Comments |
|---|---|
| Dataset location | \\Cdsesub1\evsprod\NDA209963\0000\m5\datasets\2013011 |
| Were analysis datasets provided? | Yes. |
| Dataset structure (e.g., SDTM or ADaM) | Indicated as SDTM and ADaM. |
| Are the define files sufficiently detailed? | Yes. |
| List the dataset(s) that contains the primary endpoint(s) | ADQS |
| Are the *analysis datasets* sufficiently structured and defined to permit analysis of the primary endpoint(s) without excess data manipulation? * | Yes. |
| Are there any initial concerns about site(s) that could lead to inspection? If so, list the site(s) that you request to be inspected and the rationale. | No. |
| Safety data are organized to permit analyses across clinical trials in the NDA/BLA. | Not applicable. |

   * This might lead to the need for an information request or be a refuse to file issue depending on the ability to review the data.

2

FDA000379

NDA 209-963
Drug Name: Topical cocaine

## 4. Filing Issues

**Table 4: Initial Overview of the NDA/BLA for Refuse-to-file (RTF):**

| Content Parameter | Yes | No | NA | Comments |
|---|---|---|---|---|
| Index is sufficient to locate necessary reports, tables, data, etc. | x | | | |
| ISS, ISE, and complete study reports are available (including original protocols, subsequent amendments, etc.) | | x | | The ISE is a link to the Summary of Efficacy. There is no separate ISE report. |
| Safety and efficacy were investigated for gender, racial, and geriatric subgroups investigated. | x | | | |
| Data sets are accessible, sufficiently documented, and of sufficient quality (e.g., no meaningful data errors). | x | | | |
| Application is free from any other deficiency that render the application unreviewable, administratively incomplete, or inconsistent with regulatory requirements | x | | | |

**IS THE APPLICATION FILEABLE FROM A STATISTICAL PERSPECTIVE?**
**Yes**

## 5. Comments to be Conveyed to the Applicant

### 5.1. Refuse-to-File Issues

None.

### 5.2. Information Requests/Review Issues

The following information requests should be conveyed to the applicant.

- In the Clinical Study Report for Study 2013011, a subject was considered an analgesic success if the subject both reported a score of 0 on visual numeric rating scale (VNRS) based on a Von Frey Filament Test prior to the diagnostic procedure or surgery, and had no need for additional nasal analgesic medication during the diagnostic procedure or surgery.  However, this definition of analgesic success is different from what was pre-specified in the study protocol and Statistical Analysis Plan (SAP). According to the protocol and SAP, a placebo subject would be an analgesic success if the subject reported a score of 0 on VNRS based on the Von Frey Filament Test. Clarify this discrepancy.

3

FDA000380

NDA 209-963
Drug Name: Topical cocaine

- At the pre-NDA meeting held on July 14, 2015, the agency requested that the time of unblinding for each subject be reported in the clinical study report. However, this information could not be located. If the report was submitted, indicate the location in the current submission otherwise submit this information.

Reference ID: 4042070

FDA000381

---------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------

/s/

----------------------------------------------------

FENG LI
01/13/2017

DAVID M PETULLO
01/13/2017
I concur.

FDA000382

# OFFICE OF PHARMACEUTICAL QUALITY

## NDA FILING REVIEW

| | |
|---|---|
| **Application #: 209963** | **Established/Proper Name: Cocaine Hydrochloride Topical Solution, 4%** |
| **Applicant:** ▮▮▮▮▮▮▮▮ | **Dosage Form: Solution** |
| **Submission Type:** | **Strength(s):40 mg/mL (4%)** |
| **Chemical Type:** | **Cross Referenced Applications:** |

| A. FILING CONCLUSION | | | | |
|---|---|---|---|---|
| | **Parameter** | **Yes** | **No** | **Comment** |
| 1. | **DOES THE OFFICE OF PHARMACEUTICAL QUALITY RECOMMEND THE APPLICATION TO BE FILED?** | x | | |
| 2. | If the application is not fileable from the product quality perspective, state the reasons and provide **filing** comments to be sent to the Applicant. | | | N/A |
| 3. | Are there any **potential review** issues to be forwarded to the Applicant, not including any filing comments stated above? | | x | |

| A.    OVERVIEW OF CRITICAL PRODUCT QUALITY REVIEW CONSIDERATIONS |
|---|
| *The applicant is proposing to market Cocaine HCl Topical Solution 4% for the proposed indication of the induction of local anesthesia when performing diagnostic procedures and surgeries on or through the mucous membranes of the nasal cavities in adults.  The proposed cocaine HCl topical solution, 40 mg/mL (4%) is a clear green colored liquid packaged in a 0.5 oz amber bottle with a lined, ribbed closure.  The fill volume is 4 mL.* |

FDA000414

# OFFICE OF PHARMACEUTICAL QUALITY

## NDA FILING REVIEW

| | Parameter | Yes | No | N/A | Comment |
|---|---|---|---|---|---|
| **B.  FILING CONSIDERATIONS** | | | | | |
| | | | | | |
| **GENERAL/ADMINISTRATIVE** | | | | | |
| 1. | Has an environmental assessment report (NME, API with estrogenic, androgenic, or thyroid activity; API derived from plants and animals) or appropriate categorical exclusion (21 CFR 25.31 **AND** 25.15(d) been provided? | x | | | |
| 2. | For DMFs, are DMF #'s identified and authorization letter(s) from the US agent provided in the application and referenced DMF? | x | | | |
| 3. | Is the Quality Overall Summary (QOS) organized adequately and legible? Is there sufficient information in the QOS to conduct a review? | x | | | |
| **FACILITY INFORMATION** | | | | | |
| 4. | Are drug substance manufacturing sites, drug product manufacturing sites, and additional manufacturing, packaging and control/testing laboratory sites identified on FDA Form 356h or associated continuation sheet with complete identifying information? | x | | | |
| 5. | Is a statement provided that all facilities are ready for GMP inspection at the time of submission? For BLA: ❑  Is a manufacturing schedule provided? ❑  Is the schedule feasible to conduct an inspection within the review cycle? | x | | | |
| **DRUG SUBSTANCE INFORMATION** | | | | | |
| 6. | Is the Drug Substance section [3.2.S] organized adequately and legible? Is there sufficient information in this section to conduct a review? | X | | | A DMF ▓▓▓ is referenced. Summaries of critical information are included in the NDA. |
| **DRUG PRODUCT INFORMATION** | | | | | |
| 7. | Is the Drug Product section [3.2.P] organized adequately and legible? Is there sufficient information in this section to conduct a review? | x | | | |
| **BIOPHARMACEUTICS –N/A** | | | | | |
| 8. | | | | | |
| 9. | | | | | |

FDA000415

# OFFICE OF PHARMACEUTICAL QUALITY

## NDA FILING REVIEW

| B.  FILING CONSIDERATIONS | | | | | |
|---|---|---|---|---|---|
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| **REGIONAL INFORMATION AND APPENDICES** | | | | | |
| 14. | Are any study reports or published articles in a foreign language?  If yes, has the translated version been included in the submission for review? | | x | | |
| 15. | Are Executed Batch Records for drug substance (if applicable) and drug product available? | | | x | |
| 16. | If applicable, is the required information provided in 3.2.A for Biotech Products? | | | x | |
| 17. | For Biotech Products, is sufficient information provided in compliance with 21 CFR 610.9 and 601.2(a)? | | | x | |

**Conclusion:**  From a CMC perspective, the application can be filed.  CMC does not have any comments for the 74-day letter.  Note:  There will be no biopharmaceutics review on this application since it is an immediate release solution.

FDA000416

Application Technical Lead Name and Date:

Ciby J.
Abraham -S

Digitally signed by Ciby J. Abraham -S
DN: c=US, o=U.S. Government,
ou=HHS, ou=FDA, ou=People,
0.9.2342.19200300.100.1.1=200082734
6, cn=Ciby J. Abraham -S
Date: 2017.01.23 09:48:40 -05'00'

_____

Ciby J. Abraham, Ph.D.
Acting Quality Assessment Lead
OPQ/ONDP/DIVII/Branch IV

FDA000417

# RPM FILING REVIEW
## (Including Memo of Filing Meeting)
**To be completed for all new NDAs, BLAs, and Efficacy Supplements [except SE8 (labeling change with clinical data) and SE9 (manufacturing change with clinical data)]**

| Application Information | | |
|---|---|---|
| NDA # 209963￼BLA# | NDA Supplement #: S-￼BLA Supplement #: S- | **Efficacy Supplement Category:**￼☐ New Indication (SE1)￼☐ New Dosing Regimen (SE2)￼☐ New Route Of Administration (SE3)￼☐ Comparative Efficacy Claim (SE4)￼☐ New Patient Population (SE5)￼☐ Rx To OTC Switch (SE6)￼☐ Accelerated Approval Confirmatory Study  (SE7)￼☐ Labeling Change With Clinical Data (SE8)￼☐ Manufacturing Change With Clinical Data (SE9)￼☐ Animal Rule Confirmatory Study (SE10) |

Proprietary Name:  ███████████
Established/Proper Name:  Topical Cocaine, 4%
Dosage Form:  Solution
Strengths:  4%, 40 mg/mL
Route of Administration:  Topical

Applicant:  ███████████████

Agent for Applicant (if applicable):  Melissa Goodhead, ███████████████

Date of Application:  November 23, 2016
Date of Receipt:  November 23, 2016
Date clock started after Unacceptable for Filing (UN):  n/a

| PDUFA Goal Date: September 23, 2017 | Action Goal Date (if different): September 20, 2017 |
|---|---|
| Filing Date:  January 22, 2017 | Date of Filing Meeting:  January 12, 2017 |

Chemical Classification (original NDAs only) :
☐ Type 1- New Molecular Entity (NME); NME and New Combination
☐ Type 2- New Active Ingredient; New Active Ingredient and New Dosage Form; New Active Ingredient and New Combination
☐ Type 3- New Dosage Form; New Dosage Form and New Combination
☐ Type 4- New Combination
☐ Type 5- New Formulation or New Manufacturer
☒ Type 7- Drug Already Marketed without Approved NDA
☐ Type 8- Partial Rx to OTC Switch
☐ Type 9-New Indication or Claim (will <u>not</u> be marketed as a separate NDA after approval)
☐ Type 10-New Indication or Claim (will be marketed as a separate NDA after approval)

Proposed indication: Induction of local anesthesia when performing diagnostic procedures and surgeries on or through the mucous membranes of the nasal cavities in adults.

| Type of Original NDA:￼           AND (if applicable)￼Type of NDA Supplement:￼￼*If 505(b)(2)NDA/NDA Supplement: Draft the "505(b)(2) Assessment" review found at:*￼*http://inside.fda.gov:9003/CDER/OfficeofNewDrugs/ImmediateOffice/UCM027499.* | ☐ 505(b)(1)￼☒ 505(b)(2)￼☐ 505(b)(1)￼☐ 505(b)(2) |
|---|---|
| Type of BLA￼￼*If 351(k), notify the OND Therapeutic Biologics and Biosimilars Team* | ☐ 351(a)￼☐ 351(k) |

Version: 12/05/2016                                                                                                    1

Reference ID: 4046335

FDA000420

| Review Classification: | ☒ Standard |
| | ☐ Priority |

**The application will be a priority review if:**
- *A complete response to a pediatric Written Request (WR) was included (a partial response to a WR that is sufficient to change the labeling should also be a priority review – check with DPMH)*
- *The product is a Qualified Infectious Disease Product (QIDP)*
- *A Tropical Disease Priority Review Voucher was submitted*
- *A Pediatric Rare Disease Priority Review Voucher was submitted*

☐ Pediatric WR
☐ QIDP
☐ Tropical Disease Priority Review Voucher
☐ Pediatric Rare Disease Priority Review Voucher

| Resubmission after withdrawal? ☐ | Resubmission after refuse to file? ☐ |

| Part 3 Combination Product? ☐ | ☐ Convenience kit/Co-package |
| | ☐ Pre-filled drug delivery device/system (syringe, patch, etc.) |
| ***If yes, contact the Office of Combination Products (OCP) and copy them on all Inter-Center consults*** | ☐ Pre-filled biologic delivery device/system (syringe, patch, etc.) |
| | ☐ Device coated/impregnated/combined with drug |
| | ☐ Device coated/impregnated/combined with biologic |
| | ☐ Separate products requiring cross-labeling |
| | ☐ Drug/Biologic |
| | ☐ Possible combination based on cross-labeling of separate products |
| | ☐ Other (drug/device/biological product) |

| ☐ Fast Track Designation | ☐ PMC response |
| ☐ Breakthrough Therapy Designation | ☐ PMR response: |
| *(set the submission property in DARRTS and notify the CDER Breakthrough Therapy Program Manager)* | ☐ FDAAA [505(o)] |
| | ☐ PREA deferred pediatric studies (FDCA Section 505B) |
| ☐ Rolling Review | ☐ Accelerated approval confirmatory studies (21 CFR 314.510/21 CFR 601.41) |
| ☐ Orphan Designation | |
| | ☐ Animal rule postmarketing studies to verify clinical benefit and safety (21 CFR 314.610/21 CFR 601.42) |
| ☐ Rx-to-OTC switch, Full | |
| ☐ Rx-to-OTC switch, Partial | |
| ☐ Direct-to-OTC | |
| | |
| Other: | |

| Collaborative Review Division (*if OTC product*): |

| List referenced IND Number:  118527 |

| **Goal Dates/Product Names/Classification Properties** | **YES** | **NO** | **NA** | **Comment** |
|---|---|---|---|---|
| PDUFA/BsUFA and Action Goal dates correct in the electronic archive?<br><br>***If no, ask the document room staff to correct them immediately. These are the dates used for calculating inspection dates.*** | ☒ | ☐ | | |
| Are the established/proper and applicant names correct in electronic archive?<br><br>***If no, ask the document room staff to make the corrections. Also, ask the document room staff to add the established/proper name to the supporting IND(s) if not already entered into electronic archive.*** | ☒ | ☐ | | |

Reference ID: 4046335

| | | | | |
|---|---|---|---|---|
| Is the review priority (S or P) and all appropriate classifications/properties entered into tracking system (e.g., chemical classification, combination product classification, orphan drug)? ***Check the New Application and New Supplement Notification Checklists for a list of all classifications/properties at:*** *http://inside.fda.gov:9003/CDER/OfficeofBusinessProcessSupport/ucm163969.htm* **If no, ask the document room staff to make the appropriate entries.** | ☒ | ☐ | ☐ | |

| **Application Integrity Policy** | **YES** | **NO** | **NA** | **Comment** |
|---|---|---|---|---|
| Is the application affected by the Application Integrity Policy (AIP)?  ***Check the AIP list at:*** *http://www.fda.gov/ICECI/EnforcementActions/ApplicationIntegrityPolicy/default.htm* | ☐ | ☒ | | |
| **If yes**, explain in comment column. | | | | |
| **If affected by AIP**, has OC been notified of the submission? **If yes,** date notified: | ☐ | ☐ | | |

| **User Fees** | **YES** | **NO** | **NA** | **Comment** |
|---|---|---|---|---|
| Is Form 3397 (User Fee Cover Sheet)/Form 3792 (Biosimilar User Fee Cover Sheet) included with authorized signature? | ☒ | ☐ | | |

| | |
|---|---|
| <u>User Fee Status</u><br><br>***If a user fee is required and it has not been paid (and it is not exempted or waived), the application is unacceptable for filing following a 5-day grace period from receipt. Review stops. Contact the User Fee Staff. If appropriate, send UN letter.*** | Payment for this application *(check daily email from* *UserFeeAR@fda.hhs.gov)*:<br><br>☒ Paid<br>☐ Exempt (orphan, government)<br>☐ Waived (e.g., small business, public health)<br>☐ Not required |
| ***If the firm is in arrears for other fees (regardless of whether a user fee has been paid for this application), the application is unacceptable for filing (5-day grace period does not apply). Review stops. Contact the User Fee Staff. If appropriate, send UN letter.*** | Payment of other user fees:<br><br>☒ Not in arrears<br>☐ In arrears |
| <u>User Fee Bundling  Policy</u><br><br>***Refer to the guidance for industry, Submitting Separate Marketing Applications and Clinical Data for Purposes of Assessing User Fees at:*** *http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM079320.pdf* | Has the user fee bundling policy been appropriately applied? ***If no, or you are not sure, consult the User Fee Staff.***<br><br>☒ Yes<br>☐ No |

| **505(b)(2)** **(NDAs/NDA Efficacy Supplements only)** | **YES** | **NO** | **NA** | **Comment** |
|---|---|---|---|---|
| Is the application a 505(b)(2) NDA? *(Check the 356h form, cover letter, and annotated labeling).*  **If yes**, answer the bulleted questions below: | ☒ | ☐ | | This is a 505(b)(2) to literature. |
| • Is the application for a duplicate of a listed drug and eligible for approval under section 505(j) as an ANDA? | ☐ | ☒ | | |

Reference ID: 4046335

| | | | | |
|---|---|---|---|---|
| • Is the application for a duplicate of a listed drug whose only difference is that the extent to which the active ingredient(s) is absorbed or otherwise made available to the site of action is less than that of the reference listed drug (RLD)? [**see 21 CFR 314.54(b)(1)**]. | ☐ | ☒ | | |
| • Is the application for a duplicate of a listed drug whose only difference is that the rate at which the proposed product's active ingredient(s) is absorbed or made available to the site of action is unintentionally less than that of the listed drug [**see 21 CFR 314.54(b)(2)**]? <br><br> ***If you answered yes to any of the above bulleted questions, the application may be refused for filing under 21 CFR 314.101(d)(9). Contact the 505(b)(2) review staff in the Immediate Office of New Drugs for advice.*** | ☐ | ☒ | | |
| • Is there unexpired exclusivity on another listed drug product containing the same active moiety (e.g., 5-year, 3-year, orphan, or pediatric exclusivity)? <br> ***Check the Electronic Orange Book at:*** <br> *http://www.accessdata.fda.gov/scripts/cder/ob/default.cfm* <br><br> **If yes**, please list below: | ☐ | ☒ | | |

| Application No. | Drug Name | Exclusivity Code | Exclusivity Expiration |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

*If there is unexpired, 5-year exclusivity remaining on another listed drug product containing the same active moiety, a 505(b)(2) application cannot be submitted until the period of exclusivity expires (unless the applicant provides paragraph IV patent certification; then an application can be submitted four years after the date of approval.) Pediatric exclusivity and GAIN exclusivity will extend both of the timeframes in this provision by 6 months and five years, respectively. 21 CFR 314.108(b)(2). Unexpired orphan or 3-year exclusivity may block the approval but not the submission of a 505(b)(2) application.*

| | | | | |
|---|---|---|---|---|
| • If FDA has approved one or more pharmaceutically equivalent (PE) products in one or more NDAs before the submission date of the original 505(b)(2) application, did the applicant identify one such product as a listed drug (or an additional listed drug) relied upon and provide an appropriate patent certification or statement [**see 21 CFR 314.50(i)(1)(i)(C) and 314.54**]? <br> ***Check the Electronic Orange Book at:*** <br> *http://www.accessdata.fda.gov/scripts/cder/ob/default.cfm* <br><br> **If no**, include template language in the 74-day letter. <br><br> ***Failure to identify a PE is an approvability issue but not a filing issue [see 21 CFR 314.125(b)(19)]*** <br><br> *Note: Pharmaceutical equivalents are drug products in identical dosage forms and route(s) of administration that: **(1)** contain identical amounts of the identical active drug ingredient, i.e., the same salt or ester of the same therapeutic moiety, or, in the case of modified release dosage forms that require a reservoir or overage or such forms as prefilled syringes where residual volume may vary, that deliver identical amounts of the active drug ingredient over the identical dosing period; **(2)** do not necessarily contain the same inactive ingredients; **and (3)** meet the identical compendial or other applicable standard of identity, strength, quality, and purity, including potency and, where applicable, content uniformity, disintegration times, and/or dissolution rates.* | ☐ | ☐ | | N/A |

Reference ID: 4046335                                                         FDA000423

| Exclusivity | YES | NO | NA | Comment |
|---|---|---|---|---|
| Does another product (same active moiety) have orphan exclusivity for the same indication? **Check the Orphan Drug Designations and Approvals list at:** *http://www.accessdata.fda.gov/scripts/opdlisting/oopd/index.cfm* | ☐ | ☒ | | |
| **If another product has orphan exclusivity**, is the product considered to be the same product according to the orphan drug definition of sameness **[see 21 CFR 316.3(b)(14)]**?<br><br>*If yes, consult the Director, Division of Regulatory Policy II, Office of Regulatory Policy* | ☐ | ☐ | ☒ | |
| **NDAs/NDA efficacy supplements only:** Has the applicant requested 5-year or 3-year Waxman-Hatch exclusivity?<br><br>**If yes**, # years requested:  **5**<br><br>*Note:  An applicant can receive exclusivity without requesting it; therefore, requesting exclusivity is not required.* | ☒ | ☐ | ☐ | |
| **NDAs only**: Is the proposed product a single enantiomer of a racemic drug previously approved for a different therapeutic use? | ☐ | ☒ | ☐ | |
| **If yes**, did the applicant: (a) elect to have the single enantiomer (contained as an active ingredient) not be considered the same active ingredient as that contained in an already approved racemic drug, and/or (b): request exclusivity pursuant to section 505(u) of the Act (per FDAAA Section 1113)?<br><br>*If yes, contact the Orange Book Staff (CDER-Orange Book Staff).* | ☐ | ☐ | ☒ | |
| **BLAs only:** Has the applicant requested 12-year exclusivity under section 351(k)(7) of the PHS Act?<br><br>*If yes, notify Marlene Schultz-DePalo, CDER Purple Book Manager*<br><br>*Note: Exclusivity requests may be made for an original BLA submitted under Section 351(a) of the PHS Act (i.e., a biological reference product). A request may be located in Module 1.3.5.3 and/or other sections of the BLA and may be included in a supplement (or other correspondence) if exclusivity has not been previously requested in the original 351(a) BLA. An applicant can receive exclusivity without requesting it; therefore, requesting exclusivity is not required.* | ☐ | ☐ | ☒ | |

Reference ID: 4046335

FDA000424

| Format and Content | |
|---|---|
| *Do not check mixed submission if the only electronic component is the content of labeling (COL).* | ☐ All paper (except for COL)<br>☒ All electronic<br>☐ Mixed (paper/electronic)<br><br>☒ CTD<br>☐ Non-CTD<br>☐ Mixed (CTD/non-CTD) |
| **If mixed (paper/electronic) submission**, which parts of the application are submitted in electronic format? | |

| Overall Format/Content | YES | NO | NA | Comment |
|---|---|---|---|---|
| **If electronic submission,** does it follow the eCTD guidance?[1]<br>**If not,** explain (e.g., waiver granted). | ☒ | ☐ | ☐ | |
| **Index:** Does the submission contain an accurate comprehensive index? | ☒ | ☐ | | |
| Is the submission complete as required under 21 CFR 314.50 (*NDAs/NDA efficacy supplements*) or under 21 CFR 601.2 (*BLAs/BLA efficacy supplements*) including:<br><br>☒ legible<br>☒ English (or translated into English)<br>☒ pagination<br>☒ navigable hyperlinks (electronic submissions only)<br><br>**If no**, explain. | ☒ | ☐ | | |
| **BLAs only**: Companion application received if a shared or divided manufacturing arrangement?<br><br>**If yes**, BLA # | ☐ | ☐ | ☒ | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Forms and Certifications | | | | |
|---|---|---|---|---|

*Electronic forms and certifications with electronic signatures (scanned, digital, or electronic – similar to DARRTS, e.g., /s/) are acceptable. Otherwise, **paper** forms and certifications with hand-written signatures must be included. **Forms** include: user fee cover sheet (3397/3792), application form (356h), patent information (3542a), financial disclosure (3454/3455), and clinical trials (3674); **Certifications** include: debarment certification, patent certification(s), field copy certification, and pediatric certification.*

| Application Form | YES | NO | NA | Comment |
|---|---|---|---|---|
| Is form FDA 356h included with authorized signature per 21 CFR 314.50(a)?<br><br>**If foreign applicant, a U.S. agent must sign the form [see 21 CFR 314.50(a)(5)].** | ☒ | ☐ | | |
| Are all establishments and their registration numbers listed on the form/attached to the form? | ☒ | ☐ | ☐ | |

---

[1] http://www.fda.gov/ucm/groups/fdagov-public/@fdagov-drugs-gen/documents/document/ucm333969.pdf

Reference ID: 4046335                                                                  FDA000425

| Patent Information (NDAs/NDA efficacy supplements only) | YES | NO | NA | Comment |
|---|---|---|---|---|
| Is patent information submitted on form FDA 3542a per 21 CFR 314.53(c)? | ☒ | ☐ | ☐ | |

| Financial Disclosure | YES | NO | NA | Comment |
|---|---|---|---|---|
| Are financial disclosure forms FDA 3454 and/or 3455 included with authorized signature per 21 CFR 54.4(a)(1) and (3)? **Forms must be signed by the APPLICANT, not an Agent [see 21 CFR 54.2(g)].** *Note: Financial disclosure is required for bioequivalence studies that are the basis for approval.* | ☒ | ☐ | | |

| Clinical Trials Database | YES | NO | NA | Comment |
|---|---|---|---|---|
| Is form FDA 3674 included with authorized signature? **If yes, ensure that the application is also coded with the supporting document category, "Form 3674."** **If no, ensure that language requesting submission of the form is included in the acknowledgement letter sent to the applicant** | ☒ | ☐ | | |

| Debarment Certification | YES | NO | NA | Comment |
|---|---|---|---|---|
| Is a correctly worded Debarment Certification included with authorized signature? **Certification is not required for supplements if submitted in the original application; If foreign applicant, _both_ the applicant and the U.S. Agent must sign the certification [per Guidance for Industry: Submitting Debarment Certifications].** *Note: Debarment Certification should use wording in FD&C Act Section 306(k)(1) i.e., "[Name of applicant] hereby certifies that it did not and will not use in any capacity the services of any person debarred under section 306 of the Federal Food, Drug, and Cosmetic Act in connection with this application." Applicant may not use wording such as, "To the best of my knowledge..."* | ☒ | ☐ | ☐ | |

| Field Copy Certification (NDAs/NDA efficacy supplements only) | YES | NO | NA | Comment |
|---|---|---|---|---|
| **For paper submissions only:** Is a Field Copy Certification (that it is a true copy of the CMC technical section) included? *Field Copy Certification is not needed if there is no CMC technical section or if this is an electronic submission (the Field Office has access to the EDR)* *If maroon field copy jackets from foreign applicants are received, return them to CDR for delivery to the appropriate field office.* | ☐ | ☐ | ☒ | |

Reference ID: 4046335

| Controlled Substance/Product with Abuse Potential | YES | NO | NA | Comment |
|---|---|---|---|---|
| **For NMEs:**<br>Is an Abuse Liability Assessment, including a proposal for scheduling, submitted per 21 CFR 314.50(d)(5)(vii)?<br><br>*If yes, date consult sent to the Controlled Substance Staff:*<br><br>For non-NMEs:<br>*Date of consult sent to Controlled Substance Staff :*<br>**December 5, 2016** | ☐ | ☐ | ☐ | Although already Schedule II, the Sponsor was informed at pre-NDA that the NDA submission must include a proposal for the scheduling of the drug product under the Controlled Substances Act. Other data in the NDA should include abuse & diversion information collected from the clinical studies. |

| Pediatrics | YES | NO | NA | Comment |
|---|---|---|---|---|
| **PREA**<br><br>Does the application trigger PREA?<br><br>*If yes, notify PeRC@fda.hhs.gov to schedule required PeRC meeting[2]*<br><br>*Note: NDAs/BLAs/efficacy supplements for new active ingredients (including new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration trigger PREA. All waiver & deferral requests, pediatric plans, and pediatric assessment studies must be reviewed by PeRC prior to approval of the application/supplement.* | ☒ | ☐ | | |
| **If the application triggers PREA,** is there an agreed Initial Pediatric Study Plan (iPSP)?<br><br>*If no, may be an RTF issue - contact DPMH for advice.* | ☒ | ☐ | ☐ | |
| **If required by the agreed iPSP,** are the pediatric studies outlined in the agreed iPSP completed and included in the application?<br><br>*If no, may be an RTF issue - contact DPMH for advice.* | ☐ | ☐ | ☒ | |
| **BPCA:**<br><br>Is this submission a complete response to a pediatric Written Request?<br><br>*If yes, notify Pediatric Exclusivity Board RPM (pediatric exclusivity determination is required[3]* | ☐ | ☒ | | |

---

[2]
http://inside.fda.gov:9003/CDER/OfficeofNewDrugs/OfficeofNonprescriptionProducts/PediatricandMaternalHealthStaff/ucm027829.htm

[3]
http://inside.fda.gov:9003/CDER/OfficeofNewDrugs/OfficeofNonprescriptionProducts/PediatricandMaternalHealthStaff/ucm027837.htm

Reference ID: 4046335

FDA000427

| Proprietary Name | YES | NO | NA | Comment |
|---|---|---|---|---|
| Is a proposed proprietary name submitted?<br><br>*If yes, ensure that the application is also coded with the supporting document category, "Proprietary Name/Request for Review."* | ☒ | ☐ | ☐ | Submitted in a separate submission, and under review by OSE. |
| REMS | YES | NO | NA | Comment |
| Is a REMS submitted?<br><br>*If yes, send consult to OSE/DRISK and notify OC/ OSI/DSC/PMSB via the CDER OSI RMP mailbox* | ☐ | ☐ | ☒ | |

| Prescription Labeling | ☐ Not applicable | | |
|---|---|---|---|
| Check all types of labeling submitted. | ☒ Package Insert (Prescribing Information)(PI)<br>☐ Patient Package Insert (PPI)<br>☐ Instructions for Use (IFU)<br>☐ Medication Guide (MedGuide)<br>☒ Carton labeling<br>☒ Immediate container labels<br>☐ Diluent labeling<br>☐ Other (specify) | | |

| | YES | NO | NA | Comment |
|---|---|---|---|---|
| Is Electronic Content of Labeling (COL) submitted in SPL format?<br><br>*If no, request applicant to submit SPL before the filing date.* | ☒ | ☐ | | |
| Is the PI submitted in Physician Labeling Rule (PLR) format?[4] | ☒ | ☐ | | |
| **If PI not submitted in PLR format**, was a waiver or deferral requested before the application was received or in the submission? **If requested before application was submitted**, what is the status of the request?<br><br>*If no waiver or deferral, request applicant to submit labeling in PLR format before the filing date.* | ☐ | ☐ | ☒ | |
| **For applications submitted on or after June 30, 2015:** Is the PI submitted in Pregnancy and Lactation Labeling Rule (PLLR) format? | ☒ | ☐ | ☐ | |
| Has a review of the available pregnancy, lactation, and females and males of reproductive potential data (if applicable) been included? | ☒ | ☐ | ☐ | MHT consulted to review December 5, 2016. |
| **For applications submitted on or after June 30, 2015: If PI not submitted in PLLR format**, was a waiver or deferral requested before the application was received or in the submission? **If requested before application was submitted**, what is the status of the request?<br><br>*If no waiver or deferral, request applicant to submit labeling in PLLR format before the filing date.* | ☐ | ☐ | ☒ | |

---

[4] http://inside.fda.gov:9003/CDER/OfficeofNewDrugs/ImmediateOffice/LabelingDevelopmentTeam/ucm025576.htm

Reference ID: 4046335

FDA000428

| | | | | |
|---|---|---|---|---|
| Has all labeling [(PI, patient labeling (PPI, MedGuide, IFU), carton and immediate container labeling)] been consulted to OPDP? | ☒ | ☐ | ☐ | December 5, 2016 |
| Has PI and patient labeling (PPI, MedGuide, IFU) been consulted to OSE/DRISK? (*send WORD version if available*) | ☐ | ☐ | ☒ | |
| Has all labeling [PI, patient labeling (PPI, MedGuide, IFU) carton and immediate container labeling, PI, PPI been consulted/sent to OSE/DMEPA and appropriate CMC review office in OPQ (OBP or ONDP)? | ☒ | ☐ | ☐ | December 5, 2016 |

| **OTC Labeling** | ☒ **Not Applicable** |
|---|---|
| Check all types of labeling submitted. | ☐ Outer carton label<br>☐ Immediate container label<br>☐ Blister card<br>☐ Blister backing label<br>☐ Consumer Information Leaflet (CIL)<br>☐ Physician sample<br>☐ Consumer sample<br>☐ Other (specify) |

| | **YES** | **NO** | **NA** | **Comment** |
|---|---|---|---|---|
| Is electronic content of labeling (COL) submitted?<br><br>*If no, request in 74-day letter.* | ☐ | ☐ | | |
| Are annotated specifications submitted for all stock keeping units (SKUs)?<br><br>*If no, request in 74-day letter.* | ☐ | ☐ | ☐ | |
| If representative labeling is submitted, are all represented SKUs defined?<br><br>*If no, request in 74-day letter.* | ☐ | ☐ | ☐ | |
| All labeling/packaging sent to OSE/DMEPA? | ☐ | ☐ | ☐ | |

| **Other Consults** | **YES** | **NO** | **NA** | **Comment** |
|---|---|---|---|---|
| Are additional consults needed? (e.g., IFU to CDRH; QT study report to QT Interdisciplinary Review Team)<br><br>*If yes, specify consult(s) and date(s) sent:* | ☒ | ☐ | ☐ | QT-IRT consulted January 4, 2017. |

| **Meeting Minutes/SPAs** | **YES** | **NO** | **NA** | **Comment** |
|---|---|---|---|---|
| End-of Phase 2 meeting(s)?<br>**Date(s):** | ☐ | ☒ | | |
| Pre-NDA/Pre-BLA/Pre-Supplement meeting(s)?<br>**Date:**  July 14, 2015 | ☒ | ☐ | | Minutes dated 8/14/2105 |
| Any Special Protocol Assessments (SPAs)?<br>**Date(s):** | ☐ | ☒ | | |

Reference ID: 4046335

ATTACHMENT

## MEMO OF FILING MEETING

**DATE**:  January 12, 2017

**BACKGROUND**:  This is an application for Topical Cocaine, a marketed, unapproved drug.

**REVIEW TEAM**:

| Discipline/Organization | Names | | Present at filing meeting? (Y or N) |
|---|---|---|---|
| Regulatory Project Management | RPM: | Diana Walker | Y |
| | CPMS/TL: | Parinda Jani | N |
| Cross-Discipline Team Leader (CDTL) | Leah Crisafi | | Y |
| Division Director/Deputy | Sharon Hertz Rigoberto Roca | | Y Y |
| Office Director/Deputy | n/a | | N |
| Clinical | Reviewer: | Renee Petit-Scott | Y |
| | TL: | Leah Crisafi | Y |
| Clinical Pharmacology | Reviewer: | Deep Kwatra Wei Qiu (Filing Only) | Y Y |
| | TL: | Yun Xu | Y |
| • Pharmacometrics | Reviewer: | n/a | N |
| Biostatistics | Reviewer: | Feng Li | Y |
| | TL: | David Petullo | Y |

Reference ID: 4046335

FDA000430

| Nonclinical (Pharmacology/Toxicology) | Reviewer: | Belinda Hayes | Y |
|---|---|---|---|
| | TL: | Newton Woo | Y |
| | | Daniel Mellon | Y |
| Product Quality (CMC) Review Team: | ATL: | Ciby Abraham | Y |
| | RBPM: | Steven Kinsley | Y |
| • Drug Substance | Reviewer: | Sam Bain | N |
| | | Donna Christner | N |
| • Drug Product | Reviewer: | Valerie Amspacher | Y |
| • Process | Reviewer: | Tarun Mehta | N |
| | | Ubrani Venkataram | N |
| • Microbiology | Reviewer: | Denise Miller | N |
| • Facility | Reviewer: | Whenzheng Zhang | N |
| | | Derek Smith | N |
| • Biopharmaceutics | Reviewer: | n/a | N |
| • Other (e.g., Branch Chiefs, EA Reviewer) | Julia Pinto (Branch Chief) | | N |
| OMP/OPDP (PI, PPI, MedGuide, IFU, carton and immediate container labeling) | Reviewer: | Koung Lee | Y |
| | TL: | n/a | N |
| OSE/DMEPA (proprietary name, carton/container labeling) | Reviewer: | James Schlick | Y |
| | TL: | Vicky Borders-Hemphill | N |
| OSE/DRISK (REMS) | Reviewer: | Kimberly Lehrfeld | N |
| | TL: | n/a | N |

Reference ID: 4046335

FDA000431

| Bioresearch Monitoring (OSI) | Reviewer: | John Lee | N |
| | TL: | Janice Pohlman | N |
| Controlled Substance Staff (CSS) | Reviewer: | Kit Bonson | Y |
| | TL: | n/a | N |
| Other reviewers/disciplines | | | |
| Maternal Health Team | Reviewer: | Jane Liedtka | N |
| | TL: | Miriam Dinatale | N |
| Other attendees | Astrid Lopez-Goldberg | | Y |
| | Sally Loewke | | Y |
| | Kerri-Ann Jennings | | Y |
| | David Tyler Coyle | | Y |
| | *For additional lines, right click here and select "insert rows below" | | |

## FILING MEETING DISCUSSION:

| **GENERAL** | |
| • 505(b)(2) filing issues: | ☐ Not Applicable |
|    o Is the application for a duplicate of a listed drug and eligible for approval under section 505(j) as an ANDA? | ☐ YES  ☒ NO |
|    o Did the applicant provide a scientific "bridge" demonstrating the relationship between the proposed product and the referenced product(s)/published literature? | ☒ YES  ☐ NO |
| Describe the scientific bridge (e.g., information to demonstrate sufficient similarity between the proposed product and the listed drug(s) such as BA/BE studies or to justify reliance on information described in published literature): | The applicant is relying on information in the published literature for nonclinical pharmacology, reproductive toxicology, and carcinogenicity studies. |
| • Per reviewers, are all parts in English or English translation?  **If no**, explain: | ☒ YES  ☐ NO |
| • Electronic Submission comments  **List comments**: | ☐ Not Applicable  ☒ No comments |

| **CLINICAL** | ☐ Not Applicable<br>☒ FILE<br>☐ REFUSE TO FILE |
|---|---|
| **Comments**: | ☒ Review issues for 74-day letter |
| • Clinical study site(s) inspections(s) needed?<br><br>**If no,** explain: | ☒ YES<br>☐ NO |
| • Advisory Committee Meeting needed?<br><br>**Comments**:<br><br>*If no, for an NME NDA or original BLA, include the reason.  For example:*<br> ○ *this drug/biologic is not the first in its class*<br> ○ *the clinical study design was acceptable*<br> ○ *the application did not raise significant safety or efficacy issues*<br> ○ *the application did not raise significant public health questions on the role of the drug/biologic in the diagnosis, cure, mitigation, treatment or prevention of a disease* | ☐ YES<br>Date if known:<br>☒ NO<br>☐ To be determined<br><br>Reason: |
| • If the application is affected by the AIP, has the division made a recommendation regarding whether or not an exception to the AIP should be granted to permit review based on medical necessity or public health significance?<br><br>**Comments**: | ☒ Not Applicable<br>☐ YES<br>☐ NO |
| **CONTROLLED SUBSTANCE STAFF**<br>• Abuse Liability/Potential<br><br>**Comments**: | ☐ Not Applicable<br>☒ FILE<br>☐ REFUSE TO FILE<br><br>☒ Review issues for 74-day letter |
| **CLINICAL MICROBIOLOGY**<br><br><br>**Comments**: | ☒ Not Applicable<br>☐ FILE<br>☐ REFUSE TO FILE<br><br>☐ Review issues for 74-day letter |

Reference ID: 4046335

FDA000433

| CLINICAL PHARMACOLOGY | ☐ Not Applicable<br>☒ FILE<br>☐ REFUSE TO FILE |
|---|---|
| **Comments**: IR to be sent after the filing meeting. | ☐ Review issues for 74-day letter |
| • Clinical pharmacology study site(s) inspections(s) needed? | ☐ YES<br>☒ NO |
| **BIOSTATISTICS** | ☐ Not Applicable<br>☒ FILE<br>☐ REFUSE TO FILE |
| **Comments**: | ☒ Review issues for 74-day letter |
| **NONCLINICAL (PHARMACOLOGY/TOXICOLOGY)**<br><br><br>**Comments**: | ☐ Not Applicable<br>☒ FILE<br>☐ REFUSE TO FILE<br><br>☐ Review issues for 74-day letter |
| **PRODUCT QUALITY (CMC)**<br><br>**Comments**: IRs for microbiology and other OPQ disciplines will be sent at a future date by the CMC RPM. | ☐ Not Applicable<br>☒ FILE<br>☐ REFUSE TO FILE<br><br>☐ Review issues for 74-day letter |
| **New Molecular Entity** (NDAs only)<br><br>• Is the product an NME? | <br><br>☐ YES<br>☒ NO |
| **Environmental Assessment**<br><br>• Categorical exclusion for environmental assessment (EA) requested?<br><br>  **If no**, was a complete EA submitted?<br><br>**Comments**: | <br><br>☒ YES<br>☐ NO<br><br>☐ YES<br>☐ NO |
| **Facility Inspection**<br><br>• Establishment(s) ready for inspection?<br><br><br>**Comments**: | ☐ Not Applicable<br><br>☒ YES<br>☐ NO |

Reference ID: 4046335

FDA000434

| APPLICATIONS IN THE PROGRAM (PDUFA V) (NME NDAs/Original BLAs) | ☒ N/A |
|---|---|
| • Were there agreements made at the application's pre-submission meeting (and documented in the minutes) regarding certain late submission components that could be submitted within 30 days after receipt of the original application? | ☐ YES ☐ NO |
| • If so, were the late submission components all submitted within 30 days? | ☐ YES ☐ NO |
| • What late submission components, if any, arrived after 30 days? | |
| • Was the application otherwise complete upon submission, including those applications where there were no agreements regarding late submission components? | ☐ YES ☐ NO |
| • Is a comprehensive and readily located list of all clinical sites included or referenced in the application? | ☐ YES ☐ NO |
| • Is a comprehensive and readily located list of all manufacturing facilities included or referenced in the application? | ☐ YES ☐ NO |

Reference ID: 4046335

FDA000435

| REGULATORY PROJECT MANAGEMENT |
|---|
| **Signatory Authority:** Sharon Hertz, Director, DAAAP<br><br>**Date of Mid-Cycle Meeting** (for NME NDAs/BLAs in "the Program" PDUFA V):<br>April 18, 2017<br><br>**21st Century Review Milestones (see attached)** (listing review milestones in this document is optional): Wrap-Up – August 17, 2017<br><br>**Comments**: |

| REGULATORY CONCLUSIONS/DEFICIENCIES | |
|---|---|
| ☐ | The application is unsuitable for filing.  Explain why: |
| ☒ | The application, on its face, appears to be suitable for filing.<br><br>Review Issues:<br><br>☐ No review issues have been identified for the 74-day letter.<br>☒ Review issues have been identified for the 74-day letter.<br><br>Review Classification:<br><br>☒ Standard  Review<br>☐ Priority Review |

| ACTION ITEMS | |
|---|---|
| ☒ | Ensure that any updates to the review priority (S or P) and classifications/properties are entered into the electronic archive (e.g., chemical classification, combination product classification, orphan drug). |
| ☐ | If RTF, notify everyone who already received a consult request, OSE PM, and RBPM |
| ☐ | If filed, and the application is under AIP, prepare a letter either granting (for signature by Center Director) or denying (for signature by ODE Director) an exception for review. |
| ☐ | If priority review, notify applicant in writing by day 60 (see CST for choices) |
| ☒ | Send review issues/no review issues by day 74 |
| ☒ | Conduct a PLR format labeling review and include labeling issues in the 74-day letter |
| ☐ | Update the PDUFA V DARRTS page (for applications in the Program) |
| ☐ | Other |

Annual review of template by OND ADRAs completed:  April 2016

Reference ID: 4046335

-------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

DIANA L WALKER
01/25/2017

**Controlled Substance Staff (CSS) Filing Checklist for NDA**    SJA-31

**NDA Number:** 209,963    **Applicant:** ███████████    **Date:** Jan 25, 2017
**Drug Name:** Cocaine 4% solution   **IND Number:** 118,527

| Checklist | Yes | No | NA | Comment |
|---|---|---|---|---|
| Did CSS participate in previous review of this drug? | x | | | CSS had no concerns about a Phase 3 study (July 2013) |
| | | | | |
| **Abuse potential assessment is required if any of the following are true for a drug[1][2]:** | | | | |
| It affects the CNS | x | | | |
| It is chemically or pharmacologically similar to other drugs with known abuse potential | x | | | |
| It produces psychoactive effects such as sedation, euphoria, and mood changes | x | | | |
| | | | | |
| **Is the drug a new molecular entity?** | | x | | Cocaine has been a Sch. II drug since 1970 |
| **Is this a new or novel drug formulation?[3]** | x | | | 4% solution (40 mg/ml) for local anesthesia via nasal cavities |
| | | | | |
| **Content of NDA abuse potential section:[4]** | | | | |
| *Module 1: Administrative Information and Prescribing Information* 1.11.4 Multiple Module Information Amendment contains: | | | | |
| • A summary, interpretation, and discussion of abuse potential data provided in the NDA. | | x | | |
| • A link to a table of contents that provides additional links to all studies (non-clinical and clinical) and references related to the assessment of abuse potential. | | x | | |
| • A proposal and rationale for placement, or not, of a drug into a particular Schedule of the CSA | | x | | Sponsor states product is Sch. II in proposed drug label |
| *Module 2: Summaries* 2.4 Nonclinical Overview - includes a brief statement outlining the nonclinical studies performed to assess abuse potential. | | | | |
| | | | | |
| *Module 3: Quality* | | | | |
| 3.2.P.1 Description and Composition of the Drug Product - extraction of the drug substance (solvents, pH, or mechanical manipulation). | x | | | |
| Is there an assessment of extractability/formulation release characteristics of intact and manipulated product? | | x | | |
| 3.2.P.2 Description and Composition of the Drug Product - describes the development of any components of the drug product that were included to address accidental or intentional misuse. | | | | |
| Is this an extended release or abuse-deterrent formulation? | | x | | |
| *Module 4: Nonclinical Study Reports* | | | | |
| 4.2.1 Pharmacology | | x | | |

---

1 21 CFR 314.50(d)(5)(vii1): If the drug has a potential for abuse, a description and analysis of studies or information related to abuse of the drug, including a proposal for scheduling under the Controlled Substances Act. A description of any studies related to overdosage is also required, including information on dialysis, antidotes, or other treatments, if known.
2 21USC811(f) Abuse potential:If, at the time a new-drug application is submitted to the Secretary for any drug having a stimulant, depressant, or hallucinogenic effect on the central nervous system, it appears that such drug has an abuse potential, such information shall be forwarded by the Secretary to the Attorney General.

Reference ID: 4046531

FDA000438

**Controlled Substance Staff (CSS) Filing Checklist for NDA**   SJA-32

| Checklist | Yes | No | NA | Comment |
|---|---|---|---|---|
| 4.2.1.1 Primary Pharmacodynamics - binding profile | | x | | |
| Are in vitro receptor binding studies included? | | x | | |
| Are functional assays included? | | x | | |
| | | | | |
| **Animal Behavioral and Dependence Pharmacology** | | | | |
| Was a self administration study conducted? | | x | | |
| Was a conditioned place preference study conducted? | | x | | |
| Was a drug discrimination study conducted? | | x | | |
| Was a physical dependence study conducted? | | x | | |
| | | | | |
| *Module 5: Clinical Study Reports* <br> 5.3.5.4 Other Study Reports | | | | |
| **Human abuse potential study:** | | | | |
| Was a human abuse potential study conducted? | | x | | |
| Are all the primary data included in the NDA? | | | x | |
| Is a Statistics consult necessary? | | | x | |
| Preparation of study drug treatments | | | x | |
| **Other Clinical trials:** | | | | |
| Are all abuse/misuse Case Report Forms submitted? | | | x | |
| | | | | |
| **Labeling** | | | | |
| Section 9.0 text proposed? | x | | | |
| | | | | |
| **Postmarketing activities [PMRs, PMCs, REMS]** | | | x | |
| | | | | |
| **Scheduling activities** | | | | |
| Is the drug already scheduled? | x | | | Schedule II |
| | | | | |

**Is NDA FILEABLE from a CSS perspective?**

Yes.  This is a 505(b)2 application and does not contain abuse potential studies.


CSS Reviewer:          Katherine Bonson, Ph.D.          Date:  January 25, 2017

CSS Reviewer::         Silvia Calderon, Ph.D.           Date:  January 25, 2017

CSS Director:          Michael Klein, Ph.D.             Date:  January 25, 2017

Reference ID: 4046531
FDA000439

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KATHERINE R BONSON
01/25/2017

SILVIA N CALDERON
01/25/2017

MICHAEL KLEIN
01/26/2017

FDA000440

| | |
|---|---|
| **From:** | Walker, Diana |
| **To:** | Melissa Goodhead |
| **Subject:** | NDA 209963 Labeling Comments draft 30Nov17 |
| **Date:** | Thursday, November 30, 2017 10:15:33 AM |
| **Attachments:** | draft NDA 209963 PI label to GLS 30Nov17.docx |
| **Importance:** | High |

Dear Melissa,

Please find attached the package insert label in track changes for NDA 209963, containing edits and comments in response to your proposed labeling.

Please review this document, and:

1.   Accept the changes with which you agree.  You can also respond to the balloon comments with your response by adding your own balloon comment.  If you accept the change and have no responses, you can delete those comment bubbles from the Agency.
2.   Make revisions (**in track-changes!!)** and add a rationale comment for any language with which you do not agree (the rationale can be added as a comment balloon).
3.   Please check for the accuracy of the cross references, TOC, etc.
4.   Please check for any formatting or typographical errors and make those corrections.


Please return the label to me via email only.  The label you send back should be in track-changes with only the new edits you have added (per #1 above, accept all the track changes you agree with) and the comment bubbles.  There is no need to submit formally to your NDA at this time, as there may be additional negotiation of the language before the action date.  If you could review this label and return your comments **if at all possible by Tuesday, December 5 or as soon after that as possible**, so that we can keep the process moving as quickly as possible to finalize the label.  Note that, the Maternal Health Team requested a reference for a statement in Section 8.1.  If it will take longer to retrieve that reference, go ahead and send your edited label in advance and you can follow with the reference in a few days after, if that would be helpful in expediting your review and return of the edited label.

Kindly acknowledge receipt of this email, and please provide an estimated date by which you will return the document with your edits and comments.

Warm regards,

Diana



Diana L. Walker, Ph.D.
Sr. Regulatory Health Project Manager
FDA/CDER/ODE II/DAAAP
Tel: 301-796-4029

FDA000914

Email: Diana.Walker@fda.hhs.gov

FDA000915



FDA000916



FDA000917



FDA000918



FDA000919



FDA000920



FDA000921





FDA000923



FDA000924



FDA000925



FDA000926



FDA000927

SJA-48



FDA000928



FDA000929



FDA000930



FDA000931



FDA000932



FDA000933



FDA000934



FDA000935



FDA000936

-------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

DIANA L WALKER
12/04/2017

FDA000937

| | |
|---|---|
| **From:** | Walker, Diana |
| **To:** | Melissa Goodhead |
| **Subject:** | NDA 209963 Labeling Comments 12Dec17 |
| **Date:** | Tuesday, December 12, 2017 8:27:17 AM |
| **Attachments:** | Draft PI label for NDA 209963-FDA edits - 12Dec17.docx |
| **Importance:** | High |

Dear Melissa,

Please find attached the package insert label in track changes for NDA 209963, containing edits and comments in response to your proposed labeling.

Please review this document, and:

1.  Accept the changes with which you agree.  You can also respond to the balloon comments with your response by adding your own balloon comment.  If you accept the change and have no responses, you can delete those comment bubbles from the Agency.
2.  Make revisions (**in track-changes!!**) and add a rationale comment for any language with which you do not agree (the rationale can be added as a comment balloon).
3.  Please check for the accuracy of the cross references, TOC, etc.
4.  Please check for any formatting or typographical errors and make those corrections.


Please return the label to me <u>via email only</u>.  The label you send back should be in track-changes with only the <u>new</u> edits you have added (per #1 above, accept all the track changes you agree with) and the comment bubbles.  There is no need to submit formally to your NDA at this time, as there may be additional negotiation of the language before the action date.  If you could review this label and return your comments **if at all possible by tomorrow, Wednesday, December 13 or as soon after that as possible**, so that we can keep the process moving as quickly as possible to finalize the label.

Kindly acknowledge receipt of this email.

Warm regards,

Diana


Diana L. Walker, Ph.D.
Sr. Regulatory Health Project Manager
FDA/CDER/ODE II/DAAAP
Tel: 301-796-4029
Email: Diana.Walker@fda.hhs.gov

FDA001253



FDA001254



FDA001255



FDA001256



FDA001257



FDA001258



FDA001259



FDA001260



FDA001261



FDA001262



FDA001263



FDA001264



FDA001265



FDA001266

SJA-72



FDA001267



FDA001268



FDA001269

---------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------

/s/

----------------------------------------------------

DIANA L WALKER

12/13/2017

FDA001270

| | |
|---|---|
| **From:** | Walker, Diana |
| **To:** | Melissa Goodhead |
| **Subject:** | NDA 209963 Labeling Information Request 07dec17 |
| **Date:** | Thursday, December 07, 2017 11:23:36 AM |
| **Attachments:** | Carton and Container Final.pdf |
| **Importance:** | High |

Dear Melissa,

Given that your proprietary name was conditionally approved, please resubmit your draft labels with the new name as soon as possible, or by no later than Tuesday, December 12, 2017.

I have attached your current labels for reference, but in the place of Cocaine Hydrochloride Topical Solution, insert this in the container label and carton:  **GOPRELTO (cocaine hydrochloride) nasal solution**.


Warm regards,

Diana


Diana L. Walker, Ph.D.
Sr. Regulatory Health Project Manager
FDA/CDER/ODE II/DAAAP
Tel: 301-796-4029
Email: Diana.Walker@fda.hhs.gov



FDA001272



FDA001273

-------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

DIANA L WALKER
12/13/2017

FDA001274

**Controlled Substance Staff (CSS) Filing Checklist for NDA**   SJA-80

**NDA Number:** 209,575      **Applicant:** Lannett Company, Inc.      **Date:** Nov.1, 2017
**Drug Name:** Cocaine 4% and 10% solution      **IND Number:** 106,499

| Checklist | Yes | No | NA | Comment |
|---|---|---|---|---|
| Did CSS participate in previous review of this drug? | x | | | We only attended a pre-NDA meeting in March 2017 |
| | | | | |
| **Abuse potential assessment is required if any of the following are true for a drug[1][2]:** | | | | |
| It affects the CNS | x | | | |
| It is chemically or pharmacologically similar to other drugs with known abuse potential | x | | | |
| It produces psychoactive effects such as sedation, euphoria, and mood changes | x | | | |
| | | | | |
| **Is the drug a new molecular entity?** | | x | | Cocaine has been a Sch. II drug since 1970 |
| | | | | |
| **Is this a new or novel drug formulation?[3]** | x | | | 4% and 10% solution for local anesthesia via nasal cavities |
| | | | | |
| **Content of NDA abuse potential section:[4]** | | | | |
| *Module 1: Administrative Information and Prescribing Information* 1.11.4 Multiple Module Information Amendment contains: | | | | |
| • A summary, interpretation, and discussion of abuse potential data provided in the NDA. | | x | | |
| • A link to a table of contents that provides additional links to all studies (non-clinical and clinical) and references related to the assessment of abuse potential. | | x | | |
| • A proposal and rationale for placement, or not, of a drug into a particular Schedule of the CSA | | x | | Sponsor proposed maintenance in Sch II in March 2017 mtg |
| *Module 2: Summaries* 2.4 Nonclinical Overview - includes a brief statement outlining the nonclinical studies performed to assess abuse potential. | | | | |
| | | | | |
| *Module 3: Quality* | | | | |
| 3.2.P.1 Description and Composition of the Drug Product - extraction of the drug substance (solvents, pH, or mechanical manipulation). | x | | | |
| Is there an assessment of extractability/formulation release characteristics of intact and manipulated product? | | x | | |
| 3.2.P.2 Description and Composition of the Drug Product - describes the development of any components of the drug product that were included to address accidental or intentional misuse. | | | | |
| Is this an extended release or abuse-deterrent formulation? | | x | | |
| *Module 4: Nonclinical Study Reports* | | | | |
| 4.2.1 Pharmacology | | x | | |
| 4.2.1.1 Primary Pharmacodynamics - binding profile | | x | | |

---

1 21 CFR 314.50(d)(5)(vii1): If the drug has a potential for abuse, a description and analysis of studies or information related to abuse of the drug, including a proposal for scheduling under the Controlled Substances Act. A description of any studies related to overdosage is also required, including information on dialysis, antidotes, or other treatments, if known.
2 21USC811(f) Abuse potential:If, at the time a new-drug application is submitted to the Secretary for any drug having a stimulant, depressant, or hallucinogenic effect on the central nervous system, it appears that such drug has an abuse potential, such information shall be forwarded by the Secretary to the Attorney General.

Reference ID: 4179017      FDASUPP011883

**Controlled Substance Staff (CSS) Filing Checklist for NDA**   SJA-81

| Checklist | Yes | No | NA | Comment |
|---|---|---|---|---|
| Are in vitro receptor binding studies included? | | x | | |
| Are functional assays included? | | x | | |
| | | | | |
| **Animal Behavioral and Dependence Pharmacology** | | | | |
| Was a self administration study conducted? | | x | | |
| Was a conditioned place preference study conducted? | | x | | |
| Was a drug discrimination study conducted? | | x | | |
| Was a physical dependence study conducted? | | x | | |
| | | | | |
| *Module 5: Clinical Study Reports*<br>*5.3.5.4 Other Study Reports* | | | | |
| **Human abuse potential study:** | | | | |
| Was a human abuse potential study conducted? | | x | | |
| Are all the primary data included in the NDA? | | | x | |
| Is a Statistics consult necessary? | | | x | |
| Preparation of study drug treatments | | | x | |
| **Other Clinical trials:** | | | | |
| Are all abuse/misuse Case Report Forms submitted? | | | x | |
| | | | | |
| **Labeling** | | | | |
| Section 9.0 text proposed? | x | | | |
| | | | | |
| **Postmarketing activities [PMRs, PMCs, REMS]** | | | x | |
| | | | | |
| **Scheduling activities** | | | | |
| Is the drug already scheduled? | x | | | Schedule II |
| | | | | |

**Is NDA FILEABLE from a CSS perspective?**

Yes.  This is a 505(b)2 application and does not contain abuse potential studies.


| | | |
|---|---|---|
| CSS Reviewer: | Katherine Bonson, Ph.D. | Date:  November 8, 2017 |
| CSS Reviewer:: | Silvia Calderon, Ph.D. | Date:  November 8, 2017 |
| CSS Director: | Dominic Chiapperino, Ph.D. | Date:  November 8, 2017 |

Reference ID: 4179017

FDASUPP011884

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KATHERINE R BONSON
11/08/2017


SILVIA N CALDERON
11/09/2017


DOMINIC CHIAPPERINO
11/13/2017

FDASUPP011885

## CLINICAL FILING CHECKLIST FOR NDA/BLA or Supplement

**NDA/BLA Number:  209575**      **Applicant: Cody Laboratories, Inc.**      **Stamp Date:  21 Sept 2017**

**Drug Name: Cocaine HCl**      **NDA/BLA Type:  505(b)(2)**

On initial overview of the NDA/BLA application for filing:

| | | Content Parameter | Yes | No | NA | Comment |
|---|---|---|---|---|---|---|
| | | **FORMAT/ORGANIZATION/LEGIBILITY** | | | | |
| 1. | | Identify the general format that has been used for this application, e.g., electronic common technical document (eCTD). | | | | eCTD |
| 2. | | Is the clinical section legible and organized in a manner to allow substantive review to begin? | X | | | |
| 3. | | Is the clinical section indexed (using a table of contents) and paginated in a manner to allow substantive review to begin? | X | | | |
| 4. | | For an electronic submission, is it possible to navigate the application in order to allow a substantive review to begin (*e.g.*, are the bookmarks adequate)? | X | | | |
| 5. | | Are all documents submitted in English or are English translations provided when necessary? | X | | | |
| | | **LABELING** | | | | |
| 6. | | Has the applicant submitted a draft prescribing information that appears to be consistent with the Physician Labeling Rule (PLR) regulations and guidances (see http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/LawsActsandRules/ucm084159 htm | X | | | |
| | | **SUMMARIES** | | | | |
| 7. | | Has the applicant submitted all the required discipline summaries (*i.e.*, Module 2 summaries)? | X | | | |
| 8. | | Has the applicant submitted the integrated summary of safety (ISS)? | X | | | |
| 9. | | Has the applicant submitted the integrated summary of efficacy (ISE)? | X | | | |
| 10. | | Has the applicant submitted a benefit-risk analysis for the product? | X | | | |
| 11. | | Indicate if the Application is a 505(b)(1) or a 505(b)(2). | | | | 505(b)(2) |
| | | **505(b)(2) Applications** | | | | |
| 12. | | If appropriate, what is the relied upon listed drug(s)? | | | X | |
| 13. | | Did the applicant provide a scientific bridge demonstrating the relationship between the proposed product and the listed drug(s)/published literature? | | | X | |
| 14. | | Describe the scientific bridge (e.g., BA/BE studies) | | | X | |
| | | **DOSAGE** | | | | |
| 15. | | If needed, has the applicant made an appropriate attempt to determine the correct dosage regimen for this product (e.g., appropriately designed dose-ranging studies)?  Study Number:  LNT-P6-733  Study Title:  Single Dose Crossover Bioavailability Study of Cocaine HCl 4% and 10% Solutions Following Topical Applications in the Nasal Cavity in Healthy Male and | X | | | |

File name: 5_Clinical Filing Checklist for NDA_BLA or Supplement 010908

Reference ID: 4184160

FDASUPP011891

## CLINICAL FILING CHECKLIST FOR NDA/BLA or Supplement

| Content Parameter | Yes | No | NA | Comment |
|---|---|---|---|---|
| Female Volunteers.<br>Sample Size: 36 subjects<br>Treatment Arms:  Cocaine HCl topical solution 4%, cocaine HCl topical solution 10%, and placebo solution, single dose intranasal<br>Location in submission: 5.3.3.1<br><br>Study Number:  COCA4vs10-001<br>Study Title:  A Phase III Investigation of Topical Application of Cocaine HCl 4% and 10% On Safety and Efficacy in Local (topical) Anesthesia for Diagnostic Procedures and Surgeries On or Through Accessible Mucous Membranes of the Nasal Cavities.<br>Sample Size: 159 subjects (1:1:1 randomization; 4%:10%:placebo)<br>Treatment Arms:<br>• up to 4 x 40 mg cocaine pledgets intranasal (4%, up to 160 mg)<br>• up to 4 x 100 mg cocaine pledgets intranasal (10%, up to 400 mg)<br>• placebo<br>Location in Submission:  5.3.5.1<br><br>Study Number:  COCA4vs10-002<br>Study Title:  A Phase III Investigation of Topical Application of Cocaine HCl 4% Solution on Safety and Efficacy and Cocaine HCl 4% and 10% Solution on Safety in Local (topical) Anesthesia for Diagnostic Procedures and Surgeries On or Through Accessible Mucous Membranes of the Nasal Cavities.<br>Sample Size: 646 subjects (2:2:1 randomization; 4%:10%:placebo)<br>Treatment Arms:<br>• 4 x 40 mg cocaine pledgets intranasal (4%, 160 mg)<br>• 4 x 100 mg cocaine pledgets intranasal (10%, 400 mg)<br>• placebo<br>Location in Submission:  5.3.5.1 | | | | |
| **EFFICACY** | | | | |
| 16.  Do there appear to be the requisite number of adequate and well-controlled studies in the application?<br><br>Pivotal Study #1:  COCA4vs10-001<br>Indication:  Local (topical) anesthesia for diagnostic procedures or surgeries on or through the accessible mucous membranes of the nasal cavities.<br><br>Pivotal Study #2:  COCA4vs10-002<br>Indication:  Anesthesia prior to diagnostic procedures or surgery of the accessible mucous membranes of the nasal cavities. | X | | | The Applicant did not include efficacy subgroup analyses for gender, race, and age. An Information Request has been sent. A response is anticipated by November 18, 2017. |

File name: 5_Clinical Filing Checklist for NDA_BLA or Supplement 010908

Reference ID: 4184160

FDASUPP011892

## CLINICAL FILING CHECKLIST FOR NDA/BLA or Supplement

| | Content Parameter | Yes | No | NA | Comment |
|---|---|---|---|---|---|
| | | | | | |
| 17. | Do all pivotal efficacy studies appear to be adequate and well-controlled within current divisional policies (or to the extent agreed to previously with the applicant by the Division) for approvability of this product based on proposed draft labeling? | X | | | We have sent an Information Request regarding the timing of the unblinding to placebo and the von Frey Filament test. If large numbers of subjects were unblinded prior to the von Frey Filament test, the potential impact on reported results will be a matter for review. |
| 18. | Do the endpoints in the pivotal studies conform to previous Agency commitments/agreements? Indicate if there were not previous Agency agreements regarding primary/secondary endpoints. | X | | | |
| 19. | Has the application submitted a rationale for assuming the applicability of foreign data to U.S. population/practice of medicine in the submission? | | | X | |
| **SAFETY** | | | | | |
| 20. | Has the applicant presented the safety data in a manner consistent with Center guidelines and/or in a manner previously requested by the Division? | X | | | |
| 21. | Has the applicant submitted adequate information to assess the arythmogenic potential of the product (*e.g.*, QT interval studies, if needed)? | | X | | The Applicant did not conduct a dedicated study to evaluate the potential effect of intranasal cocaine topical solutions on the QT interval. The adequacy of the subgroup analysis will be a matter for review. |
| 22. | Has the applicant presented a safety assessment based on all current worldwide knowledge regarding this product? | X | | | The adequacy of the Applicant's summary of the published literature will be a matter of review. |
| 23. | For chronically administered drugs, have an adequate number of patients (based on ICH guidelines for exposure[1]) been exposed at the dosage (or dosage range) believed to be efficacious? | | | X | |
| 24. | For drugs not chronically administered (intermittent or short course), have the requisite number of patients been exposed as requested by the Division? | X | | | We advised the Applicant that 300 exposures would be |

---

[1] For chronically administered drugs, the ICH guidelines recommend 1500 patients overall, 300-600 patients for six months, and 100 patients for one year. These exposures MUST occur at the dose or dose range believed to be efficacious.

File name: 5_Clinical Filing Checklist for NDA_BLA or Supplement 010908

Reference ID: 4184160

FDASUPP011893

## CLINICAL FILING CHECKLIST FOR NDA/BLA or Supplement

| | Content Parameter | Yes | No | NA | Comment |
|---|---|---|---|---|---|
| | | | | | adequate if the safety information from the studies conducted and the published literature reveal no safety signals for the to-be-marketed concentrations.  In the Applicant's Phase 3 studies, 315 subjects were exposed to the 4% cocaine HCl topical solution and 313 subjects were exposed to the 10% cocaine HCl topical solution.  An additional 36 subjects were exposed to both the 4% and 10% cocaine HCl solutions in the Phase 1, pharmacokinetic study.  The adequacy of the safety database will be a matter for review.  Refer to prior correspondence from us, October 2010. |
| 25. | Has the applicant submitted the coding dictionary[2] used for mapping investigator verbatim terms to preferred terms? | X | | | |
| 26. | Has the applicant adequately evaluated the safety issues that are known to occur with the drugs in the class to which the new drug belongs? | X | | | The adequacy of the QT evaluation will be a matter for review.  Refer to comments under Question 21 of this checklist. |
| 27. | Have narrative summaries been submitted for all deaths and adverse dropouts (and serious adverse events if requested by the Division)? | X | | | |
| **OTHER STUDIES** | | | | | |
| 28. | Has the applicant submitted all special studies/data requested by the Division during pre-submission discussions? | X | | | |
| 29. | For Rx-to-OTC switch and direct-to-OTC applications, are the necessary consumer behavioral studies included (*e.g.*, label comprehension, self selection and/or actual use)? | | | X | |
| **PEDIATRIC USE** | | | | | |

[2] The "coding dictionary" consists of a list of all investigator verbatim terms and the preferred terms to which they were mapped. It is most helpful if this comes in as a SAS transport file so that it can be sorted as needed; however, if it is submitted as a PDF document, it should be submitted in both directions (verbatim -> preferred and preferred -> verbatim).

File name: 5_Clinical Filing Checklist for NDA_BLA or Supplement 010908

Reference ID: 4184160

FDASUPP011894

## CLINICAL FILING CHECKLIST FOR NDA/BLA or Supplement

| | Content Parameter | Yes | No | NA | Comment |
|---|---|---|---|---|---|
| 30. | Has the applicant submitted the pediatric assessment, or provided documentation for a waiver and/or deferral? | X | | | |
| **PREGNANCY, LACTATION, AND FEMALES AND MALES OF REPRODUCTIVE POTENTIAL USE** | | | | | |
| 31. | For applications with labeling required to be in Pregnancy and Lactation Labeling Rule (PLLR) format, has the applicant submitted a review of the available information regarding use in pregnant, lactating women, and females and males of reproductive potential (e.g., published literature, pharmacovigilance database, pregnancy registry) in Module 1 (see http://www.fda.gov/Drugs/DevelopmentApprovalProcess/DevelopmentResources/Labeling/ucm093307 htm)? | X | | | |
| **ABUSE LIABILITY** | | | | | |
| 32. | If relevant, has the applicant submitted information to assess the abuse liability of the product? | X | | | This product will be marketed as a single-dose administered by a licensed practitioner in a controlled and monitored setting.  In this setting, there is no risk to patients for abuse or misuse. Storage, inventory, dispensing, and preparation, however, are areas of concern for office and surgery center staff misuse and diversion. |
| **FOREIGN STUDIES** | | | | | |
| 33. | Has the applicant submitted a rationale for assuming the applicability of foreign data in the submission to the U.S. population? | | | X | |
| **DATASETS** | | | | | |
| 34. | Has the applicant submitted datasets in a format to allow reasonable review of the patient data? | X | | | |
| 35. | Has the applicant submitted datasets in the format agreed to previously by the Division? | X | | | |
| 36. | Are all datasets for pivotal efficacy studies available and complete for all indications requested? | X | | | |
| 37. | Are all datasets to support the critical safety analyses available and complete? | X | | | Per our request in the 74-day letter, the Applicant will submit all 12-lead ECG and single-lead monitor tracings for those subjects who experienced tachycardia defined as >100 beats per minute, arrhythmia, or ST segment or T wave changes. |

File name: 5_Clinical Filing Checklist for NDA_BLA or Supplement 010908

5

FDASUPP011895

## CLINICAL FILING CHECKLIST FOR NDA/BLA or Supplement

| | Content Parameter | Yes | No | NA | Comment |
|---|---|---|---|---|---|
| 38. | For the major derived or composite endpoints, are all of the raw data needed to derive these endpoints included? | X | | | An Information Request has been sent regarding the timing of unblinding to placebo and the von Frey Filament test. Refer to comments under Question 17 of this checklist. |
| **CASE REPORT FORMS** | | | | | |
| 39. | Has the applicant submitted all required Case Report Forms in a legible format (deaths, serious adverse events, and adverse dropouts)? | X | | | |
| 40. | Has the applicant submitted all additional Case Report Forms (beyond deaths, serious adverse events, and adverse drop-outs) as previously requested by the Division? | | | X | |
| **FINANCIAL DISCLOSURE** | | | | | |
| 41. | Has the applicant submitted the required Financial Disclosure information? | X | | | |
| **GOOD CLINICAL PRACTICE** | | | | | |
| 42. | Is there a statement of Good Clinical Practice; that all clinical studies were conducted under the supervision of an IRB and with adequate informed consent procedures? | X | | | |

**IS THE CLINICAL SECTION OF THE APPLICATION FILEABLE?  Yes**

If the Application is not fileable from the clinical perspective, state the reasons and provide comments to be sent to the Applicant.

Not applicable.

Please identify and list any potential review issues to be forwarded to the Applicant for the 74-day letter.

1. Safety database concerns:
   - The safety database submitted in this NDA may be adequate to characterize the safety profiles of cocaine HCl 4% and 10% topical solutions intranasal. Specifically, a total of 628 subjects in the Phase 3 studies were exposed to cocaine HCl topical solutions, with 315 of those subjects exposed to 4% and 313 subjects exposed to 10%.  An additional 36 subjects were exposed to both the 4% and 10% cocaine HCl topical solutions in the Phase 1, pharmacokinetic study.  This may be an adequate number of exposures.  If, however, there are signals identified in the observed hemodynamic responses in the 10% cocaine HCl topical solution group, this database may need to be expanded.
2. Vital sign and ECG responses:
   - Observed heart rate changes:
     - Approximately ▮ of the subjects in your Phase 3 studies treated with the 10% cocaine HCl topical solution experienced increases in heart rate above 100 beats per minute (bpm).  Additionally, we have identified ▮ subjects in your COCA4vs10-002 study in the 10% cocaine HCl topical solution group who experienced heart rate increases of greater than 20

File name: 5_Clinical Filing Checklist for NDA_BLA or Supplement 010908

Reference ID: 4184160

FDASUPP011896

## CLINICAL FILING CHECKLIST FOR NDA/BLA or Supplement

bpm above baseline *and* were tachycardic with heart rates greater than 100 bpm.  In your Summary of Clinical Safety, page 18 of the PDF version, you indicate there was a single subject who met the above criteria. Clarify which subjects, across all treatment groups, in your Phase 3 studies experienced the following:

- ○ heart rates greater than 100 bpm
- ○ heart rates greater than 100 bpm *and* increases of greater than 20 bpm above baseline

– Provide the 12-lead ECG and single-lead monitor tracings for those subjects who experienced tachycardia >100 bpm, arrhythmia, or ST segment or T wave changes.  Include this information for Subject 1190-0188 in the COCA4vs10-001 study, who experienced myocardial ischemia.  If this information has been submitted, direct us to its location within the NDA submission.

- Observed blood pressure changes:
  – It will be a matter for review whether significant increases in measured systolic and diastolic blood pressure, specifically those above 30%, are actually adverse events.

3.  Phase 3 study concerns:

- It appears several subjects in the cocaine treatment groups in your Phase 3 studies did not have a procedure documented.  Indicate which of those subjects were treatment failures and which did not have adequate documentation regarding the procedure performed.
- The sequence of the timing of unblinding to placebo relative von Frey filament testing is not clear from the submitted data, and therefore, the potential impact on the interpretation of the study results is also not clear.
- In your Summary of Clinical Safety, it appears that the in-text discussion on page 12 of the PDF version regarding the relatedness of study drug to the occurrence of treatment emergent adverse events (TEAEs) does not match the data presented in Table 2.7.4.2.1-1, Adverse Events Summary.  Clarify the correct number of TEAEs and the relatedness to study drug exposure for each treatment group.

4.  Labeling concerns:



- Preliminary analysis of the surgical procedures evaluated in your Phase 3 studies using the proposed marketing doses of 4% and 10% cocaine HCl topical solutions has revealed that ▓ of the ▓ subjects (61%) with a documented procedure underwent nasal endoscopy alone.

- The literature supports the safety of 1 to 3 mg/kg cocaine dosing during a single application. ▓ Preliminary analysis has revealed that ▓ of subjects weighing less than 70 kg in your COCA4vs10-002 study who received 10% cocaine HCl topical solution, experienced tachycardia (heart rates of 100 bpm or greater) *and* increases of greater than 20 bpm above baseline.

File name: 5_Clinical Filing Checklist for NDA_BLA or Supplement 010908

Reference ID: 4184160

FDASUPP011897

## CLINICAL FILING CHECKLIST FOR NDA/BLA or Supplement

Only 3% of subjects weighing 100 kg or more experienced the same heart rate changes.

- Cocaine is a Schedule II substance per the Controlled Substances Act.  Cocaine metabolites are assessed in standard urine toxicology screening assessments and can be detected for up to one week in the urine after administration (and potentially longer in patients with renal insufficiency).  There should be language in the final label indicating the potential for a positive urine toxicology screen within one week of administration of cocaine HCl topical solutions.


_____

Reviewing Medical Officer                                      Date


_____

Clinical Team Leader                                            Date

Reference ID: 4184160

FDASUPP011898

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------

/s/
----------------------------------------------------

RENEE L PETIT-SCOTT
11/20/2017

RIGOBERTO A ROCA
11/20/2017

Reference ID: 4184160

# RPM FILING REVIEW
## (Including Memo of Filing Meeting)
**To be completed for all new NDAs, BLAs, and Efficacy Supplements [optional for SE8 (labeling change with clinical data) and SE9 (manufacturing change with clinical data)]**

| Application Information | | |
|---|---|---|
| NDA # 209575<br>BLA# | NDA Supplement #: S-<br>BLA Supplement #: S- | Efficacy Supplement Category:<br>☐ New Indication (SE1)<br>☐ New Dosing Regimen (SE2)<br>☐ New Route Of Administration (SE3)<br>☐ Comparative Efficacy Claim (SE4)<br>☐ New Patient Population (SE5)<br>☐ Rx To OTC Switch (SE6)<br>☐ Accelerated Approval Confirmatory Study  (SE7)<br>☐ Labeling Change With Clinical Data (SE8)<br>☐ Manufacturing Change With Clinical Data (SE9)<br>☐ Animal Rule Confirmatory Study (SE10) |
| Proprietary Name:  Numbrino<br>Established/Proper Name:  Cocaine Topical Solution<br>Dosage Form:  Topical Solution<br>Strengths:  4% and 10%<br>Route(s) of Administration: Topical | | |
| Applicant: Cody Laboratories<br>Agent for Applicant (if applicable):  n/a | | |
| Date of Application:  9/21/2017<br>Date of Receipt:  9/21/2017<br>Date clock started after Unacceptable for Filing (UN): | | |
| PDUFA/BsUFA Goal Date: July 21, 2018 | Action Goal Date (if different): July 20, 2018 | |
| Filing Date:  November 20, 2017 | Date of Filing Meeting:  November 8, 2017 | |
| Chemical Classification (original NDAs only) :<br>☐ Type 1- New Molecular Entity (NME); NME and New Combination<br>☐ Type 2- New Active Ingredient; New Active Ingredient and New Dosage Form; New Active Ingredient and New Combination<br>☐ Type 3- New Dosage Form; New Dosage Form and New Combination<br>☐ Type 4- New Combination<br>☐ Type 5- New Formulation or New Manufacturer<br>☒ Type 7- Drug Already Marketed without Approved NDA<br>☐ Type 8- Partial Rx to OTC Switch<br>☐ Type 9-New Indication or Claim (will <u>not</u> be marketed as a separate NDA after approval)<br>☐ Type 10-New Indication or Claim (will be marketed as a separate NDA after approval) | | |
| Proposed indication(s)/Proposed change(s): Indicated for the introduction of local (topical) anesthesia for diagnostic procedures and surgeries on or through the accessible mucous membranes of the nasal cavities. | | |
| Type of Original NDA:<br>           AND (if applicable)<br>Type of NDA Supplement:<br><br>***If 505(b)(2)NDA/NDA Supplement: Draft the "505(b)(2) Assessment"***<br>***review found at:***<br>*http://inside.fda.gov:9003/CDER/OfficeofNewDrugs/ImmediateOffice/UCM027499.* | ☐ 505(b)(1)<br>☒ 505(b)(2)<br>☐ 505(b)(1)<br>☐ 505(b)(2) | |
| Type of BLA<br><br>***If 351(k), notify the OND Therapeutic Biologics and Biosimilars Staff*** | ☐ 351(a)<br>☐ 351(k) | |

Version: 10/02/2017                                                                                                              1

FDASUPP011900

| Review Classification: | ☒ Standard |
| | ☐ Priority |

*The application will be a priority review if:*
- *A complete response to a pediatric Written Request (WR) was included (a partial response to a WR that is sufficient to change the labeling should also be a priority review – check with DPMH)*
- *It is the first application for a Qualified Infectious Disease Product (QIDP)*
- *A Priority Review Voucher (PRV) was submitted*

☐ Pediatric WR
☐ QIDP
☐ Tropical Disease PRV
☐ Pediatric Rare Disease PRV
☐ Medical Countermeasure PRV

| Resubmission after withdrawal? ☐ | Resubmission after refuse to file? ☐ |

| Part 3 Combination Product? ☐ | |
| --- | --- |
| *If yes, follow ICCR process* http://inside.fda.gov:9003/programsinitiatives/combinationproducts/reviewertools/ucm511466.htm | ☐ Convenience kit/Co-package |
| | ☐ Pre-filled drug delivery device/system (syringe, patch, etc.) |
| | ☐ Pre-filled biologic delivery device/system (syringe, patch, etc.) |
| | ☐ Device coated/impregnated/combined with drug |
| | ☐ Device coated/impregnated/combined with biologic |
| | ☐ Separate products requiring cross-labeling |
| | ☐ Drug/Biologic |
| | ☐ Possible combination based on cross-labeling of separate products |
| | ☐ Other (drug/device/biological product) |

| | |
| --- | --- |
| ☐ Fast Track Designation | ☐ PMC response |
| ☐ Breakthrough Therapy Designation *(set the submission property in DARRTS and notify the CDER Breakthrough Therapy Program Manager)* | ☐ PMR response: |
| | ☐ FDAAA [505(o)] |
| ☐ Rolling Review | ☐ PREA deferred pediatric studies (FDCA Section 505B) |
| ☐ Orphan Designation | ☐ Accelerated approval confirmatory studies (21 CFR 314.510/21 CFR 601.41) |
| ☐ Rx-to-OTC switch, Full | ☐ Animal rule postmarketing studies to verify clinical benefit and safety (21 CFR 314.610/21 CFR 601.42) |
| ☐ Rx-to-OTC switch, Partial | |
| ☐ Direct-to-OTC | |
| Other: | |

| Collaborative Review Division(s) (*if Biosimilar or OTC product*): |

| List referenced IND Number(s): IND 106499 |

| Goal Dates/Product Names/Classification Properties | YES | NO | NA | Comment |
| --- | --- | --- | --- | --- |
| PDUFA/BsUFA and Action Goal dates correct in the electronic archive?<br><br>*If no, ask the document room staff to correct them immediately. These are the dates used for calculating inspection dates.* | ☒ | ☐ | | |
| Are the established/proper and applicant names correct in electronic archive?<br><br>*If no, ask the document room staff to make the corrections. Also, ask the document room staff to add the established/proper name to the supporting IND(s) if not already entered into electronic archive.* | ☒ | ☐ | | |

Reference ID: 4194090

FDASUPP011901

| | | | | |
|---|---|---|---|---|
| Is the review priority (S or P) and all appropriate classifications/properties entered into electronic archive e.g., chemical classification, combination product classification, orphan drug)? *Check the New Application and New Supplement Notification Checklists for a list of all classifications/properties at:* http://inside.fda.gov:9003/CDER/OfficeofBusinessProcessSupport/ucm163969.htm  *If no, ask the document room staff to make the appropriate entries.* | ☒ | ☐ | ☐ | |

| **Application Integrity Policy** | **YES** | **NO** | **NA** | **Comment** |
|---|---|---|---|---|
| Is the application affected by the Application Integrity Policy (AIP)?  *Check the AIP list at:* http://www.fda.gov/ICECI/EnforcementActions/ApplicationIntegrityPolicy/default.htm | ☐ | ☒ | | |
| **If yes,** explain in comment column. | | | | |
| **If affected by AIP,** has OC been notified of the submission? **If yes,** date notified: | ☐ | ☐ | | |

| **User Fees** | **YES** | **NO** | **NA** | **Comment** |
|---|---|---|---|---|
| Is Form 3397 (User Fee Cover Sheet)/Form 3792 (Biosimilar User Fee Cover Sheet) included with authorized signature?  *Note: User Fee Staff performs user fee and arrears assessment and notifies RPM if unacceptable for filing. For questions, contact* CDER-PDUFA@fda.hhs.gov *or* CDER-BsUFA@fda.hhs.gov. | ☒ | ☐ | | |

| **User Fee Bundling  Policy**  *Refer to the guidance for industry, Submitting Separate Marketing Applications and Clinical Data for Purposes of Assessing User Fees at:* http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM079320.pdf | Has the user fee bundling policy been appropriately applied? *If no, or you are not sure, consult the User Fee Staff.* N/A  ☐ Yes ☐ No |
|---|---|

| **505(b)(2)** **(NDAs/NDA Efficacy Supplements only)** | **YES** | **NO** | **NA** | **Comment** |
|---|---|---|---|---|
| Is the application a 505(b)(2) NDA? *(Check the 356h form, cover letter, and annotated labeling).*  **If yes,** answer the bulleted questions below: | ☒ | | | |
| • Is the application for a duplicate of a listed drug and eligible for approval under section 505(j) as an ANDA? | ☐ | ☒ | | |
| • Is the application for a duplicate of a listed drug whose only difference is that the extent to which the active ingredient(s) is absorbed or otherwise made available to the site of action is less than that of the reference listed drug (RLD) [**see 21 CFR 314.54(b)(1)**]? | ☐ | ☒ | | |
| • Is the application for a duplicate of a listed drug whose only difference is that the rate at which the proposed product's active ingredient(s) is absorbed or made available to the site of action is unintentionally less than that of the listed drug [**see 21 CFR 314.54(b)(2)**]?  *If you answered yes to any of the above bulleted questions, the application may be refused for filing under 21 CFR* | ☐ | ☒ | | |

Reference ID: 4194090

FDASUPP011902

| | | | |
|---|---|---|---|
| *314.101(d)(9). Contact the 505(b)(2) review staff in the Immediate Office of New Drugs for advice.* | | | |
| • Is there unexpired exclusivity on another listed drug product containing an active moiety that is contained in this application (e.g., 5-year, 3-year, orphan, or pediatric exclusivity)? ☐ ☒ <br> ***Check the Electronic Orange Book at:*** <br> *http://www.accessdata.fda.gov/scripts/cder/ob/default.cfm* <br><br> **If yes**, please list below: | | | |

| Application No. | Drug Name | Exclusivity Code | Exclusivity Expiration |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

*If there is unexpired, 5-year NCE exclusivity remaining on another listed drug product containing the same active moiety, a 505(b)(2) application cannot be submitted until the period of exclusivity expires (unless the applicant provides paragraph IV patent certification; then an application can be submitted four years after the date of approval.)  Pediatric exclusivity and GAIN exclusivity will extend both of the timeframes in this provision by 6 months and five years, respectively. 21 CFR 314.108(b)(2). Unexpired orphan or 3-year exclusivity may block the approval but not the submission of a 505(b)(2) application.*

***If there is unexpired, 5-year NCE exclusivity on another listed drug product that contains any active moiety contained in this application (and the applicant did not provide a paragraph IV patent certification AND/OR there is more than 1 year left before the NCE exclusivity expires), contact the 505(b)(2) review staff in the Immediate Office of New Drugs prior to filing.***

| | | | |
|---|---|---|---|
| • If FDA has approved one or more pharmaceutically equivalent (PE) products in one or more NDAs before the submission date of the original 505(b)(2) application, did the applicant identify one such product as a listed drug (or an additional listed drug) relied upon and provide an appropriate patent certification or statement **[see 21 CFR 314.50(i)(1)(i)(C) and 314.54]**? <br> ***Check the Electronic Orange Book at:*** <br> *http://www.accessdata.fda.gov/scripts/cder/ob/default.cfm* <br><br> **If no,** include template language in the 74-day letter (available in Other Important Meeting Language in CST). <br><br> ***Failure to identify a PE is an approvability issue but not a filing issue [see 21 CFR 314.125(b)(19)]*** <br><br> *Note: Pharmaceutical equivalents are drug products in identical dosage forms and route(s) of administration that:  **(1)** contain identical amounts of the identical active drug ingredient, i.e., the same salt or ester of the same therapeutic moiety, or, in the case of modified release dosage forms that require a reservoir or overage or such forms as prefilled syringes where residual volume may vary, that deliver identical amounts of the active drug ingredient over the identical dosing period;  **(2)** do not necessarily contain the same inactive ingredients, **and (3)** meet the identical compendial or other applicable standard of identity, strength, quality, and purity, including potency and, where applicable, content uniformity, disintegration times, and/or dissolution rates.* | ☐ | ☐ | N/A |

| Exclusivity | YES | NO | NA | Comment |
|---|---|---|---|---|
| Does another product (same active moiety) have orphan exclusivity for the same indication? ***Check the Orphan Drug Designations and Approvals list at:*** <br> *http://www.accessdata.fda.gov/scripts/opdlisting/oopd/index.cfm* | ☐ | ☒ | | |

Reference ID: 4194090

FDASUPP011903

| | | | | |
|---|---|---|---|---|
| **If another product has orphan exclusivity**, is the product considered to be the same product according to the orphan drug definition of sameness **[see 21 CFR 316.3(b)(14)]**?<br><br>*If yes, contact Office of Orphan Drug Products* | ☐ | ☐ | ☒ | |
| **NDAs/NDA efficacy supplements only:** Has the applicant requested 5-year or 3-year Waxman-Hatch exclusivity?<br><br>**If yes**, # years requested:  5<br><br>*Note:  An applicant can receive exclusivity without requesting it; therefore, requesting exclusivity is not required.* | ☒ | ☐ | ☐ | |
| **NDAs only**: Is the proposed product a single enantiomer of a racemic drug previously approved for a different therapeutic use? | ☐ | ☒ | ☐ | |
| **If yes,** did the applicant: (a) elect to have the single enantiomer (contained as an active ingredient) not be considered the same active ingredient as that contained in an already approved racemic drug, and/or (b): request exclusivity pursuant to section 505(u) of the Act (per FDAAA Section 1113)?<br><br>*If yes, contact the Orange Book Staff (CDER-Orange Book Staff).* | ☐ | ☐ | ☒ | |
| **BLAs only:** Has the applicant requested 12-year exclusivity under section 351(k)(7) of the PHS Act?<br><br>***If yes, notify Marlene Schultz-DePalo, CDER Purple Book Manager***<br><br>***Note****: Exclusivity requests may be made for an original BLA submitted under Section 351(a) of the PHS Act (i.e., a biological reference product). A request may be located in Module 1.3.5.3 and/or other sections of the BLA and may be included in a supplement (or other correspondence) if exclusivity has not been previously requested in the original 351(a) BLA. An applicant can receive exclusivity without requesting it; therefore, requesting exclusivity is not required.* | ☐ | ☐ | ☒ | |

Version: 10/02/2017

5

FDASUPP011904

| Format and Content (must be in eCTD format) | | | | |
|---|---|---|---|---|
| **Overall Format/Content** | **YES** | **NO** | **NA** | **Comment** |
| **Index:** Does the submission contain an accurate comprehensive index? | ☒ | ☐ | | |
| Is the submission complete as required under 21 CFR 314.50 (*NDAs/NDA efficacy supplements*) or under 21 CFR 601.2 (*BLAs/BLA efficacy supplements*) including:<br><br>☒ legible<br>☒ English (or translated into English)<br>☒ pagination<br>☒ navigable hyperlinks<br><br>**If no**, explain. | ☒ | ☐ | | |
| **Forms and Certifications** | | | | |
| *Electronic forms with electronic signatures are required.*<br>***Forms** include: user fee cover sheet (3397/3792), application form (356h), patent information (3542a), financial disclosure (3454/3455), and clinical trials (3674);* ***Certifications** include: debarment certification, patent certification(s), field copy certification, and pediatric certification.* | | | | |
| **Application Form** | **YES** | **NO** | **NA** | **Comment** |
| Is form FDA 356h included with authorized signature per 21 CFR 314.50(a)?<br><br>***If foreign applicant, a U.S. agent must sign the form [see 21 CFR 314.50(a)(5)].*** | ☒ | ☐ | | |
| Are all establishments and their registration numbers listed on the form/attached to the form? | ☒ | ☐ | ☐ | |
| **Patent Information**<br>**(NDAs/NDA efficacy supplements only)** | **YES** | **NO** | **NA** | **Comment** |
| Is patent information submitted on form FDA 3542a per 21 CFR 314.53(c)? | ☒ | ☐ | ☐ | |
| **Financial Disclosure** | **YES** | **NO** | **NA** | **Comment** |
| Are financial disclosure forms FDA 3454 and/or 3455 included with authorized signature per 21 CFR 54.4(a)(1) and (3)?<br><br>***Forms must be signed by the applicant or an authorized representative (see 21 CFR 54.2(g) and 54.4(a)(1)). If financial disclosure forms are signed by an authorized representative (e.g., a US agent) and not the applicant, request confirmation that the representative is authorized to sign on the applicant's behalf.***<br><br>*Note: Financial disclosure is required for bioequivalence studies that are the basis for approval.* | ☒ | ☐ | | |

FDASUPP011905

| Clinical Trials Database | YES | NO | NA | Comment |
|---|---|---|---|---|
| Is form FDA 3674 included with authorized signature?<br><br>***If yes, ensure that the application is also coded with the supporting document category, "Form 3674."***<br><br>***If no, ensure that language requesting submission of the form is included in the acknowledgement letter sent to the applicant*** | ☒ | ☐ | | |
| **Debarment Certification** | **YES** | **NO** | **NA** | **Comment** |
| Is a correctly worded Debarment Certification included with authorized signature?<br><br>***Certification is not required for supplements if submitted in the original application; If foreign applicant, both the applicant and the U.S. Agent must sign the certification [per Guidance for Industry: Submitting Debarment Certifications].***<br><br>*Note: Debarment Certification should use wording in FD&C Act Section 306(k)(1) i.e., "[Name of applicant] hereby certifies that it did not and will not use in any capacity the services of any person debarred under section 306 of the Federal Food, Drug, and Cosmetic Act in connection with this application." Applicant may not use wording such as, "To the best of my knowledge…"* | ☒ | ☐ | ☐ | |
| **Field Copy Certification**<br>**(NDAs/NDA efficacy supplements only)** | **YES** | **NO** | **NA** | **Comment** |
| Is a Field Copy Certification  included?<br>• Check eCTD section 1.3.2 for copy of letter notifying the District office that eCTD submission will be submitted to FDA, per the eCTD Technical Conformance Guide (the field offices have access to the EDR).<br><br>***If no, request a copy of the letter from the applicant. If applicant did not notify the District office prior to submission, request that applicant provide notification and submit a copy of the letter before the filing date.***<br><br>*Note: Field Copy Certification is not needed if there is no CMC technical section* | ☒ | ☐ | ☐ | |

Reference ID: 4194090

FDASUPP011906

| Controlled Substance/Product with Abuse Potential | YES | NO | NA | Comment |
|---|---|---|---|---|
| **For NMEs:**<br>Is an Abuse Liability Assessment, including a proposal for scheduling, submitted per 21 CFR 314.50(d)(5)(vii)?<br><br>*If yes, date consult sent to the Controlled Substance Staff:*<br><br>For non-NMEs:<br>*Date of consult sent to Controlled Substance Staff :*<br>9/27/2017 | ☒ | ☐ | ☐ | Module 1.12.1 |

| Pediatrics | YES | NO | NA | Comment |
|---|---|---|---|---|
| **PREA**<br><br>Does the application trigger PREA?<br><br>*If yes, notify PeRC@fda.hhs.gov to schedule required PeRC meeting[1]*<br><br>*Note: NDAs/BLAs/efficacy supplements for new active ingredients (including new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration trigger PREA. All waiver & deferral requests, pediatric plans, and pediatric assessment studies must be reviewed by PeRC prior to approval of the application/supplement.* | ☒ | ☐ | | |
| **If the application triggers PREA,** is there an agreed Initial Pediatric Study Plan (iPSP)?<br><br>*If no, may be an RTF issue - contact DPMH for advice.* | ☒ | ☐ | ☐ | |
| **If required by the agreed iPSP,** are the pediatric studies outlined in the agreed iPSP completed and included in the application?<br><br>*If no, may be an RTF issue - contact DPMH for advice.* | ☐ | ☐ | ☒ | |
| **BPCA:**<br><br>Is this submission a complete response to a pediatric Written Request?<br><br>*If yes, notify Pediatric Exclusivity Board RPM (pediatric exclusivity determination is required[2]* | ☐ | ☒ | | |

---

[1] http://inside.fda.gov:9003/CDER/OfficeofNewDrugs/OfficeofNonprescriptionProducts/PediatricandMaternalHealthStaff/ucm027829 htm
[2] http://inside.fda.gov:9003/CDER/OfficeofNewDrugs/OfficeofNonprescriptionProducts/PediatricandMaternalHealthStaff/ucm027837 htm

Reference ID: 4194090

| Proprietary Name | YES | NO | NA | Comment |
|---|---|---|---|---|
| Is a proposed proprietary name submitted? | ☒ | ☐ | ☐ | |
| *If yes, ensure that the application is also coded with the supporting document category, "Proprietary Name/Request for Review."* | | | | |

| REMS | YES | NO | NA | Comment |
|---|---|---|---|---|
| Is a REMS submitted? | ☐ | ☒ | ☐ | |
| *If yes, send to OSE/DRISK and notify OC/OSI/DSC/PMSB via the CDER OSI RMP mailbox.[3]* | | | | |

| Prescription Labeling | ☐ Not applicable | |
|---|---|
| Check all types of labeling submitted. | ☒ Package Insert (Prescribing Information)(PI) <br> ☐ Patient Package Insert (PPI) <br> ☐ Instructions for Use (IFU) <br> ☐ Medication Guide (MedGuide) <br> ☒ Carton labeling <br> ☒ Immediate container labels <br> ☐ Diluent labeling <br> ☐ Other (specify) |

| | YES | NO | NA | Comment |
|---|---|---|---|---|
| Is Electronic Content of Labeling (COL) submitted in SPL format? <br><br> *If no, request applicant to submit SPL before the filing date.* | ☒ | ☐ | | |
| Is the PI submitted in Physician Labeling Rule (PLR) format?[4] | ☒ | ☐ | | |
| **If PI not submitted in PLR format**, was a waiver or deferral requested before the application was received or in the submission? **If requested before application was submitted**, what is the status of the request? <br><br> *If no waiver or deferral, request applicant to submit labeling in PLR format before the filing date.* | ☐ | ☐ | ☒ | |
| **For applications submitted on or after June 30, 2015:** Is the PI submitted in Pregnancy and Lactation Labeling Rule (PLLR) format? | ☒ | ☐ | ☐ | |
| Has a review of the available pregnancy, lactation, and females and males of reproductive potential data (if applicable) been included? | ☐ | ☒ | ☐ | Separate information request sent to Sponsor |
| **For applications submitted on or after June 30, 2015: If PI not submitted in PLLR format**, was a waiver or deferral requested before the application was received or in the submission? **If requested before application was submitted**, what is the status of the request? <br><br> *If no waiver or deferral, request applicant to submit labeling in* | ☐ | ☐ | ☒ | |

---

[3] To determine whether an OSE consult is needed for REMS and/or any other submission components (e.g., carton and container labeling) refer to "Guide for OND PMs on when to issue consults for OSE."
[4] http://inside.fda.gov:9003/CDER/OfficeofNewDrugs/ImmediateOffice/LabelingDevelopmentTeam/ucm025576.htm

| *PLLR format before the filing date.* | | | | |
|---|---|---|---|---|
| Has all labeling [(PI, patient labeling (PPI, MedGuide, IFU), carton and immediate container labeling)] been consulted to OPDP? | ☒ | ☐ | ☐ | |
| Has PI and patient labeling (PPI, MedGuide, IFU) been consulted to the Patient Labeling Team (DMPP)? (*send WORD version if available*) | ☐ | ☐ | ☒ | |
| Has all labeling [PI, patient labeling (PPI, MedGuide, IFU) carton and immediate container labeling, PI, PPI been sent to OSE/DMEPA and appropriate CMC review office in OPQ (OBP or ONDP)? | ☒ | ☐ | ☐ | |

| **OTC Labeling** | ☒ **Not Applicable** | | | |
|---|---|---|---|---|
| Check all types of labeling submitted. | ☐ Outer carton label<br>☐ Immediate container label<br>☐ Blister card<br>☐ Blister backing label<br>☐ Consumer Information Leaflet (CIL)<br>☐ Physician sample<br>☐ Consumer sample<br>☐ Other (specify) | | | |

| | **YES** | **NO** | **NA** | **Comment** |
|---|---|---|---|---|
| Is electronic content of labeling (COL) submitted?<br><br>*If no, request in 74-day letter.* | ☐ | ☐ | | |
| Are annotated specifications submitted for all stock keeping units (SKUs)?<br><br>*If no, request in 74-day letter.* | ☐ | ☐ | ☒ | |
| If representative labeling is submitted, are all represented SKUs defined?<br><br>*If no, request in 74-day letter.* | ☐ | ☐ | ☒ | |
| All labeling/packaging sent to OSE/DMEPA? | ☐ | ☐ | ☒ | |

| **Other Consults** | **YES** | **NO** | **NA** | **Comment** |
|---|---|---|---|---|
| Are additional consults needed? (e.g., IFU to CDRH; QT study report to QT Interdisciplinary Review Team)<br><br>*If yes, specify consult(s) and date(s) sent:*<br>*QT-IRT: 10/20/2017* | ☒ | ☐ | ☐ | |

| **Meeting Minutes/SPAs** | **YES** | **NO** | **NA** | **Comment** |
|---|---|---|---|---|
| End-of Phase 2 meeting(s)?<br>**Date(s):** | ☐ | ☐ | | |
| Pre-NDA/Pre-BLA/BPD Type 4/Pre-Supplement meeting(s)?<br>**Date(s):** 5/9/17 | ☒ | ☐ | | |
| Any Special Protocol Assessments (SPAs)?<br>**Date(s):** SPA 4 Modified ( 3/16/17) | ☒ | | | |

FDASUPP011909

| SPA 4- 7/9/15<br>SPA 1 modified- 9/24/13<br>SPA 1- 12/16/11 | | | | |
|---|---|---|---|---|

ATTACHMENT

## MEMO OF FILING MEETING

**DATE**: November 8, 2017

**BACKGROUND**: Lannett has been manufacturing, marketing, and selling a 4% and 10% cocaine HCl topical solution since December 2008, pursuant to the FDCA 1938 clause. This is a 505(b)(2) application referencing published literature. The Sponsor conducted one Phase 1 PK study, and two Phase 3 clinical studies.

**REVIEW TEAM**:

| Discipline/Organization | Names | | Present at filing meeting? (Y or N) |
|---|---|---|---|
| Regulatory Project Management | RPM: | Shelly Kapoor | Y |
| | CPMS/TL: | Parinda Jani<br>Matt Sullivan | N<br>Y |
| Cross-Discipline Team Leader (CDTL) | Rigo Roca | | Y |
| Division Director/Deputy | Sharon Hertz | | Y |
| Office Director/Deputy | Curt R/ Mary | | N |
| Clinical | Reviewer: | Renee Petit-Scott | Y |
| | TL: | Rigo Roca | Y |
| Clinical Pharmacology | Reviewer: | Deep Kwatra | Y |
| | TL: | Yun Xu | Y |
| Biostatistics | Reviewer: | Feng Li | Y |
| | TL: | David Petullo | Y |

Reference ID: 4194090

FDASUPP011910

| Nonclinical (Pharmacology/Toxicology) | Reviewer: | Belinda Hayes | Y |
| | TL: | Newton Woo Dan Mellon | Y Y |
| Product Quality (CMC) Review Team: | ATL: | Ciby Abraham | Y |
| | RBPM: | Steve Kinsley | Y |
| • Drug Substance | Reviewer: | Sam Bain | N |
| • Drug Product | Reviewer: | Venkat Pavuluri | Y |
| • Process | Reviewer: | Tarun Mehta | N |
| • Facility | Reviewer: | Frank Wackes | N |
| OMP/OPDP (PI, PPI, MedGuide, IFU, carton and immediate container labeling) | Reviewer: | Koung Lee | N |
| | TL: | n/a | |
| OSE/DMEPA (proprietary name, carton/container labeling) | Reviewer: | Jim Schlick | Y |
| | TL: | n/a | n/a |

Reference ID: 4194090

FDASUPP011911

| Controlled Substance Staff (CSS) | Reviewer: | Kit Bonson | Y |
|---|---|---|---|

## FILING MEETING DISCUSSION:

| | |
|---|---|
| **GENERAL**<br>• 505(b)(2) filing issues: | ☐ Not Applicable |
|    ○ Is the application for a duplicate of a listed drug and eligible for approval under section 505(j) as an ANDA? | ☐ YES ☒ NO |
|    ○ Did the applicant provide a scientific "bridge" demonstrating the relationship between the proposed product and the referenced product(s)/published literature? | ☒ YES ☐ NO |
| Describe the scientific bridge (e.g., information to demonstrate sufficient similarity between the proposed product and the listed drug(s) such as BA/BE studies or to justify reliance on information described in published literature): | Literature, one PK study, two Phase 3 studies |
| • Per reviewers, are all parts in English or English translation?<br><br>**If no**, explain: | ☒ YES<br>☐ NO |

Reference ID: 4194090

FDASUPP011912

| | |
|---|---|
| **CLINICAL** | ☐ Not Applicable<br>☒ FILE<br>☐ REFUSE TO FILE |
| **Comments**: | ☒ Review issues for 74-day letter |
| • Clinical study site(s) inspections(s) needed?<br><br>**If no,** explain: | ☒ YES<br>☐ NO |
| • Advisory Committee Meeting needed?<br><br>**Comments**:<br><br>*If no, for an NME NDA or original 351(a) BLA, include the reason. For example:*<br>  ○ *this drug/biologic is not the first in its class*<br>  ○ *the clinical study design was acceptable*<br>  ○ *the application did not raise significant safety or efficacy issues*<br>  ○ *the application did not raise significant public health questions on the role of the drug/biologic in the diagnosis, cure, mitigation, treatment or prevention of a disease* | ☐ YES<br>Date if known:<br>☒ NO<br>☐ To be determined<br><br>Reason: |
| • If the application is affected by the AIP, has the division made a recommendation regarding whether or not an exception to the AIP should be granted to permit review based on medical necessity or public health significance?<br><br>**Comments**: | ☒ Not Applicable<br>☐ YES<br>☐ NO |
| **CONTROLLED SUBSTANCE STAFF**<br>• Abuse Liability/Potential<br><br>**Comments**: | ☐ Not Applicable<br>☒ FILE<br>☐ REFUSE TO FILE<br><br>☐ Review issues for 74-day letter |
| **CLINICAL MICROBIOLOGY**<br><br>**Comments**: | ☒ Not Applicable<br>☐ FILE<br>☐ REFUSE TO FILE<br><br>☐ Review issues for 74-day letter |

Reference ID: 4194090

FDASUPP011913

| | |
|---|---|
| **CLINICAL PHARMACOLOGY** | ☐ Not Applicable<br>☒ FILE<br>☐ REFUSE TO FILE |
| **Comments**: | ☒ Review issues for 74-day letter |
| • Clinical pharmacology study site(s) inspections(s) needed? | ☐ YES<br>☒ NO |
| **BIOSTATISTICS** | ☐ Not Applicable<br>☒ FILE<br>☐ REFUSE TO FILE |
| **Comments**: Information requests to be sent prior to 74 day letter | ☐ Review issues for 74-day letter |
| **NONCLINICAL (PHARMACOLOGY/TOXICOLOGY)** | ☐ Not Applicable<br>☒ FILE<br>☐ REFUSE TO FILE |
| | ☒ Review issues for 74-day letter |
| **Comments**: | |
| **PRODUCT QUALITY (CMC)** | ☐ Not Applicable<br>☒ FILE<br>☐ REFUSE TO FILE |
| **Comments**: | ☐ Review issues for 74-day letter |
| **New Molecular Entity (NDAs only)** | |
| • Is the product an NME? | ☐ YES<br>☒ NO |
| **Environmental Assessment** | |
| • Categorical exclusion for environmental assessment (EA) requested? | ☐ YES<br>☐ NO |
| **If no**, was a complete EA submitted? | ☐ YES<br>☐ NO |
| **Comments**: | |
| **Facility Inspection** | ☐ Not Applicable |
| • Establishment(s) ready for inspection? | ☒ YES<br>☐ NO |
| **Comments**: | |

Reference ID: 4194090

FDASUPP011914

| **Facility/Microbiology Review** (BLAs only) | ☒ Not Applicable |
| | ☐ FILE |
| | ☐ REFUSE TO FILE |
| **Comments**: | ☐ Review issues for 74-day letter |

| **CMC Labeling Review** (BLAs only) | |
| **Comments**: | ☐ Review issues for 74-day letter |

| **APPLICATIONS IN THE PROGRAM (NME NDAs, Original 351(a) BLAs, and Original 351(k) BLAs)** | ☒ N/A |
| • Were there agreements made at the application's pre-submission meeting (and documented in the minutes) regarding certain late submission components that could be submitted within 30 days after receipt of the original application? | ☐ YES ☐ NO |
| • If so, were the late submission components all submitted within 30 days? | ☐ YES ☐ NO |
| • What late submission components, if any, arrived after 30 days? | |
| • Was the application otherwise complete upon submission, including those applications where there were no agreements regarding late submission components? | ☐ YES ☐ NO |
| • Were the elements of a Formal Communication Plan discussed and agreed upon by the applicant and the review team at the pre-submission meeting? (optional) | ☐ YES ☐ NO |
| • Is a comprehensive and readily located list of all clinical sites included or referenced in the application? | ☐ YES ☐ NO |
| • Is a comprehensive and readily located list of all manufacturing facilities included or referenced in the application? | ☐ YES ☐ NO |

Reference ID: 4194090

FDASUPP011915

| REGULATORY PROJECT MANAGEMENT |
|---|

**Signatory Authority:** Sharon Hertz

**Date of Mid-Cycle Meeting** (for NME NDAs/BLAs in "the Program"): February 20, 2018

**21st Century Review Milestones (see attached)** (listing review milestones in this document is optional):

**Comments**:

| REGULATORY CONCLUSIONS/DEFICIENCIES |
|---|

☐ The application is unsuitable for filing.  Explain why:

☒ The application, on its face, appears to be suitable for filing.

Review Issues:

☐ No review issues have been identified for the 74-day letter.
☒ Review issues have been identified for the 74-day letter: Labeling issues identified and will be communicated to Sponsor in a separate information request

Review Classification:

☒ Standard  Review
☐ Priority Review
　　☐ Expedited Review Planned (optional for priority review applications in the Program)

| ACTION ITEMS |
|---|

☒ Ensure that any updates to the review priority (S or P) and classifications/properties are entered into the electronic archive (e.g., chemical classification, combination product classification, orphan drug).

☐ If RTF, notify everyone who already received a consult request, OSE PM, and RBPM

☐ If filed, and the application is under AIP, prepare a letter either granting (for signature by Center Director) or denying (for signature by ODE Director) an exception for review.

☐ If priority review, notify applicant in writing by day 60 (see CST for choices)

☐ If filed, issue Biosimilar Filing Notification letter on day 60 for an original 351(k) BLA

☒ Send review issues/no review issues by day 74

☒ Conduct a PLR format labeling review and include labeling issues in the 74-day letter

☐ Update the Program NME/BsUFA Program Screen in DARRTS (for applications in the Program)

Reference ID: 4194090

FDASUPP011916

SJA-109

| ☐ | Other |
|---|-------|

Annual review of template by OND ADRAs completed:  October 2017

Reference ID: 4194090

FDASUPP011917

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------

/s/

----------------------------------------------------

SONAM S KAPOOR
12/12/2017

FDASUPP011918

| | |
|---|---|
| **From:** | Staton, Anna |
| **To:** | Walker, Diana; Sitlani, Jay; Helms Williams, Emily; Vaid, Sonal |
| **Cc:** | Kapoor, Shelly; Stradley, Sara; Shah, Nisha; Raman, Reena; Dettelbach, Kim; Boocker, Nancy; Unlu, Mustafa; Kelly, Colleen; Hayes, Nancy; Schwartz, Jennifer; Orr, Daniel; Trentacost, Elizabeth; Roca, Rigoberto A; Hertz, Sharon H |
| **Subject:** | RE:                (b) (5)                    Topical Cocaine (DAAAP) |
| **Date:** | Tuesday, October 17, 2017 3:53:40 PM |

Yes, thanks for the additional information. [(b) (5)]

[redacted]

---

**From:** Walker, Diana
**Sent:** Tuesday, October 17, 2017 3:22 PM
**To:** Sitlani, Jay <Jay.Sitlani@fda.hhs.gov>; Helms Williams, Emily <Emily.HelmsWilliams@fda.hhs.gov>; Vaid, Sonal <Sonal.Vaid@fda.hhs.gov>
**Cc:** Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>; Stradley, Sara <Sara.Stradley@fda.hhs.gov>; Shah, Nisha <Nisha.Shah@fda.hhs.gov>; Raman, Reena <Reena.Raman@fda.hhs.gov>; Dettelbach, Kim <Kim.Dettelbach@fda.hhs.gov>; Boocker, Nancy <Nancy.Boocker@fda.hhs.gov>; Unlu, Mustafa <Mustafa.Unlu@fda.hhs.gov>; Kelly, Colleen <Colleen.Kelly@fda.hhs.gov>; Hayes, Nancy <Nancy.Hayes@fda.hhs.gov>; Schwartz, Jennifer <Jennifer.Schwartz@fda.hhs.gov>; Orr, Daniel <Daniel.Orr@fda.hhs.gov>; Trentacost, Elizabeth <Elizabeth.Trentacost@fda.hhs.gov>; Staton, Anna <Anna.Staton@fda.hhs.gov>; Roca, Rigoberto A <Rigoberto.Roca@fda.hhs.gov>; Hertz, Sharon H <Sharon.Hertz@fda.hhs.gov>
**Subject:** RE: [(b) (5)] Topical Cocaine (DAAAP)

Thanks for the additional details Jay.

I am copying Anna Staton on this as well — she has been involved in our Comms for the GLS product.  I am also adding  Rigo and Sharon, and we will be back in touch if they think we may need to meet.

Diana

---

**From:** Sitlani, Jay
**Sent:** Tuesday, October 17, 2017 3:16 PM
**To:** Walker, Diana; Helms Williams, Emily; Vaid, Sonal
**Cc:** Kapoor, Shelly; Stradley, Sara; Shah, Nisha; Raman, Reena; Dettelbach, Kim; Boocker, Nancy; Unlu, Mustafa; Kelly, Colleen; Hayes, Nancy; Schwartz, Jennifer; Orr, Daniel; Trentacost, Elizabeth
**Subject:** RE: ⬛⬛⬛⬛⬛⬛⬛ (b) (5) ⬛⬛⬛⬛⬛ Topical Cocaine (DAAAP)

Hi Diana —

Thanks for the update. ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ (b) (5) ⬛⬛⬛⬛⬛⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛

I have copied others in ORP & OCC.  If Sharon and Rigo and others in DAAAP wish to discuss further, we can calendar a meeting/TCon.

Jay

---

**From:** Walker, Diana
**Sent:** Tuesday, October 17, 2017 1:10 PM
**To:** Sitlani, Jay; Helms Williams, Emily; Vaid, Sonal
**Cc:** Kapoor, Shelly; Stradley, Sara
**Subject:** He⬛⬛⬛⬛⬛⬛ (b) (5) ⬛⬛⬛⬛⬛ Topical Cocaine (DAAAP)

Hi Jay, Emily and Sonal,

Sharon and Rigo requested that we give you all a heads up on a potential exclusivity/blocking issue.  I am not sure if there are different or additional people that you think should be included in this FYI, but if so, please feel free to let me know or forward this email to them.

We have 2 NDAs in house:

NDA   Name   Strengths     Sponsor Rec Date     PDUFA Date     Application content   Notes   RPM/Contact
209963  GOPRELTO      Topical Cocaine, 4%    GLS    11/23/2016    12/23/2017, Action date planned mid-November 2017     Clinical Studies conducted but 505(b)(2) to literature  Clock extension extended the original date 3 months to 12/2017.  Likely new action date mid-11/2017.   Diana Walker
209575  NUMBRINO      Topical Cocaine, 4% **and 10%**    Lannett (Cody)  9/21/2017    7/21/2018     Clinical Studies conducted but 505(b)(2) to literature  This is the current marketed, unapproved cocaine product manufacturer.  Shelly Kapoor



Please let me know if you have any questions or if you want a brief meeting to talk to Sharon and Rigo to get additional clarity on any potential issues.

Thanks,

Diana

Diana L. Walker, Ph.D.
Sr. Regulatory Health Project Manager
FDA/CDER/ODE II/DAAAP
Tel: 301-796-4029
Email: Diana.Walker@fda.hhs.gov

| | |
|---|---|
| **From:** | Stradley, Sara |
| **To:** | Sullivan, Matthew; Kapoor, Shelly |
| **Subject:** | RE: Numbrino ( Topical Cocaine) Filing question |
| **Date:** | Friday, October 27, 2017 9:29:15 AM |

For OCC, just depends on the time and the day of the week : )
Sara

**From:** Sullivan, Matthew
**Sent:** Friday, October 27, 2017 7:55 AM
**To:** Stradley, Sara <Sara.Stradley@fda.hhs.gov>; Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>
**Subject:** RE: Numbrino ( Topical Cocaine) Filing question
Thanks. The mention of "filing" is the text Shelly notes from the filing review was a little confusing. Appreciate the clarification.
Hopefully OCC doesn't have a different view of things.

**From:** Stradley, Sara
**Sent:** Friday, October 27, 2017 5:37 AM
**To:** Sullivan, Matthew <Matthew.Sullivan@fda.hhs.gov>; Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>
**Cc:** Stradley, Sara <Sara.Stradley@fda.hhs.gov>
**Subject:** RE: Numbrino ( Topical Cocaine) Filing question
Hi Matt and Shelly
I reached out to Jay Sitlani in ORP for clarification and he provided the following:

(b) (5)

(b) (5)

However he also wants to check with OCC for confirmation and I will let you know his response back from OCC.

Sara

**From:** Sullivan, Matthew
**Sent:** Thursday, October 26, 2017 3:00 PM
**To:** Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>
**Cc:** Stradley, Sara <Sara.Stradley@fda.hhs.gov>
**Subject:** RE: Numbrino ( Topical Cocaine) Filing question

Oh, interesting. I think that I was confusing the orphan X with this one.

Let's check with Sara to confirm….

Sara –

If we approve the first cocaine before day 60 of the second product, can we subsequently even FILE the 2d cocaine product (which of course has already been submitted)?

*If there is unexpired, 5-year NCE exclusivity on another listed drug product that contains any active moiety contained in this application (and the applicant did not provide a paragraph IV patent certification AND/OR there is more than 1 year left before the NCE exclusivity expires), contact the 505(b)(2) review staff in the Immediate Office of New Drugs prior to filing.*

**From:** Kapoor, Shelly
**Sent:** Thursday, October 26, 2017 2:47 PM
**To:** Sullivan, Matthew <Matthew.Sullivan@fda.hhs.gov>
**Subject:** Numbrino ( Topical Cocaine) Filing question

Hi Matt

I was working on the Filing review for NDA 209575 for Topical Cocaine. There is a little blurb in there about 5 year exclusivity:

*If there is unexpired, 5-year NCE exclusivity remaining on another listed drug product containing the same active moiety, a 505(b)(2) application cannot be submitted until the period of exclusivity expires (unless the applicant provides paragraph IV patent certification; then an application can be submitted four years after the date of approval.) Pediatric exclusivity and GAIN exclusivity will extend both of the timeframes in this provision by 6 months and five years, respectively. 21 CFR 314.108(b)(2). Unexpired orphan or 3-year exclusivity may block the approval but not the submission of a 505(b)(2) application.*

*If there is unexpired, 5-year NCE exclusivity on another listed drug product that contains any active moiety contained in this application (and the applicant did not provide a paragraph IV patent certification AND/OR there is more than 1 year left before the NCE exclusivity expires), contact the 505(b)(2) review staff in the Immediate Office of New Drugs prior to filing.*

I think this is what I was confused about earlier. I believe the anesthesia team is planning on taking the action for Topical Cocaine #1 prior to the filing date for Topical Cocaine #2 ( Numbrino). We were just told by ORP that Topical Cocaine #1 would likely get 5 year NCE exclusivity. If Topical Cocaine #1 is approved prior to the Numbrino filing date, Numbrino can still be filed since Topical Cocaine #1 is not their listed drug, is that correct?

Thanks!

Shelly

Shelly Kapoor, PharmD
Regulatory Project Manager
Division of Anesthesia, Analgesia, and Addiction Products
Center for Drug Evaluation and Research
U.S. Food and Drug Administration
(P) 240.402.2787
(E) Shelly.Kapoor@fda.hhs.gov

FDAAddndmSupp012282

| From: | Roca, Rigoberto A |
|---|---|
| To: | Kapoor, Shelly; Walker, Diana; Stradley, Sara |
| Cc: | Hertz, Sharon H |
| Subject: | RE: NDA 209963 cocaine ---PDUFA date vs action date |
| Date: | Monday, October 30, 2017 12:49:55 PM |
| Attachments: | image001.png |
| | image002.jpg |
| | image003.jpg |
| | image004.jpg |
| | image005.jpg |
| | image006.jpg |

Hi,

That may very well be what will come to pass, because I think there are a couple of things that need to get tidied up.

Let's talk some more later, perhaps in a meeting or the phone.

Thanks,

Rigo

**From:** Kapoor, Shelly
**Sent:** Monday, October 30, 2017 12:44 PM
**To:** Walker, Diana <Diana.Walker@fda.hhs.gov>; Stradley, Sara <Sara.Stradley@fda.hhs.gov>; Roca, Rigoberto A <Rigoberto.Roca@fda.hhs.gov>
**Cc:** Hertz, Sharon H <Sharon.Hertz@fda.hhs.gov>
**Subject:** RE: NDA 209963 cocaine ---PDUFA date vs action date

Hi All

I just spoke with Jay Sitlani. He was asking if it would be possible to ▮▮▮▮▮▮▮▮▮▮ (b) (5) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?

Thanks,

Shelly

**From:** Walker, Diana
**Sent:** Monday, October 30, 2017 12:38 PM
**To:** Stradley, Sara <Sara.Stradley@fda.hhs.gov>; Roca, Rigoberto A <Rigoberto.Roca@fda.hhs.gov>
**Cc:** Hertz, Sharon H <Sharon.Hertz@fda.hhs.gov>; Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>
**Subject:** RE: NDA 209963 cocaine ---PDUFA date vs action date

Hi Sara,

I am planning to speak with Rigo about the action date in about an hour.  I will get back to you asap after that.

Thanks,

Diana

---

**From:** Stradley, Sara
**Sent:** Monday, October 30, 2017 12:34 PM
**To:** Walker, Diana <Diana.Walker@fda.hhs.gov>; Roca, Rigoberto A <Rigoberto.Roca@fda.hhs.gov>
**Cc:** Hertz, Sharon H <Sharon.Hertz@fda.hhs.gov>; Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>
**Subject:** NDA 209963 cocaine ---PDUFA date vs action date

Hi Diana and Rigo

The PDUFA date for this NDA is Dec 23….but based on Admin Rds you plan to take an early action, correct?   Will the action occur <u>before</u> the filing date of NDA 209575 (Cody Labs) which is Nov 20?

I am working with Jay Sitlani for some legal input from ORP/OCC on the Cody Labs NDA

*Sara E. Stradley, MS*
Associate Director for Regulatory Affairs

Office of Drug Evaluation II
Office of New Drugs
Center for Drug Evaluation and Research
U.S. Food and Drug Administration
Tel:  301-796-1298
sara.stradley@fda.hhs.gov



| | |
|---|---|
| **From:** | Sullivan, Matthew |
| **To:** | Stradley, Sara; Jani, Parinda |
| **Subject:** | Re: 5-Year NCE Exclusivity for New Active Moiety "Cocaine" (NDA 209963) Goprelto |
| **Date:** | Thursday, January 18, 2018 8:53:57 AM |

Just wait for the lawsuits....

**From:** Stradley, Sara
**Sent:** Thursday, January 18, 2018 6:38 AM
**To:** Jani, Parinda; Sullivan, Matthew
**Subject:** RE: 5-Year NCE Exclusivity for New Active Moiety "Cocaine" (NDA 209963) Goprelto

Yes it is…..shared exclusivity is an interesting point that I don't recall ever being done.
Sara

**From:** Jani, Parinda
**Sent:** Wednesday, January 17, 2018 7:03 PM
**To:** Sullivan, Matthew <Matthew.Sullivan@fda.hhs.gov>; Stradley, Sara <Sara.Stradley@fda.hhs.gov>
**Subject:** Fw: 5-Year NCE Exclusivity for New Active Moiety "Cocaine" (NDA 209963) Goprelto

Interesting

Sent from my BlackBerry 10 smartphone.

**From:** Roca, Rigoberto A <Rigoberto.Roca@fda.hhs.gov>
**Sent:** Wednesday, January 17, 2018 6:59 PM
**To:** Sitlani, Jay
**Cc:** Shah, Nisha; Raman, Reena; Stewart, Kendra; Walker, Diana; Helms Williams, Emily; Raman, Reena; Shah, Nisha; Kapoor, Shelly; Hertz, Sharon H; Jani, Parinda; Dettelbach, Kim; Unlu, Mustafa
**Subject:** RE: 5-Year NCE Exclusivity for New Active Moiety "Cocaine" (NDA 209963) Goprelto

Hi Jay,

Thank you for the email; we'll go ahead and cancel tomorrow's telecon.

We will keep you in the loop as we proceed with the review, particularly if it looks like we are going to be taking an early action.

Thanks,

Rigo

**From:** Sitlani, Jay
**Sent:** Wednesday, January 17, 2018 5:28 PM
**To:** Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>; Hertz, Sharon H <Sharon.Hertz@fda.hhs.gov>; Roca, Rigoberto A <Rigoberto.Roca@fda.hhs.gov>; Jani, Parinda <Parinda.Jani@fda.hhs.gov>; Dettelbach, Kim <Kim.Dettelbach@fda.hhs.gov>; Unlu, Mustafa <Mustafa.Unlu@fda.hhs.gov>
**Cc:** Shah, Nisha <Nisha.Shah@fda.hhs.gov>; Raman, Reena <Reena.Raman@fda.hhs.gov>; Stewart, Kendra <Kendra.Stewart@fda.hhs.gov>; Walker, Diana <Diana.Walker@fda.hhs.gov>; Helms Williams, Emily <Emily.HelmsWilliams@fda.hhs.gov>; Raman, Reena <Reena.Raman@fda.hhs.gov>; Shah, Nisha <Nisha.Shah@fda.hhs.gov>
**Subject:** 5-Year NCE Exclusivity for New Active Moiety "Cocaine" (NDA 209963) Goprelto
**Importance:** High

Everyone –

We have a TCon on Thursday regarding NCE X for cocaine. I recommend we cancel this meeting and use the hour for other productive purposes. Here's why.

(b) (5)

Now here's the more detailed explanation.

(b) (5)

(b) (5)

FDAAddndmSupp012286

FDAAddndmSupp012287

| | |
|---|---|
| **From:** | Sitlani, Jay |
| **To:** | Kapoor, Shelly |
| **Subject:** | RE: follow up- Topical cocaine NDA 209575 |
| **Date:** | Wednesday, April 25, 2018 10:22:04 PM |

Shelly –

ORP has just written up a draft opinion that we will be putting before the XB (including OCC).  We do not at present believe that NCE X for Goprelto would bar any resubmission of parts of the Numbrino NDA post-CR, but this needs further discussion and vetting by the XBoard.

Jay

**From:** Kapoor, Shelly
**Sent:** Wednesday, April 25, 2018 4:23 PM
**To:** Sitlani, Jay <Jay.Sitlani@fda.hhs.gov>
**Subject:** RE: follow up- Topical cocaine NDA 209575

Hi Jay

Hope all is well.

Just wanted to follow up on this- have you had the exclusivity board meeting to discuss the topical cocaine application yet?

Thanks!
Shelly

Shelly Kapoor, PharmD
Regulatory Project Manager
Division of Anesthesia, Analgesia, and Addiction Products
Center for Drug Evaluation and Research
U.S. Food and Drug Administration
(P) 240.402.2787
(E) Shelly.Kapoor@fda.hhs.gov

**From:** Kapoor, Shelly
**Sent:** Monday, March 05, 2018 4:28 PM
**To:** Sitlani, Jay <Jay.Sitlani@fda.hhs.gov>
**Subject:** RE: Update- Topical cocaine NDA 209575

Hi Jay

Thanks for the quick response. Please keep us updated!

FDAAddndmSupp012288

Shelly

---

**From:** Sitlani, Jay
**Sent:** Monday, March 05, 2018 4:25 PM
**To:** Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>
**Subject:** RE: Update- Topical cocaine NDA 209575

Shelly –

I spoke to OCC about this issue, and we are going to bring it to an Exclusivity Board meeting very soon.

Jay

---

**From:** Kapoor, Shelly
**Sent:** Monday, March 05, 2018 4:24 PM
**To:** Sitlani, Jay <Jay.Sitlani@fda.hhs.gov>
**Subject:** Update- Topical cocaine NDA 209575

Hi Jay

I wanted to give you an update on this topical cocaine NDA ( NDA 209575 from Lannett). The Sponsor will have to conduct a thorough QT study prior to approval. If they are unable to complete this study during this review cycle, the application will likely be a CR.  Does your message below still apply?

Thanks!
Shelly

---

**From:** Sitlani, Jay
**Sent:** Wednesday, February 21, 2018 12:36 PM
**To:** Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>
**Subject:** RE: Question from Sponsor regarding NDA 209575

Shelly –

That's an issue we haven't quite addressed as yet from a legal and regulatory perspective, so let's hold off in saying anything to the sponsor (I'm assuming they haven't asked about this, and this question comes only from internal ruminations, etc.).

(b) (5)

(b) (5)

However, this – and the submission of any NDA post CR - needs further discussion with OCC and additional legal review.

Regards,

Jay

---

**From:** Kapoor, Shelly
**Sent:** Wednesday, February 21, 2018 12:24 PM
**To:** Sitlani, Jay <Jay.Sitlani@fda.hhs.gov>
**Subject:** RE: Question from Sponsor regarding NDA 209575

Thanks Jay!

Sorry to be annoying about this, but another question came up after the midcycle meeting for this product yesterday-

In the event that this application receives a CR, would Lannett have to wait until the exclusivity for Goprelto runs out before they can resubmit? Or will they be able to resubmit at any time ( since the NDA was originally submitted before Goprelto was granted exclusivity) and potentially receive full approval? I guess my question ultimately is would we look at the original submission date or the resubmission date?

Thank you,
Shelly

---

**From:** Sitlani, Jay
**Sent:** Wednesday, February 21, 2018 11:19 AM
**To:** Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>
**Subject:** RE: Question from Sponsor regarding NDA 209575
**Importance:** High

Corrected a grammatical typo ----

---

**From:** Sitlani, Jay
**Sent:** Wednesday, February 21, 2018 9:44 AM
**To:** Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>
**Cc:** Roca, Rigoberto A <Rigoberto.Roca@fda.hhs.gov>; Jani, Parinda <Parinda.Jani@fda.hhs.gov>
**Subject:** RE: Question from Sponsor regarding NDA 209575
**Importance:** High

Just some minor revisions (mulled over these last night).  See below (in red).

FDAAddndmSupp012290

| From: | Holovac, Mary Ann |
|---|---|
| To: | Kapoor, Shelly |
| Cc: | Goldstein, Beth A (Duvall); Stradley, Sara; Holovac, Mary Ann |
| Subject: | NDA 209575 Numbrino (Cocaine HCl) - cleared for action with caveat |
| Date: | Tuesday, June 05, 2018 11:49:45 AM |

Shelly,

Thanks for the updated information.  Per our Monday 505(b)(2) meeting this application is cleared for action with the following caveat:  Please do not take action until the exclusivity memorandum is finalized – please coordinate with the exclusivity board.

Please make the following changes to the draft assessment before archiving in DARRTS, if you are heading towards an approval. If you are not approving this cycle, please make the changes below but defer archiving in DARRTS until you are headed towards approval (in which case you would need to have the application cleared again). If that's the case, please let us know when the resubmission arrives so that we can add it anew to our clearance queue.  You did a good job on the assessment!

- *Please correct receipt date to 9/21/2017, IMPORTANT due to patent certification obligation consequences.*

Please let me know if you have any questions.

Mary Ann

---

**From:** Kapoor, Shelly
**Sent:** Tuesday, June 05, 2018 11:36 AM
**To:** Holovac, Mary Ann <Maryann.Holovac@fda.hhs.gov>
**Cc:** Goldstein, Beth A (Duvall) <elizabeth.goldstein@fda.hhs.gov>
**Subject:** RE: NDA 209575 505 b2 assessment - questions for the division

Hi Mary Ann

Thanks for checking on the exclusivity issue.

We can confirm that the Applicant is not relying on Kovanaze.  The information provided from the Kovanaze label can also be found in the published literature and the Sponsor's own clinical development program. We believed they used the Kovanaze label for standard language/wording. When we enter labeling negotiations, we will ask the Sponsor to submit an updated annotated label, removing the EU cocaine and Kovanaze references.

Please let me know if you have any additional questions for the team.

Thanks so much!
Shelly

---

FDAAddndmSupp012298

**From:** Holovac, Mary Ann
**Sent:** Tuesday, June 05, 2018 11:30 AM
**To:** Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>
**Cc:** Goldstein, Beth A (Duvall) <elizabeth.goldstein@fda.hhs.gov>
**Subject:** RE: NDA 209575 505 b2 assessment - questions for the division

Hi Shelly,
See my updated comments and a question below.
Mary Ann

**From:** Holovac, Mary Ann
**Sent:** Wednesday, May 30, 2018 4:34 PM
**To:** Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>
**Cc:** Goldstein, Beth A (Duvall) <elizabeth.goldstein@fda.hhs.gov>
**Subject:** RE: NDA 209575 505 b2 assessment - questions for the division

Hi Shelly,
Couple of things – see my comments in red below.  Thanks for getting back to me.
Mary Ann

**From:** Kapoor, Shelly
**Sent:** Wednesday, May 30, 2018 4:15 PM
**To:** Holovac, Mary Ann <Maryann.Holovac@fda.hhs.gov>
**Cc:** Goldstein, Beth A (Duvall) <elizabeth.goldstein@fda.hhs.gov>
**Subject:** RE: NDA 209575 505 b2 assessment - questions for the division

Hi Mary Ann

In response to your questions below:

1) This application is heading for CR.  We may be able to extend the clock if the Sponsor is able to submit the CSR for their QT study before the action date.

(b) (5)

but will see what the lawyers say.
~ *Confirmed, the NCE exclusivity on Goprelto will NOT block approval of this NDA.  You are probably aware that a memorandum will be circulating to address this issue.  It was also confirmed that this applicant will not be blocked by the NCE exclusivity upon resubmission.*

2) We believe that the information provided from the Kovanaze label can also be obtained from the published literature/ the Sponsor's own clinical development program.  The published

literature does not mention Kovanaze. We are unclear as to why they used the Kovanaze label. Perhaps because it was recently approved and provided the guidance they needed to assist with standard language for ester local anesthetics? If the information can be found from the published literature/the Sponsor's own studies, will we need to ask the Sponsor to submit an updated annotated label? Or would we still ask them to submit patent certification for Kovanaze?



(b) (5)

3) It is not clear to us why they referenced the EU cocaine label at all. We are confident that the information needed for labeling can be found in the published literature and their submitted clinical studies.

Thank you, I will make note of that.

Please let me know what you think will be the best way to proceed.

Thanks,

Shelly

---

**From:** Holovac, Mary Ann
**Sent:** Tuesday, May 29, 2018 10:21 AM
**To:** Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>
**Cc:** Goldstein, Beth A (Duvall) <elizabeth.goldstein@fda.hhs.gov>
**Subject:** NDA 209575 505 b2 assessment - questions for the division

Hi Shelly,

I am reviewing your application for presentation to the 505(b)(2) committee next Monday and have a couple of questions for you prior to presenting to the committee as follows:

1.   Have you definitively determined what action will be taken?  Do you still plan to act on July 20th?

2.   Please refer to the draft labeling (attached) from darrts. This labeling makes multiple references to Kovanaze which is a listed drug.  This draft labeling conflicts with the information provided on the assessment.
     You state on the assessment that the published literature relied upon does NOT name a listed drug and there is no listed drug reliance.
     Additionally, the applicant provided a patent certification to a patent that is listed on the

Kovanaze NDA but also states there are no relevant patents on their 356h.  The applicant's patent certification names a specific patent but does not specifically identify the Kovanaze NDA (see also attached for reference.)

The division will need to provide clarification on these multiple discrepancies with respect to reliance on Kovanaze.

Please confirm if there is reliance on Kovanaze (direct reliance on the listed drug) OR via reliance on published literature that names that listed drug.   There may be additional requirements if there is reliance on the listed drug Kovanaze.

3.  The draft labeling attached also contains multiple references to European Union (EU)  labeled cocaine.  A European version of cocaine is not a listed drug and is not allowed under 505(b)(2).
Please provide clarification with respect to the references to the EU cocaine in the draft labeling.

Please let me know if you have any questions.   A response is requested by COB Wednesday.

Thank you.
Mary Ann

**From:** CDER OND IO (Mailbox)
**Sent:** Wednesday, May 02, 2018 7:35 AM
**To:** Goldstein, Beth A (Duvall) <elizabeth.goldstein@fda.hhs.gov>; Holovac, Mary Ann <Maryann.Holovac@fda.hhs.gov>
**Subject:** FW: NDA 209575 505 b2 assessment

**From:** Kapoor, Shelly
**Sent:** Tuesday, May 01, 2018 5:05 PM
**To:** CDER OND IO (Mailbox) <ondeio@fda.hhs.gov>
**Subject:** NDA 209575 505 b2 assessment

Hello,

Please find attached the 505 b2 assessment for NDA 209575 (topical cocaine solution). The PDUFA date for this application is July 21, 2018. The Sponsor will have to conduct a thorough QT study prior to approval. If they are unable to complete the study during this review cycle, the application will likely be a CR. If they can get the final study report in prior to the action date, we could extend the review clock.

Please let me know if you have any questions.

Thanks!
Shelly

Shelly Kapoor, PharmD
Regulatory Project Manager

Division of Anesthesia, Analgesia, and Addiction Products
Center for Drug Evaluation and Research
U.S. Food and Drug Administration
(P) 240.402.2787
(E) Shelly.Kapoor@fda.hhs.gov

FDAAddndmSupp012302

| | |
|---|---|
| **From:** | <u>Kapoor, Shelly</u> |
| **To:** | <u>Kwatra, Deep</u>; <u>Xu, Yun (CDER)</u> |
| **Cc:** | <u>Roca, Rigoberto A</u>; <u>Petit-Scott, Renee</u> |
| **Subject:** | Topical Cocaine NDA-209575 QT-IRT Review |
| **Date:** | Wednesday, February 21, 2018 3:32:00 PM |
| **Attachments:** | <u>IRT Memo.nda209575(21feb18).pdf</u> |

Hi Deep and Yun

I wanted to let you know that QT-IRT has finalized their consult review for Topical Cocaine ( NDA 209575).  In lieu of a study, the Sponsor had conducted a subpopulation analysis of their Phase 3 study to satisfy the TQT requirements. QT-IRT has found that the ECG data submitted is inadequate to satisfy the TQT requirement.  They are recommending that the Sponsor conduct a TQT study. Maybe we can also discuss this ( if the TQT study is needed, would it be pre or post marketing?) when we meet to discuss the hepatic impairment labeling issue.


Thank you,
Shelly

FDAAddndmSupp012305

SJA-131

| | |
|---|---|
| **From:** | Xu, Yun (CDER) |
| **To:** | Kwatra, Deep |
| **Subject:** | RE: Lannett Cocaine NDA 209575 TQT study |
| **Date:** | Tuesday, September 26, 2017 4:10:41 PM |

OK, please remind her that IRT consult may be needed. Thanks, Yun

**From:** Kwatra, Deep
**Sent:** Tuesday, September 26, 2017 4:07 PM
**To:** Xu, Yun (CDER)
**Subject:** RE: Lannett Cocaine NDA 209575 TQT study

That is what I told Renee that adequacy of the QT evaluations in the Phase 3 will be a review issue but as long as something is there it is not a filing issue. But we can have a more thorough discussion later.
Thanks
Deep

**From:** Xu, Yun (CDER)
**Sent:** Tuesday, September 26, 2017 4:05 PM
**To:** Kwatra, Deep
**Subject:** RE: Lannett Cocaine NDA 209575 TQT study

For the first cocaine NDA you have, the sponsor conducted a TQT study, right?

If this sponsor included something in the NDA submission, it is unlikely to be a filing issue but it will be a review issue. I think the team should consult QT-IRT on this. We can have a discussion with the clinical team on this when the filing meeting approaches.

Yun

**From:** Kwatra, Deep
**Sent:** Tuesday, September 26, 2017 3:58 PM
**To:** Xu, Yun (CDER)
**Subject:** FW: Lannett Cocaine NDA 209575 TQT study

Just FYI,

This is the new cocaine NDA and Diana and Renee were asking if I know if they have submitted a TQT study or if we had asked them to submit one before the meeting this afternoon. So below is the email I had sent to them.

Thanks
Deep

**From:** Walker, Diana

FDAAddndmSupp012306

**Sent:** Tuesday, September 26, 2017 3:56 PM
**To:** Kwatra, Deep; Petit-Scott, Renee; Kapoor, Shelly
**Subject:** RE: Lannett Cocaine NDA 209575 TQT study

Thanks Deep.

Shelly, given what Deep and Renee are seeing in the application, it looks like the Sponsor may not have submitted a dedicated QT study.  So I guess you will have to wait until they have more time to look it over and let you know if we need to consult the QT-IRT group. In this case we may not need it, and fulfilling the QT requirement may be a review issue.

Thanks,

Diana

---

**From:** Kwatra, Deep
**Sent:** Tuesday, September 26, 2017 3:43 PM
**To:** Petit-Scott, Renee; Walker, Diana
**Subject:** Lannett Cocaine NDA 209575 TQT study

Hi Renee and Diana,

As we were discussing before the meeting today, the PNDA meeting minutes contain a comment from is that states
**you must address all pertinent clinical pharmacology information related to the following aspects of the drug and the pharmacokinetics of the drug in special populations including but not limited to….. (7) QT prolongation potential. This information can be obtained from dedicated studies or sub-population analyses in Phase 3 studies) or from the public domain (if information of adequate quality is available in the published literature).**

I Think that is what they have done (i.e subpopulation analysis of their phase 3 studies) as I see some information of qt prolongation in their 2.7.4 summary of clinical safety and nothing in their summary of clinpharm.

Hopefully this helps.

Thanks
Deep

*Deep Kwatra, PhD*

**Clinical Pharmacology Reviewer**
**Office of Clinical Pharmacology Division II (OCP)**
**Office of Translational Sciences (OTS)**
**Center for Drug Evaluation and Research (CDER)**
**Food and Drug Administration**
Email: Deep.Kwatra@fda.hhs.gov
Phone: 240-402-5347

SJA-133

| | |
|---|---|
| **From:** | Kapoor, Shelly |
| **To:** | Kwatra, Deep |
| **Cc:** | Petit-Scott, Renee |
| **Subject:** | RE: Question about NDA 209575 |
| **Date:** | Tuesday, October 24, 2017 2:12:43 PM |

Hi Deep

The QT group is having trouble finding the subpopulation analysis, could you point me to what section in the GSR it would be in? I can't find it but I suspect that I'm looking in the wrong place haha

Thank you!
Shelly

**From:** Petit-Scott, Renee
**Sent:** Wednesday, September 27, 2017 9:38 AM
**To:** Kwatra, Deep <Deep.Kwatra@fda.hhs.gov>; Kapoor, Shelly <Sonam.Kapoor@fda.hhs.gov>
**Cc:** Xu, Yun (CDER) <Yun.Xu@fda.hhs.gov>
**Subject:** RE: Question about NDA 209575

Hi Shelly.

I agree with Deep.  I noticed too that there was not a dedicated QT study and I am not sure why honestly.  But, depending on what their phase 3 studies show and how extensive the QT analysis was, it may be ok.  I agree that it probably won't be a filing issue but will be a review issue.  I think IRT should be consulted and they can offer input regarding the adequacy of doing a subpopulation analysis vs. a thorough QT study.

Thanks Shelly (and Deep).

**From:** Kwatra, Deep
**Sent:** Wednesday, September 27, 2017 9:31 AM
**To:** Kapoor, Shelly; Petit-Scott, Renee
**Cc:** Xu, Yun (CDER)
**Subject:** RE: Question about NDA 209575

Hi Shelly,

Diana brought it to our attention yesterday and we don't find an dedicated QT study as a part of their package either but they seem to have done some sub-population analysis of their phase 3 study to satisfy the TQT requirements (I am saying this based on a quick scan through their submission).  This should not be a filing issue but the adequacy of this data and its analysis will still be a review issue, so in my opinion the IRT should be consulted on this. You may also want to get Renee's opinion on this.

Thanks
Deep

**From:** Kapoor, Shelly

**Sent:** Wednesday, September 27, 2017 9:24 AM
**To:** Kwatra, Deep; Petit-Scott, Renee
**Subject:** Question about NDA 209575

Hi Renee and Deep

I was putting together the consults for this new Topical Cocaine NDA, and trying to figure out if we needed the QT-IRT group, but I don't see a QT study in this submission. Am I missing it??

Thanks!
Shelly


Shelly Kapoor, PharmD
Regulatory Project Manager
Division of Anesthesia, Analgesia, and Addiction Products
Center for Drug Evaluation and Research
U.S. Food and Drug Administration
(P) 240.402.2787
(E) Shelly.Kapoor@fda.hhs.gov